If any differences shall arrise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, & untill that Application shall be rejected, no Appeal shall be made to Arms; & if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties to dispose of their Effects & retire with their Property; And it is further declared, that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them.

.25.

This Treaty shall continue in full force with the Help of God, for fifty Years—[5]

We have delivered this Book into the Hands of the beforementioned Thomas Barclay, on the first day of the blessed Month of Ramadan in the Year One thousand two hundred.—

I Certify that the annexed is a true copy of the Translation made by Isaac Cardoza Nuñez, Interpreter at Morocco, of the Treaty between the Emperor of Morocco and the United States of America.—

Thos Barclay[6]

## Translation of the additional Article

Grace to the only God.

I the underwritten, the Servant of God, Taher Ben Abdelkack Fennish, do certify that His Imperial Majesty my Master (whom God preserve) having concluded a Treaty of Peace and Commerce with the United States of America has ordered me the better to compleat it and in addition of the tenth Article of said Treaty to declare, "that if any Vessel belonging to the United States shall be in any of the Ports of His Majesty's Dominions or within Gunshot of his Forts, she shall be protected as much as possible and no Vessel whatever, belong either to Moorish or Christian Powers with whom the United States may be at War, shall be permitted to follow or engage her, as we deem the Citizens of America our good Friends.["]

And in obedience to his Majesty's Commands I certify this Declaration by putting my hand and Seal to it, on the Eighteenth Day of Ramadan in the Year One thousand two hundred—[7]

(signed)
The Servant of the King my Master whom God preserve
Taher Ben Abdelhack Fennish.[8]

I Certify that the Above is a True Copy of the Translation Made at Morocco by Isaac Cardoza Nunes Interpreter of a Declaration Made and signed by Sidi Hage Tahar Fennish in Addition to the Treaty between the Emperor of Morocco and the United States of America which Declaration the said Tahar Fennish Made by the Express Directions of His Majesty—

Thos Barclay

Note, The Ramadan of the Year of Hegira 1200 Commenced on the 28th. of June in the Year of our Lord 1786—[9]

---

MS (Adams Papers); endorsed by JA: "Treaty with Morocco." Filmed at [*15 July 1786*]. This copy, signed by Thomas Barclay and containing text in his hand (see notes 6 and 9), is likely one of the three translations that Barclay enclosed with his 2 Oct. letter to the commissioners, below. For a facsimile of the Arabic text, see Miller, *Treaties*, 2:186–211.

1. This date is derived from that on which Thomas Barclay signed the main body of the treaty on the first day of Ramadan in the year 1200.

The Moroccan-American treaty was negotiated very expeditiously. In part this was because the commissioners' agent, Thomas Barclay, wasted no time in opening the negotiations, but it also reflected the desire of the Moroccan emperor, Mohammad III, for an agreement with the United States. The emperor had opened Moroccan ports to American ships in 1777 and since 1778 had been seeking a treaty. His frustration at failing to receive any response from the United States to his overtures led him to seize the brig *Betsy* in Oct. 1784, and it is from that capture, and others by Algiers, that Congress' decision to negotiate with

Morocco and the other Barbary States largely proceeded (vols. 6:32–33; 14:501–502; 16:xv–xvi, 491). Barclay reached Marrakesh, the site of the Moroccan court, on 19 June 1786, and after two audiences with the emperor and the submission of the heads of the articles proposed for the treaty, Morocco approved the agreement on 23 June, and Barclay signed it on the 28th.

The agreement is based on the draft treaty with the Barbary States that Benjamin Franklin and Thomas Jefferson prepared in mid-1785 (Jefferson, *Papers*, 8:347–354). JA received a copy of the draft for his comments as an enclosure with Jefferson's 6 Aug. letter (vol. 17:306–308). The only changes suggested by JA related to Art. 17 of the draft (Art. 14 of the final treaty), concerning the application of the most favored nation principle (vol. 17:341–342). After receiving JA's comments, Jefferson presumably prepared fair copies of the draft for Barclay and John Lamb to carry on their missions to Morocco and Algiers, respectively. Neither has been found, however, so comparisons between the draft and the final treaty are based on the draft as printed in Jefferson, *Papers*.

To save time and avoid modeling the treaty on the 1780 Spanish-Moroccan Convention of Amity and Commerce, Barclay proposed to submit to the emperor "the Heads of such a Treaty as I imagined would be perfectly agreeable to both Countries" (Barclay to the commissioners, 18 Sept. 1786, below). Barclay presumably meant that he would condense the articles in the draft to their essentials, and the treaty articles are, for the most part, shorter than those in the draft. It should be noted that Barclay's "Heads" were translated from English into Arabic and then back into English; see the comments on problems with the English translation in Miller, *Treaties*, 2:220–223. It was the English translation provided by Barclay, however, that was ratified by Congress and that served as the definitive text for American purposes.

The most striking differences between the draft and the treaty are the omission of the draft's preamble and Arts. 1 through 3. To a degree the draft's preamble and Art. 1 were combined into the treaty's preamble and Art. 1. But Arts. 2 and 3, the first of which provided for the release of any American citizens in captivity—of which there were none since the release of the *Betsy*, for which see vol. 17:277—and the second providing that no Moroccan ships would take prizes or cruise within sight of the American coast, were probably considered irrelevant. So, too, presumably was Art. 8 of the draft, concerning the liability of commanders of public and private ships and the bond provided upon the commissioning of a privateer, and Art. 28, concerning the granting of particular commercial advantages to other nations.

The Moroccan additions to the treaty are also significant. The new preamble and Art. 1 were routine, presumably intended to bring the treaty into conformity with the style of other Moroccan treaties, and throughout the treaty it is made clear that Morocco, a Muslim state, was concluding a treaty with a Christian state. But the most significant Moroccan addition was Art. 16, for in declaring that prisoners of war would not be made slaves and setting the conditions for their exchange, it resolved, at least in the case of Morocco, the principal reason for the United States to negotiate treaties with the Barbary States. Finally, the additional article was essentially the inclusion of language to make Art. 10 reciprocal with regard to the provisions in Art. 11 applying to Morocco.

Barclay did not leave the Moroccan court until mid-July. The delay was caused by the need to add the addition to and clarification of Art. 10, but apparently it was also due to translation problems and unauthorized changes to the treaty, for which see Barclay's 16 July letter, below. In any event, it was not until his 2 Oct. letter, below, following a lengthy journey through Morocco on his way to Spain, that Barclay dispatched Lt. Col. David Salisbury Franks to Paris with the treaty and its supporting documents. Franks reached Paris in late December, at which time Jefferson prepared a document indicating the commissioners' provisional ratification of the treaty (see at 25 Jan. 1787, below), which he signed on 1 Jan., with JA doing so on the 25th. The commissioners then sent the treaty to America under cover of their 27 Jan. letter to John Jay, below, and Congress ratified it on 18 July (*JCC*, 32:355–364).

2. That is, 22 or 23 June 1786.

3. For the ship signals agreement signed on 6 July, the 9th day of Ramadan in the year 1200, see Miller, *Treaties*, 2:219.

4. That is, the western coast of Morocco, where the Sahara Desert meets the Atlantic Ocean.

5. This was an extraordinary period of time because the commissioners' 7 May 1784 instructions had set the maximum duration for a treaty with a European power at ten years. However, the same instructions stated that with regard to treaties with the Barbary States, they should "continue for the same Term of 10 years or for a Term as much longer as can be procured" (vol. 16:195, 196).

6. In Barclay's hand.

7. That is, 15 July 1786.

8. In addition to the emperor's desire for a treaty, the speed with which the agreement was concluded may have owed much to the experience at European courts of the emperor's representative in the negotiations, Sidi Haj Tahar Ben Abdulhaq Fennish. He was a seasoned European diplomat who had served as Moroccan ambassador to Britain in 1774 and would later serve as its ambassador to the Ottoman Empire (*Repertorium*, 3:241, 242).

9. The final paragraph, signature, and note are in Barclay's hand.

---

*Note:* The annotations to this document, and any other modern editorial content, are copyright © The Massachusetts Historical Society. All rights reserved.

---

| | |
|---|---|
| SOURCE PROJECT | Adams Papers |
| TITLE | The Moroccan-American Treaty of Peace and Friendship, [28 June 1786] |
| AUTHOR | Adams, John |
| DATE | 28 June 1786 |
| CITE AS | "The Moroccan-American Treaty of Peace and Friendship, [28 June 1786]," *Founders Online,* National Archives, https://founders.archives.gov/documents/Adams/06-18-02-0196. [Original source: *The Adams Papers*, Papers of John Adams, vol. 18, *December 1785–January 1787*, ed. Gregg L. Lint, Sara Martin, C. James Taylor, Sara Georgini, Hobson Woodward, Sara B. Sikes, Amanda M. Norton. Cambridge, MA: Harvard University Press, 2016, pp. 360–367.] |

---

The National Historical Publications and Records Commission (NHPRC) is part of the National Archives. Through its grants program, the NHPRC supports a wide range of activities to preserve, publish, and encourage the use of documentary sources, relating to the history of the United States, and research and development projects to bring historical records to the public.

---

EXHIBIT
B #
10
(c)



EXHIBIT B #10 (c)






**Affidavit under Nuremberg Code (Kodex)**

# NOTICE

**USA vs. Brandt Court:**

To all government officials You are in violation of your oath of office by trespassing unlawfully on the personal property of all Moors who is connected to the **AT LARGE** Treaty of Peace & Friendship of 1787-1839 and committing an act of domestic terrorism under Section 802 of the Patriot Act. You are knowingly and willingly violating the rights of an Indigenous heir. You are no longer protected under judicial immunity and are now subject to being arrested and also sued in your private capacity.

Autograph of Injured Party

36

EXHIBIT C #9

INTERNATIONAL MOOR

# Moorish Science Temple of America, Inc.

Unity

Salvation

Moor National



Noble Drew Ali, IP
"Private Sovereign"

UN# 216-091952

Consul Issued
3/3/2023

Sex
M

Life Date
09/10/1952

PROPHET NOBLE DREW ALI, FOUNDER
...SON BEY, PAST S.G.A. & M.
BRO. ...OVE EL. G.S./M.S.T. OF A.

BRO. J. BLAKELY BEY, PAST S.G.A. & M.

## WARRANT OF AUTHORITY

TO WHOM ALL THESE PRESENT MAY BE CONCERNED:

c/o 927 S. Columbus Blvd
Philadelphia, Pennsylvania [19147]

Federal Executive Branch of Justice

ISLAM,

This statement is to affirm that at Los Angeles, California, the Moorish Americans there are lawfully a Branch Temple in the Grand Body (Grand Major Temple) of the Moorish Science Temple of America. They are Branch Temple 43 (Los Angeles, California) in the Grand Body and Grand Major Temple lawfully of the Cooperation lawfully established by the Noble Prophet, Prophet Noble Drew Ali, in the State of Illinois in 1926, and such, one and the same Divine and national movement founded by the great prophet, Prophet Noble Drew Ali, in Newark, New Jersey in the year 1913 A.D.

The specific purpose of this divine and national movement is to uplift fallen humanity, and teach those things necessary to make better citizens of men and women. These divine instructions are to be carried out under the Divine Principles of Love, Truth, Peace, Freedom and Justice.

## OUR AUTHORITY

The Moorish Science Temple of America deriving its power and authority from the Great Koran of Mohammed to propagate the faith and extend the learning and truth of the Great Prophet of Ali in America. To appoint and consecrate missionaries of the prophet and to establish the faith of Mohammed in America.

## HERE YE!

Jurisdiction aforesaid by virtue of whose authority it exists, while acting in conformity with the laws, rules and regulations of the Moorish Science Temple of America and said subordinate Branch Temple aforesaid, being duly and lawfully organized, constituted and established, is hereby authorized and empowered to initiate the teachings of Prophet Noble Drew Ali in accordance with the established forms and usages upon all such persons as are duly and lawfully qualified. To promote and practice the teachings of all the true and divine prophets: Jesus, Mohammed, Buddha, Confucius, Etc.

The officers and members who benefit under this authority, do hereby pledge themselves to act at all times in obedience to the commands and edicts of the illustrious Noble Drew Ali, the founder and head of the Moorish Science Temple of America, Inc.

The Home Office can at any time suspend, revoke or take away this Warrant-of Authority, if in the judgement of our Grand Ruler and Prophet Noble Drew Ali, said Subordinate Branch Temple has violated any of the Principles or rules of the Moorish Science Temple of America, Inc.

In Testimony whereof I have hereunto subscribed my name and affixed the Seal of the said Moorish Science Temple of America, Inc. LOVE, TRUTH, PEACE, FREEDOM and JUSTICE.

This 31 day of March A.D. 1985.

Attest Brother R. Love El, Moderator.
Brother R. Love El, Grand Sheik of The Moorish Science Temple of America and Moderator.

EXHIBIT
(#9 (a)

# OUR AUTHORITY

(COPY)
Book 521 PAGE 579
State of Illinois, Cook County ss
No. 10105905

Filed For Record

CORPORATION — Religious — Affidavit of Organization
Form No. 1099.
STATE OF ILLINOIS,
County of COOK

ss
1928 AUG. 1 PM 252
AND RECORDED IN
BOOK PAGE

I, NOBLE DREW ALI,....................................Recorder
Salomes Jasconowskic

MOORISH SCIENCE TEMPLE OF AMERICA................held at................Chicago................in the County of COOK................ and State of Illinois, on the..................20th..................day of ................July................A. D. 1928, for that purpose, the following persons were appointed..................SHIEKS.................. ................................according to the rules and usages of such

**MOORISH SCIENCE TEMPLE OF AMERICA**

do solemnly swear that at the meeting of the members of the NOBLE DREW ALI, MEALY EL, SMALL BEY LOVETT BEY AND FOREMAN BEY. The Moorish Science Temple of America deriving its power and authority from the Great Koran of Mohammed to propogate the faith and extend the learning and truth of the Great Prophet of ALI in America. To appoint and consecrate missionaries of the prophet and to establish the faith of Mohammed in America.

And said MOORISH SCIENCE TEMPLE OF AMERICA adopted as its corporate name, the following MOORISH SCIENCE TEMPLE OF AMERICA..........................................

And at said meeting, this affiant acted as Presiding officer Subscribed and Sworn to Before me.

....................20th..........................................day of

................July.....................................A. D. 1928........

Drew Ali.........................................

Roberta W. Counull
Notary Public

See Hurd's Rev. Stat., Chap. 32, 36. *Our appointed *Or Wardens vestrymen, or whatever name they may adopt

Salvation | Our God | Unity

# The Moorish Science Temple
## OF AMERICA

## The Divine Constitution and By-Laws

ACT 1.—The Grand Sheik and the chairman of the Moorish Science Temple of America is in power to make law and enforce laws with the assistance of the Prophet and the Grand Body of the Moorish Science Temple of America. The assistant Grand Sheik is to assist the Grand Sheik in all affairs if he lives according to Love, Truth, Peace, Freedom and Justice, and it is known before the members of the Moorish Science Temple of America.

ACT 2.—All meetings are to be opened and closed promptly according to the circle seven and Love, Truth, Peace, Freedom and Justice. Friday is our Holy Day of rest, because on a Friday the first man was formed in flesh and on a Friday the first man departed out of flesh and ascended unto his father God Allah, for that cause Friday is the Holy Day for all Moslems all over the world.

ACT 3.—Love, Truth, Peace, Freedom and Justice must be proclaimed and practised by all members of the Moorish Science Temple of America. No member is to put in danger or accuse falsely his brother or sister on any occasion at all that may harm his brother or sister, because Allah is Love.

ACT 4.—All members must preserve these Holy and Divine laws, and all members must obey the laws of the government, because by being a Moorish American, you are a part and partial of the government, and must live the life accordingly.

ACT 5.—This organization of the Moorish Science Temple of America is not to cause any confusion or to overthrow the laws and constitution of the said government but to obey hereby.



NOBLE DREW ALI
Founder

ACT 6.—With us all members must proclaim their nationality and we are teaching our people their nationality and their Divine Creed that they may know that they are a part and a partial of this said government, and know that they are not Negroes, Colored Folks, Black People or Ethiopians, because these names were given to slaves by slave holders in 1779 and lasted until 1865 during the time of slavery, but this is a new era of time now, and all men now must proclaim their free national name to be recognized by the government in which they live and the nations of the earth, this is the reason why Allah the Great God of the universe ordained Noble Drew Ali, the Prophet to redeem his people from their sinful ways. The Moorish Americans are the descendants of the ancient Moabites whom inhabited the North Western and South Western shores of Africa.

ACT 7.—All members must promptly attend their meetings and become a part and a partial of all uplifting acts of the Moorish Science Temple of America. Members must pay their dues and keep in line with all necessities of the Moorish Science Temple of America, then you are entitled to the name of, "Faithful". Husband, you must support your wife and children; wife you must obey your husband and take care of your children and look after the duties of your household. Sons and daughters must obey father and mother and be industrious and become a part of the uplifting of fallen humanity. All Moorish Americans must keep their hearts and minds pure with love, and their bodies clean with water. This Divine Covenant is from your Holy Prophet Noble Drew Ali, thru the guidance of his Father God Allah.

MOORISH AMERICAN PRAYER

Allah the Father of the universe, the Father of Love, Truth, Peace, Freedom and Justice. Allah is my protector, my guide and my salvation by night and by day thru his Holy Prophet Drew Ali. "Amen."

---

**THE MOORISH SCIENCE TEMPLE OF AMERICA**

Home Office: 2905 5th Street S. E., Washington, D.C. 20032

EXHIBIT Prima Facie
C#10

Noble Drew Ali ip
925 Dickinson Street unit 2434
Philadelphia, PA [19147]
267-324-1254
alinobledrew185@gmail.com

July 9,2024

TO: the Honorable Mayor Cherelle Packer Bey and City of Philadelphia Officials,

Commissioner Omar Sobir, Commissioner Lisa M Deeley, Commissioner Seth Bluestein, City Council President Kennyatta Johnson, and City Council Members Mark Squilla(D1),Jamie Gauthier (D3),Curtis Jones JR.(D4),Jeffery Young Jr. (D5),Michael Drisoll (D6),Quetcy Lozada (D7),Cindy Bass (D8),Anthony Phillips (D9),Brian J. O'Neill (D10), Kendra Brooks, Rue Landau, Niña Ahmad, Jim Harrity, Isaiah Thomas, Nicolás O'Rourke, Katherine Gilmore; Director Of Finance: Rob Dubow, County Clerk: Idee Fox, City Commissioner Deeds of Records: James Leonard; Jacqueline Dunn Treasurer, District Attorney ,Larry Krasner.

1400 John F. Kennedy Road Philadelphia, Pennsylvania, [ 19107 ]

Pursuant to Article I Section 4-106 Information & Complaint Section 9-102 Notice to Incumbent, And Chapter 9.-3508 Private Rights of Action. Enclosed. Please find the following documents...........

