
Prima Facie
AFTER


EXHIBIT
A#2
PRIMA FACIE
6/30


FOR SALE


EXHIBIT
A#1
Prima Facie
BEFORE
BOUNDARY
MARKER


EXHIBIT
A #1
PRIMA FACIE
Penn St
FIRST STUDENT
BEFORE


EXHIBIT
A#1
Prima Facies
BEFORE
19/30


EXHIBIT
A#1
Prima Facie
LAND & PROPERTY
FOR SALE
$22 Million Dollars
BEFORE
20/30

EXHIBIT A#1

PRIMA FACIE




BEFORE

21/38


EXHIBIT
A#1
Prima Facie
BEFORE
22/28


EXHIBIT
A#1
Prima Facie
LAND & PROPERTY
FOR SALE
$22 Million Dollars
BEFORE
23/48


EXHIBIT A#1
Prima Facie
NO PARKING
KEEP OUT
BEFORE


EXHIBIT
A#1
PRIMA FACIE
BEFORE
25/30


EXHIBIT
A#1
Prema Facie
BEFORE
26/29



EXHIBIT
A#1
PRIMA FACIE

BEFORE

~~AFTER~~

27/30


EXHIBIT
A#1
PRIMA
FACIE
BEFORE
28/30


EXHIBIT A#2
AFTER
29/30


NO
PARKING
BEFORE
12/30


BEFORE BOUNDARY MARK
EXHIBIT PRIMA FACIE
A #1


BEFORE SURVEY MARK
PRIMA FACIE
EXHIBIT A-#2

8/6






8/01




A#1

EXHIBIT Prima Facie


BEFORE
EXHIBIT
A#1


EXHIBIT
A #1
BEFORE


EXHIBIT A#1 Prima Facie
BEFORE BOUNDARY MARK


EXHIBIT
A#1
Prima Facie
BEFORE BOUVOARY
MARK


EXHIBIT
A #2
PRIMA FACIE
STRUCTURE
SEIZED
CROP SEIZED
AFTER
30/30


AFTER
4/20