**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NOBLE DREW ALI,** **Plaintiff,** | : | |
| **v.** | : | **Civil Action No. 26-cv-02764** |
| **CITY OF PHILADELPHIA, et al.,** **Defendants.** | : | |

**ORDER**

AND NOW, this _________ day of __________________, 202__, upon consideration of Defendant Philadelphia City Commissioners' Motion to Dismiss, and any response thereto, it is **HEREBY ORDERED** that the Motion is **GRANTED**. It is **FURTHER ORDERED** that all claims against Defendant are **DISMISSED**.

BY THE COURT:

____________________________
KELLEY BRISBON HODGE, J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NOBLE DREW ALI,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil Action** <br> **No. 26-cv-02764** |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| **Defendants.** | : | |

**DEFENDANT PHILADELPHIA CITY COMMISSIONERS' JOINDER MOTION TO DISMISS AND MOTION FOR A MORE DEFINITE STATEMENT**

Defendant Philadelphia City Commissioners, by and through the undersigned counsel, hereby joins Defendant City of Philadelphia's Motion to Dismiss and Motion for a More Definite Statement, in its entirety, filed on May 27, 2026, and incorporates the arguments presented as if set forth fully herein.

Date: October 8, 2026

Respectfully submitted,

/s/ Michael Pfautz
Michael Pfautz
Deputy City Solicitor
Pa. Attorney ID No. 325323
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
(215) 683-5233
michael.pfautz@phila.gov

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, Defendant Philadelphia City Commissioners' Joinder Motion to Dismiss and Motion for a More Definite Statement was filed via the Court's electronic filing system and is available for downloading. I also certify that I caused a copy of the Motion to be served upon the Plaintiff by first class mail, postage prepaid, as follows:

**NOBLE DREW ALI**
925 DICKINSON STREET, UNIT 2434
PHILADELPHIA, PA 19140
*PLAINTIFF PRO SE*

Date: October 8, 2026

Respectfully submitted,

/s/ Michael Pfautz
Michael Pfautz
Deputy City Solicitor
Pa. Attorney ID No. 325323
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
215-683-5233
michael.pfautz@phila.gov