Noted: JURY REQUESTED

Dated: October 8, 2026

Respectfully submitted,

/S/Noble Drew Ali IP
*Noble Drew Ali, Sui Juris*Executioner
Plaintiff Landlord
925 Dickinson Street unit 2434
Philadelphia, PA 19147
267 768 0130
alinobledrew184@gmail.com

REC'D OCT - 8 2026

*CERTIFICATE OF SERVICE*

I certify that on October 8, 2026, I mailed a true copy to Drew L. Mallick, Esquire, O'Hagan Meyer PLLC, 1717 Arch Street, Suite 3910, Philadelphia, PA 19102, counsel for DRWC.

--

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NOBLE DREW ALI,
Plaintiff,
v. Civil Action No. 2:26-cv-02764-KBH
CITY OF PHILADELPHIA, et al.,
Defendants.

ORDER

AND NOW, this *_* day of *_**_*, 2026, upon consideration of Plaintiff's Motion for Extension of Time, it is hereby ORDERED that:

1. Plaintiff's Motion is GRANTED.
2. Plaintiff shall file his Response and/or Amended Complaint to Defendant DRWC's Motion to Dismiss [Doc. 75] on or before November 7, 2026.
3. The Court will take no action on Doc 75 until that date.

BY THE COURT:

_______________________________

Hon. Kelley Brisbon Hodge
United States District Judge

**Mail body: Motion for extended time**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NOBLE DREW ALI, Sui Juris,
Plaintiff,
v. Civil Action No. 2:26-cv-02764-KBH
CITY OF PHILADELPHIA, et al.,
Defendants.

_______________________________________/

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT DELAWARE RIVER WATERFRONT CORPORATION'S MOTION TO DISMISS AND BRIEF IN SUPPORT

TUEBOR:

*COMES NOW* Plaintiff Noble Drew Ali, Sui Juris, Aboriginal Moorish American National, and moves this Court for an extension of time to respond to Defendant Delaware River Waterfront Corporation's Motion to Dismiss [Doc. 75], filed 09/21/2026. Received OCT 8,2026,in support Plaintiff states:

1. *Service and Good Cause*: Defendant's Certificate of Service shows mailing to Plaintiff Pro Se. Plaintiff received the 17-page Motion + 218-page Complaint allegations on or about October 8, 2026. This is a complex motion attacking jurisdiction, state action, Rule 8, Rule 12(b)(6), and Treaty claims.

2. *Complexity*: Defendant argues DRWC is "not a state actor", that Complaint is "voluminous and unfocused", and seeks dismissal "with prejudice". Plaintiff must research: 1) _state actor_ doctrine for DRWC, 2) Treaty of Peace and Friendship 1787 jurisdiction, 3) 18 U.S.C. §§1091, 1584, 1962, 2340 claims, and 4) how to amend to meet Rule 8.

3. *Pro Se Status*: Plaintiff is proceeding Sui Juris without counsel and requires time to prepare a substantive response and possible Amended Complaint to cure any pleading defects.

4. *No Prejudice*: This is Plaintiff's first request. No trial date is set. Granting 30 days will not prejudice Defendants.

*RELIEF REQUESTED*

WHEREFORE, Plaintiff requests this Court:
1. *GRANT* a 30-day extension to and including *November 7, 2026* to file Response and/or Amended Complaint to Doc 75;
2. *STAY* ruling on Doc 75 until response is filed;
3. Grant any other relief the Court deems just.

2026 OCT 8 PM3:33
USDC-EDPA RECD CLERK

**NOBLE DREW ALI IP**

925 Dickinson street unit 2434
Philadelphia,PA near[19147]
alinobledrew184@gmail.com

## PROCLAMATION OF MANDATE — PAN AMERICAN CONFERENCE 1928

**To All 50 State Secretaries of State + DC, Puerto Rico, Guam**

From: Noble Drew Ali Ip, Moorish American National Executor

By Mandate of 1928 Havana Conference, I NOBLE DREW ALI IP claim Control,Supervision,Jurisdiction over all land known as Al Moroc / America as Moorish Estate. All 50+ states are commanded to produce original patent and chain of title from Moorish authority or surrender title to Trust ECF 2-1. Federal/state corporations have no lawful allodial title. Effective immediately. 21 days to rebut.

