**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NOBLE DREW ALI,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO. 26-2764** |
| | : | |
| **CITY OF PHILADELPHIA, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this 14th day of October, 2026, upon consideration of *pro se* Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (ECF No. 77), it is **ORDERED** that Plaintiff's Motion is **HEREBY GRANTED**. Plaintiff shall file his response to Defendant Delaware River Waterfront Corporation's Motion to Dismiss (ECF No. 75) and the Philadelphia City Commissioners Motion to Dismiss (ECF No. 76) **on or before Friday, November 20, 2026**.[1]

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**

[1] The Court notes that its previous Order directing *pro se* Plaintiff to seek leave of this Court to file any additional motions until service has been effectuated upon Defendants pursuant to ECF Nos. 24 and 31 remains in effect. (ECF No. 34.)