REC'D OCT 20 2026

Copy
2:26-cv-02764

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT COURT

NOBLE DREW ALI, Appellant Pro Se,

V.

**KELLEY BRISBON HODGE,[intake clerk et al.]** *Appelle,Civilter moruute.etc.*

______________________________________________/

***Case no.26-3002. 26-8294 District Court Case Number 2:26-cv-02764***

***NOBLE DREW ALI ,Plaintiff, v.CITY OF PHILADELPHIA,ET AL Defendants.***

USDC-EDPA REC'D CLERK
2026 OCT 20 PM3:20

______________________________________________/

***APPELLANT'S OBJECTIONS TO ORDERS DENYING ORAL ARGUMENT/PETITION FOR PANEL REHEARING UNDER FRAP 40_ PANEL ERRED IN HOLDING LACK OF JURISDICTION UNDER 28 U.S.C. SECTION 1291***

______________________________________________

***PRELIMINARY STATEMENT***

***Panel by Order dated: October 8,2026 denied appeals and oral arguments hearing,holding it lacks jurisdiction under 28 U.S.C. Section 1291. This holding is contrary to Supreme Court and Third Circuit finality law.Rehearing should be granted.***

---

***STANDARD—- FRAP 40 (a) (2)***

***Rehearing should be granted where panel overlooked or misapprehended points of law that would change result and/or malfeasance in office:***

***ARTICLE VI/SUPREMANCY CLAUSE + TREATIES***

1. ***NONFEASANCE:*** *Failure to address Appellant's Article VI Supreme law claims regarding the Treaty Of Peace and Friendship 1787/1836. This is " systematic inability of unwillingness to perform the duties of judicial office.In re: Charge of Judicial Misconduct, 782 F.2d 181(9th Cir.1986 )*

*SCOTUS*

a. *Reid v. Covert, 354 U.S. 1. (1957) Summary: The Constitution is supreme over a treaty. But treaties made "under authority of the United States "ARE part of Supreme Law of the Land per Art VI.Congress and treaty are on "full parity".* ***USE*** *:State/City actions cannot override Treaty.*

2. ***MISFEASANCE:*** *Abuse of Authority by denyig oral argument and day in court on a federal constitutional question.*

*Judges abuse the power of the judicial office when they abbreviate… the adversary….The adversary process." In re.Judicial Misconduct.690 F. 3d 1137 (9th Cir 2012 ).*
*SCOTUS*

b. *Ware v.Hylton,3 U.S. 1. (1796).Summary First Scotus case on treaties. States law violating a peace treaty was struck down. "A treaty " cannot be the Supreme law of the Land…if any act of a State Legislature can stand in the way"***use***: State/County/City action cannot override Treaty .*

***3. MISFEASANCE:*** *Panel applied wrong lawful standard to TRO used maritime instead of Winter v. NRDC 4- factor test. Jacobson v. Schaefer,441 F.2d 127 (7t,Cir.1971)-error of law by judges with jurisdiction.*

***CASELAW SUMMARY-PANEL MALFEASANCE/MISFEASANCE/NONFEASANCE ON TRO/EMERGENCY/TRO***

***4. NONFEASANCE-FAILURE TO ACT ON EMERGENCY/TRO***

**c.** *9TH CIR:* ***In Re Charge of Judicial Misconduct,782 F. 2d 181 ( 9th Cir. 1986*** *)*
***Summary****: "Conduct prejudicial to the effective and expedition administration of the business of the courts" includes "systematic inability or unwillingness to perform the duties of judicial office" Panel +District Judge refusing to hear Doc 24 TRO on 4/22/26,= unwillingness to perform duty to prevent irreparable harm.*

/

***5.MALFEASANCE- ABUSE OF AUTHORITY/REFUSAL TO ADDRESS ECF***

a. ***9th CIR, In re Complaint of Judicial Misconduct,690 F.3d. 1137 (9th Cir.2012).***
***summary****Judges abuse the power of the judicial office when they abbreviate or change critical aspects of the adversary process"*

b. ***7TH CIR: Jacobson v. Schaefer,441 F.2d 127 (7th Cir.1971)***
***Summary:*** *Judges acting with jurisdiction but in wrongful manner =misfeasance. Judge had power under Rule 65 to grant TRO but refuse and dismissed.*

