IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NOBLE DREW ALI, Plaintiff v. CITY OF PHILADELPHIA, et al.
No. 2:26-cv-02764-KBH

NOTICE OF ERRATA - CORRECTION TO QUESTION PRESENTED #6
PIRACY / PRIVACY

Plaintiff Noble Drew Ali, pro se, respectfully notifies the Court of errata in filing made on [DATE TODAY - e.g., October 24, 2026]:

QUESTION PRESENTED #6 - CORRECTION:

USDC-EDPA REC'D CLERK
2026 OCT 26 AM11:57

The filing at Page __, Question Presented #6 currently reads:

"Whether [your current text with piracy]..."

It should read:

"Whether [your corrected text with privacy]..."

Specifically, the word "piracy" on Page 13-14 __, Line #6 __ was misspelled / incorrectly typed and should be corrected to "privacy".

This correction does not change the substance of the argument, only corrects the word to reflect Plaintiff's intent so as not to change the meaning of the Question Presented to the Court.

Plaintiff apologizes to the Court for the error and requests the Court accept this correction.

Respectfully submitted,

/s/ Noble Drew Ali
Noble Drew Ali, Pro Se
Date: Monday, October 26, 2026

CERTIFICATE OF SERVICE
I certify I served this Errata on Michael Pfautz, Deputy City Solicitor.

/s/ Noble Drew Ali