Respectfully submitted,

TUES[illegible]

Dated: October 24, 2026

/s/ Noble Drew Ali Ip

[illegible]

______________________

NOBLE DREW ALI, I.P.

Plaintiff-[illegible]tor, Sui Juris,Executor

alinob[illegible]@gmail.com

CERTIFICATE OF SERVICE

*_IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA__

NOBLE DREW ALI ip,

Plaintiff

v.

CITY OF PHILADELPHIA, et al.,

Defendants.

Case No. 2:26-cv-02764-KBH

**__PLAINTIFF'S AFFIDAVIT IN OPPOSITION TO**

**DEFENDANTS' 10//2026 MOTION TO DISMISS__**

*Fed.R.Civ.P. 12(d) | 28 U.S.C. § 1746*

**I, NOBLE DREW ALI** ip, being duly sworn, depose and state as follows under penalty of perjury:

1. I am the Plaintiff LandOwner Philadelphia of Pennsylvania etc_ in this action. I am over 18, competent to testify, and have personal knowledge of all facts stated herein.

2. *Incomplete Docket*: On 4/27/2026, I filed my Complaint with this Court. The Clerk improperly split my filing into ECF 2 and ECF 22 and *omitted from the record*:

a. Motion for Default Judgment;

b. UCC Financing Statement #2025-297-5841-3 filed 10/24/2025;

c. Notice of Deficiency + Constructive Notice served 10/28/2025;

d. Exhibit [illegible] Statement of Claims 1-30 from 11/07/2024 Election Day Complaint #000057589.

This violates http://Fed.R.Civ.P. 5(d)(4). _Bounds v. Smith_, 430 U.S. 817 (1977).

3. *Facts Defendants' Motion Ignores*:

a. *3/2[illegible]*: I registered to vote at 925 Dickinson St Unit 2434. City Commissioners approved.

b. *May [illegible]*: Defendants cancelled registration without written notice required by 25 Pa.C.S. § 1501([illegible]

c. *10/[illegible]*: I filed mail-in ballot application for 925 Dickinson St.

d. *10/[illegible]*: Defendants denied mail-in ballot, forced provisional ballot.

e. *11/[illegible]*: I filed Election Day Complaint #000057589 with 30 claims. Defendants receive[illegible]

f. *10/[illegible]*: I filed UCC Financing Statement giving Constructive Notice of claim. Served City S[illegible] 10/28/2025. No response. *Exhibit H*.

g. *2/[illegible]: I re-registered to vote at 925 Dickinson St.

h. *4/[illegible] and 4/21/2026 second notice: Five days after re-registration, Defendants posted " notice [illegible] the premise median land, and 4/22/2026 demolished 603 N Delaware Ave without [illegible]. Or court order *Exhibit N*.

i. *4/2[illegible]: Defendants terminated emergency housing without 30-day notice per 55 Pa. Code [illegible]54. I am now displaced.

4. *Defendants Had Notice*:ECF 2 pg80 etc. City Commissioners stated on record that 925 Dickin[illegible] "US Post Office address" not "where Plaintiff lays his head," proving they knew my c[illegible] residence and treated it differently than other voters with commercial addresses. This v[illegible] Equal Protection. U.S. Const. Amend. XIV; Pa. Const. Art. I, § 26. _Dunn v. Blumst[illegible] 405 U.S. 330 (1972).

5. *D[illegible] Violations*:

a. *Vo[illegible]* [illegible] notice or hearing before voter cancellation. _Mullane v. Central Hanover Bank_, 339 U.[illegible] (1950).

b. *Property*: No hearing before 4/22/2026 demolition after 736 days of constructive notice via UCC. _[illegible]erg v. Kelly_, 397 U.S. 254 (1970).

c. *Ho[illegible]: No 30-day notice before 6/15/2026 termination. 55 Pa. Code § 3040.54.

6. *Retaliation*: The timeline 2/17/2026 re-registration → 4/22/2026 demolition shows retaliatory intent [illegible] exercise of voting rights. _Mt. Healthy City Bd. of Ed. v. Doyle, 429 U.S. 274 (1977).

7. *Rule 12(d) Conversion*: Defendants' Motion to Dismiss relies on matters outside the pleadings, including the 4/22/2026 DRWC "nuisance" notice. Under http://Fed.R.Civ.P. 12(d), the motion must be treated as one for summary judgment and all parties given reasonable opportunity to present material. I have not had discovery.

8. *Jury Trial Demanded*: Factual disputes exist requiring jury:

a. Whether 925 Dickinson St is valid residence; ECF ______

b. Whether Defendants provided notice;

c. Whether demolition was retaliatory;

d. Damages for housing, property,farmland Median land,Postal Mail Box, and voting rights loss.

http://Fed.R.Civ.P. 38(b). _Beacon Theatres v. Westover_, 359 U.S. 500 (1959).

9. *Default*: Defendants failed to respond to 10/28/2025 Constructive Notice + Notice of Deficiency within 30 days per 13 Pa.C.S. § 9625. Default warranted under http://Fed.R.Civ.P. 55(a).

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*Submitted with the necessary corrections need there be any.

Executed on ~~[illegible]~~ October 26, 2026, at Philadelphia, Pennsylvania.

______________________________ without prejudice

NOB[illegible] ALI ip, Plaintiff _pro se_

925 Dickinson St Unit 2434

Philadelphia, PA 19147

267 78[illegible]

USDC-EDPA REC'D CLERK
2026 OCT 26 AM11:58

_Currently displaced: papers locked in U-Haul without 5-day notice per 73 P.S. § 19