2026 NOV 16 PM4:57
USDC-EDPA REC'D CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Noble Drew Ali IP, Plaintiff,

Vs

CITY OF PHILADELPHIA, DRWC, et al, Defendants.

_______________________________________/

Case No. 2:26-cv-02764-KBH

MOTION FOR LEAVE TO EXCEED WORD COUNT AND PAGE LIMIT UNDER EDPA LOCAL RULE 7.1 AND 7.8(b)(3) AND JUDGE'S POLICY PAGE LIMITS

Plaintiff Noble Drew Ali IP, De Jure Sui Jure, pro se, Moorish American National, respectfully moves for leave to exceed 5,000 word limit and 15 page limit, and states: 1. I am at 5,598 words, Page 33, and not done - Affidavit 00 Paragraphs 1 to 15, +15 COUNTS, includes: - Paragraph 12 Nexus DRWC state actor Mayor Class 2 Board Sunshine Act - Paragraph 13 Act of War April 22, 2026 603 N Delaware Ave no title/deed no warrant PPD private military - Paragraph 14 f) RICO Enterprise City/DRWC/PPD/Commissioners 520 N Columbus Blvd - Paragraph 15 Aiding/Accessory/Conspiracy under color of Esquire ECF 75 false private claim 18 USC 2,3 - Paragraph 16 Farm Crop Destruction cantaloupe banana tree cherry tree rosemary tree strawberry sunflower grapevine - Paragraph 17 Genocide Torture Cold Blue Subjugation Piracy 12 flags Attempt Murder Vera shootout PPD Inhumane Cruelty Elders First Amend Retaliation $60M - Exhibit B #1 UCC OCT 24 2025 $2,706,000,000 - Paragraph 18 Farm Compensation Statutory Fines 12 Flags Case Law Market Value $3,790 season - Paragraph 19 Relief 412 Jury Instructions Declaratory Judgment Permanent Injunction Default Writ Execution TRO mini house 603 N Delaware All bonds accounts - City Risk Management 1515 Arch St, PHLY One Bala Plaza, Mayor, Commissioners, Clerks, DRWC Board, Esquire bonds 2. Good cause: This is RICO 18 USC 1964, Voting Rights 52 USC 10101, Genocide 18 USC 1091, Torture 2340A, Piracy 1651, Attempt Murder 18 Pa.C.S. 901, Cruelty to Elders, 9 For Sale Signs $22,318,000 each $200,862,000 + UCC $6M + Nationalization $4.5M + Humiliation $5M + Farm + 12 flags + Genocide $60M = $278,649,000 actual / $835,947,000 treble + UCC $2.7B collateral - Complex facts April 22, 2026 Act of War with PPD military without warrant - Cannot be briefed in 15 pages/5,000 words. 3. I attempted to confer with DRWC counsel - They claim private nonprofit not state actor - No agreement - ECF 75 false statement. 4. Request leave to file up to 10,000 words / 50 pages - Current 5,598 words Page 33 - Need additional 20 pages to complete Relief and

attach Exhibit B #1 UCC photos OCT 24 2025 $2,706,000,000 - Treasury accounts $60M each. 5. No prejudice to defendants - They have Motion to Dismiss Page 9 false private claim - Need full response.

WHEREFORE, request Court grant leave to exceed word count from 5,000 to 10,000 words and page limit from 15 to 50 pages, and accept Partial Affidavit Paragraphs 12-19 filed Nov 3, 2026 Green Card with Proposed Orders on top.

Respectfully,

Without Prejudice

/s/ Noble Drew Ali IP Moorish Estate ECF 2-1 –

603 N Delaware Ave Philadelphia PA 19104

Date: Nov 3, 2026

USDC-EDPA REC'D CLERK
2026 NOV 16 PM4:57

CERTIFICATE OF WORD COUNT: Actual 5,598 words currently, Page 33, not done - Request 10,000 words.to complete Affidavit in Support of Plaintiff Respond to Defendant Motion, Memorandum of Law and Proposed Order to dismiss claims against DRWC etc. or Moor Definite Statement. For Cause

CERTIFICATE OF SERVICE: Served Green Card Certified Mail to DRWC counsel, City Law Dept 1515 Arch St 15th Floor, Risk Management 14th Floor.

2026 NOV 16 PM4:57
USDC-EDPA REC'D CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

NOBLE DREW ALI, Plaintiff,

V.

CITY OF PHILADELPHIA,ET AL.
_______________________________________/
Case No. 2:26-cv-02764-KBH

ORDER GRANTING LEAVE TO EXCEED WORD COUNT

AND NOW, this ___ day of November 2026, upon Motion for Leave to Exceed Word Count, it is ORDERED that Plaintiff may file Affidavit up to 10,000 words / 50 pages - Current 5,598 words Page 33 accepted - Extended to Nov 22, 2026 per prior Proposed Order 1.

BY THE COURT:
Hon. __________ ORDER GRANTING LEAVE TO EXCEED WORD COUNT