EXHIBIT "C" #10 (a)

Date: 11/07/2024

ELECTION DAY COMPLAINT: PHILADELPHIA CITY COMMISSIONERS Report #

Taken By: Time: AM PM

Details of the Complaint ( Check Appropriate Box and Provide Details Comments)

Complainant's Name: | Board Tile & Ward /Division:

Noble Drew Ali ip |

Complainant's Address: Complainant's Phone Number:

925 Dickinson Street unit 2434 445-267-5769

Philadelphia PA near [19147]e

| | |
|---|---|
| []Polling Place not open | [] Voter intimidation |
| []Refuse to seat an E-Board Official | [] Electioneering Problem |
| ~~[]Improper~~[X] Improper Behavior/Procedure by E-Board Problem | [] Voter Assistance |
| []Long Delays/Lines | [X] Other (please Explain); |

DETAILED COMPLAINT:ON notice of constitutional violation regarding Breach of Contract ( Article I.Section10 and 42 USC 1981 C Due Process and Procedural Due Process Violations; Non- compliance , falsification and altering public Documents, Wire Fraud, Breach of Oath, Breach of Trust, Willful, Wantonly deprivation of Voting Rights under color of City Commissioner Office Obstructing the Entrance into an Federally Protective Voting Activity violating Privacy Act under the color of Residency violating the enumerated Rights, Freedom of Speech, Freedom of Expression, Freedom of Press, depriving the Privacy Right to Vote in privacy, Depriving Primary Election Provisional Ballot Sheet while denying to count his voting for President Donald John Trump, denying the voter to nominate himself to run for all Public Offices as an result of failure to render written Notice of Cancellation of Voters Registration -unlawfully done on or about July 24,2023,depriving Procedural requirement, denying the voter to object, defend, or make the necessary correction need there be any ,deprived Voter of Mail in Ballet or given notice **why none will be subjugating voter to General Election** Provisional Ballet sheets,(sec attached)

ON unlawfully grounds (925 Dickinson Street unit 2434 is not considered voters Residency contrary not with standing PS Form1093 Lease agreement Application for Post Office Box this service is for Residential/Personal Use



48/

EXHIBI, Prima Facie
C #10 (a)

, withholding information, deception hindering process, the nature of the duty or responsibility allegedly neglected, the individual or entity responsible; voter registration application submitted application allegedly rejected or delayed, voter's eligibility and qualifications disputed, possible discrepancy in voter's registration on laws, potential voter suppression of false pretenses, equal protection clause violate d...violation of law; this action violated the National Voter Registration Act (42 USC Sections 1973 gg-6 ) and 42 USC Sections,1981©,1982,1983,20000e,2000bb,2000cc et al., etc. and Article 1, Section 10 and the First, Fourth, Fifth, Sixth, Ninth, Tenth, Fifteenth interlocking Amendments, violating 18 USC Sections 242,1001,372,1700, Facts : on 03/29/2023 I Noble Drew Ali ip, attempted to register to vote at WARD ONE DIVISION ONE, In my Community having well influence to draw Republican Voters to vote in both the Mayor 's Primary and General Elections without incident. On or about July 24,2023, However, the City Commissioner's office Obstructed my registration and denied my Presidential Primary Elections ,in failure to mail out an Notice of Obstructing the entrance into an Federally protective activity of Voters poll :WARD ONE DIVISION ONE(?) On April 23,2024 , Election Day Complaint incumbent to no avail, 0n May 7, 2024, Provisional Ballot Follow - up stated { At the last election ,you voted by provisional ballot, and your provisional ballot was NOT counted because "Not Register(?) } Contrary notwithstanding my Possession of my Voter' unlawfully search and seizure, done with out procedural due process of Notice. It is Noted this response was mailed out to my residential address of 925 Dickinson Street unit 2434 Philadelphia PA near [19147 ](?) On October 22,2024, I appeared at the City Commissioner's Spring Garden Post requested an Pennsylvania Application for MAIL-IN BALLOT was instructed one would be mailed out to my residential address of 925 Dickinson Street, and was Deprived of this right(?) under color of City Commissioner's Office On November 5th,2024,n I appeared at the Spring garden informing them I was discriminated against being deprived access of the Mail-In Ballot Sheet, and was referred to the 2300 Broad Street Office for one, upon arriving was again deprived of my voter's rights access to Mail -in Ballot sheet, the Agent admitted that the deprivation of Notice was lawful because my Residential address was a post office. And they had no lawful duty to mail me out a Notice, and a Mail -in Ballet, but I could file another Provisional ballot sheet at WARD ONE DIVISION ONE(?) (see attached **Exhibit "A" Provisional ballot Record # 000057589 (i),(ii),(iii),(iv),(v), seven pages, see Exhibit "B"(i) Mail-in Application form with voter's registration card & "B,See Exhibit "C" PS Form** 1093 in support Affirming 925 Dickinson Street unit 2434 is my Lawful Residential & Business Address& Exhibit "C"(i) showing my business letter envelope, See Exhibit "D" Provisional Ballot Sheets #51077268, attaching Lawful Constructive Notice Warning, Notice of Deficiency in redress; and Complaint ;Accepted For Value & Honor Exempt From Levy hereby served upon You.see Dillion v. Gloss (1921),Home Building & Loan Association v. Blaisdell( 1931),Carrington v. Rash (1965),Anderson v. Celebrezze (1983),Bush

Formatted: Superscript



49

EXHIBIT Prima Facie C #10 (a)

v.Gore(2000) Contract Clause is violated: The Contract Clause is violated when 1. A State impairs a contractual right (voting).2. The impairment is substantial.3. The impairment lacks a legitimate public purpose. In this scenario ,the removal of aregistered voter's name and denial of voting rights may constitute a substantial impairment of the contractual right to vote, lacking a legitimate public purpose. It is presumed I am Eligible to run for US President Article II, Section 1,Clause 5,which includes being a natural-born Moorish citizen of the United States Republic secured under the Divine Constitution and By-Laws of the Moorish Science Temple of America. Nomination Process when State/city official denys and deprive me of my lawful right to nominate my self to run for all U.S. Public Offices as shown in Exhibit "A" Record give rise to The Doctrine of Ex parte Young (1908) Allows the Court to enjoin State/County /City officials from enforcing unconstitutional laws as set forth above, see Title 52 USC Sections 10101 et Seq Voting Rights Act of 1964 *Section 10101 Denial of right to vote on account of race, color or language minority * Section 10103:Denial of right to vote in federal elections *Section 20305 right to cast and have ballor counted *Section 20501 National Voter Registration Act of 1993(52 USC Section 20501* Section 20501: Voter registration requirements *Section 20501 Prohibited against duplicate or unnecessary registration requirements.* Help Moorish American Vote Act of 2002 (52USC Section 20901 )Voting System standards *Section 20507 Voter verification and provisional ballots **Civil Rights Act of 1964 (42 USC Section 1983):*Section 1983 :Civil action for deprivation of rights. Pennsylvania State Codes:* Section 2600 Rights to Vote *Section 2610 Voter registration *Section 3146 Provisional ballot *Section 3150 Counting of Provisional ballots 2.Pennsylvania Voter Registration Act (25 P.S. Section 3041 et Seq.) * Section 3041 Voter registration requirements see Bush v. Gore (2000) Crawford v. Marion County Election Board (2008),Shelby County v. Holder (2013),Veasey v. Perry (2017).Base on this complaint 1. 1st Amendment: Rights to petition government (denial of complaint relief ) 2. 5th Amendment: Due Process Clause (arbitrary denial of voting rights ).3.15th Amendment :Right to vote regardless of race. Nationality, color, or previous condition of servitude .4. 14th Amendment" Equal Protection Clause (Discriminatory voting practice) *Due Process Clause (arbitrary denial of voting rights ).6. Article 1.Section 2: Protection for Citizens'right to vote on federal elections *Article 2,Section 1:Presidential electors and voting procedures,*Article 1v,Section 2 Privileges and Immunities Clause ,Title 3 USC Section102I am eligible to be the President of the United States as a Moorish National under Treaty Law s> Relief Requested: I seek reinstatement of my voter registration ,counmting on my provisional ballor and $22 Million Dollars in damages and $22 Million Dollars in indemnity Claim each against the City, County, Commonwealth Pennsylvania State And United States .

Formatted: Superscript

Formatted: Superscript

Formatted: Superscript

Formatted: Superscript



59

EXHIBIT C Prima facie
Enclosed #10(a)
Copy

Verification: I Swear under the penalty of perjury that the statements above and Exhibits are true and Correct,submitted with the necessary corrections need there be any Executed on this 7th Day of November ,A.D. 2024,before our winning President Donald John Trump

Formatted: Border: Bottom: (No border)

Formatted: Superscript

Finding and Resolutions:

[ ] Unfounded | [ ] Referred to (other agency,police,DA,etc.)

[] Resolved at scene | [ ] Further Investigation Needed

DETAILED COMMENTS:



51

EXHIBIT C #10 (b)

PHILADELPHIA COUNTY
APRIL 23RD, 2024 - 23 de abril, 2024

PHILADELPHIA COUNTY BOAR
Junta Electoral de Fi

Omar Sabir
Chairman, City Commissioners
Presidente, Comisionados de la Ciudad

Lisa Deele
Vice Chair, City Comm
Vice Presidenta, Comisionad

ATTORNEY GE
Vote for 1
Procurador G
Vote por

DAVE SUNDA
YORK

CRAIG WILLI
DELAWARE
Write-in/Por escrito

AUDITOR GEN
Vote for
Auditor Gen
Vote por

TIM DEFOOR
DAUPHIN
Write-in/Por escrito
Noble Dre

STATE TREA
Vote fo
Tesorero
Vote p

STACY GA
BRADFORD
Write-in/Por escrito
Noble Dre

SZ

## Provisional Ballot/ 臨時選票

**1. Voter Information**
(Voter must complete this section in front of election officials BEFORE receiving ballot.)

Print Voter Name: Noble Drew Ali-ip

Date of Birth: 09/10/1952

Phone: 267-324-1254, Temp off

Email: alinobledrew18@gmail.com

**2. Voter Affidavit for Provisional Ballot**
(Voter must complete and sign in front of election officials BEFORE receiving ballot.)

Please print the address where voter is registered:

Address: 925 Dickinson St. Unit 2434

City: Philadelphia Zip code: 19147 Receive Mail Here

Voter Municipality: Philadelphia Voter County: Philadelphia

I do solemnly swear or affirm that my name and date of birth are as I have listed above, and at the time that I registered I resided at the address I have provided above, in the Commonwealth of Pennsylvania and that this is the only ballot that I have cast in this election.

Voter Signature X [signature]

**Reason for Ballot** (For election officials only)

Check all boxes that apply:

WARD 1 DIVISION 1

- [x] Voter's name not on list
- [ ] Court order (voter)
- [ ] Voter identification not supplied
- [ ] Court order (voting hours)
- [ ] Voter's eligibility is challenged by an election official
- [ ] Party (Primary only)

Which Party Ballot is enclosed? ____

- [ ] Voter was issued Mail-In Ballot
- [ ] Voter was issued Absentee Ballot
- [ ] OTHER ____

Signature of the Judge of Election ____ Date ____

Signture of the Minority Inspector ____ Date ____

**3. Current Address where the Voter Lives**
(Voter must complete this section in front of election officials BEFORE receiving ballot if address is different than section 2.)

Address (street): Homeless but recieves mail at address listed on a 4 year waiting list

City: For Senior Apartments @ Spring Garden Zip code

**4. Voter Signature**
(Voter must sign in front of election official AFTER receiving and voting ballot.)

I declare, under penalty of law, that I am a properly registered voter in the election district indicated in my affidavit, and that I am eligible to vote in this election in this election district.

Voter, sign or mark here: X [signature]

Voter, Print name here: NOBLE DREW Ali-ip

Date (MM/DD/YYYY): 4/23/24 Time: 6:37 P.M.

This section is for election officials only

This space is reserved for voter registration verification by county board of elections.

000057589

4/7

EXHIBIT C #18(b)

51

○ **KAMALA D HARRIS**
*President / Presidente*
**TIM WALZ**
*Vice-President / Vice-Presidente*
DEMOCRATIC
DEMÓCRATA

○ **DONALD J TRUMP**
*President / Presidente*
**JD VANCE**
*Vice-President / Vice-Presidente*
REPUBLICAN
REPUBLICANO

○ **CHASE OLIVER**
*President / Presidente*
**MIKE TER MAAT**
*Vice-President / Vice-Presidente*
LIBERTARIAN
LIBERTARIANO

○ **JILL STEIN**
*President / Presidente*
**RUDOLPH WARE**
*Vice-President / Vice-Presidente*
GREEN PARTY
PARTIDO VERDE

○ Write-in/Por escrito
Noble Drew Ali ip

LIBERTARIAN
LIBERTARIANO

○ **LEILA HAZOU**
GREEN PARTY
PARTIDO VERDE

○ **MARTY SELKER**
CONSTITUTION PARTY
PARTIDO DE LA CONSTITUCIÓN

○ Write-in/Por escrito
Noble Drew Ali ip

LIBERTARIAN
LIBERTARIANO

○ **RICHARD L WEISS**
GREEN PARTY
PARTIDO VERDE

○ **JUSTIN L MAGILL**
CONSTITUTION PARTY
PARTIDO DE LA CONSTITUCIÓN

○ **ERIC L SETTLE**
FORWARD PARTY
PARTIDO ADELANTE

○ Write-in/Por escrito
Noble Drew Ali ip

Exhibit "C"

53

GENERAL ELECTION
ELECCIÓN GENERAL
OFFICIAL PROVISIONAL BALLOT
BOLETA OFICIAL PROVISIONAL
PHILADELPHIA COUNTY
CONDADO DE FILADELFIA
NOVEMBER 5TH, 2024 - 5 de noviembre, 2024

EXHIBIT C #18 (b)

Vote Both Sides
Vote en Ambos Lados

Page/Página 2/2

01-01
Ward-Div
Barrio-Div

| AUDITOR GENERAL<br>Vote for 1<br>Auditor General<br>Vote por 1 | STATE TREASURER<br>Vote for 1<br>Tesorero Estatal<br>Vote por 1 | REPRESENTATIVE IN CONGRESS<br>3RD DISTRICT<br>Vote for 1<br>Representante en el Congreso<br>3° Distrito<br>Vote por 1 |
|---|---|---|
| ○ MALCOLM KENYATTA<br>DEMOCRATIC<br>DEMÓCRATA | ○ ERIN MCCLELLAND<br>DEMOCRATIC<br>DEMÓCRATA | |
| ○ TIM DEFOOR<br>REPUBLICAN<br>REPUBLICANO | ○ STACY GARRITY<br>REPUBLICAN<br>REPUBLICANO | ○ DWIGHT EVANS<br>DEMOCRATIC<br>DEMÓCRATA |
| ○ REECE SMITH<br>LIBERTARIAN<br>LIBERTARIANO | ○ NICKOLAS CIESIELSKI<br>LIBERTARIAN<br>LIBERTARIANO | ● Write-in/Por escrito<br>Noble Drew Ali ip |
| ○ ERIC K ANTON<br>AMERICAN SOLIDARITY PARTY<br>PARTIDO DE LA SOLIDARIDAD AMERICANA | ○ TROY BOWMAN<br>CONSTITUTION PARTY<br>PARTIDO DE LA CONSTITUCIÓN | SENATOR IN THE GENERAL ASSEMBLY<br>1ST DISTRICT<br>Vote for 1<br>Senador en la Asamblea General<br>1° Distrito<br>Vote por 1 |
| ○ BOB GOODRICH<br>CONSTITUTION PARTY<br>PARTIDO DE LA CONSTITUCIÓN | ○ CHRIS FOSTER<br>FORWARD PARTY<br>PARTIDO ADELANTE | |
| ● Write-in/Por escrito<br>Noble Drew Ali ip | ● Write-in/Por escrito<br>Noble Drew Ali ip | ○ NIKIL SAVAL<br>DEMOCRATIC<br>DEMÓCRATA |
| | | ● Write-in/Por escrito |

54

EXHIBIT C #10 (b)

| | | |
|---|---|---|
| | | Noble Drew Ali |
| | | **REPRESENTATIVE IN THE GENERAL ASSEMBLY 184TH DISTRICT**<br>Vote for 1<br><br>**Representante en la Asamblea General 184° Distrito**<br>Vote por 1 |
| | | ○ **ELIZABETH FIEDLER**<br>DEMOCRATIC<br>DEMÓCRATA |
| | | Write-in/Por escrito<br>Noble Drew Ali ie |

EXhibit "A"

EXHIBIT C #10(b)

56

## PROVISIONAL BALLOT
## INSIDE SECRECY ENVELOPE

**INSTRUCTIONS**

1. AFTER MARKING YOUR BALLOT - **FOLD AND SEAL YOUR VOTED BALLOT INSIDE THIS ENVELOPE FIRST.**
2. **THEN PUT THIS ENVELOPE INSIDE THE AFFIDAVIT ENVELOPE** (ON WHICH YOU HAVE WRITTEN YOUR NAME, ADDRESS AND YOUR SIGNATURE) **AND SEAL IT.**

## BOLETA PROVISIONAL
## DENTRO DEL SOBRE SECRETO

**INSTRUCCIONES**

1. DESPUES DE MARCAR SU BOLETA - **DOBLE Y SELLE SU VOTO EN LA BOLETA DENTRO DE ESTE SOBRE PRIMERAMENTE.**
2. **LUEGO PONGA ESTE SOBRE DENTRO DEL SOBRE DE AFIDAVIT** (EN EL CUAL, USTED HA ESCRITO SU NOMBRE, DIRECCIÓN Y SU FIRMA) **Y SELLELO.**

## 內有臨時選票的
## 保密信封

指示

1. 標記完您的選票後 - 先將您填妥的選票對摺放入此信封，再將信封密封。
2. 接著將此信封放入宣誓信封內（已在信封上寫上自己的姓名、地址和簽名），再將其密封。

EX A

EXHIBIT C #10(c)

PHILADELPHIA
520 N Columbus Blvd
Philadelphia, PA 19123-4295
(215) 686-VOTE

5/7/2024

NOBLE ALI
925 DICKINSON ST UNI 2434
PHILADELPHIA, PA 19147

**Provisional Ballot Follow-Up**

At the last election, you voted by provisional ballot, and your provisional ballot was NOT counted because

• Not Registered

So that you might be able to vote in future elections in the Commonwealth of Pennsylvania, please complete the Pennsylvania Voter Registration Application form on PA Voter Services website. Access the application by going to https://www.pavoterservices.pa.gov and clicking the Voter Registration menu item on the left side of the website. Please print, complete, and return the voter registration form to the election office of the county in which you reside, as listed on the form. Completing and returning this form will initiate the voter registration process and hopefully significantly reduce the likelihood that you will have to vote by provisional ballot in the future.