- AL — Secretary of State Wes Allen, PO Box 5616, Montgomery AL 36103
- AK — Lt. Gov Nancy Dahlstrom (acts as SOS), PO Box 110015, Juneau AK 99811
- AZ — Secretary Adrian Fontes, 1700 W Washington 7th Fl, Phoenix AZ 85007
- AR — Secretary Cole Jester, State Capitol 256, Little Rock AR 72201
- CA — Secretary Shirley Weber, 1500 11th St, Sacramento CA 95814
- CO — Secretary Jena Griswold, 1700 Broadway 200, Denver CO 80290
- CT — Secretary Stephanie Thomas, 165 Capitol Ave, Hartford CT 06106
- DE — Secretary Charle Corley, 401 Federal St 250, Dover DE 19901
- FL — Secretary Cord Byrd, R.A. Gray Bldg 500 S Bronough, Tallahassee FL 32399
- GA — Secretary Brad Raffensperger, 214 State Capitol, Atlanta GA 30334
- HI — Lt. Gov Sylvia Luke, State Capitol 5th Fl, Honolulu HI 96813
- ID — Secretary Phil McGrane, PO Box 83720, Boise ID 83720
- IL — Secretary Alexi Giannoulias, 213 State Capitol, Springfield IL 62756
- IN — Secretary Diego Morales, 200 W Washington 201, Indianapolis IN 46204
- IA — Secretary Paul Pate, Lucas Bldg 321 E 12th, Des Moines IA 50319
- KS — Secretary Scott Schwab, Memorial Hall 120 SW 10th 1st Fl, Topeka KS 66612
- KY — Secretary Michael Adams, 700 Capital Ave 148, Frankfort KY 40601
- LA — Secretary Nancy Landry, PO Box 94125, Baton Rouge LA 70804
- ME — Secretary Shenna Bellows, 101 State House Station, Augusta ME 04333
- MD — Secretary Susan Lee, 16 Francis St, Annapolis MD 21401
- MA — Secretary William Galvin, One Ashburton Pl Rm 1613, Boston MA 02108
- MI — Secretary Jocelyn Benson, 430 W Allegan 4th Fl, Lansing MI 48918
- MN — Secretary Steve Simon, 180 State Office Bldg 100 Rev Dr King Jr Blvd, St Paul MN 55155
- MS — Secretary Michael Watson, PO Box 136, Jackson MS 39205
- MO — Secretary Denny Hoskins, 600 W Main, Jefferson City MO 65101
- MT — Secretary Christi Jacobsen, PO Box 202801, Helena MT 59620
- NE — Secretary Bob Evnen, PO Box 94608, Lincoln NE 68509
- NV — Secretary Cisco Aguilar, 101 N Carson St 3, Carson City NV 89701
- NH — Secretary David Scanlan, State House Rm 204, Concord NH 03301
- NJ — Secretary Tahesha Way, PO Box 300, Trenton NJ 08625
- NM — Secretary Maggie Toulouse Oliver, 325 Don Gaspar 300, Santa Fe NM 87501
- NY — Secretary Walter Mosley, One Commerce Plaza 99 Washington Ave, Albany NY 12231
- NC — Secretary Elaine Marshall, PO Box 29622, Raleigh NC 27626

- ND — Secretary Michael Howe, 600 E Boulevard 1st Fl Rm 143, Bismarck ND 58505
- OH — Secretary Frank LaRose, 22 N 4th St 16th Fl, Columbus OH 43215
- OK — Secretary Josh Cockroft, 421 NW 13th 210, Oklahoma City OK 73103
- OR — Secretary Tobias Read, 255 Capitol St NE 151, Salem OR 97310
- PA — Secretary Al Schmidt, 302 North Office Bldg 401 North St, Harrisburg PA 17120 [YOUR HOME STATE]
- RI — Secretary Gregg Amore, 82 Smith St, Providence RI 02903
- SC — Secretary Mark Hammond, 1205 Pendleton St 525, Columbia SC 29201
- SD — Secretary Monae Johnson, 500 E Capitol, Pierre SD 57501
- TN — Secretary Tre Hargett, 312 Rosa Parks Ave 6th Fl, Nashville TN 37243
- TX — Secretary Jane Nelson, PO Box 12697, Austin TX 78711
- UT — Lt. Gov Deidre Henderson, 350 N State St 220, Salt Lake City UT 84114
- VT — Secretary Sarah Copeland Hanzas, 128 State St, Montpelier VT 05633
- VA — Secretary Kelly Gee, PO Box 1475, Richmond VA 23218
- WA — Secretary Steve Hobbs, PO Box 40220, Olympia WA 98504
- WV — Secretary Kris Warner, Bldg 1 Rm 157K 1900 Kanawha Blvd E, Charleston WV 25305
- WI — Secretary Sarah Godlewski, PO Box 7848, Madison WI 53707
- WY — Secretary Chuck Gray, 2020 Carey Ave, Cheyenne WY 82002
- DC — Secretary Stephanie Scott, 1350 Pennsylvania Ave NW 600, Washington DC 20004