***6. MISFEASANCE-WRONG APPLICATION OF RULE 40.1,(b)+TRO STANDARD***

*SCOTUS: Winter v.National Resources Defense Council,555 U.S. 7 (2008).*
***Summary:*** *TRO/PL 4-factor test must be applied : Likelihood of success, Irreparable harm,Balance of equities,Public Interest.Failure to even consider Rule 65 TRO for code Blue housing is gloss error.*

***CASE LAW/SUMMARY-FAILURE TO SERVE/USM-285/ECF 2-1+ECF 24***

1. ***SERVICE DUTY -USM-285+ IN FORMA PAUPERIS***
***28 U.S.C. Section 1915 (d)+ Fed. R.Civ. p 4(c)(3)***
***Summary:*** *When plaintiff proceeds IFP,"the officers of the court shall issue and serve all process,and perform all process,and perform all duties" the Court **MUST** order the US Marshal to Serve with USM285 forms=nonfeasance.*

2. ***YOUNG/PUETT= 9TH CIRCUIT RULE***
***Air Racing Ass'n v. McCord,452 F.3d 1126 ( 9th Cir.2006)***
***Summary***

***7. CASE LAW-FAILURE TO REMOVE BIASE ,PREJUDICE,INTIMIDATING,& THREATEN JUDGE FROM CASE 2:26-cv-02764***

***1. STANDARD FOR RECUSAL***
***28 u.s.c. section 455(a)***
***" Any Justice ,Judges,or Magistrate judge of the United States shall disqualify him/herself in any proceedings in which his/her impartiality might reasonably be questioned"***

***28 U.S.C. Section 144-Bias or Prejudice***
*If Judge has personal bias or prejudice,must recuse and assign another judge.*

***Liteky v. United States, 510 U.S. 540 (1994)-SCOTUS***
***Summary:*** *Recusal required where judge displays deep-seated favoritism or antagonism that would make fair judgment impossible" Extra-judicial source not required if bias in*

*courtroom.e.g.Intimidating/Threatening Behavior in Court=grounds to remove/recusal*

*8.**THRID CIRCUIT LAW ON RECUSAL:***

***In** re: School Asbestos Litigation,977 F.2d (3rd Cir.1992)*
*Summary: under Section 455(a),test is Whether a reasonable person would question impartiality,Appearance of bias is enough. 3rd Circuit binding-Appearance of bias from refusing TRO,MANDANUS,Calling filing "prejury" refusing 285 service=enough.*

***ALEXANDER V. PRIMERICA Holdings,10 F 3d 155 (3d Cir, 1993)***
***Summary:** judges must recuse when conduct shows bias. Failure to recuse=abuse of discretion ,mandamus available.(?) Panel refusal to remove=reviewable by mandamus*

***Haines v. Liggett Group,975 F.2d 81 (3rd Cir.1992)***
***RECUSAL/ASSIGN NEW JUDGE***

***Summary:** judges hostility towards pro se litigant requires recusal.*

*9..**MANDAMUS TO FORCE RECURSAL/ASSIGN NEW JUDGE***
***In re : Kensington International Ltd., 368 F.3d 289 (3rd Cir.2004):***

- ***Summary:**3rd Circuit uses mandamus to review refusL TO RECUSE WHERE JUDGE'S IMPARTIALITY REASONABLY*

*QUESTIONED. "Mandamus is proper remedy" IN 2:26-cv-02764*

*2ND CIR: In Re: Roman Cath Diocese,745 F.3d 30 (2d Cir. 2014).*
***Summary:****Exceptional circumstances" = judicial usurpation or clear abuse of discretion,Failure to recuse=abuse:*
***Supports mandamus.***