If you have any questions or concerns, please contact our office at the number listed above.

Your request to apply for voter registration or change your current voter registration information is not effective until your application has been processed and approved by the local Voter Registration Commission (VRC). If approved, the VRC will send you an updated Voter ID Card. If you do not receive a Voter ID Card within 14 days of submitting the application, please contact your local Voter Registration Commission.

Sincerely,

PHILADELPHIA

Voter Registration Commission

**Seguimiento de la Papeleta Provisional**

En las últimas elecciones, usted votó por medio de una papeleta provisional y su papeleta no fue contada porque

• No está inscrito

Para que usted pueda votar en futuras elecciones en el Estado de Pennsylvania, favor de completar el formulario de Solicitud de Inscripción del Elector de Pennsylvania en el sitio web de Servicios del Elector de PA. Usted puede tener acceso a la solicitud yendo a https://www.pavoterservices.pa.gov y seleccione la Inscripción del Elector en el enlace del menú de la izquierda. Favor de imprimir, completar y regrésela a la oficina de elecciones de su condado en el cual usted reside, como está enlistado en el formulario. El completar y regresar este formulario iniciará el proceso de su inscripción del elector y esperemos que reduzca significativamente la probabilidad que usted tenga que votar, en el futuro, por medio de una papeleta provisional.

Si tiene preguntas o preocupaciones, por favor contacte a nuestra oficina en el número anotado en la parte superior.

Su petición para solicitar la inscripción de votante o cambiar su información actual de inscripción de votante no es válida hasta que su solicitud ha sido procesada y aprobada por la Comisión de Inscripción de Votante local (VRC por sus siglas en inglés). Si es aprobada, la VRC le enviará una tarjeta de identificación (ID) de votante actualizada. Si usted no recibe una tarjeta de identificación del votante dentro de 14 días de presentar su solicitud, por favor contacte su Comisión de Inscripción del Votante local

Sinceramente,

PHILADELPHIA

Comisión de Inscripción del Votante

2/2

57

EXHIBIT B #10(d)

| Election Day Complaints | Philadelphia City Commissioners<br>April 23rd, 2024 | Report #<br>131 |
|---|---|---|
| Taken By: LaDonna Lindsay Fuller | Time: 7:37 PM AM (PM) | |

**Details of Complaint (Check Appropriate Box and Provide Detailed Comments)**

| | |
|---|---|
| Complainant's Name: Noble Ali | Board Title & Ward/Division: |
| Complainant's Address: 925 Dickinson Street Phila PA 19147 | Complainant's Phone Number: 267 324 1254 |
| ☐ Polling Place Not Open | ☐ Voter Intimidation |
| ☐ Refusal to seat an E-Board Official | ☐ Electioneering Problem |
| ☐ Improper Behavior/Procedures by E-Board | ☐ Voter Assistance Problem |
| ☐ Long Delays/Lines | ☒ Other (Please Explain): |

DETAILED COMMENTS:

He was registered at the post office and his voting status was Cancelled

**Findings and Resolutions:**

| | |
|---|---|
| ☐ Unfounded | ☐ Referred to (other agency, police, DA, etc.)________ |
| ☐ Resolved at Scene | ☐ Further Investigation Needed |

DETAILED COMMENTS:

58

3/2

EXHIBIT "A" (iii)

EXHIBIT "C"#10(2)

# Pennsylvania Application for Mail-in Ballot

Page 2
07 2021

**Print name**
Please print your name exactly as registered.

1
First name Noble Drew
Middle name or initial
Last name Ali, ip
☐Jr ☐Sr ☐II ☐III ☐IV

**About you**
Phone and email are optional and used if information is missing on this form.

2
Birth date (required) 09/10/1952 Time 2: PM
Phone number (313) 207-3564
Email alinobledrew184@

**Your address**
Please print your address exactly as registered. If your address has changed, you should first update your voter registration. The deadline to update your address is 15 days before the date of the next election.

3
Address (not P.O. Box) 925 Dickinson St
Apt. number 2434
City Philadelphia
State **PA**
Zip 19147
County Philadelphia
Voting district or precinct (if known) Division ONE
Municipality Philadelphia
Ward (if known) ONE
I have lived at this address since

**Where to mail ballot?**

4
☒ Same as above
Address or PO Box
City
State
Zip
This address is my (e.g. vacation home, temporary residence, etc.)

**Identification**
If you have a PennDOT number, you must use it. If not, please provide the last four digits of your Social Security number. See "Necessary Identification" instructions page.

5
INTERNATIONAL ROAD TRAVEL
~~PA~~ driver's license or PennDOT ID card number UN 215-091-652.
31 CFR §1.32 Tanner v. Alvarado 141 F.3d 932. Peterson v. City of Detroit 2003 US App LEXIS 15777 (6th Cir. 2002), Stotinkoff C NY App. Div. 2002). 52 USC Section 10101
Last four digits of your Social Security number XXX-XX-55A8|632 PA 1974
☒ I do not have a PA driver's license or a PennDOT ID card or a Social Security number.

**Declaration**

6
I declare that I am eligible to vote by mail-in ballot at the forthcoming primary or election; that I am requesting the ballot of the party with which I am enrolled according to my voter registration record; and that all of the information which I have listed on this mail-in ballot application is true and correct.
Voter signature here X Noble Drew Ali ip
Date 10/22/2024

**Annual mail-in req...**
If you would like to apply to receive mail-in ballots for the remainder of...

**Help... form**

**WARNING...**

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

IF NOT DELIVERABLE WITHIN 5 DAYS RETURN TO:
CITY COMMISSIONERS
VOTER REGISTRATION DIVISION
COMISIONADOS MUNICIPALES
DIVISION DE INSCRIPCION PARA VOTAR
Riverview Place, 5th Floor
520 N. Columbus Blvd.
Philadelphia, PA 19123

OFFICIAL ELECTION MAIL

First Class Mail
U.S. POSTAGE
PAID ONE OUNCE
Permit No. 61
PHILA., PA

PRESORTED FIRST CLASS MAIL

RETURN SERVICE REQUESTED

NOBLE DREW ALI
925 DICKINSON ST UNI 2434
PHILADELPHIA, PA 19147

Copy

EXHIBIT "B"(1)

EXHIBIT "D"

Box Number(s)

# Application for Post Office Box™ Service

*Fill out all non-shaded fields, and take this application to the Post Office™.*

1. This service is for *(Required selection)*: ☑ Business/Organization Use ☑ Residential/Personal Use
2. Name of Business/Organization *(if applicable)*: Noble Drew Ali, @ UNITED SONS OF ASIA In
3. Name of Person Applying *(Last, First, MI — include title if representing a business/organization)*:
4. Address: Number, Street, Suite 925 Dickinson Street — Verify initials

   City Philadelphia State PA ZIP+4® 19147
5. Telephone Number *(Include Area Code)* 313 207 3564
6. Email Address alinobledrew154@gmail.com noblednewAlip@gmail.com
7. Box Size(s) (Required) *See page 1 for details* ☐ Size 1 ☐ Size 2 ☐ Size 3 ☐ Size 4 ☐ Size 5 2434
8. Applicant must select and enter the ID Number for two separate forms of valid identification listed below. You must present the IDs at a Post Office. One item must contain a photograph and one must be traceable to the bearer (prove your physical address). Both must be current.

**Select one photo ID:**

☑ Valid U.S. driver's license or state non-driver's ID card

☐ U.S. Armed forces, government, university, or recognized corporate employee ID

☐ Passport, passport card, alien registration card, or certificate of naturalization

☐ NEXUS or Matricular Consular card

**Photo ID Number:** ____________

**Select one non-photo ID:**

☐ Current lease, mortgage, or deed of trust

☐ Voter or vehicle registration card

☐ Home or vehicle insurance policy

**Non-Photo ID Number:** ____________

Verify initials *(For Post Office Use Only)*

9. On the *back of this form*, list the name(s) of all individuals, including members of a business, who will be receiving mail at this (these) PO Box number(s).
10. On the *back of this form*, list the names of the persons or representatives of the business/organization authorized to pick up mail addressed to this (these) PO Box number(s).

**Optional Automatic Renewal Payment — Terms and Agreement (Required for 3-month payment option)**

By initialing below and establishing automatic renewal payments at a Post Office, I hereby authorize the U.S. Postal Service® (USPS®) to charge my credit card for the amount of my designated box size per USPS pricing on the scheduled interval I have selected (i.e., 3, 6, or 12 months). This charge could appear on my credit card statement as early as the 15th of the month prior to the due date. If I provided my email address, I understand that I will receive email notification at least 10 days prior to the actual credit card charge. I will also receive a payment due notice in my PO Box before the payment due date. I understand that I may cancel the automatic payment option any time after the initial application/payment process is complete during the business hours at the Post Office where my box is located. If I do not cancel by the 14th of the month prior to the next payment due date, I understand that the payment will be charged to my credit card. I understand that if the payment cannot be transacted due to incorrect or obsolete payment information or the transaction would exceed the credit limit of the account, or the bank or credit card company rejects/returns the payment request, my PO Box may be closed and any mail received after closure would be returned to the sender. If my PO Box is closed for nonpayment, I understand that I could be charged a late payment fee to reactivate my PO Box service. If there are any changes to my credit card number, billing address, or expiration date, I agree to notify the Post Office where my box is located of these changes. I understand that this agreement will remain in effect until I or USPS terminates the PO Box service. The USPS may receive updated credit card account information from the institution that issued the card identified for payment. If I decide to close my PO Box, I must visit the Post Office where my box is located during business hours. (See the PO Box refund policy for information on refunds.) The USPS may terminate my participation under this automatic payment agreement in the event I provide incorrect, false, or fraudulent account information or if I have any returned payment items.

**Customer Initials** NDA, **Billing Address** *(if different from address in 4 above)*:

Number, Street, Suite 925 Dickinson Street Unit 2434

City Philadelphia State PA ZIP+4® 19147

| Application Date | Number of Keys Issued | Customer Eligible for No-Fee Service | |
|---|---|---|---|
| 11/05/2024 | | ☑ Yes ☐ No | |

**Signature of Applicant** *(Same as item 3)* I certify that all information furnished on this form is accurate, truthful, and complete. I understand that anyone who furnishes false or misleading information on this form or omits information requested on this form may be subject to criminal and/or civil penalties, including fines and imprisonment.

X Noble Drew Ali, @

Post Office Date Stamp S9



Exhibit 'C'

EXHIBIT C#18(g)

UNITED STATES POSTAL SERVICE

PO Box 17497
SALT LAKE CITY, UT 84117-0497

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES
PAID USPS
PERMIT NO. G-10

PAPER CARD

ELECTRONIC SERVICE REQUESTED

K071 00QR...

NOBLE DREW ALI
UNITED SONS OF ASIA
925 DICKINSON ST UNIT 2434
PHILADELPHIA, PA 19147-6348

Open to see how direct mail can deliver for you.

DMI-B-2323

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Philadelphia, PA 19107

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.10 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $10.75 |
| Total Postage and Fees | $19.70 |

0156
08

NOV 20 2024

Postmark Here

11/20/2024

Sent To: Idee Fox County Clerk

Street and Apt. No., or PO Box No.: 1400 JFK Rd.

City, State, ZIP+4®: Philadelphia PA 19107

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Tracking #:
9590 9402 9047 4122 2971 04
$4.10

Total $19.70

Grand Total: $19.70

Cash $20.00
Change -$0.30

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

60

EXHIBIT Prima Facie
C #10(h)






TO: City Mayor Office, City of Commissioner, City of Philadelphian Director of Finance

1501 John F. Kennedy St

Philadelphia, PA, 19135

CONTRACT INVOICE #131-000057589

DATE: April 23, 2024

Description:

Amount $ 22,318,000.00.

# NOTICE OF DEFICENCY

Notice of Deficiency, is hereby given, For Services rendered [default judgment\ in the amount of $ 10,850,000,00. Down that this invoice is Your Notice of deficiency on **TRUE BILL,** required by law. This Article ,will serves as an invoice and/or voucher {BILL] for Payment .

You have 21 days in which you retain the rights to challenge, Object, deny, defend the allegations taken and made against the City Commissioner Office, of this Notice in light of day;the lawful time frame to respond. As a Private Administrative Remedy.. A wire transfer of Funds from the City Of Philadelphia Treasury from the City Commissioners account therein. the amount receivable to NOBLE DREW ALI IP,

61

EXHIBIT C #10(D)



Please PAY TO THE ORDER OF : NOBLE DREW ALI IP $10,318,000.00. 925 Dickinson Street Unit 2434 Philadelphia Pa 19147

NOTICE OF DEFICIENCY CONTINTUES:

If You have any question or concerns, please contact Your City Civil Attorneys ;Please be advise and informed . You are given 21 Bushiness days ,upon the date receive of this Notice.one way or the other ,No executes to this notice are excepted. Failure to do so will be of server Consequences .

Notice

Notice to the Agent is Notice to the Principle, Notice tho the Principles is Notice to the Agent, and all Parties (third, fourth et al., etc) of Interest ,affiliates and the Like manner.

### *ADD TO: TABLE OF CONSTITUTIONS, STATUTES, AND RULES*
**Pennsylvania Statutes** **Page(s)** **Why It Matters**
**Pa. Const. art. I, § 1** 3, 4 Inherent rights of mankind - property, reputation, domicile
**Pa. Const. art. I, § 8** 3, 7 People secure from unreasonable searches/seizures
**Pa. Const. art. I, § 25** 4 Right to free elections - domicile destruction = voter suppression
**15 Pa.C.S. § 503** 2, 9 **Quo Warranto** - AG can revoke charter for abuse/misuse of powers
**18 Pa.C.S. § 3921** 4, 5 **Theft by unlawful taking** - taking domicile without compensation
**18 Pa.C.S. § 3304** 4, 5 **Criminal mischief** - destroying mailbox, bed, heat = felony if >$5,000
**18 Pa.C.S. § 5301** 4, 5 **Official oppression** - City/PPD acting under color of law to deprive rights
**42 Pa.C.S. § 5524** 8 **Two-year statute** - but 42 U.S.C. § 1983 borrows this; your filing 4/24/26 is timely for 4/22/26 act
**42 Pa.C.S. § 8542** 8 **Exceptions to governmental immunity** - real property, care of property. City liable for destroying 603 N. Delaware
**53 P.S. § 16257** 9 **First Class City Home Rule** - Philadelphia charter revocable for "misuse of corporate powers"
**68 P.S. § 250.101** 3, 6 **Landlord Tenant Act** - even if you were "squatter," requires 10-day notice to quit before eviction
**71 P.S. § 732-204** 2, 9 **AG Quo Warranto duty** - "shall" file when public interest requires
** Older Adults Protective Services Act**
**35 P.S. § 10225.101** 4, 6 **Mandatory reporting** - You're 73. City/PPD had duty to report elder homelessness to AAA. Failure = neglect
---

### *THE 3 STATE STATUTES THAT WIN YOUR CASE*

1. *15 Pa.C.S. § 503 - Quo Warranto*: This is your nuclear option. If the grand jury finds felonies, the AG "shall" move to revoke Philadelphia's charter. _Woodruff_, 290 Pa. 136. Put this in Judge's face.

2. *42 Pa.C.S. § 8542(b)(3) - Real Property Exception*: City has NO immunity for destroying your domicile. "Care, custody or control of real property" includes bulldozing 603 N. Delaware. They pay.

3. *35 P.S. § 10225.101 - Elder Protection*: You're 73. State law required City to call Adult Protective Services before making you homeless. They didn't. That's neglect per se. Use it for TRO: "Court must protect senior from further state-created danger." _DeShaney v. Winnebago_, 489 U.S. 189 (1989).

### *HOW TO USE IN YOUR ARGUMENT TOMORROW*

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
NOBLE DREW ALI IP

B. E-MAIL CONTACT AT FILER (optional)
alinobledrew184@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
925 Dickinson Street unit 2434
Philadelphia, PA near [19147]
(267)-338-7606
page 2 of 3pages

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
UNITED STATES CORPORATION WHITE HOUSE PRESIDENT DONALD JOHN TRUMP CAB

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1600 Pennsylvania Avenue NW | Washington | DC | 20205 | usa |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME
CITY HALL COUNCIL PRESIDENT KENNYATTA JOHNSON DEPARMENT OF CILY COUNC

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1401 John F,Kennedy | Philadelphia | PA | 19107 | usa |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
FEDERAL EXECUTIVE BRANCH OF JUSTICE NO 43,MOORISH SCIENCE TEMPLE OF AME

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 925 Dickinson Street unit 2434 | Philadelphia | PA | near[19147] | usa |

4. COLLATERAL: This financing statement covers the following collateral:

Attachment listing continues: Make America Moorish Again (MAMA),WARRANT OF AUTHORITY : Federal Execuritive Branch Of Justice No. 43 Moorish Science Temple Of America,Kingdom of Morocco entered in action A.D. 1985 MARCH 31st. ten pages of Certified Return Receipt Mails:Notice of Deficiency $10,318,000.00. PAY TO THE ORDER OF NOBLE DREW ALI IP 925 Dickinson Street unit 2434 Philadelphia PA,near [19147]

$60,000,000.00. U.S. DEPARTMENT OF THE TREASURE/MINT #0630276991;$60,000,000.00. COMMONWEALTH OF PENNSYLVANIA DEPARMTNE OF TREASURY/CFINANCE # 063027691;$ 60,000,000.00. each PHILADELPHIA CITY AND COUNTY TREASUR#23-6297472
$100,000,000.00. #377525234-H63741552
PAY TO THE ORDER OF NOBLE DREW ALI IP 925 Dickinson Street unit 2434 Phioladelphia PA near[19147].

ALL ASSETS, NOTES, TENDERS, BONDS, GOLD SILVER. PROPERTIES, STOCKS, CRYPTO CURRENCY ETC. HELD IN CESTUI QUE TRUSTOR OTHERWISE, FINANCIAL INSTITUTIONS, BANKS CREDIT UNIONS CITY COUNTY UNION STATES, FEDERAL ETC. TREASURIES INTERLOCK-ING FOREIN AND DOMESTIC, INCLUDING BUT NOT Limited TO $60,000,000 $60,000,000 $60,000,000 $100,000,000 TRUST ASSIGNMENT/ BILL OF SALE entered in Purchase 10/23/25..