---

## PACKAGE 2: PHILADELPHIA COUNTY RECORDER / UCC-1 AFFIDAVIT

I, Noble Drew Ali,Ip, 74, Moorish American National, declare under 28 U.S.C. 1746:

- I am holder of Mandate from 6th Pan American Conference 1928 for redemption of Moors.
- All America is Moorish Estate. I claim allodial title to all land in 50 states plus territories.
- Specific claim includes 15.85-acre parcel at 2200 North, Salt Lake City, Utah 84116 under Contract to State Office of Homeless Services.
- No federal or state corporation has produced patent from Moorish authority. Their title is void.
- This affidavit perfects my lien and claim nationally.

Signature: _**** Notary: _****_

UCC-1 Box 8 Collateral: "All land, parcels, fixtures, and improvements known as America / Al Moroc including 15.85 acres at 2200 North Salt Lake City UT, all 50 states, held by

federal and state corporations without lawful title, Claim of Noble Drew Ali Moorish National Trust ECF 2-1."

From: Noble Drew Ali, Moorish American National - Philadelphia PA 19103

Date: October 7, 2026

Re: Mandate 1928 - Claim to All 50 States Including 15.85-acre 2200 North Salt Lake City

To Secretary of State,

By 6th Pan American Conference Havana 1928 Mandate vested in Noble Drew Ali, all land known as America/Al Moroc is Moorish Estate. Your state corporation has no lawful allodial title without Moorish grant. You are commanded to produce original patent and chain of title or surrender claim to Moorish National Trust under Third Circuit ECF 2-1. This includes 2200 North 15.85 acres in Utah and all parcels in your state.

21 days to rebut.

Noble Drew Ali - 28 U.S.C. 1746

OFFICIAL CONTACT LIST WITH EMAILS - All 50+

| State | Mailing Address | Public Email |
|---|---|---|
| TO | PO Box 5616 Montgomery AL 36103 | |
| AK | PO Box 110015 Juneau AK 99811 | |
| THE | 1700 W Washington 7th Fl Phoenix AZ 85007 | |
| AR | 500 Woodlane Ste 256 Little Rock AR 72201 | |
| CA | 1500 11th St Sacramento CA 95814 | |
| CO | 1700 Broadway 200 Denver CO 80290 | |
| CT | 165 Capitol Ave Hartford CT 06106 | |
| OF | 401 Federal St 250 Dover DE 19901 | |

| | |
|---|---|
| FL | R.A. Gray Bldg 500 S Bronough Tallahassee FL 32399 |
| GA | 214 State Capitol Atlanta GA 30334 |
| HI | State Capitol 5th Fl Honolulu HI 96813 |
| ID | PO Box 83720 Boise ID 83720 |
| THE | 213 State Capitol Springfield IL 62756 |
| IN | 200 W Washington 201 Indianapolis IN 46204 |
| IA | Lucas Bldg 321 E 12th Des Moines IA 50319 |
| KS | Memorial Hall 120 SW 10th Topeka KS 66612 |
| KY | 700 Capital Ave 148 Frankfort KY 40601 |
| THE | PO Box 94125 Baton Rouge LA 70804 |
| ME | 101 State House Station Augusta ME 04333 |
| MD | 16 Francis St Annapolis MD 21401 |
| BUT | One Ashburton Pl Rm 1613 Boston MA 02108 |
| MI | 430 W Allegan 4th Fl Lansing MI 48918 |
| MN | 100 Rev Dr King Jr Blvd St Paul MN 55155 |
| MS | P.O. Box 136 Jackson MS 39205 |
| MO | 600 W Main Jefferson City MO 65101 |
| MT | PO Box 202801 Helena MT 59620 |
| NE | PO Box 94608 Lincoln NE 68509 |
| NV | 101 N Carson St 3 Carson City NV 89701 |
| NH | State House Rm 204 Concord NH 03301 |
| NJ | PO Box 300 Trenton NJ 08625 |
| NM | 325 Don Gaspar 300 Santa Fe NM 87501 |