***9th CIR: In Re: Charge of Judicial Misconduct,782 F. 2d 181 (9th Cir. 1986)***
***Summary:*** *"Unwillingness to perform-duties'Including refusal to recuse when required = misconduct.*

***10. Standing for mandamus/injury***
***SCO***

***PANEL MISAPPREHENDED FINALITY—-THE DISTRICT COURTS ORDERS WAS A FINAL DECISION RIPENING JURISDICTION***

*The District Court orders did not manage the calendar. It:*

- *Struck Appellant's Notice under E.D.Pa.L.R.40.1(BTED) proposing April 29,2026 @3PM for Emergency Judge*
- *Sua sponte invoked Fed.R.Civ.P.12(b) against a non-pleading*
- *Entered finding Appellant committed perjury for setting said date.*
- *Refused to strike scandalous finding upon Rule 12(f)*

***Under controlling law,this IS a final decision:***

*a)Borelli v. City of Reading,532 F.2d 950,951 -51 (3d Cir.1976): An order dismissing under Rule 12(b) is final and appealable under Section 1292 if court does not grant leave to amend. District Judge granted no leave to amend Emergency Petition —-she closed it.Borelli controls.*

*b) National Dist.Agency v. Nationwide Mut.Ins. Co., 117 F.3d 432,433 (3d Cir.test): Final if (1) full adjudication and (2) clearly evidences judge's intent final act.The orders fully adjudicated the 40.1.(B) petition,terminated access to Emergency Judge,and judge refused reconsideration—evidencing intent it be final act on that collateral proceeding.*

*c) Gelboim v. Bank of America Corp. 575 U.S. 71,82 (2015): Order that dismisses a discrete petition and removes petitioner Panel overlooked these.*

## *II. IN ALTERNATIVE,ORDER IS APPEALABLE UNDER COHEN COLLATERAL DOCTRINE*

- *Conclusive: Judge conclusive determined Appellant committed perjury—- a federal felony under 18 U.S.C. section 1621*
- *Separate from merits: Whether April 29,2026,date was perjury has nothing to do with underlying civil claims*
- *Unreviewable on appeal from final judgement :Reputational injury,humiliation,an judicial branding as perjurer cannot be remedied after final judgment; order remains in record and is disseminated via PACER. See Willing v.Kelly,547 U.S. lack–courts recognize defamatory findings as collateral.*

*Third Circuit has held mandamus is proper to challenge refusal to recuse and abuse of assignment rules: In re School Asbesto Litig., 977 F.2d 764(3d Cir.1992);In re Diet Drugs,418 .3d 372(3d Cir.2005).*

## *III.* ***ORAL ARGUMENT SHOULD HAVE BEEN GRANTED—FRAP 34(a)(2)***

*This Case presents:*

- *Issue of first impression: whether Rule 40.1(B) emergency notice can be treated as perjury and dismissed under 12(b)*
- *Conflict with Borelli*
- *Pro Se litigant accused of crime by court without Rule 11(c) notice per Roadway Express v.Piper,447 U.S. 752 (1980)*

*FRAP 34 (a)(2)(C) requires oral argument where panel would be aided,Denying argument and dismissing sua sponte for lack of jurisdiction deprived Appellant due process.*

## *IV, RELIEF REQUESTED*

- ***Grant panel rehearing;***
- ***Vacate Order finding lack of section 1291 jurisdiction***
- ***Restore appeal to calendar and grant oral arguments under 28 U.S.C. Section 1651 and order District Court to strike perjury etc. finding and restore EMERGENCY JUDGE PETITION.***
- ***EJP: TO ENTERTAIN (a) TRO (b) DEFAULT JUDGEMENT–WRIT OF EXECUTION(C) WRIT OF QUO WARRANTO (d) DECLARATORY jUDGEMENT (e) jURY iNSTRUCTIONS***
- ***Refer impeachment- art1. Section 2-3,ArtII. Section 4 and referral to House / Senate Judicial Committees: this matter over to Judicial councils under section 351 + Department of Attorney General Judicial Immunity authorizes Judges to Breach their Oath and Scope of Office to commit Treason deprivation of the Supreme***
- ***Law of the Land under color of Judicial Immunity with out check and balance no accountability under the color of DAG/SG 18 usc 242***
- ***Petitioner reserves all rights to seek administrative and constitutional remedies,including a complaint under 28 uSC Section 351***
- ***ALL RIGHTS RESERVED***