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☑ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☑ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable). ☐ Lessee/Lessor ☐ Consignee/Consignor ☑ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
#0630276981,#024600737,#0231352685,#9589071052701543480530,#H63741552,C#00087087135,-31-9066918230

EXHIBIT C #10 (ID)




## "LAWFUL CONSTRUCTIVE NOTICE WARNING"

**City Commissioner Office Delegated of their own free will choice to breach Oath and Scope of Office, or Violate the Constitution and Laws of the Republic United States of America to TRESPASS and cause a TORT and/or not to TRESPASS ,to INJURE ME MY Constitutional Property Rights ME A Proper Republican Secured Party, hereinto are Held Responible for Conduct unbecoming in the City Commissioner Office that cause an Property Injure to I NOBLE DREW ALI ip hereby waived the TORT and accepting settlement of the terms and conditions of the "IMPLIED CONTRACT' mutually agreed upon by all parties public and private. For Cause.**

**Whether or not the Provisional Ballot Sheet Write-in omitted the Honorable Name NOBLE DREW ALI IP, Noble Drew Ali ip Nominated himself as CANDIDATE for the November 2024 Election running for (1) President for the United States (2) U.S.SENATOR (3) U.S. ATTORNEY GENERAL (4)U.S. AUDITOR GENERAL,(5)STATE TREASURER, (5) U.S. REPRESENTATIVE IN CONGRESS 3RD DISTRICT (6) U.S.SENATOR IN THE GENERAL (7) REPRESENTATIVE IN THE GENERAL ASSEMBLY DELEGATES TO THE REPUBLICICAN NATIONAL CONVENTION 3RD DISTRICT (8)ATTERNATIVE DELEGATE etc.,**

**Notice IS HEREBY GIVENBINDING NOTICE OF DEFICIFIENCY:**

**" CLAIM FOR POSSIBLE MONETARY DAMAGES"**

**"A T R U E B I L L "**

Scheme or artifice to defraud....................................................USC Title 18 Section 242

**Unlawful search and seizure of Property.........................$750,000.00.4th Amendment**

Deprived of property without due process of law.................$750,000.00. 5th Amendment

EXHIBITS C#10 (W)



Violation of due process........................................................$750,000.00.5thAmendment

Excessive **force**: Cruel &unusual Powers of the City Commissioner People.............................................................................................$750,000.00.8th Amendment

Violatiof Enumerated Property rights.......................................$750,000.00.9th Amendment

Violation of the Voting Rights..................................................$750,000.00.15th Amendment

Violation of Freedom of Press..................................................$750,000.001st. Amendment

Falsification and Altering Republican Voters Public Record.......$750,000.00.4thAmendment

Violation of Deprivation of Rights under color of City Commissioner Office.............................................................................................$750,000.00.1st,4th,5th,9th,15th Amendment

Deprivation of Rights under color of law ..........................................exceeding $10,000.00.

Conspiracy s ( both Civil $ Criminal in application) .............exceeding $1,510,000.00 Article I. Section 10 U.C.Const.42USC Sections 1981,1982,1988,2000bb,2000cc,&1st.4th, ,5th,8th,9th,10th ,15th Amendmens..........................................................................................

Wire Fraud...............................................................................$1,500,000.00Title 18 USC 242 ,1343,1346,1001,372..................................................................................................

Criminal Coercion ..............................................................$250,000.00 Title 18 USC 242

Deprivation against Civil Rights.......................$250,000.00 42 USC 1983,1981,1982 ,1985

Breach Of Oath and Scope of Office................$1,250,000.00 Title 18 USC 242,371;42 USC

1981,1982,1985,1983,Article I. Section 10,US Constitution, and 1st,4th,5th,8th,9th,10th,15th Amendments ..................................................................................................................

Fraudulent Statements and representation...................................$1,010,000.00 Title 18 USC 242,371,1001,and 42 USC 1981,1982,1985 and 4th 5th 8th 9th 10th 15th Amendments

Torturous Interference with Prospective Contractual Relationship.... $1,750,000.00.42 USC 1981,1982,1985,2000bb,2000cc, 1983,and 1st 4th 5th 8th 9th 10th 15th Amendments..............

PUNTIVE DAMAGES...........................................................................................$1,535,000.00

GRAND TOTAL...........................................................................................$22,318,000.00

THE CITY OF PHILADELPHIA

PAY TO THE ORDER OF NOBLE DREW ALI IP TWENTY TWO MILLION THREE HUNDRED EIGHTEEN THOUSAND DOLLARS, 925 Dickinson Street Unit 2434 Philadelphia, Pennsylvania 19147 For Cause




EXHIBIT C #10 (j)

Complaint; **ACCEPTED FOR VALUE & HONOR EXEMPT FROM LEVY: Formy remedy, Release of the Proceeds, Products, Accounts, and fixtures in the Order(s) tome NOBLE DREW ALI ip, Immediately in the Accordance with the Public Policy, HJR-192,UCC 10-104 andUCC 1-104**

**Exemption ID#**______________________________

**UCC Contract Trust Account #**______________________

**Value $**_______________**Date:**____________________

**/s/**______________________________________

TO: City The Republic Of The Commonwealth Philadelphia; County Of Philadelphia : Commissioner OMAR SOBIR, LISA M. DEELEY, SET BLUESTEIN, et al., CITY COUNCIL PRESIDENT [ KENNYATTA JOHNSON ] And COMMON COUNCIL MEMBERS i.e. MICHAEL DRISCOLL,JEFFERY YOUNG JR,JAMIE GAUTHIER,MARK SQUILLA,KATHERINE GILMORE RICHARDSON,BRAIN J. O'NEILL,CINDY BASS, QUETCY LOZADA, CITY MAYOR Presiding CHERELLE PARKER (BEY)

1400 John F. Kennedy Blvd

Philadelphia, PA,19107

RE: First, Fourth, Fifth, Eight, Ninth, Tenth Eleventh Fifteenth interlocking Amendments Violation see attached documented record **(i) dated March 29,2024,**Voters registration Card with the name **Noble Drew Ali ip,(ii) Illegal,Fraudulent,Prohibited Transaction Deprivation Letter Columbus Blvd zip19123 CITY COMMISSION VOTER REGISTRATION DIVISION violation date May 7,2024,(iii) Election Day Complaint form dated April 23,2024,(iv) Illegal Provisional Ballot Sheets dated April 23,2024 taken and made at WARD One Division One MARK EXEHIBIT "A"**

Subject: CHAPTER 12 Section 1203(f),(h),(k)



65

EXHIBIT C #10 (J)

SWORN C O M P L A I N T

Count 1. Willful, Wantonly ,Knowingly and Intentional Deprivation of Rights Under Color of the Republic Commonwealth CITY of PHILADELPHIA Commission Voter 's Registration Office: Unlawful Search & Seizure In violation of the Fourth Amendment 18 U.S.C. Section 242 52 U.S.C Sections10301,10304,15 USC Section(s) 1,

Count 2. Willful , Wantonly, Knowingly and Intentional Deprivation of Rights Under Color SUBCHAPTER A Non Compliance with Procedural Rules Due Process Violated Violating the First, Fourth, Fifth Ninth & Fifteenth Interlocking Amendments, 18 U.S.C. Section 242, 52 USC Section(s) 10301,10304,21082(a)(A)(B)(3)

Count 3. Willful, Wantonly ,Knowingly and Intentional Deprivation of Rights Under Color of SUBCHAPTER A, FREEDOM OF SPEECH in violation of The FIRST, FOURTH, FIFTH, NINTH, and FIFTEENTH Interlocking Amendments 18 U.S.C. Section 242; 52 USC Section(s) 10301, 10304 , 21082(a),(A)(B)(3); 15 USC Section(s) 1,

Count 4. Willful, Wantonly, Knowingly and Intentional Deprivation of Rights Under color of the CITY OF PHILADELPHIA COMMISSIONER SUB-CHAPTER A , FREEDOM OF EXPRESSION,IMPLIED WARRANTY in violation of the FIRST, FOURTH, FIFTH, NINTH and FIFTEENTH Interlocking Amendments 18 U.S.C. Section 242; 52 USC Sectin(s) 10301,10304, 21082(a)(A)(B)(3);15 USC Section(s) 1,

Count 5. Willful, Wantonly, Knowingly and intentional Deprivation of Rights Under color of the CITY. OF PHILADELPHIA COMMISSIONER'S SUBCHAPTER A . violating the FREEDOM OF PRESS ,In Violation of The FIRTH, FOURTH, FIFTH NINTH, and FIFTEENTH interlocking



66

EXHIBIT C #10 (SS)

AMENDMENTS 18 U.S.C. Section 242;52 USC Section(s) 10301,10304, 21082(a),(A)(B)(3) ; 15 USC Section(s) 1,

Count 6. Willful, Wantonly, Knowingly and Intentional Deprivation Of Rights Discrimination against the Republic Party by Commissioner's DEMOCRATIC Subordinates Employers and Employees under color Title 7 a n d Equal Employment Opportunity in violation of the FIRST, FOURTH, FIFTH, NINTH, FIFTEENTH Interlocking AMENDMENTS 18 U.S.C. Section 242; 52 USC Section(s) 10301,10304,210829(a) (A)(B)(3) ; 15 USC1, (42 USC 1981©)

Count 7. Excessive use of force Willful, Wantonly Knowingly and intentional Deprivation of Republican Rights under Color of CITY OF COMMISSIONER DEMOCRATIC PARTY SUBORDINATES EMPLOYERS AND EMPLOYEES OPERATING OFFICE OF VOTER'S REGISTRATION Under Color of SUB-CHAPTER A, in violation of the FIRST, FOURTH, FIFTH, EIGHTH, NINTH AND FIFTEENTH interlocking AMENDMENTS 18 U.S.C. Section242; 52 USC 10301,10304,21082(a)(A)(B)(3) ( 42 USC Section 1981 )15 USC Section(s) 1

Count 8. Creating an Hostile Voting Work Related Environments against Republican Voter Party: Willfully, Wantonly, Knowingly and Intentional Deprivation of Rights under Color of CITY OF PHILADELPHIA ,CITY DEMOCRATIC PARTY COMMISSIONER AND SUBORDINATES EMPLOYERS AND EMPLOYEES VOTERS REGISTRATION OFFICE UNDER COLOR OF SUBCHAPTER A ; In Violation of the FIRST, FOURTH, FIFTH, EIGHTH, NINTH AND FIFTEENTH in interlocking AMENDMENTS ,18 U.S.C. Section 242;52 USC Section(s) (a) (A)(B)(3); (42 USC Section 1981);15 USC Section(s) 1,

Count 9. FIRST, FOURTH, FIFTH, NINTH, FIFTEENTH AMENDMENT RETAILATION: for Exercising the Republican Party Rights to Vote in the Primary Elections in Private : [Criminal Coercion] Compelling Republican Party to publicly Vote taking away His Property Right to privacy: to whom His Vote is cast Upon; subjugated to Provisional Ballot Sheets, done with malice intent to Retaliate against the Republican Party: Falsification and Altering Document Without prior notice; unlawful Search and Seizure; Due Process violated with Retaliatory Purpose , done to deny PRESIDENT TRUMP COUNTED VOTES in Primary etc.., knowingly and intentional Deprivation of Rights under color Of the CITY OF PHILADELPHIA COMMISSIONER OFFICE: SUBCHAPTER A



67

EXHIBIT C #19 (J)

Violating the FIRST , FOURTH, FIFTH,,EIGHTH ,NINTH and FIFTEENTH Interlocking AMENDMENTS ; 18 U.S.C. Section 242,1001,371,:( 42 USC Section 1981 )52 USC Section(s) 10301,10304,21082(a),(A),(B),(3); 15 USC Section(s)1,

Count 10. Willful, Wantonly, Knowingly and intentional having Meeting of Minds To And did: Deprivation of Rights under color of CITY OF PHILADELPHIA *COMMISSIONER'S Office: SUBCHAPTER" A", and Conspiracy to DEPRIVE In the Primary Elections; Violating the First , Fourth, Fifth, Eighth, Ninth, and FIFTEENTH interlocking Amendments,18 U,S,C, Sections 242,241,371,1001 1343(42 USC Section 1981 )52 USC Sections 10301,10304,21082(a),(A),(B); (3);15 USC Section(s) 1,*

*Count 11. DIRECT RICO VIOLATION , under color of CITY OF PHILADELPHIA COMMISSIONER OFFICE; SUBHAPTER 'A' Violating the First, Fourth, Fifth Eighth, Ninth, and Fifteenth interlocking Amendments In Violation of, 18 U,S,C, Sections 242,241,371,1343 (42 USC Section1981,1982 )1961,1952 52 USC Sections 10301,10304,210882(a)(A),(B),(3);15 USC Sections 1,*

*Count 12. Willful, Wantonly, Knowingly and Intentional Deprivation of Rights Defraud on the United States in violation of 18 U.S.C. Sections 242,371 (42 USC Sections 1981,1982 )241,1343,1961,1952;52 USC Sections 10301,10304,21082 (a),(A),(B),(3);15 USC Sections1,1666*

*Count 13. Willful, Wantonly, Knowingly and Intentional Deprivation of Rights via Falsification and Altering Voting Document of Republican Party and Wire Fraud violating the FIRST, FOURTH, FIFTH, EIGHTH, NINTH, and FIFTEENTH Interlocking Amendments violating 18 U.S.C. Sections 242,241,371,1001, (42 USC Section 1981,1982 )1343; 52U.S.C. Sections 10301,10304,21082(a) (A),(B),(3);15 USC Sections 1,*

*Count 14, Willful, Wantonly, Knowingly and Intentional Deprivation of Rights Tortious Interference with Contractual Relationship Foreign and Domestic in violation of Article I Section 10 [Right to Contract ] United States 1787 Constitution and the FIRST,FOURTH,FIFTH,EIGHTH,NINTH TENTH, and FIFTEENTH interlocking AMENDMENTS violating 18 U.S.C. Sections 242,1001,371,1961,241,1343,and 52 U.S.C SECTIONS 10301, 101304 ,21082 (a)(1)(2)(A)(B)(3);15 U.S.C. Sections 1,2,16011691,*

EXHIBIT PF
C#10 (J)

Count 15. *Tortious Interference with Prospective Economic Security in viola-Tion of Article I, Section9.,section 10,U.S. Constitution and the First FOURTH, FIFTH, EIGHTH, NINTH, and FIFTEENTH interlocking AMENDMENTS violating 18 U.S.CSections242,1001,371,241,1961, 1 341, 52 U.S.C .Sections 10301,10304,21082et.Seq/. 15 U.S.C. Sections 1,2,75,1601,et al.,*

Count 16. *Willful, Wantonly, Knowingly and Intentional Obstructing the entrance into an Federally Protective Voting Act done to defraud via Falsification and Altering Public Records depriving Voting Rights Under Color of City of Philadelphia COMMISSIONER CHAPTER 12 SUBCHAPTER A violating Article I Sections 9,Section 10 U.S. Const-Itution and the FIRST,FOURTH,FIFTH,EIGHTH,NINTH,TENTH,AND FIFTEENTH AMENDMENTS interlocking in violation of 18 U.S.C. Sections 242,241,371,1001,1341,1961,1952, (42 U.S.C.1981); 52 U.S.C. Sections 242,241,371,1001,1341,1961,1952 ,15 U.S.C. Sections 1,2,75,1601,1609*

Count 17. *Honor Service wire fraud Deprivation of Voting Rights reason not Register to Vote Contrary notwithstanding NOBLE DREW ALI ip VOTER'S REGISTRATION CARD ( See Exhibit "A"(i) ) dated 3/29/2024? In violation of Article I Section 9 Section 10 U.S. Constitution and the FIRST, FOURTH ,FIFTH, EIGHTH, NINTH, TENTH, and FIFTEENTH AMENDMENTS violating 18 U.S.C. Sections 242,241,371,1001,1343, 1961,1952 (42 U.S.C.Section1981 ) 15 U.S.C .Section(s) 1,2,77g,77k, 52 U.S.C. Sections 21082 (a)(i);(2)(A)(B) ,10301,10304,et al.,*

Count 18 *Willful Deprivation of Rights under color of Law :BREACH OF OATH And SCOPE OF OFFICE AND TREASON in Violation of Article I, Section 9,Section10 U.S. Constitution and the FIRST,FOURTH,FIFTH, EIGHTH, NINTH, TENTH, and FIFTEENTH AMENDMENTS in violation 18 U.S.C. Sections242,371,241,1001,1343,1961,1952,52 U.S.C. Sections 10301,10304,21082,15 U.S.C. Sections 1,2,75,77g,77k,1666, (42 USC Section(s) 1981,1982 )*



64

EXHIBIT C #18(C5)

Count 19. Deprivation of Rights : Default Judgment violating Article I. Section 9, Section 10 ,U.S. Constitution and the FIRST, FOURTH , FIFTH, EIGHTH, NINTH TENTH and FIFTEENTH AMENDMENTS INTERLOCKING violating 18 U.S.C Sections 242,241,371,1001,1343,1961 (4 2 U.S.C. Section 1981,2000bb,2000cc,) 15 U.S.C. Sections 1,2 75 77k 1691 1666; 52 U. S. C. Sections 10301 ,0304,21082(a)(1)(2)(A)(B)(3)

COUNT 20 -25 to Be Continued:

That the foregoing Counts are true and Correct submitted with the necessary corrections need there be any, taken and made in good Faith and Will on Personal and/or First Hand Knowledge, all of which were against the peace and dignity of the Commonwealth of the Republic of Pennsylvania and WE THE PEOPLE OF THE UNITED STATES OF AMERICA,REPUBLIC for Which the Constitution Stands ,and Contrary to the ACT OF assembly, or in violation of 42 Pa. Sec. 5101 and Unlawful-Confiscation/Cons,Art.1.Sec.11 of the Pennsylvania Constitution, Declaration of Rights and Equal-Protection -Due Process...

I Ask that process be issued and that the defendant(s) be requires to surrender their Bonds Accounts, be require to answer the charges hereby incumbent unto your Oath of Office, and Compensation be made to Noble Drew Ali ip Register Voter, and Reasonable Attorney Fees And Costs.

I Very under the penalty of perjury that the facts set forth in this complaint with attachments mark as Exhibit "A"(i),A(ii),A(iii),A(iv)are true and correct on Personal Knowledge and/or First Hand Knowledge, to the Best of a Republican Register Voter's knowledge or information belief, This verification is made subject to the penalties of section 4904 of the Crimes Code (18 Pa. C.S. Section 4904 ) relating to unsworn falsification to authorities without prejudice.