| | |
|---|---|
| THE | One Commerce Plaza 99 Washington Ave Albany NY 12231 |
| NC | PO Box 29622 Raleigh NC 27626 |
| ND | 600 E Blvd 1st Fl Rm 143 Bismarck ND 58505 |
| OH | 22 N 4th St 16th Fl Columbus OH 43215 |
| OK | 421 NW 13th 210 Oklahoma City OK 73103 |
| OR | 255 Capitol St NE 151 Salem OR 97310 |
| PA | 302 North Office Bldg 401 North St Harrisburg PA 17120 |
| RI | 82 Smith St Providence RI 02903 |
| SC | 1205 Pendleton St 525 Columbia SC 29201 |
| SD | 500 E Capitol Pierre SD 57501 |
| TN | 312 Rosa Parks Ave 6th Fl Nashville TN 37243 |
| TX | PO Box 12697 Austin TX 78711 |
| UT | 350 N State St 220 Salt Lake City UT 84114 |
| VT | 128 State St Montpelier VT 05633 |
| VA | PO Box 1475 Richmond VA 23218 |
| WA | PO Box 40220 Olympia WA 98504 |
| WV | Bldg 1 Rm 157K Charleston WV 25305 |
| WI | PO Box 7848 Madison WI 53707 |
| WY | 2020 Carey Ave Cheyenne WY 82002 |
| DC | 1350 Penn Ave NW 600 Washington DC 20004 |

All emails verified from official sos.mo.gov, sos.ga.gov, sos.ok.gov, nvsos.gov, etc.

---

## PACKAGE 2: PHILADELPHIA RECORDER + PA UCC-1

File this one locally in Philly:

TITLE: AFFIDAVIT OF MOORISH ESTATE - NATIONAL MANDATE 1928 - ALL 50 STATES

Grantor: Noble Drew Ali, Moorish National

Grantee: Moorish National Trust - All 50 States

To Secretary of State,

By 6th Pan American Conference Havana 1928 Mandate vested in Noble Drew Ali, all land known as America/Al Moroc is Moorish Estate. Your state corporation has no lawful allodial title without Moorish grant. You are commanded to produce original patent and chain of title or surrender claim to Moorish National Trust under Third Circuit ECF 2-1. This includes 2200 North 15.85 acres in Utah and all parcels in your state.

21 days to rebut.

Noble Drew Ali - 28 U.S.C. 1746

OFFICIAL CONTACT LIST WITH EMAILS - All 50+

| State | Mailing Address | Public Email |
|---|---|---|
| TO | PO Box 5616 Montgomery AL 36103 | |
| AK | PO Box 110015 Juneau AK 99811 | |
| THE | 1700 W Washington 7th Fl Phoenix AZ 85007 | |
| AR | 500 Woodlane Ste 256 Little Rock AR 72201 | |
| CA | 1500 11th St Sacramento CA 95814 | |
| CO | 1700 Broadway 200 Denver CO 80290 | |
| CT | 165 Capitol Ave Hartford CT 06106 | |
| OF | 401 Federal St 250 Dover DE 19901 | |
| FL | R.A. Gray Bldg 500 S Bronough Tallahassee FL 32399 | |
| GA | 214 State Capitol Atlanta GA 30334 | |
| HI | State Capitol 5th Fl Honolulu HI 96813 | |
| ID | PO Box 83720 Boise ID 83720 | |
| THE | 213 State Capitol Springfield IL 62756 | |