***Respectfully submitted***
***My Honor***

*/s/ Noble Drew ALI IP*

*WITHOUR prEJUDICE*

***NOBLE DREW ALI IP Suj juris,***
***pro se petitioner***
***925 Dickinson Street Unit 2434***
***Philadelphia,PA,19147***
***267 768-0130***
*alinobledrew184@gmail.com*
***Dated: October 20,2026***

USDC-EDPA REC'D CLERK
2026 OCT 20 PM3:24

***CERTIFICATE OF COMPLIANCE***

***This*** *petition complies with FRAP 40 (b) 3900 word limit*

***CERTIFICATE OF SERVICE***

***I certify I serviced this on all parties concerned***
***District Court Clerk Office 2:26 -cv-02764 hand delivered***
***and /or vis email or both.***

***NOTICE TO AGENT IS NOTICE TO PRINCIPALS/NOTICE TO PRINCIPALS IS NOTICE TO AGENTS TP YOUR CONSTITUTIONAL AND STATUTORY DUTIES***

*HERE YE!*

*You are hereby noticed of your * Ministerial duties* under :*

1. ** Article VI,Clause 3,U.S.Constitution*"All executive Officers....shall be bound by Oath or Affirmation,to support this constitution"__Marbury v.Madson_5 U.S.137.*
2. ** Article VI,Clause 2. Supremacy Clause* " All Treaties made ....shall be the supreme Law of the Land..."Treaty of Peace and Friendship 1787/1836,Article 21.*
3. **5th Amendment Due Process*and 9th Amendment Enumerated Equal Protection**
4. *"Code of Judicial Conduct Canon 1-3* Duty to perform without delay.*
5. ***FAILURE TO ACT IS MISFEASANCE AND DERELICTION OF DUTY AND INSUBORNATION TO THE SUPREME LAW OF THE LAND + U.S.CONSTITUTION. FOR CAUSE***

****Finding Of Facts***-Violations*

*Respondents are conducting operations on Moorish Estate under guise of "homelessness management" resulting in:FEMA Camps Campaign*

1. **Genocide* 18 USC 1091-Act to destroy Moorish/Aboriginal people in whole or impart.deprived of Vested Birth Rights under color of Statelaw City policy etc. 18 USC 242*

2. **RICO Enterprise* 18 USC 1962-Pattern of racketeering through fraud,detention,and Medical experimentation.*
3. **Civil Rights Conspiracy* 18 USC 241,242-Conspiracy to deprive Moorish Tribal Bey,Dey El Ali et al., Moorish humanity under the DIVINE CONSTITUTION AND BY-LAWS OF THE MOORISH SCIENCE TEMPLE OF AMERICA GOVERNORMENT*
4. **Unlawful Detention* 18 USC 1589 FOrce Labor/Human Trafficking. And Kidnipping 18 USC 1201*
5. **Medical Experimentation* By Force without consent,Violating Nuremberg Code and 42 USC 1981,9182,1982,1994 Peonage (18 USC 1583,1584,1590)*
6. **PRIVACY* OPERATION ON DRY[ MOORISH ]LAND 18 USC 1651,481-450,1091,18 usc 2280*

*ITEMIZED DAMAGES AND LIABILITY-NOTICE OF CLAIMS IF YOU FAIL TO CEASE AND DESIST WITHIN 21 DAYS, FROM THE FILING OF THE ABOVE PETITION YOU ARE PERSONALL AND OFFICIALLY LIABLE FOR*