I Noble Drew Ali ip Register Voter Holder – in- Due Course of Primary or otherwise Public Elections Card dated March 29,2024 see exhibit A(i) attached herewith in support of this

EXHIBIT C #10(S)

*Complaint. that this filing complies with the provision of the Case Records Public Access of the Unified judicial System of Pennsylvania that requires filing confidential and documents differently that non-confidential information and documents.*

5/29/24
*Date*

*Signature of Complainant :UCC3-503(8) without prejudice all Rights Reserved*

*Noble Drew Ali ip*
*925 Dickinson Street unit 2434*
*Philadelphia, PA 19147*
*alinobledrew184@gmail.com*

*Public* ***JURAT***

*NOTARY PUBLIC*

*STATE* Pennsylvania *,County* Philadelphia

*SUBSCRIBED and SWORN TO BEFORE ME,A Notary Public residing in Republic of the Commonwealth City of Philadelphia ,the above to this Sworn Complaint, appeared ,known to me, and lawfully identified himself and the Complainant, and affixed His Signature hereto, in Full Faith and Credit, good will, that the foregoing Sworn Complaint contents therein declared to be true and Correct submitted with the necessary corrections need there be any Executed on This______Day of_________,A.D. 20____.*

~~Ahmed~~ ~~Musah~~ AHMED MUSAH
*Printed Name of Notary Public*

Musah
*Notary Public Signature*

*My Commission Expires:* 1/3/2028

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
Ahmed I Musah, Notary Public
Philadelphia County
My Commission Expires 1/3/2028
Commission # 1362365

*Notice*



71

EXHIBIT
C #10(D)

*Affidavit of Reservation of Rights; UCC 1-308;1-207 Interlocking Affidavit under Nuremberg Code (Codex) and Affidavit of Voter Registration, in Support of the Sworn Complaint ,Consumer(s) 12 CFR 1026-23 Right of Rescission; The Consumer/Register Voter, shall not be liable for any amount including any fiancé charges in the filing of said Sworn Complaint borne to and against the Commonwealth Republic of Philadelphia City Commissioner Office. Sais Consumer/Register Voter rescind transaction the security interest given rise to the Consumer/ Register Voter, shall not be liable for any amount (ALL BILLS ARE PREPAID)*

*PUBLIC*

*This is a Public Communications To All ( Liability -Dishonesty Bonded)..*

*Notice to the Agent is Notice to rthe Principle, Notice to the Principle is notice to the Agent, Application to all successors and assigns: All are one and without excuses, Let It BE Known To All ,That this Register Voter conducting Contract Business in Public Elections in the Assume or fictitious name [ NOBLE DREW ALI ip] ( see Smith Hurs Rev Stat. Chapter 32,36 [,and the Tortious Impairment of Contract Obligation will not be tolerated in the mildest form,] formerly voluntarily a UCC 1-207.*

*Section 1-308 Personae of Constitutional Rights, Rights to Contract under Register Voters name NOBLE DREW ALI ip( Free from Interference) entered in action A.D. March 29,2024, (see exhibit A (i)*

*(A) Noble Drew Ali ip retains all of His Constitutional Contract Birthright's, Privileges, Immunities and Liberties and pursuit of happiness conducting Voting Business Contract in Public Elections or otherwise, with in the Republic Commonwealth City of Philadelphia from the illegal, fraudulent Prohibited Transaction and falsification and ,Altering documents via wire fraud the removal of docked voter's registration Public Record; done, with out notice then reported Noble Drew Ali ip , was not a Register Voter(??) See Exhibit A (II) entered in offense May 13, 2024 after the fact, to justify their criminal wrongdoings under the color of the City Commissioner's Office. see Exhibit A(ii)*



72

EXHIBIT C #14

(B) Noble Drew Ali ip retains Article I. Section 2. Clause 3.;Article I Section 10 etc. 1787 United States Constitutional Rights at Birth, Birth Rights, Privileges and Immunities Rights not to be taxed exempted from taxation. Noble Drew Ali ip sis not enter[ed] into any kind of contract knowingly, contracted with in the rims of the Great Republic of commonwealth of Pennsylvania ,County and City of Philadelphia, whether purchasing food and gas, rent Storage, and the like manner of SELLS, while conducting and purchasing and selling business of any kind or otherwise with the State Pennsylvania, County and City of Philadelphia, such illegal taxation inflicted upon Him via State, County City Policies, Ordinance and the like manner, which is presumed an act of criminal Coercion forbid for cause

(C) Noble Drew Ali ip Nationality is Moorish, a Moorish National A Free National Citizen under the Divine Constitution and By-Laws of the Moorish Science Temple Of America binding the First Treaty of Peace and Friendship (1787) which will be acknowledged and abide reflecting in your Policies, Rules and Regulations, ordinance in the diversity domestic interrelation Diversity of Nationality in policy will ensure Domestic tranquility for all inhabitants under color of the supreme law of this Land Republic United States of America is the order of Night and Day.

(D) Noble Drew Ali ip or any Moor carrying the names Bey Ali and El Members of the Moorish Science Temple of America Inc. Kingdom of Morocco America, who is not and cannot be a Ward of or to the State of Pennsylvania nor any Counties and Cities therein of whom retains with Us Our Sovereign Moors Birth Rights, Privileges and immunities from de facto operation while conducting Election Business or nominating himself to run for Public Offices for the purpose to secure Moorish Birth Rights from unlawful seizure of them de facto operation or otherwise shall not be infringed upon by the City of Philadelphia Commissioner Office and the like manner; as done in this case before coming on May 13,2024 in attempt to justify failure to perform honest services in failure to follow due process protocol, non-compliance with procedural rules , and illegal ,fraudulent, Prohibit transactions of unedified Standardized commission forms ( see Exhibit A(II) removal of Public Record done feloniously ,For Cause.

(E) Be Clear that Noble Drew Ali ip and the Moorish Science Temple of America Inc. its Free National Citizens Bearing the Free National Names as Bey ,El Dey Ali



73

EXHIBIT C #10 (b)

*Moors retains non- Tax payers under Article I>Section2.Clause3. U.S. Constitution in support 31 USC 531 [ Exempt from Taxation ]and that the State of Pennsylvania, Municipality Counties and Cities of the Commonwealth, therein shall reflect under Oath and Scope of Office, in the Policy ,Ordinance making aware reflecting this said secured party in question. For Cause*

*(F) It is Presumed that the Constitution of the United States forbids any Public Office to filled by persons who have no Nationality, or an a descent Flag of their Nation, because such illegally person ( Civiliter Mortuus ) offends the U.S. constitutions given rise to Fraud on Public Record.. see Dred Scott Case v. Sandford (1857) pursuant to 31 Stat. 874,876 8 USC Section 136(n) )under color of Nationality Act such Civiliter mortuus Employers and Employees who illegally been elected or appointed to Public Office without a Nationality is not admissible to the United States Constitution as Immigrant under Immigration Act, the Civiliter Mortuus can only be entitled to be set at liberty by Proclaiming their Free Nationality Name Under the Divine Constitution and By -Laws of the Moorish Science Temple of America and stop Identifying Themselves as Black People Negros, Color African American as Senator Jesse Jackson lead them to call themselves African Americans CONGRESS FOLLOWED to define African American #86979951 which reads "" The African American trademark was assigned a Serial Number # 86979951-by the United States Patent and Trademark Office (USPTO) Trademark Serial Number is a Unique ID to identity the AFRICAN AMERICANS mark is filed in the category of* ***M E A T S*** *and* ***Processed ( Human ) Foods*** *For Cause*

*(G) That Register Voter, Noble Drew Ali, ip., retains riight to conduct to contract to use Unit 2434 at 925 Dickinson Street Philadelphia, Pennsylvania Zip Code 19147* ***Ward One Division One*** *Establishment of a Political Religious Organized Group Unity in the Community with Spilt Ballet operation restoring harmony and Good Will and Peace to Men ,Woman and Children ,Plants and animal Kind in attempt to remove the odious hostility that been created by the various operation of Group Organization doing the Election race for office done by both parties canvesing operation trespassing Register Voters Rights to Privacy on whom they choices for Office the partys prejudice the minds of the people against the persons who running of President, Governor, Mayor et c upon investigation people hold malice grudges against the parties on both sides which to be found both unconstitutional and criminal in application. As a Republicans I select whom I think would be proper for such action, my community was given an lasting impression as I was the only Person at ward One Representing the Mayor in the Primary with the Drum*



24

EXHIBIT C #10(5)

(A) *Noble Drew Ali ip retains all of His Constitutional Contract Birthright's, Privileges, Immunities and Liberties and pursuit of happiness conducting Voting Business Contract in Public Elections or otherwise, with in the Republic Commonwealth City of Philadelphia from the illegal, fraudulent Prohibited Transaction and falsification and ,Altering documents via wire fraud the removal of docked voter's registration Public Record; done, with out notice then reported Noble Drew Ali ip , was not a Register Voter(??) See Exhibit A (II) entered in offense May 13, 2024 after the fact, to justify their criminal wrongdoings under the color of the City Commissioner's Office. see Exhibit A(ii)*

(B) *Noble Drew Ali ip retains Article I. Section 2. Clause 3.;Article I Section 10 etc. 1787 United States Constitutional Rights at Birth, Birth Rights, Privileges and Immunities Rights not to be taxed exempted from taxation. Noble Drew Ali ip sis not enter[ed] into any kind of contract knowingly, contracted with in the rims of the Great Republic of commonwealth of Pennsylvania ,County and City of Philadelphia, whether purchasing food and gas, rent Storage, and the like manner of SELLS, while conducting and purchasing and selling business of any kind or otherwise with the State Pennsylvania, County and City of Philadelphia, such illegal taxation inflicted upon Him via State, County City Policies, Ordinance and the like manner, which is presumed an act of criminal Coercion forbid for cause*

(C) *Noble Drew Ali ip Nationality is Moorish, a Moorish National A Free National Citizen under the Divine Constitution and By-Laws of the Moorish Science Temple Of America binding the First Treaty of Peace and Friendship (1787) which will be acknowledged and abide reflecting in your Policies, Rules and Regulations, ordinance in the diversity domestic interrelation Diversity of Nationality in policy will ensure Domestic tranquility for all inhabitants under color of the supreme law of this Land Republic United States of America is the order of Night and Day.*

(D) *Noble Drew Ali ip or any Moor carrying the names Bey Ali and El Members of the Moorish Science Temple of America Inc. Kingdom of Morocco America, who is not and cannot be a Ward of or to the State of Pennsylvania nor any Counties and Cities therein of whom retains with Us Our Sovereign Moors Birth Rights, Privileges and immunities from de facto operation while conducting Election Business or nominating himself to run for Public Offices for the purpose to secure Moorish Birth Rights from unlawful seizure of them de facto operation or otherwise shall not be infringed upon by the City of Philadelphia Commissioner Office and the like manner; as done in this case*

EXHIBIT C #10 (3)

*before coming on May 13,2024 in attempt to justify failure to perform honest services in failure to follow due process protocol, non-compliance with procedural rules , and illegal ,fraudulent, Prohibit transactions of unedified Standardized commission forms ( see Exhibit A(II) removal of Public Record done feloniously ,For Cause.*

*(E) Be Clear that Noble Drew Ali ip and the Moorish Science Temple of America Inc. its Free National Citizens Bearing the Free National Names as Bey ,El Dey Ali Moors retains non- Tax payers under Article I>Section2.Clause3. U.S. Constitution in support 31 USC 531 [ Exempt from Taxation ]and that the State of Pennsylvania, Municipality Counties and Cities of the Commonwealth, therein shall reflect under Oath and Scope of Office, in the Policy ,Ordinance making aware reflecting this said secured party in question. For Cause*

*(F) It is Presumed that the Constitution of the United States forbids any Public Office to filled by persons who have no Nationality, or an a descent Flag of their Nation, because such illegally person ( Civiliter Mortuus ) offends the U.S. constitutions given rise to Fraud on Public Record.. see Dred Scott Case v. Sandford (1857) pursuant to 31 Stat. 874,876 8 USC Section 136(n) )under color of Nationality Act such Civiliter mortuus Employers and Employees who illegally been elected or appointed to Public Office without a Nationality is not admissible to the United States Constitution as Immigrant under Immigration Act, the Civiliter Mortuus can only be entitled to be set at liberty by Proclaiming their Free Nationality Name Under the Divine Constitution and By -Laws of the Moorish Science Temple of America and stop Identifying Themselves as Black People Negros, Color African American as Senator Jesse Jackson lead them to call themselves African Americans CONGRESS FOLLOWED to define African American #86979951 which reads "" The African American trademark was assigned a Serial Number # 86979951-by the United States Patent and Trademark Office (USPTO) Trademark Serial Number is a Unique ID to identity the AFRICAN AMERICANS mark is filed in the category of* ***M E A T S*** *and* ***Processed ( Human ) Foods*** *For Cause*

*(G) That Register Voter, Noble Drew Ali, ip., retains riight to conduct to contract to use Unit 2434 at 925 Dickinson Street Philadelphia, Pennsylvania Zip Code 19147* ***Ward One Division One*** *Establishment of a Political Religious Organized Group Unity in the Community with Spilt Ballet operation restoring*



76/

EXHIBIT C #10 CJS

*harmony and Good Will and Peace to Men ,Woman and Children ,Plants and animal Kind in attempt to remove the odious hostility that been created by the various operation of Group Organization doing the Election race for office done by both parties canvesing operation trespassing Register Voters Rights to Privacy on whom they choices for Office the partys prejudice the minds of the people against the persons who running of President, Governor, Mayor et c upon investigation people hold malice grudges against the parties on both sides which to be found both unconstitutional and criminal in application. As a Republicans I select whom I think would be proper for such action, my community was given an lasting impression as I was the only Person at ward One Representing the Mayor in the Primary with the Drum Beat moving the Republicans their to cast their votes for the presiding Mayor. They looked for me to drum in the November election when I appeared to cast a spilt Ballet a Republican voting for a Democrat Pary having no ill feeling for either party, a lesson well learnt in WARD ONE DIVISION ONE they knew that I 100per cent endorse President Trump; people makes claims against him on hear say not having any substance for their false reason to hold malice grudges. this behavior is unacceptable and unconstitutional , that Noble Drew Ali ip Contracted Ward one Division One of the United States Republic was established and exercise ,which was accepted and acknowledged by the City of Commissioner Office on March 29, 2024,(See Exhibit A(i)), and same shall remain in full force and effect and in place undisturbed till Noble Drew Ali ip says otherwise (UCC 8-304 ).,For Cause.*

*NOTICE TO ALL Government Officials You are in violation of your Oath of Office by trespassing property of all Moors who is connected to the AT LARGE TREATY of Peace and Friendship of 1787- 1839 and Committing an act of domestic terrorism under Section 802 of the PATRICT ACT, You are knowingly and Willingly violating the Birth Rights, Privilege ,and Immunities of an Indigenous Moor ,[who is the rightful heirs], wrongly Selling Moorish Land that don't belong to You, and all illegal occupants' all operation of Building is to cease and deist there from . You are no longer protected under Judicial etc., Immunity ,and are Now Subjected to being arrested, as done in this case, and also hereby being sued in your private capacity… For Cause*

*Mail To: Noble Drew Ali ip., Consul for return of assets ,for return of unlawful taken and usage of Land Real Estate harming same ,right to vote and Trust religious Assets, C/O Unit 2434 at 925 Dickinson Street Philadelphia Pennsylvania 19147, WARD ONE DIVISION ONE Phone 267-324-1254 alinobledrew184@gmail.com for Cause*



77

EXHIBIT PF C # 10 (80)

Notice to the Chief Clerk, The United States ,Eastern District or otherwise Pennsylvania.

1. President, and Attorney General United States ,et seq Multi- Jurisdiction For Cause.
2. Congress and State Representative and Senator for Eastern District of Pennsylvania et Seq. For Cause
3. Attorney General for the Commonwealth Pennsylvania State et Seq., For Cause
4. City of Philadelphia, Mayor ,Solicitor General Risk Manager (Issuer??) For Cause.
5. Pennsylvania Office of Disciplinary Counsel, PA Supreme Court et Seq. For Cause
6. Internal Revenue Service Criminal Investigation Director and Officers et al.., For Cause
7. Federal Bureau of Investigation, Criminal /Whistle Blowers" "Protection"' For Cause
8. Institute For Justice ( unlicensed Fictitious-Name User Tort Insure, For Cause
9. ROBERT FROMMER and/or Successor ( Criminal Lawyer ID No. 15168 and ( INSURER BONDS), For Cause
10. DAVIED RUDOVSKY and or successor ( Criminal Lawyer ID No. 15168 and ISSUER BONDS., For Causes
11. Notice For attorney etc. Liability and Dishonesty Bond insurer's Information. For Cause

That the Court Held in Meeker County v. North River Insurance,

Some governmental entities meet the statutory Official Bond requirements by purchasing a "by bird" CCP---one that maintains traditional public employee dishonesty coverage as described in Form stator requirements for Official Bonds ass to certain officers ans employees . One case involving such a policy is Meeker County North River Insurance. In Meeker, in order to satisfy statutory requirements for the bonding of public officials, Meeker County purchased a CCP which included coverage for "Public Employee Dishonesty "and also included as endorsement , labeled " Faithful Performance of Duty," that specifically amended the " Public Employee Dishonesty " Coverage." The endorsement specifically provided as follows:

1. The following is added as a Covered Cause of Loss:



78

EXHIBIT C # 18(I)

*Failure of any "employee" to faithfully perform his or her duties as prescribed by law, when such failure has as its direct and immediate result a loss of your covered Property including inability to faithfully perform those duties because of a criminal act committed by a person other than as employee."""*

*Notably ,for the purposes of this case the endorsements to the CCP also contained an exclusion that stated as follows:*

2. *The following exclusion is added:*

*Depository Failure: loss resulting from the failure of any entity acting as a depository for your property or property for which you are responsible.*

*Now, Therefore the Conditions of this Obligation is such ,that above bound principal shall (except as hereafter provided) faithfully perform the duties of his/her said office ,position during the said terms, and shall pay over to the persons authorized by law to receive the said form without fraud or delay and of expiration of said terms or in case of his/her registration or removal from office, shall turn over his/her successor all records and property which have come into his/her hands, then this obligation be null and void ,otherwise to remain in full force and effect….*

*That the violation of Noble Drew Ali Ip, liberty is $ 10,850,000. Per incident or peris minutes of any part thereof, Wherefore, all have undeniable knowledge to these facts acceptance of funds from the City Treasury Commissioner account #______________( 15 USC Sections1666,1611,77g,77ket seq.,[ 12 USC 1414 and/or to that effect .] to cover Administrative expense, relating to certain real property ,transaction to this COMPLAINT taken and made. For Cause.*

*Let It Be Known to all that Noble Drew Ali ip was formality ,UCC 1-207,UCC 1-308 execuses, Let it Be Known to all that this Register Voter Conducting Contract Business in Public Elections in the assume or fictitious name NOBLE DREW ALI IP ( see Smith Hurd's Rev. Stat. Chapter 32,36) was formerly voluntarily a UCC 1-207.*

*Section 1-308 Per sonance of Constitutional Rights, Right to Contract in the Commissioner Offices under the Assumed name Noble Drew Ali ip to operate Ward One Division One 925 Dickinson Street Unit 2434 Philadelphia Pennsylvania Zip Code 19147 Free of Interference entered in action March 29,2024. (see Exhibit A(I) )*