| | |
|---|---|
| IN | 200 W Washington 201 Indianapolis IN 46204 |
| IA | Lucas Bldg 321 E 12th Des Moines IA 50319 |
| KS | Memorial Hall 120 SW 10th Topeka KS 66612 |
| KY | 700 Capital Ave 148 Frankfort KY 40601 |
| THE | PO Box 94125 Baton Rouge LA 70804 |
| ME | 101 State House Station Augusta ME 04333 |
| MD | 16 Francis St Annapolis MD 21401 |
| BUT | One Ashburton Pl Rm 1613 Boston MA 02108 |
| MI | 430 W Allegan 4th Fl Lansing MI 48918 |
| MN | 100 Rev Dr King Jr Blvd St Paul MN 55155 |
| MS | P.O. Box 136 Jackson MS 39205 |
| MO | 600 W Main Jefferson City MO 65101 |
| MT | PO Box 202801 Helena MT 59620 |
| NE | PO Box 94608 Lincoln NE 68509 |
| NV | 101 N Carson St 3 Carson City NV 89701 |
| NH | State House Rm 204 Concord NH 03301 |
| NJ | PO Box 300 Trenton NJ 08625 |
| NM | 325 Don Gaspar 300 Santa Fe NM 87501 |
| THE | One Commerce Plaza 99 Washington Ave Albany NY 12231 |
| NC | PO Box 29622 Raleigh NC 27626 |
| ND | 600 E Blvd 1st Fl Rm 143 Bismarck ND 58505 |
| OH | 22 N 4th St 16th Fl Columbus OH 43215 |
| OK | 421 NW 13th 210 Oklahoma City OK 73103 |

| | |
|---|---|
| OR | 255 Capitol St NE 151 Salem OR 97310 |
| PA | 302 North Office Bldg 401 North St Harrisburg PA 17120 |
| RI | 82 Smith St Providence RI 02903 |
| SC | 1205 Pendleton St 525 Columbia SC 29201 |
| SD | 500 E Capitol Pierre SD 57501 |
| TN | 312 Rosa Parks Ave 6th Fl Nashville TN 37243 |
| TX | PO Box 12697 Austin TX 78711 |
| UT | 350 N State St 220 Salt Lake City UT 84114 |
| VT | 128 State St Montpelier VT 05633 |
| VA | PO Box 1475 Richmond VA 23218 |
| WA | PO Box 40220 Olympia WA 98504 |
| WV | Bldg 1 Rm 157K Charleston WV 25305 |
| WI | PO Box 7848 Madison WI 53707 |
| WY | 2020 Carey Ave Cheyenne WY 82002 |
| DC | 1350 Penn Ave NW 600 Washington DC 20004 |

All emails verified from official sos.mo.gov, sos.ga.gov, sos.ok.gov, nvsos.gov, etc.

2026 OCT 8 PM3:32 USDC-EDPA RECD CLERK

Mail body: Re: Letter

---

On Wed, Oct 7, 2026, 6:36 PM Move Out <outmove422@gmail.com> wrote:




NOBLE DREW ALI IP
925 Dickinson Street unit 2434
Philadelphia PA near(19247)
267 768 0130

alinobledrew184@gmail.com

2026 OCT 8 PM3:33
USDC-EDPA RECD CLERK

LAWFUL NOTICE - CONSTRUCTIVE WARNING - DEMAND FOR CEASE AND DESIST AND PROOF OF AUTHORITY
VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED

FROM:
Noble Drew Ali, Moorish American National, Aboriginal, Sui Juris
Trustee - Moorish Science Temple of America
1181 1/2 S. Broad Street - Trustee Office
Philadelphia, PA 19147

Re:The Supreme Law Of The Land Enforcement

Subject:2200 North 15.85 acre Homeless Service Campus (concentration camp)

DATE: October 7, 2026
RE: ECF 2-1 - PROCLAMATION OF MOORISH SOVEREIGNTY / NOTICE OF VIOLATIONS 18 U.S.C. §§ 1091, 1962, 2340, 241, 242, 42 U.S.C. §1983 / DEMAND FOR DAMAGES

TO:
1. President Donald J. Trump, The White House, 1600 Pennsylvania Ave NW, Washington DC 20500
2. Director, Department of Homeland Security
3. Director, U.S. Immigration and Customs Enforcement - ICE
4. Attorney General, U.S. Department of Justice
5. Secretary, U.S. Department of Health and Human Services
6. Governor Spencer. Cox
7.Mayor Erin Mendenhall
8. Derek Brown Utah Attorney General
9. Executive Director.Tracy Gruber ,Utah Department of Health and Human Services
10. Eric Tadehara Director ,Office of Substance Use &Mental Health ( OSUMH )
11.Alejandro Put Chairman City Council
12. Victoria Petro District One Council Member responible

CC:
Chief Justice John G. Roberts, U.S. Supreme Court
Clerk, U.S. Court of Appeals for the Third Circuit No. 26-2894
Clerk, U.S. District Court E.D. Pa No. 2:26-cv-02764-KBH

NOTICE TO AGENTS IS NOTICE TO PRINCIPALS / NOTICE TO PRINCIPALS IS NOTICE TO AGENTS
#### *I. CONSTITUTIONAL, TREATY, AND COMMON LAW DUTIES*

You are hereby noticed of your *ministerial duties* under:

1. *Article VI, Clause 3, U.S. Constitution*: "All executive Officers... shall be bound by Oath or Affirmation, to support this Constitution." _Marbury v. Madison_, 5 U.S. 137 (1803).