1. **Denationalization/Rights Deprivation * $500,000.00 per incident,per person*
2. *Genocide Act $1,000,000 per incident per permanant injury ,per each aboriganal Moor 18 USC 1091 1095*
3. **Unlawful Detention in Camps False Imprisonment at $1.6 Million per day each day held unlawfully.*
4. *Unlawful Human Experimentation/Medical Harm & Torture $1,750,000,eper person*
5. *Torture $ 1,75,000 per person harmed*

6. *Privacy " $1,750,000 +
7. RICO TREBLE Damages 18 USC 1964(c)-3xall damages above per each person
8. 22 usc section 288a return Moorish Gold 12 BARS x 1,000 /oz= 12,000 troy ounces Market value at $2,700/oz= * $32.4Million* Per each Moorish person withdrawn from 1. Fort Knox,Kenntuxky,2. West Point,New York U.S. Bullion Depository 3. Denver ,Colorado* U.S.Mint .

This is a lawful accounting,Each person held is a separate claim.Liability runs daily until release.

OUR AUTHORITY

DEMANDS*

YOU ARE DEMANDED [ enforce ECF2-1 Proclamation OF INDEPENDENCE AND SOVEREIGNTY OF NOBLE DREW ALI AND THE GOVERNORMENT OF THE MOORISH SCIENCE TEMPLE OF AMERICA KINGDOM OF AMERICA/MOROCCO ]

1. *CEASE AND DESIST* all operations on Moorish Estate described in ECF 2-1 Immediately. On Easement Deportation of 300,000 jewish in Philadelphia,Pittsburgh Germans 1,500,000,,1,700,000 in Michigan,2,100,000 illinois,3,000,000 in Pennsylvania 7,000,000 Ashkenazi Europeans,1,800,000 Italian,5,000,000 polish 1,500,000 Irish 1,860814 Russians,Czech 1.700,000, English 1,000,000,Ukrainian 2,000,000, 10,000,000 from new York et al., from all 50 Union Moorish States all Entry in to Moorish America is hereby CEASED ALL DEFACTO PROCLAMATION FROM THE WHITE HOUSE EXECUTIVE

*OFFICE OF PRESIDENT PRESIDING DONALD JOHN TRUMP IS VOLD AB TERMINATING ALL visas are terminated are to be deported off moorish sole forthwith All traffic upon Moorish waters including the Pacific and Atlantic ocean hereby terminated no rights of travel period .*

2. *RELEASE ALL MOORISH ASIATIC PRISONERS OF WAR From FEDERAL BUREAU OF PRISONS 50 UNION STATE EXECUTIVE OFFICE OF GOVERNORS DEPARTMENTS OF CORRECTIONS, JUVENILE DETENTION all Wardens Directors shall surrender each compound under their watch to the Institutional Grand Governor and to the acting Grand Sheiks there*
3. *All Constutction Operation above and below earth surface is to Cease all properties unlawfully built on Moorish Estate shall be surrendered to the moorish inhabitants if you cant remove them off our land return back to europe then it becomes Moorish Property [EASEMENT RULE]*
4. *RELEASE ALL PERSONS AND PLACE ESTATE IN CONSTRUCTIVE TRUST pending Court Order for the MUFTI COURT OFFICIAL*
   *FAILURE to respond=Acquiescence,Default,and Admission ,Matter proceeds to WRIT of Quo WARRANTO* Forfeiture of Charters *on long Arm Jurisdiction, D.C.Code 16-3501,28 USC 1651 and *Consular Grand Jury* Under222 USC Section 288a*
   *No Self help or force is authorized.All transfer must be by *Lawful Court Orders and U.S.Marshal only 18 USC 1752 and/or Mufti Corp Marshals of the Moorish science Temple Of America including United States of America Republic V*

*.Marshals combined enforcement This Notice is filed for Judicial Review en Banc in 3RD Circuit Court 26-2894-26-3002 IN Re NOBLE DREW ALI*

*Under penalty of perjury 28 U.S.C. Section 1746*
*Date Executed :October 20 ,2026*

*/ N/Noble Drew Ali Ip*

*Without prejudice*

*Sui Juris Noble Drew Ali Ip*

USDC-EDPA REC'D CLERK
2026 OCT 20 PM3:23