EXHIBIT
C # 18(J)

*That the UN-DEAD ,the living breeding Moor MAN: Noble Drew Ali ip, am the living Moor Man Now Known as the Register Voter, as the living and not of the dead, therefore, the laws of the dead do not apply, because as stated above the living always STANDSOVER the DEAD. Pays No Taxes as DEBT MONEY is forbidden in the Living World The reason why Asiatic/Moors cannot be U.S.Corporate Citizen ,because the Moroccan Empire has a business arrangement with the British Empire { European Corporate Contract Citizens Caucasian Menj. The United States is a foreign European corporation conducting trade and commerce in foreign lands,See; InRe Merrian"s Estate,36 N.Y. 479,Affirmedin U.S.v./ Perkins 163 U.S.625.*

*That the Republic United States of America. General National Government of the United States of America C.U.S.A. Article 4. Section 4 . In the family of Nations*

*Affidavit of*
*Declaration of Non-U.S.Citizen Declaration of Foreign Neural In Innere Statue........*

*Known also to all Men by the presents that these Private Soul listed below being of Sound Mind of the age of Majority,do solemnlt make this Deckaration in support of COMPLAINT against the City of Philadelphia Commissioner Office, of the COMMONDWEALTH of PENNSYLVANIA Republic America.. 31 CFR 1010,05 Definition (h) Non-United States person or non-United States person and do not Consent to be labeled a U.S.Citizen for the purposed of Register Voter. I am a natural bbborn living breathing Moor Man in Birth Rights,on the Muur Land,as the True Land Lord theire of holder of the Mandate in due Course A.D. 1928 foreign to and outside of the federal Zone and or territories of the United States.*

31 CFR 1010.605 Definition (b) Non-United States Citizen nor is accorded the privileges ,of residing permanently in the United States pursuant to title 8 of the United States Code for purposes of this paragraph(h) the definition of person in Section 1010.100(MM) does not apply notwithstanding paragraph (k) of this Sectio

*I am not a residence of the DISTRICT OF COLUMBIA the territories or possessions belongiong to Congress, noncombatant and neutral traveler of a foreign state in relation to the united STATES in relation to the UNITED STATES, hereby make this Declaration to correct moors lawful status and therefore forego all the benefits,privileges,immunities afforded u.s.citizen and Residentsby the Corporate defacto governmentof the United States,pursuant to Legislature act of February 21,1871 41st Congress Chapter 62 page 419 And Title 28 USCA 2002(15)(A) and strongly support and endorse the last and final European President presiding on Moorish Sole: DONALD JOHN TRUMP, over the*



80

EXHIBIT C # 1(9)(2)

*control and supervision of Muur sole by the Will and Pleasuree of Our Father God Allah, the Father of the Universe,The Father of Love, Truth, Peace, Freedom and Justice, the Father of Moors, who will turnover same to the Custody and Control ,Supervision and Jurisdiction over same to NOBLE DREW ALI ip, the Great ALI of America Morocco.....*

*STATEMENT OF REPUBLICAN REGISTER VOTER NOW IN FORCE,NOBLE DREW ALI,ip*

*I ,the Republican Register Voter and Nominee, under the adopted and/or assumed name: NOBLE DREW ALI ip (see Smith Hurds Rev. Stat. Chapter 32,36) who is doing Policial voting or otherwise export import business on long arm Jurisdiction, entered in action within the Great City of Philadelphia Commissioner Office . Registered at 925 Dickinson Street unit 2434 Philadelphia Pennsylvania Zip Code 19147. WARD ONE DIVISION ONE ( see attached exhibit "A"(i) )Public Record to this fact, executed on March 29,2024,which shall remain in force and effect under color of City of Philadelphia Commissioners Office public record. In support of Complaint done under Article I. Section 10. And the Ninth et.al., Amendments enumerated Rights March 29,2024 ,invoked .For Cause.*

*I Noble Drew Ali ip United Sons of Asia inc. did not authorized the City of Philadelphia Commissioner Office Employers ,Employees Agents or Assign to alter counterfeit , or remove out of said republic public record such done to the contrary notwithstanding law is considered to be wire fraud, and criminal in application see Title 18 U.S.C. Sections 242,371,1001,1341,et al., For Cause*

*I Noble Drew Ali ip, is without knowledge, information ,or belief sufficient to form a belief as to the TRUTH, as alleged by the Commissioners Office ,that Noble Drew Ali ip is not a Register voter???and, on that bases ,deny the allegations see Exhibit A"(I) attached ,nor to My Knowledge ,Will or Consent authorized any subordinates Employer, Employee, Agent, Contractor, or assign of the City Commissioner Office to alter counterfeit, Remove from its Public Record that Noble Drew Ali ip no longer desired to cast his Voting Power in the primary or General Elections held at WARD ONE DIVISION ONE, Nor was He Noble Drew Ali ip give Notice that such contemplation was in progress where he would have the Opportunity to Object ,Defends on Complaint for Declaratory Judgment and Preliminary Injunction to the Unconstitutional position the Office of City Commissioner taken without notice???done may 13,2024,and on that basis, deny the allegation as falsely asserted in the 6th Precinct for Cause.*

EXHIBIT C #10(S)

STATE OF PENNSYLVANIA)
COUNTY OF PHILADELPHIA)ss
AFFIDAVIT OF REGISTERATION IN SUPPORT OF SWORN COMPLAINT:

*The undersigned Affiant, being duly sworn ,under oath under the penalties of perjury, says He is of legal age and of sound mind and Judgment of the Republican Register Voter Act. Succeeding Primary Elections , who is A Free National Moor Citizen, under the Divine Constitution and By-Laws of the Moorish Science Temple of America (See Attached) in the Republic United States of America Morocco Land and Sea over 90 days prior thereto ,and a Inhabitant of the Great Commonwealth of Pennsylvania, therein ,Two or Three Years dwelling in the County of Philadelphia doing Contract[ed} as Noble Drew Ali ip, and of the Precinct next proceeding 173 days and/or to that effect, of such General Election, and will be an President, etc. election of this County where said name being Self NOMINATED ,doing thee primary Provisional as an result of said Falsification and Altering Public Registration RECORDS bearing the name NOBLE DREW ALI IP For Cause.*

*That said NOBLE DREW ALI ip Shall be shown on the Ballet in November 2024 Election as an Secured Republican Party Lawful Right to Run therein, and to support and endorse DONALD JOHN TRUMP while giving all Register Voters the opportunity to Vote for I Noble Drew Ali ip in this up coming Election .For Cause.*

*That I Noble Drew Ali ip ,do hereby solemnly affirm under the penalty of perjury and in accordance with the laws of the Republic Untied States Of America, the veracity of the foregoing and the following Statements:*

1. *Administrative Malfeasance; the " while in good standing rule has been violated through acts of administrative malfeasance, erroneously incorporating the corporate entity into legal proceeding true good standing is anchored with any form of fiction.*
2. *Rule of law and City Commissioner's Office immunity challenging the misapplications of the rule of law ,the assertion of judicial immunity as a shield placing Commissioner and Staff etc., above the law, is a clear and erroneous misinterpretation.*
3. *Quash of legal action urging the quashing of all legal action due to conflicts of interest ,when Commissioner's and staff etc. financially or otherwise implicated in each case violate the first, fourth, fifth, eighth, ninth, tenth, and fifteenth amendments quash of legal action urging the quashing of all legal action that such illegal, fraudulent, prohibited transaction of Exhibit A"(ii) falsify*



82

EXHIBIT C #10(D)PF

*and altering Registration Voters Public Records within the City of Philadelphia Commissioners Office violating said First, Fourth, Fifth, Eight, Ninth, Tenth, and Fifteenth interlocking Amendments as its applies to I Noble Drew Ali ip. For Cause.*

4. *City Commissioner challenge . a second ground for questing pertains to the Illegal, Fraudulent ,Prohibited Transaction of Exhibit "A"(ii) in conflict of the Registered Voter interest (?),Specifically, that administrative law employers, employees, contractors, agents, assigns ,lack jurisdiction.to falsify, alter, counterfeit, or remove from the Registration Voter's Public Records, without due process of law under color of City Commissioner's, Subordinates employers ,employees, agents, contractors, assigns under color of office, violating the First, fourth, fifth, eighth ,ninth, and fifteenth Amendments and For Cause.*

5. I Affiant affirm the accuracy of these statements seeking a just resolution in line with the principles enshrined in the constitution of the Republic United States Of America Morocco. For Cause.

6. I Affiant seek relief for damages and ( to witness the Voter's registration Corruptions done within the City Of Philadelphia City Commissioner's Office Branch of Criminals, represents a violation of the first, fourth, fifth, eighth, ninth, tenth, and fifteenth amendments, (as done in this Case incumbent demanding as Forensic auditing for the pass 50 years of manufacturing votes, doing public elections ) For Cause.

It is Presumed: Whereas, A Oath Of Office, is [an] external pledge of asseveration made or to be made coupled with an appeal to a Sacred or venerated object in evidence of the serious, and reverent State of Mind, of the Party or with an invocation to a Supreme being to witness the words of the Party or with an invocation and to visit (them) with punishment. June v. School Dist.No.11,378 NW 678 (1958),383 Mich.534,587. For Cause.



83

EXHIBIT Prima Facie
C #10 (3)

5/29/24
DATE

Affiant's Signature without prejudice

Noble Drew Ali ip
925 Dickinson Street unit 2434
Philadelphia,PA,19147
(267)324-1254
alinobledrew184@gmail.com

NOTARY

Sworn and Subscribed to before me, A Notary Public, and done in my presence, on this 29th day of April A.D. 2024)

Signature of Notary Public

Ahmed Musah

Printed Name of Notary Public

My Commission Expires: 1/3/2028

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
Ahmed I Musah, Notary Public
Philadelphia County
My Commission Expires 1/3/2028
Commission # 1362365



84

EXHIBIT #10(S) PRIMA FACIE C

DEGRADE,DENATIONALIZE,TO DEPRIVE UNDER COLOR OF YOUR OFFICE IMPLIED CONTRACT"MUTUALLY AGREED TO PAY,

**Philadelphia County , Pennsylvania**
**Certificate of Voter Registration**

ALI, NOBLE DREW
925 DICKINSON ST UNI 2434
PHILADELPHIA, PA 19147

Voter ID : 112979524-51
DOB: 9/10/1952
REPUBLICAN
Enrollment Date : 3/29/2023

Municipality : PHILADELPHIA
Ward : PHILA WD 01
Precinct : PHILA WD 01 DIV 01
**Polling Place :** 01/01 SOUTH PHILA OLDER ADULT CENTER
1430 E PASSYUNK AVE
PHILADELPHIA, PA 19147

Signature or Mark of elector

THIS CARD IS THE CERTIFICATE OF VOTER REGISTRATION OF YOUR NEW ELECTION DISTRICT, DIVISION OR PRECINCT. Voters who are voting for the first time in an election district must show a form of identification. THIS CARD CAN BE USED AS THAT FIRST TIME PROOF OF IDENTIFICATION. For a list of other acceptable forms of photo and non-photo identification for first time voters, please call your county board of elections, visit www.dos.pa.gov, or call toll free at 1-877-VOTESPA.

**Condado de Philadelphia County , Pennsylvania**
**Certificado de Inscripción Electoral**

ALI, NOBLE DREW
925 DICKINSON ST UNI 2434
PHILADELPHIA, PA 19147

Identificación del votante: 112979524-51
Fecha de nacimiento: 9/10/1952
REPUBLICAN
Fecha de Matrícula: 3/29/2023

Municipio : PHILADELPHIA
Distrito : PHILA WD 01
Precinto : PHILA WD 01 DIV 01
**Urna :** 01/01 SOUTH PHILA OLDER ADULT CENTER
1430 E PASSYUNK AVE
PHILADELPHIA, PA 19147

Firma o Marca del Elector

ESTA TARJETA ES EL CERTIFICADO DE SU INSCRIPCIÓN ELECTORAL EN SU NUEVO DISTRITO, DIVISIÓN O DISTRITO ELECTORAL. Los electores que votan por primera vez en un distrito electoral deben mostrar una identificación. ESTA TARJETA PUEDE SER USADA COMO EL COMPROBANTE DE IDENTIFICACIÓN POR PRIMERA VEZ. Para una lista de otras formas aceptables de identificación con o sin fotografía para electores que votan por primera vez, llame a la junta electoral de su condado, visite www.dos.pa.gov, o llame de forma gratuita al 1-877-VOTESPA.



85

EXHIBIT B#10 (CK)

RECEIPT
website at www.usps.com®.
AL USE
0156
08
AUG - 7 2024
Postmark Here
08/07/2024
SECURITIES...
MN 55480-4150
See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Philadelphia PA 19107
OFFICIAL USE
9589 0710 5270 1543 4781 17
Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy) $
Return Receipt (electronic) $
Certified Mail Restricted Delivery $
Adult Signature Required $
Adult Signature Restricted Delivery $
Postage $10.75
Total Postage and Fees $19.70
Sent To Lee Fox County Clerk
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
0156
08
Postmark Here
NOV 2 0 2024
11/20/2024

ECEIPT
bsite at www.usps.com®.
L USE
0156
08
Postmark Here
DEC - 3 2024
12/03/2024
...A WRAY: FBI
...te 8400
19106
See Reverse for Instructions

ECEIPT
bsite at www.usps.com®.
L USE
0156
08
Postmark Here
DEC - 3 2024
12/03/2024
...den
Pennsylvania NW
... 20050
See Reverse for Instructions

UNITED STATES POSTAL SERVICE.

SOUTHWARK
925 DICKINSON ST
PHILADELPHIA, PA 19147-9998
(800)275-8777

01/31/2024 04:39 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Prepaid Mail | 1 | | $0.00 |
| Parcel Return Service, DC 56901 | | | |
| Weight: 2 lb 6.60 oz | | | |
| Acceptance Date: Wed 01/31/2024 | | | |
| Tracking #: 9267 6901 0079 6422 5821 22 | | | |

Grand Total: $0.00

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UNITED STATES POSTAL SERVICE.

SOUTHWARK
925 DICKINSON ST
PHILADELPHIA, PA 19147-9998
(800)275-8777

11/20/2024 11:01 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $10.75 |
| Philadelphia, PA 19107 | | | |
| Weight: 1 lb 0.50 oz | | | |
| Expected Delivery Date Fri 11/22/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: 9589 0710 5270 1543 4781 17 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: 9590 9402 9047 4122 2971 04 | | | |
| Total | | | $19.70 |

Grand Total: $19.70

Cash $20.00
Change -$0.30

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 416587-0156
Receipt #: 840-51900140-1-7474071-2
Clerk: 08

97

EXHIBIT E #10 (K)

PLETE THIS SECTION

ns 1, 2, and 3.
ne and address on the reverse
n return the card to you.
rd to the back of the mailpiece,
if space permits.
d to:

...dent J. Biden
... HOUSE
...ennsylvania Ave NW
...gton DC 205...

2 9047 4122 2969 78

Transfer from service label)

uly 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MSOD Mail Operation

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Philadelphia, PA 19107

9589 0710 5270 1543 4790

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.10 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $4.01 |
| Total Postage and Fees | $12.96 |

0156 / 08
Postmark Here
NOV
11/12/2024

Sent To: MAYOR PARKER
Street and Apt. No., or PO Box No.: 1400 JFK Rd
City, State, ZIP+4®: Philadelphia PA 19107

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

PLETE THIS SECTION

s 1, 2, and 3.
e and address on the reverse
return the card to you.
d to the back of the mailpiece,
if space permits.
l to:

JOSH SHAPIRO
...n Capitol Blvd.
...rg, PA 17120

9047 4122 2972 58

...ansfer from service label)
0 5270 1543 4761 13

ly 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name) SCOTT NGO C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...Mail
...Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Washington, DC 20002

9589 0710 5270 1543 4613 55

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.10 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $3.15 |
| Total Postage and Fees | $12.10 |

0156 / 13
Postmark Here
NOV 27 2024
11/27/2024

Sent To: Kimberly A Bassett Secry
Street and Apt. No., or PO Box No.: 2201 Capital St
City, State, ZIP+4®: Washington DC 20002

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

PLETE THIS SECTION

ns 1, 2, and 3.
ne and address on the reverse
n return the card to you.
rd to the back of the mailpiece,
t if space permits.
ed to:

PARKER, Rey
...K Rd City Hall
...lphia PA 19107

02 8511 3186 3177 69

Transfer from service label)
10 5270 1543 4790 91

uly 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C19 C. Date of Delivery 11/15
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...Mail
...Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Washington, DC 20030

9589 0710 5270 1543 4805 54

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.10 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $4.31 |
| Total Postage and Fees | $13.26 |

0156 / 08
Postmark Here
DEC 2024
12/03/2024

Sent To: Ms Kimberly Bassett
Street and Apt. No., or PO Box No.: 2201 Capitol St NW
City, State, ZIP+4®: Washington DC 20030

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

95

EXHIBIT B #10

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®.
Washington, DC 20002 OFFICIAL USE

Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $4.31
Total Postage and Fees $13.26
0156 08 Postmark Here DEC - 3 2024 12/03/2024
Sent To President Joe Biden
Street and Apt. No., or PO Box No. White House 1600 Pennsylvania NW
City, State, ZIP+4® Washington DC 20050
PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions
9589 0710 5270 1543 4805 30

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®.
Harrisburg, PA 17120 OFFICIAL USE

Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $4.91
Total Postage and Fees $13.86
0156 08 Postmark Here NOV 12 2024 11/12/2024
Sent To Governor JOSH SHAPIRO
Street and Apt. No., or PO Box No. 508 Main Capitol Blvd
City, State, ZIP+4® Harrisburg PA 17120
PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions
9589 0710 5270 1543 4761 13

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®.
Philadelphia, PA 19106 OFFICIAL USE

Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $3.15
Total Postage and Fees
0156 08 Postmark Here DEC - 3 2024 12/03/2024
Sent To Director CHRISTOPHER A WRAY: FBI
Street and Apt. No., or PO Box No. 600 ARCH ST Suite 8400
City, State, ZIP+4® Philadelphia, PA 19106
PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions
9589 0710 5270 1543 4615 15

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®.
Philadelphia, PA 19107 OFFICIAL USE

Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $3.71
Total Postage and Fees $12.66
0156 08 Postmark Here NOV 12 2024 11/12/2024
Sent To Kenyatte Johnson: CITY HAL
Street and Apt. No., or PO Box No. 1400 JFK Rd
City, State, ZIP+4® Philadelphia PA 19107
PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions
9589 0710 5270 1543 4761 20

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®.
Philadelphia, PA 19107 OFFICIAL USE

Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $10.75
Total Postage and Fees $19.70
0156 08 Postmark Here NOV 20 2024 11/20/2024
Sent To Idee Fox County Clerk
Street and Apt. No., or PO Box No. 1400 JFK Rd.
City, State, ZIP+4® Philadelphia PA 19107
9589 0710 5270 1543 4781 17

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®.
Minneapolis, MN 55480 OFFICIAL USE

Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $1.77
Total Postage and Fees $10.72
0156 08 Postmark Here AUG - 7 2024 08/07/2024
Sent To TREASURY RETAIL SECURITIES SERVICE
Street and Apt. No., or PO Box No. PO BOX 9150
City, State, ZIP+4® MINNEAPOLIS MN 55480-9150
PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions
9589 0710 5270 1543 4674 01

96

EXHIBIT B #16CK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

President J. Biden
WHITE HOUSE
1600 Pennsylvania Ave NW
Washington DC 20500

9590 9402 9047 4122 2969 78

2. Article Number (Transfer from service label)

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

FEB

MSOD Mail Operation

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

(Partially visible card, left:) ...ns 1, 2, and 3. ...ne and address on the reverse ...n return the card to you. ...rd to the back of the mailpiece, ...t if space permits. ...ed to: ...atta Johnson ...l President ...Hall 1400 JFK ...delphia PA 19107 ...102 8511 3186 3177 52 ...0710 5270 1543 4761 20 ...July 2020 PSN 7530-02-000-9053

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GOVERNOR JOSH SHAPIRO
508 Main Capitol Blvd
Harrisburg PA 17120

9590 9402 9047 4122 2972 58

2. Article Number (Transfer from service label)

9589 0710 5270 1543 4761 13

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) SCOTT NGO C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

(Partially visible card, left:) ...ns 1, 2, and 3. ...e and address on the reverse ...return the card to you. ...rd to the back of the mailpiece, ...if space permits. ...d to: ...Beverly Bassett ...cretary of State ...t of State ...Street NW ...ton DC 2045 / Dos ...2 9047 4122 2969 30 (Transfer from service label) ...10 5270 1543 4805 54 ...July 2020 PSN 7530-02-000-9053

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MAYOR C PARKER Bey
1400 JFK Rd CITY Hall
Philadelphia PA 19107

9590 9402 8511 3186 3177 69

2. Article Number (Transfer from service label)

9589 0710 5270 1543 4790 91

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X 78 ☐ Agent ☐ Addressee

B. Received by (Printed Name) C19 C. Date of Delivery 11/15

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

94/

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

(Partially visible card, left:) ..., 2, and 3. ...nd address on the reverse ...turn the card to you. ...the back of the mailpiece, ...space permits. ...: ...of State ...North St Rm 302 ...g PA 17120 ...9047 4122 2972 72 ...710 5270 1543 4790 77 Signature: STEVE

EXHIBIT C#10 (k)

UNITED STATES POSTAL SERVICE.

SOUTHWARK
925 DICKINSON ST
PHILADELPHIA, PA 19147-9998
(800)275-8777

08/07/2024 04:25 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $1.77 |
| Minneapolis, MN 55480 | | | |
| Weight: 0 lb 1.60 oz | | | |
| Estimated Delivery Date Mon 08/12/2024 | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: 9589 0710 5270 1543 4674 01 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: 9590 9402 8511 3186 3190 39 | | | |
| Total | | | $10.72 |
| Money Order | | | $200.00 |
| Serial#: 29050262190 | | | |
| Money Order Fee | | | $2.35 |
| Total | | | $202.35 |
| Money Order | | | $20.00 |
| Serial#: 29050262201 | | | |
| Money Order Fee | | | $2.35 |
| Total | | | $22.35 |
| Grand Total: | | | $235.42 |
| Debit Card Remit | | | $235.42 |

Card Name: MasterCard
Account #: XXXXXXXXXXXX4234
Approval #: 664659
Transaction #: 687
Receipt #: 040094
Debit Card Purchase: $235.42
AID: A0000000042203 Chip
AL: Debit
PIN: Verified

9589 0710 5270 1543 4613 55

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20002 OFFICIAL USE

Certified Mail Fee $ $4.85 — 0156 13

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $4.10
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here — NOV 27 2024 — 11/27/2024

Postage $ $3.15

Total Postage and Fees $ $12.10

Sent To: Kimberly A Bassett Secy
Street and Apt. No., or PO Box No.: 2201 Capital St
City, State, ZIP+4®: Washington DC 20002

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 1543 4805 54

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20030 OFFICIAL USE

Certified Mail Fee $ $4.85 — 0156 08

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $4.10
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here — DEC 2024 — 12/03/2024

Postage $ $4.31

Total Postage and Fees $ $13.26

Sent To: Ms Kimberly Bassett
Street and Apt. No., or PO Box No.: 2201 Capitol St NW
City, State, ZIP+4®: Washington DC 2003e

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

UNITED STATES POSTAL SERVICE.

SOUTHWARK
925 DICKINSON ST
PHILADELPHIA, PA 19147-9998
(800)275-8777

11/27/2024 03:08 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $3.15 |
| Washington, DC 20002 | | | |
| Weight: 0 lb 6.20 oz | | | |
| Estimated Delivery Date Sat 11/30/2024 | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: 9589 0710 5270 1543 4613 55 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: 9590 9402 9C47 4122 2970 12 | | | |
| Total | | | $12.10 |
| Grand Total: | | | $12.10 |
| Cash | | | $12.25 |
| Change | | | -$0.15 |

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience...

93

EXHIBIT C (#66)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kenyatta Johnson
Council President
City Hall 1400 JFK
Philadelphia PA 19107

9590 9402 8511 3186 3177 52

2. 9589 0710 5270 1543 4761 20

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X 728 ☐ Agent ☐ Addressee

B. Received by (Printed Name) C19 C. Date of Delivery 11/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
...very
...very Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms Kimberly Bassett
US Secretary of State
Department of State
2201 C [redacted] Street NW
Washington DC

2045

9590 9402 9047 4122 2969 30

2. Article Number (Transfer from service label)
9589 0710 5270 1543 4805 54

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Processed on
DEC 19 2024
DoS Official Mail Center

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
... Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Al Schmidt
Secretary of State
401 North St RM 302
Harrisburg PA 17120

9590 9402 9047 4122 2972 72

2. Article Number (Transfer from service label)
9589 0710 5270 1543 4790 77

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Steve Tritch ☐ Agent ☐ Addressee

B. Received by (Printed Name) STEVE TRITCH C. Date of Delivery NOV 25 202

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
...livery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

92

Domestic Return Receipt

EXHIBIT

**COMPLETE THIS SECTION**

e items 1, 2, and 3.
r name and address on the reverse
e can return the card to you.
is card to the back of the mailpiece,
front if space permits.
dressed to:

Yatta Johnson
ual President
y Hall 1400 JFK
adelphia PA 19107

0 9402 8511 3186 3177 52

39 0710 5270 1543 4761 20

11, July 2020 PSN 7530-02-000-9053

**COMPLETE** A. Signatu X B. Receiv D. Is deliv If YES, 3. Service T ☐ Adult Signat ☐ Adult Signat ☐ Certified Ma ☐ Certified Ma ☐ Insured Mail (over $500)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

President J. Biden
WHITE HOUSE
1600 Pennsylvania Ave NW
Washington DC 2050

9590 9402 9047 4122 2969 78

2. Article Number *(Transfer from service label)*

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee
B. Received by *(Printed Name)* C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MSOD Mail Operation

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**MPLETE THIS SECTION**

ms 1, 2, and 3.
me and address on the reverse
an return the card to you.
ard to the back of the mailpiece,
nt if space permits.
sed to:

Al Schmidt? — mbers Bassett
Secretary of State
DEPT OF STATE
Street NW
Ston DC 2045? [illegible]

102 9047 4122 2969 30

r *(Transfer from service label)*

710 5270 1543 4805 54

, July 2020 PSN 7530-02-000-9053

**COMPLETE T** A. Signature X B. Received b D. Is delivery If YES, ent 3. Service Type ☐ Adult Signature ☐ Adult Signature ☐ Certified Mail® ☐ Certified Mail Re ☐ Collect on Delive ☐ Collect on Delive ☐ Insured Mail Mail Res 00)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GOVERNOR JOSH SHAPIRO
508 Main Capitol Blvd.
Harrisburg, PA 17120

9590 9402 9047 4122 2972 58

2. Article Number *(Transfer from service label)*

9589 0710 5270 1543 4761 13

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee
B. Received by *(Printed Name)* SCOTT NGO C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**MPLETE THIS SECTION**

ms 1, 2, and 3.
me and address on the reverse
an return the card to you.
ard to the back of the mailpiece,
nt if space permits.
sed to:

HMIDT
ARY OF STATE
orth St Rm 302
burg PA 17120

02 9047 4122 2972 72

0710 5270 1543 4790 77

**COMPLETE** A. Signature X B. Received D. Is delivery If YES, ente 3. Service Type ☐ Adult Signature ☐ Adult Signature R ☐ Certified Mail® ☐ Certified Mail Rest ☐ Collect on Delivery livery Insured Mail Restri (over $500)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MAYOR C PARKER Bey
1400 JFK Rd City Hall
Philadelphia PA 19107

9590 9402 8511 3186 3177 69

2. Article Number *(Transfer from service label)*

9589 0710 5270 1543 4790 91

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X 78 ☐ Agent ☐ Addressee
B. Received by *(Printed Name)* C19 C. Date of Delivery 11/5
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

91/

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

EXHIBIT C (HOCK)

PLETE THIS SECTION

s 1, 2, and 3.
e and address on the reverse
return the card to you.
d to the back of the mailpiece,
if space permits.
d to:

lent J. Biden
House
ennsylvania Ave NW
gton DC 2050

9047 4122 2969 78

ansfer from service label)

ly 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MSOD Mail Operation

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

9589 0710 5270 1543 4790 [illegible]

U.S. Postal Service CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Philadelphia, PA 19107
Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $4.01
Total Postage and Fees $12.72
0158 03
Postmark Here
11/12/2024
Sent To MAYOR PARKER
Street and Apt. No., or PO Box No. 1400 JFK Rd
City, State, ZIP+4® Philadelphia PA 19107
PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

LETE THIS SECTION

s 1, 2, and 3.
e and address on the reverse
return the card to you.
to the back of the mailpiece,
space permits.
to:

JOSH SHAPIRO
n Capitol Blvd
rg. PA 17120

9047 4122 2972 58

1 5270 1543 4761 13

2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name) SCOTT NGO C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

9589 0710 5270 1543 4613 55

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Washington, DC 20002
Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $3.15
Total Postage and Fees $12.10
0158 13
Postmark Here
NOV 27 2024
11/27/2024
Sent To Kimberly A Bassett Secry
Street and Apt. No., or PO Box No. 2201 Capital St
City, State, ZIP+4® Washington DC 20002
PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

PLETE THIS SECTION

s 1, 2, and 3.
e and address on the reverse
return the card to you.
d to the back of the mailpiece,
if space permits.
d to:

PARKER Bey
K Rd City Hall
phia PA 19107

2 8511 3186 3177 69

10 5270 1543 4790 91

y 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X 78 ☐ Agent ☐ Addressee
B. Received by (Printed Name) C19 C. Date of Delivery 11/15
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
Delivery Restricted Delivery
Mail
Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

9589 0710 5270 1543 4805 54

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Washington, DC 20030
Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $4.31
Total Postage and Fees $13.26
0158 08
Postmark Here
DEC 3 2024
12/03/2024
Sent To MS Kimberly Bassett
Street and Apt. No., or PO Box No. 2201 Capitol St NW
City, State, ZIP+4® Washington DC 20032
PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

EXHIBIT C #18 (ck)

**9589 0710 5270 1543 4674 01**

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Minneapolis, MN 55480

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.10 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $1.77 |
| Total Postage and Fees | $10.72 |

Postmark Here: 0156 08 — AUG -7 2024 — 08/07/2024

Sent To: TREASURY RETAIL SECURITIES Serv
Street and Apt. No., or PO Box No.: PO BOX 9150
City, State, ZIP+4®: MINNEAPOLIS MN 55480-9150

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**9589 0710 5270 1543 4781 17**

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Philadelphia PA 19107 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.10 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $10.75 |
| Total Postage and Fees | $19.70 |

Postmark Here: 0156 08 — NOV 20 2024 — 11/20/2024

Sent To: Idee Fox County Clerk
Street and Apt. No., or PO Box No.: 1400 JFK
City, State, ZIP+4®: Philadelphia

**9589 0710 5270 1543 4761 20**

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Philadelphia, PA 19107 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.10 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $3.71 |
| Total Postage and Fees | $12.66 |

Postmark Here: 0156 08 — NOV 12 2024 — 11/12/2024

Sent To: Kenyatta Johnson: CITY HAL
Street and Apt. No., or PO Box No.: 1400 JFK Rd
City, State, ZIP+4®: Philadelphia PA 19107

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**9589 0710 5270 1543 4615 15**

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Philadelphia, PA 19106 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $3.15 |
| Total Postage and Fees | $8.00 |

Postmark Here: 0156 08 — DEC -3 2024 — 12/03/2024

Sent To: Director CHRISTOPHER A WRAY: FBI
Street and Apt. No., or PO Box No.: 600 ARCH ST Suite 8400
City, State, ZIP+4®: Philadelphia, PA 19106

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**9589 0710 5270 1543 4761 13**

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Harrisburg, PA 17120 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.10 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $4.91 |
| Total Postage and Fees | $13.86 |

Postmark Here: 0156 08 — NOV 12 2024 — 11/12/2024

Sent To: Governor JOSH SHAPIRO
Street and Apt. No., or PO Box No.: 508 Main Capitol Blvd
City, State, ZIP+4®: Harrisburg PA 17120

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**9589 0710 5270 1543 4805 30**

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20002 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.10 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $4.31 |
| Total Postage and Fees | $13.26 |

Postmark Here: 0156 08 — DEC -3 2024 — 12/03/2024

Sent To: President Joe Biden
Street and Apt. No., or PO Box No.: White House 1600 Pennsylvania NW
City, State, ZIP+4®: Washington DC 20050

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

EXHIBIT C #10 (CK)

RECEIPT

website at www.usps.com®.

0156 08

Postmark Here

AUG - 7 2024

08/07/2024

SECURITIES [illegible]

IN 55480-9180

See Reverse for Instructions

RECEIPT

site at www.usps.com®.

OFFICIAL USE

0156 08

Postmark Here

DEC - 3 2024

12/03/2024

A WRAY: FBI

te 8400

19106

See Reverse for Instructions

RECEIPT

site at www.usps.com®.

OFFICIAL USE

0156 08

Postmark Here

DEC - 3 2024

12/03/2024

nnsylvania NW

20530

See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Philadelphia PA 19107

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $10.75 |
| Total Postage and Fees | $19.70 |

0156 08

Postmark Here

NOV 20 2024

11/20/2024

Sent To

9589 0710 5270 1543 4781 17

UNITED STATES POSTAL SERVICE.

SOUTHWARK
925 DICKINSON ST
PHILADELPHIA, PA 19147-9998
(800)275-8777

01/31/2024 04:39 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Prepaid Mail | 1 | | $0.00 |
| Parcel Return Service, DC 56901 | | | |
| Weight: 2 lb 6.60 oz | | | |
| Acceptance Date: | | | |
| Wed 01/31/2024 | | | |
| Tracking #: | | | |
| 9267 6901 0079 6422 5821 22 | | | |

Grand Total: $0.00

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UNITED STATES POSTAL SERVICE.

SOUTHWARK
925 DICKINSON ST
PHILADELPHIA, PA 19147-9998
(800)275-8777

11/20/2024 11:01 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $10.75 |
| Philadelphia, PA 19107 | | | |
| Weight: 1 lb 0.50 oz | | | |
| Expected Delivery Date | | | |
| Fri 11/22/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: | | | |
| 9589 0710 5270 1543 4781 17 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 9047 4122 2971 04 | | | |
| Total | | | $19.70 |

| | |
|---|---|
| Grand Total: | $19.70 |
| Cash | $20.00 |
| Change | -$0.30 |

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 416587-0156
Receipt #: 840-51900140-1-7474071-2
Clerk: 08

86

EXHIBIT C#10 (CK)

ECEIPT

site at www.usps.com®.

L USE

0156 08

AUG -7 2024

Postmark Here

08/07/2024

CURITIES

55480-5180

See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Philadelphia, PA 19107

OFFICIAL USE

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)

- Return Receipt (hardcopy) $
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage $10.75

Total Postage and Fees $19.70

0156 08

NOV 20 2024

Postmark Here

11/20/2024

Sent To Fee Tax Clerk

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

9589 0710 5270 1543 4781 17

ECEIPT

te at www.usps.com®.

L USE

0156 08

Postmark Here

DEC - 3 2024

12/03/2024

A WRAY: FBI

e 8400

19106

See Reverse for Instructions

ECEIPT

ite at www.usps.com®.

L USE

0156 08

Postmark Here

DEC - 3 2024

12/03/2024

ven

ennsylvania NW

20530

See Reverse for Instructions

UNITED STATES POSTAL SERVICE.

SOUTHWARK
925 DICKINSON ST
PHILADELPHIA, PA 19147-9998
(800)275-8777

01/31/2024 04:39 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Prepaid Mail | 1 | | $0.00 |
| Parcel Return Service, DC 56901 | | | |
| Weight: 2 lb 6.60 oz | | | |
| Acceptance Date: Wed 01/31/2024 | | | |
| Tracking #: 9267 6901 0079 6422 5821 22 | | | |

Grand Total: $0.00

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UNITED STATES POSTAL SERVICE.