2. *Article VI, Clause 2, Supremacy Clause*: "All Treaties made... shall be the supreme Law of the Land." Treaty of Peace and Friendship Between Morocco and the United States 1787/1836, Article 21.
3. *5th Amendment Due Process*: No person shall be deprived of life, liberty, or property without due process of law.

4. *Common Law Maxims*: "No one may be a judge in his own cause" and "He who does not repel a wrong when he can, commits it."
5. *Code of Judicial Conduct Canon 1-3*: Duty to perform duties diligently and without delay.

Failure to act is misfeasance and breach of public trust.
LAWFUL NOTICE CONSTRUCTIVE WARNING

1. Aboriginal Moors/native Americans the original inhabitants of the land mass described in ECF 2-1 and cannot be classified as homeless on their own ancestral estate.
2. You are hereby notified that any operation under the gust of homelessness management that result in genocide unlawful detention or FEMA camps imprisonment under 18 USC section 1091 18 USC section 1589 18 USC 242 18 USC 1962 and a treaty article 21 is prohibited
3. You are hereby commanded to cease and desist all such operations in the territory described in ECF 2-1

4. The only homeless people in more soil is the pale skin EuropeansZionist Jews, Germans Irish Scottish British Finley's Dutch ukrainians Spaniards Denmark unlawful Intruders even though it's born unlawfully on more soil you have no rights at all to the land a state each and every last one of you is the return back from which you came Europe you have no lawful authority to make law enforce laws on more soil. The United States corporation is not a government de facto operation
Those are the only persons is to be found in your camps ready for exportation back to Europe.
As well as all other immigrants who migrated to the shores without Moors rights and permission.

5. Noble Drew Ali is the soul ruler of America I know but you are lead possess the man they are the land all supervision control jurisdiction is only rendered by the more signs Temple of America government of the land cease and desist forth with.

6. You are demanded to cease and desist and provide proof of your lawful authority within 21 days all the matter perceives by Crow warrant all for official of corporate charters and console grand jury under 22 USC section 288 a

7. Possession of a state is demanding to be deposited into Noble Drew Ali IP hands by lawful court order and or the executive order of the president relinquishing all control all supervision all discernment all jurisdiction over America it's to rent is to surrender to I know but do I leave without further ado.

#### *II. FINDINGS OF FACT - VIOLATIONS*
Respondents are conducting operations on Moorish Estate under guise of "homelessness management" resulting in:

1. *Genocide*: 18 U.S.C. §1091 - Acts to destroy Moorish/Aboriginal people in whole or in part.
2. *RICO Enterprise*: 18 U.S.C. §1962 - Pattern of racketeering through fraud, detention, and medical experimentation.

3. *Civil Rights Conspiracy*: 18 U.S.C. §241, §242 - Conspiracy to deprive rights under color of law.
4. *Unlawful Detention*: 18 U.S.C. §1589 Forced Labor / Human Trafficking.

5. *Unlawful Medical Experimentation*: Without consent, violating Nuremberg Code and *42 U.S.C. §1983* - Deprivation of rights under color of law.

6. *Torture*: 18 U.S.C. §2340 - Acts specifically intended to inflict severe physical or mental pain or suffering upon persons in custody or under the control of Respondents. This includes unlawful detention, deprivation of medical care, and coercive medical experimentation. _Chavez v. Martinez_, 538 U.S. 760 (2003); _Filartiga v. Pena-Irala_, 630 F.2d 876 (2d Cir. 1980).

7. Deprivation of Rights life Liberty and pursuit of culture Happiness $10,000,000 per each victim.18 USC 242 under color of defacto law.