SOUTHWARK
925 DICKINSON ST
PHILADELPHIA, PA 19147-9998
(800)275-8777

11/20/2024 11:01 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $10.75 |
| Philadelphia, PA 19107 | | | |
| Weight: 1 lb 0.50 oz | | | |
| Expected Delivery Date Fri 11/22/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: 9589 0710 5270 1543 4781 17 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: 9590 9402 9047 4122 2971 04 | | | |
| Total | | | $19.70 |

Grand Total: $19.70

Cash $20.00
Change -$0.30

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 416587-0156
Receipt #: 840-51900140-1-7474071-2
Clerk: 08

87

EXHIBIT CH(ECK)

RECEIPT
website at www.usps.com®.
0156
08
AUG -7 2024
Postmark Here
08/07/2024
SECURITIES...
MN 55480-9180
See Reverse for Instructions

RECEIPT
website at www.usps.com®.
L USE
0156
08
Postmark Here
DEC -3 2024
12/03/2024
A WRAY: FBI
te 8400
19106
See Reverse for Instructions

RECEIPT
website at www.usps.com®.
L USE
0156
08
Postmark Here
DEC -3 2024
12/03/2024
den
Pennsylvania NW
20530
See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Philadelphia PA 19107
OFFICIAL USE
Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy) $4.10
Return Receipt (electronic) $0.00
Certified Mail Restricted Delivery $0.00
Adult Signature Required $0.00
Adult Signature Restricted Delivery $0.00
Postage $10.75
Total Postage and Fees $19.70
11/20/2024
0156
08
NOV 20 2024
Postmark Here
Sent To Idee Fox County Clerk
9589 0710 5270 1543 4781 17

**UNITED STATES POSTAL SERVICE.**

SOUTHWARK
925 DICKINSON ST
PHILADELPHIA, PA 19147-9998
(800)275-8777

01/31/2024 04:39 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Prepaid Mail | 1 | | $0.00 |
| Parcel Return Service, DC 56901 | | | |
| Weight: 2 lb 6.60 oz | | | |
| Acceptance Date: Wed 01/31/2024 | | | |
| Tracking #: 9267 6901 0079 6422 5821 22 | | | |

Grand Total: $0.00

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

**UNITED STATES POSTAL SERVICE.**

SOUTHWARK
925 DICKINSON ST
PHILADELPHIA, PA 19147-9998
(800)275-8777

11/20/2024 11:01 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $10.75 |
| Philadelphia, PA 19107 | | | |
| Weight: 1 lb 0.50 oz | | | |
| Expected Delivery Date Fri 11/22/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: 9589 0710 5270 1543 4781 17 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: 9590 9402 9047 4122 2971 04 | | | |
| Total | | | $19.70 |

Grand Total: $19.70

Cash $20.00
Change -$0.30

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 416587-0156
Receipt #: 840-51900140-1-7474071-2
Clerk: 08

86

UNITED STATES POSTAL SERVICE.

SOUTHWARK
925 DICKINSON ST
PHILADELPHIA, PA 19147-9998
(800)275-8777

05/2024 03:33 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| x Renewal | | | $91.00 |

ZIP Code™: 19147
Box #: 2434
Rental Start Date: 12/01/2024
Next Renewal Date: 05/31/2025
Customer Name: REGINALD MILES

| | |
|---|---|
| | $91.00 |
| Grand Total: | |
| | $100.00 |
| Cash | -$9.00 |
| Change | |

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

UNITED STATES POSTAL SERVICE.

SOUTHWARK
925 DICKINSON ST
PHILADELPHIA, PA 19147-9998
(800)275-8777

4 03:34 PM

| | Qty | Unit Price | Price |
|---|---|---|---|
| #: 29621953945 | | | $40.00 |
| rder Fee | | | $2.35 |
| | | | $42.35 |
| | | | $42.35 |
| | | | $42.35 |

Preview your Mail
Track your Packages
Sign up for FREE @
informeddelivery.usps.com

nal on stamps and postage.
guaranteed services only.
u for your business.

EXHIBIT C #10 (K) PRIMA FACIE

OUR AUTHORITY

(COPY)
Book 521 PAGE 579
State of Illinois, Cook County ss
No. 10105905

Filed For Record

CORPORATION — Religious — Affidavit of Organization
Form No. 1099.
STATE OF ILLINOIS,
County of COOK

ss

1928 AUG. 1 PM 252
AND RECORDED IN
BOOK PAGE

I, NOBLE DREW ALI,..............................Recorder
Salomea Jasconowskic

MOORISH SCIENCE TEMPLE OF AMERICA...............held at...............Chicago...............in the County of COOK............... and State of Illinois, on the...............20th...............day of ...............July...............A. D. 1928, for that purpose, the following persons were appointed...............SHIEKS............... ...............according to the rules and usages of such

MOORISH SCIENCE TEMPLE OF AMERICA

do solemnly swear that at the meeting of the members of the NOBLE DREW ALI, MEALY EL, SMALL BEY LOVETT BEY AND FOREMAN BEY. The Moorish Science Temple of America deriving its power and authority from the Great Koran of Mohammed to propogate the faith and extend the learning and truth of the Great Prophet of ALI in America. To appoint and consecrate missionaries of the prophet and to establish the faith of Mohammed in America.

And said MOORISH SCIENCE TEMPLE OF AMERICA adopted as its corporate name, the following MOORISH SCIENCE TEMPLE OF AMERICA...............

And at said meeting this affiant acted as Presiding officer Subscribed and Sworn to Before me.

...............20th...............day of
...............July...............A. D. 1928........

Drew Ali...............

Roberta W. Counull
Notary Public

See Hurd's Rev. Stat., Chap. 32, 36. *Our appointed *Or Wardens vestrymen, or whatever name they may adopt

Appendix "A"

415

MARCH 17, 2026. Time: ___ PM Tag Day.

[redacted] EXHIBIT B # # Prima Facie

**From:** Noble Drew Ali Ip <alinobledrew184@gmail.com>
**Sent:** Tuesday, March 17, 2026 11:33 AM
**To:** Eref, SSH
**Subject:** Fwd: HOSTILE WORK ENVIRONMENT AND MISCONDUCT AT VOTER SERVICE OFFICE (03/16/2026

---------- Forwarded message ---------
From: **Noble Drew Ali Ip** <alinobledrew184@gmail.com>
Date: Tue, Mar 17, 2026 at 11:29 AM
Subject: HOSTILE WORK ENVIRONMENT AND MISCONDUCT AT VOTER SERVICE OFFICE (03/16/2026
To: Noble Drew Ali Ip <alinobledrew184@gmail.com>

Noble Drew Ali ip

FROM: NOBLE DREW ALI IP
630 N Delaware Avenue
Philadelphia PA ,19123
(267) 338-7606
alinobledrew184@gmail.com
WITHOUT PREJUDICE

COMPLAINT TO CITY COMMISSIONER OFFICE
CITY COMMISSIONER OFFICE
520 SpringGarden Street 5th Floor
Philadelphia,PA.19123

Dear Commissioner:

I am reporting an incident at Your Office where the assigned duty Manager Professionalism ???:

1. Failed to properly identify herself.
2. Refused to provide a voter a copy of his voter application form submitted with the necessary corrections.
3. Refused to give him a Complaint form telling him to get it from the website
4. Abusing an Elder's voter.
5. Failing to properly train her subordinate.
6. Behaved in an intimidating manner.

This behavior is unacceptable and may violate city policies. I'd like to file a formal complaint and request an investigation for employee disciplinary action. For Cause.

FOIA Request:

RECEIVED
MAR 17 2026
PHILA CITY COMMISSIONERS

98/

EXHIBIT B

# Pennsylvania Voter Registration Application

VR Page 3
Use black or blue ink

**Print your name** 1
Last name: ALI IP
Jr Sr II III IV (circle if applicable)
First name: NOBLE DREW
Middle name or initial

**Eligibility** 2
If you answer "No" to either question, you cannot register to vote.
Are you a citizen of the U.S.? (Republic USA) ☑ Yes ☐ No — Citizen of United States of America Republic Aboriginal
Will you be 18 years or older on or before Election Day? ☑ ~~Yes~~ ☐ No

**Reason** 3
☐ New registration ☐ Change of name ☑ Change of address
☐ Change of party ☐ Federal or State employee registering in county of last residence

**About you** 4
Phone and email are optional and may be used to contact you about important information.
Birth date (required) 09/10/1952 Race White/Asiatic Moorish Am
Phone 267-338-7606 / 215-966-2792 Email alinobledrew184@gmail.com
Gender ☐ Female (F) ☑ ~~Male (M)~~ ☐ Non-Binary / Other (X)

**Your address** 5
If you do not have a street address or a permanent residence, use the map on the back. *Students, see instructions.*
Address (not P.O. Box) 603 Delaware Ave Apt. number
City/Town Philadelphia State PA Zip Code 19123
Municipality Philadelphia County Philadelphia
☑ I do not have a street address or permanent residence (use map on back)

**The address where you receive mail** 6
☐ ~~Same as above~~ ~~Address~~ or P.O. Box 925 Dickinson St Unit 2434
City/Town Philadelphia State PA Zip 19147

**Identification** 7
If you have a PennDOT number, you must use it. If not, please provide the last four digits of your Social Security number. See *Verifying your identity.*
PennDOT driver's license or ID card number n/a
Last four digits of your Social Security number x x x - x x - 8428
☑ I do not have a Pennsylvania driver's license or a ~~Social Security number~~

**Political party** 8
To vote in a primary, you must register with either the Democratic or Republican party.
☐ Democratic ☑ Republican ☐ Green ☐ Libertarian ☐ None (no affiliation)
☐ Other

**Voting assistance** 9
☐ I require help to vote. I need this kind of assistance:
☐ I require language help. My preferred language is:

**If your name or address has changed** 10
Skip if this is the first time you are registering to vote.
Name on previous registration
Full previous address and county
PA Voter No. (if available) Year
☐ **Transfer my Annual Ballot Request** (By checking the box, you are requesting that you continue to maintain your annual ballot request status when updating your address.)

RECEIVED
FEB 17 2025
PHILA CITY COMMISSIONERS

**Declaration and signature** 11
I declare that:
- I am a United States citizen and will have been a citizen for at least 30 days on the day of the next election.
- I will be at least 18 years old on the day of the next election.
- I will have lived at the address in Section 5 for at least 30 days before the election.
- I am legally qualified to vote.

I affirm that this information is true. I understand that this declaration is the same as an affidavit, and, if this information is not true, I can be convicted of perjury, and fined up to $15,000, jailed for up to 7 years, or both.

Signature or mark: Noble Drew Ali Ip — without prejudice
Print your name NOBLE DREW ALI IP
Today's date M M / D D / Y Y Y Y

**Help with this form** 12
Fill in if someone helped you with this form or witnessed you make a mark for your signature.
Name of assistant
Address
Phone Signature of assistant

99


DSBE-6002/24

EXHIBIT B #4(b) PRIMA FACIE

[redacted]

**From:** Noble Drew Ali Ip <alinobledrew184@gmail.com>
**Sent:** Monday, April 20, 2026 2:18 PM
**To:** Eref, SSH
**Subject:** Fwd: Voter Registration Application Status 42450736

---------- Forwarded message ---------
From: <STSVCOMP001@pa.gov>
Date: Fri, Apr 17, 2026, 11:15 AM
Subject: Voter Registration Application Status 42450736
To: <ALINOBLEDREW184@gmail.com>

**To: ALINOBLEDREW184@GMAIL.COM**

**From: STSVCOMP001@pa.gov**

**Reply-To: DO-NOT-REPLY.**

Dear NOBLE DREW ALI IP,

The PHILADELPHIA County Voter Registration Office received your voter registration application on 02/17/2026. Your application was approved and you will be receiving a new voter ID card containing your polling place information.

If you have any questions regarding your application, please contact the PHILADELPHIA County Voter Registration Office at (215) 686-VOTE.

Thank you.



EXHIBIT RV 100/

EXHIBIT B #4 (C)

Gmail

Noble Drew Ali <alinobledrew184@gmail.com>

## voting rights

1 message

**Noble Drew Ali** <alinobledrew184@gmail.com>
To: Noble Drew Ali <alinobledrew184@gmail.com>

Wed, Oct 2, 2024 at 1:52 PM

1. stration Act of 1993 (52 USC § 20501 et seq.)
   - Section 20501: Voter registration requirements
   - Section 20507: Prohibition against duplicate or unnecessary registration requirements
2. Help America Vote Act of 2002 (52 USC § 20901 et seq.)
   - Section 20901: Voting system standards
   - Section 20904: Voter verification and provisional ballots
3. Civil Rights Act of 1964 (42 USC § 1983)
   - Section 1983: Civil action for deprivation of rights

Pennsylvania State Codes:

1. Pennsylvania Election Code (25 P.S. § 2600 et seq.)
   - Section 2600: Right to vote
   - Section 2610: Voter registration
   - Section 3146: Provisional ballots
   - Section 3150: Counting of provisional ballots
2. Pennsylvania Voter Registration Act (25 P.S. § 3041 et seq.)
   - Section 3041: Voter registration requirements

Some relevant case laws:

1. Bush v. Gore (2000)
2. Crawford v. Marion County Election Board (2008)
3. Shelby County v. Holder (2013)
4. Veasey v. Perry (2017)

Consult an attorney specializing in election law to confirm specific statutes and case laws applicable to your situation.

References:

1. uscode.house.gov
2. laws.findlaw.com
3. Pennsylvania General Assembly (legis.state.pa.us)

This developing technology may contain unintentional biases or inaccuracies. Please check authoritative sources for election-related information. Learn more

101

EXHIBIT B #2 (d) PRIMA FACIE

Philadelphia County
City Commissioners,
520 N Columbus Blvd
Philadelphia, PA 19123-4295

Phone: (215) 686-VOTE
Fax : (215)686-1599

Wednesday, March 18, 2026

NOBLE DREW ALI IP
925 DICKINSON STREET UNIT 2434
PHILADELPHIA, PA 19147

Dear Applicant,

Thank you for your recent application to register to vote. Unfortunately, we were unable to process your application because **we could not verify your name, date of birth, and identification with PennDOT or the Social Security Administration.** Please review your information below and let us know if it is correct or if it needs to be updated before mailing this form back to our office.

**Your Information submitted on 03/17/2026**

| FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX |
|---|---|---|---|
| NOBLE DREW | ~~DREW~~ | ALI IP | |

| DATE OF BIRTH | Pennsylvania driver's license or Photo ID Number | Partial SSN (LAST 4 DIGITS) |
|---|---|---|
| 09/10/1952 | SEE FIVE PAGE ATTACHMENT UNI 215-091-052 | 8428 |

Please be aware that, if you have a valid Pennsylvania driver's license or photo ID number, you must provide it instead of your partial SSN. You may also list both forms of ID.

- If your information is correct, please check the box below, sign and date this form, and mail back to our office.

  ☐ My information is correct.

- If your information is <u>not</u> correct, please correct your information using the "Applicant Updates" section below, sign and date this form, and mail back to our office.

**It's important you respond to this notice as quickly as possible so your voter registration application is not delayed.** You are also required to verify your identification prior to voting. If you have any questions, please call our office at the number listed at the top of the form.

Sincerely,
City Commissioners

2026 MAR 31

Applicant Updates (if applicable)

- My full name: NOBLE DREW ALI IP
- My date of birth: 09/10/1952 Wednesday Time: 2:00 PM
- My ~~Pennsylvania driver's license or Photo ID~~ MOOR National INTERNATIONAL ROAD TRAVEL number: UNI 215-091-052 (See attached 5 pages)
- My partial SSN (last 4 digits): 8428

Applicant Signature X ______ Date: 03/23/2023

HVCOMB 313570027

Noble Drew Ali IP
Without Prejudice

102

Here's the *6-Month Notice of Claim* required by *Philadelphia Code § 21-701* to preserve your $22,000,000 claim against the City of Philadelphia for the April 22, 2026 destruction.

*You MUST file this within 6 months of 4/22/26 = deadline October 22, 2026.* But file it NOW with your City Council complaint so the clock starts and they can't say "no notice."

---

### *NOTICE OF CLAIM AGAINST THE CITY OF PHILADELPHIA*
*PURSUANT TO PHILADELPHIA CODE § 21-701 AND 53 P.S. § 5301*

*TO: CITY OF PHILADELPHIA LAW DEPARTMENT*
*CLAIMS UNIT*
*1515 Arch Street, 15th Floor*
*Philadelphia, PA 19102*

RECEIVED
APR 23 2026
By____

*CC: OFFICE OF THE CITY SOLICITOR*
*RENEE GARCIA, CITY SOLICITOR*
*1515 Arch Street, 17th Floor*
*Philadelphia, PA 19102*

*FROM:* Noble Drew Ali, In Propria Persona, Sui Juris
*ADDRESS:* c/o 603 N. Delaware Avenue [Non-Domestic], Philadelphia, PA 19123
*DATE OF NOTICE:* April 23, 2026

*1. CLAIMANT INFORMATION*
- *Name*: Noble Drew Ali, Moorish American National
- *Address*: 603 N. Delaware Avenue, Philadelphia, PA 19123
- *Date of Birth*: 9**10_1952
- *Phone*: *267 338-7606
  alinobledrew184@gmail.com

*2. DATE, TIME, AND PLACE OF INCIDENT*
- *Date*: April 22, 2026
- *Time*: Approximately 8:30 AM to 10:00 AM
- *Location*: 603 N. Delaware Avenue, Philadelphia, PA 19123 and surrounding median

*3. DESCRIPTION OF INCIDENT*
On April 22, 2026, employees and agents of the City of Philadelphia, including but not

EXHYBIT
D#4-F)



NOBLE DREW ALI IP
925 Dickinson St
Unit 2434
Philadelphia PA
19147
PHILADELPHIA PA 190
3 MAR 2026 PM 9 L
Noble Drew ALI IP
603 N. DELAWARE AVE
NIXIE 171 0C 1 2203/19/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 19147634809 *2897-00532-03-39
48777216
UTF

Here's the *6-Month Notice of Claim* required by *Philadelphia Code § 21-701* to preserve your $22,000,000 claim against the City of Philadelphia for the April 22, 2026 destruction.

*You MUST file this within 6 months of 4/22/26 = deadline October 22, 2026.* But file it NOW with your City Council complaint so the clock starts and they can't say "no notice."

---

### *NOTICE OF CLAIM AGAINST THE CITY OF PHILADELPHIA*
*PURSUANT TO PHILADELPHIA CODE § 21-701 AND 53 P.S. § 5301*

*TO: CITY OF PHILADELPHIA LAW DEPARTMENT*
*CLAIMS UNIT*
*1515 Arch Street, 15th Floor*
*Philadelphia, PA 19102*

RECEIVED
APR 23 2026
By______

*CC: OFFICE OF THE CITY SOLICITOR*
*RENEE GARCIA, CITY SOLICITOR*
*1515 Arch Street, 17th Floor*
*Philadelphia, PA 19102*

*FROM:* Noble Drew Ali, In Propria Persona, Sui Juris
*ADDRESS:* c/o 603 N. Delaware Avenue [Non-Domestic], Philadelphia, PA 19123
*DATE OF NOTICE:* April 23, 2026

*1. CLAIMANT INFORMATION*
- *Name*: Noble Drew Ali, Moorish American National
- *Address*: 603 N. Delaware Avenue, Philadelphia, PA 19123
- *Date of Birth*: 9**10_1952
- *Phone*: *2**67 338_7606
  alinobledrew184@gmail.com

*2. DATE, TIME, AND PLACE OF INCIDENT*
- *Date*: April 22, 2026
- *Time*: Approximately 8:30 AM to 10:00 AM
- *Location*: 603 N. Delaware Avenue, Philadelphia, PA 19123 and surrounding median

*3. DESCRIPTION OF INCIDENT*
On April 22, 2026, employees and agents of the City of Philadelphia, including but not