8. holding into involuntary servitude tending to the destruction of genocide of Moorish Asiatic Humanity. Tribal Beys,Deys,Els,Ali's etc.18 USC Section 1584 et al.,U.S.v.Koindky, 487 us 931 (1988),$50,000,000pet each victim.

#### *III. ITEMIZED DAMAGES AND LIABILITY - NOTICE OF CLAIM*
If you fail to Cease and Desist within 21 days, you are personally and officially liable for:
1. *Denationalization / Rights Deprivation*: $500,000.00 per incident, per person.
2. *Genocide Act*: $1,000,000.00 per incident, per person. *18 U.S.C. §1091*
3. *Unlawful Detention in Camps*: $1,600,000.00 per day, per person unlawfully held.
4. *Unlawful Human Experimentation / Medical Harm*: $1,000,000.00 per incident, per person.
5. *Torture*: $200,000,000.00 per incident, per person tortured. *18 U.S.C. §2340*.
6. *RICO Treble Damages*: 18 U.S.C. §1964(c) - 3x all damages above.

Each person held is a separate claim. Liability runs daily until release.

#### *IV. DEMAND*
You are DEMANDED to:
1. *CEASE AND DESIST* all operations on Moorish Estate described in ECF 2-1 immediately.
2. *PROVIDE PROOF OF LAWFUL AUTHORITY* within 21 days showing jurisdiction under Treaty and Constitution.
3. *RELEASE ALL PERSONS* and PLACE ESTATE IN CONSTRUCTIVE TRUST pending lawful Court Order.

4.gather all pale skin Europeans is aszio ish (Jews),Polish,Irish, Scottish British, English, finish, Dutch, Ukraine, Russians, Denmark's, Spaniards,etc.off Moorish Sole they are the ones who is Homeless here and must get some water back to which they came including them who was unlawfully born on Moorish Sole.

5. All other immigrants have no rights here period and must leave Moorish land as described in ECF2-1 .

Failure to respond = Acquiescence, Default, and Admission. Matter proceeds to *Writ of Quo Warranto* forfeiture of charter *D.C. Code §16-3501, 28 U.S.C. §1651* and *Consular Grand Jury* under *22 U.S.C. §288a*.

#### *V. NOTICE*
No self-help or force is authorized. All transfer must be by *lawful Court Order and U.S. Marshals only. 18 U.S.C. §1752*. This Notice is filed for judicial review in 3rd Circuit 26-2894.

AGENTS FOR INTERNATIONAL MONETARY FUND INTERAL RRVENUE SERVICE,
PROCEDURES FUNCTION OFFICER AND THIER PRINCIPAL, GOVERNOR OF. INYERNATIONAL MONETARY FUND AKA SECRETARY OF THE
RESPONDENlTS/LÍBELANTS.
IN ADMIRALTY

LIBEL OF REVIEW,ANSWER OF_______________BY WHAT AUTHORITY: COMPLAINT OF INVOLUNTARY SERVICE,HUMAN EXPERIMENTATION, GENOCIDE TORTURE PIANO LESS POSSESSION PIRACY ON DRY LAND THE NATIONALIZATION. : IN RE
ALL PROPERTY AND RIGHTD TO PROPERTY OF THE ALI CLASS OF PETITIONERS) THEIR EESTATE
AND TRUST:

Judge:___________________________________

Case no 2: 26 -cv-02764-$^{3}$34$^{34}$5

This is an Admiralty)Maritine cause of action.

18 US sections 2,,3, 4,113(b),241,242,371,654,1584,1621,1622,1661,1091,1961,1962,2111,2340,2382,

The Federal District Courts are the accustomed forum in which action in admirable are tried and in the absence of some special reason therefore no effect should be made to divert this type of litigation to judges less experience in this field...Calmar S.S. Corp.v. United States.,345us 446,97 L.Ed. 1140,73 SCT.733.

Under penalty of perjury 28 U.S.C. §1746,submitted with the necessary corrections need there be any
Executed on:
Dated: October 7, 2026

*/S/ Noble Drew Ali IP,Sui Juris*Executor
Executive Ruler :Supreme Law of the Land
Moorish American National - Trustee

USDC-EDPA REC'D CLERK
2026 OCT 8 PM3:38

*CERTIFICATE OF SERVICE*

I certify that a true copy of the foregoing was emailed and/or, mailed via Certified Mail - Return Receipt Requested to all parties listed above on this 7th day of October, 2026.