2026 NOV 16 PM4:57
USDC-EDPA RECD CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**NOBLE DREW ALI IP,LANDOWNEROF PHILADELPHIA COUNTY +PENNAYLVANIA ,Plaintiff,**

**Vs.**

**CITY & COUNTY OF PHILADELPHIA,ET AL**
**DELAWARE RIVER WATERFRONT CORPORATION (DRWC)**
**PHILADELPHIA POLICE DEPARTMENT (PPD)**
**MATOR CHERELLE L. PARKER & CITY COUNCIL**
**CITY & COUNTY COMMISSIONERS**
**PROJECT HOMES OUTREACH CORPORATION**
**LOUIS DEMARCO**
**BEVEN CLAIM (10 UNKNOWN DRWC AGENTS(4/22/26 )**
**GOVERNOR OF PENNSYLVANIA (Josh Shapiro )**

2026 NOV 16 PM4:57
USDC-EDPA RECD CLERK

UNITED STATES CORPORATION (Joe Biden+Donald John Trump and CABINETS HEADS)
UNITED STATES REPRESENTATIVE AND SENATORS FOR PENNSYLVANIA 3RD District ( In their official capacities)
PENNSYLVANIA LEGISLATURE OF THE COMMONWEALTH (In their personal & official capacities)
Defendants.

Case No.2:26-cv-02764-KBH

BIVENS CLAIM AGAINST DELAWARE RIVER WATERFROM 10 EMPLOYEES JOHN & JAMES DOES 4/22/2026
and
PHILADELPHIA CITY COMMISSIONERS
and
PHILADELPHIA COUNTY SHERIFF ROCHELLE BILAL
and
SENTIOR NINKI
GOVERNOR JOSH SHIPELO
And

PENNSYLVANIA DEPARTMENT OF SECRETARY OF STATE
And
PRESIDENT DONALD JOHN TRUMP
and
CONGRESS:REPRESENTATIVE AND SENITORS
PENNSYLVANIA LEGISLATURE
REPRESENTATIVES AND SENITORS
SENITOR NIKIL SAVAL
REP ELIZABETH FIEDLER

Case Number:2:26-cv-02764-KBH

**Plaintiff Affidavit In Support of Respond to Defendant DELAWARE RIVER WATERFRONT PRIVATE NON-PROFIT CORPORATION PROPOSED COURT ORDER & MOTION TO DISMISS PLAINTIFF COMPLAINT AGAINST IT OR MOOR DEFINITE STATEMENT ON MEMORANDUM OF LAW**

USDC-EDPA REC'D CLERK
2026 NOV 16 PM4:58

**Affiant Noble Drew ALI IP, Hire,THE LANDOWNER OF THE CITY AND COUNTY OF PHILADELPHIA,OF ALL OF THE COMMONWEAL THE STATE OF PENNSYLVANIA UNITED STATES OF AMERICA REPUBLIC etc. states under the penalty of perjury the following:**

1. **I Noble Drew Ali Ip the true aboriginal and Hire to the land: Birth to the soil Moorish National,Sui Juris,under the DIVINE CONSTITUTION OF THE MOORISH SCIENCE TEMPLE OF AMERICA REPUBLIC, SECURING the Tribal Bey's,Dey's El's & Ali's Royal Family of the HOUSE OF ALI the Great ALI OF AMERICA,with US,We are the Aliites, and States.**

INTRODUCTION:

2. On october 8,2026, Affiant received mail from the Defendants Private Nonprofit Corporation doing criminal business in the county and city of Philadelphia identified as pale skin European immigrants who employs Mexican workers to do

their dirty work..In is Noted that they have no rights to claim one gram of soil on Moorish Land,For Cause.

3. That on October 8,2026 ,Defendants motion dated September 21,2026 That affiant did not find any claim of Authority by which Defendant DELAWARE RIVER WATERFRONT CORPORATION to Operate at 603 N Delaware Avenue Philadelphia on 4/22/2026,4/21/2020,4/16/2026,4/13/2026,10/24/2025,or 08/21/2025 etc. there was no court order,no writ of search and seizure **WARRANT** authorizing an search and seizure to bulldoze Property mini-house,mail box,for Sell signs Private Property Signs for their trespass ,transgression, and robbery armed Piracy on dry land take over Affiant land and property on 4/22/2026?

4. That on or before August 21,2025, Affiant received an unlawful Posting on his land affixed to his property which read:

"ATTENTION' All residents MUST LEAVE this property by: AUGUST 21,2025: " All,The Office of Homeless Services will be on scene to offer assistance to those who may need housing or shelter along with the requests assistance of the Philadelphia Police Department on the date of the clean-up.The Office of Homeless Service will not participate in the actual clean up itself.'" in this notice it shows the meeting of minds for conspiracy to deprive rights. under color of **DELAWARE RIVER WATERFRONT CORPORATION, PHILADELPHIA DEPARTMENT OF POLICE the land surveyor March [245] west side of Delaware Avenue bound traffic(PDP) ,OFFICER OF HOMELESS SERVICES** [ See exhibit A "ATTENTION)

**COUNT I. BY WHAT AUTHORITY?**

5. That on August 15,2025 ( ECF 2-1),Affiant responded filing with city Officials ( at this time DRWC was not Identified as the poster ).See page one Exhibit B Exhibit B1,video showing Affidavit inside his Domicile searching for an work item]

OUR AUTHORITY : In Re: ABORIGINAL MOORISH NATIONAL FARM LAND OCCUPYING MEDIAN STRIP ON MOORISH SOIL DOMICILE ( See attached Exhibit "B2" Video footage ).
[near] zip code zone 19123 Appx 375ft long point of origin south Delaware Boundary line (600) Delaware Avenue(sic) at the corner of Spring Garden Appx 17ft. In width of(sic) land surveyor math [245] West side of Delaware Authority South Bound traffic(sic) to point of Destination boundary line at Penn Street onto east at Penn Street onto east Delaware Avenue 11ft. In width to ease Delaware Avenue (sic) north boundary(sic) traffic(sic) domicile occupied over four years( sic Now)Philadelphiaian with posted signs reads private property "No Trespass , Keep Off danger no trespass ,no (sic) Posting signs reads 'PRIVATE PROPERTY" keep off danger no trespass,No (sic) Posting vessel flag Moorish And American flags over Moorish soil median strip of Moorish farm land, Republic United States of America kingdom of Morocco Commonwealth without incident up to Friday August15th

2025,unlawful trespass, unlawful posting on Moorish soil at $15,000 each sign in attempt to overthrow international,nationaland land laws interlocking Moorish Property vested birth rights,Privileges and Immunities as the Supreme Law of the Land". For cause,""""

---

TO ALL WHOM OUR AUTHORITY OVER MOORISH LAND (ECF2-1) UNALIENABLE RIGHTS MAY COME CONCERN,NOTICE TO AGENT IS NOTICE TO PRINCIPAL,NOTICE TO PRINCIPAL IS NOTICE TO AGENT""(see City Public Record of the complete filing even with the Police Chief /Police Commissioner HEADQUARTERS on Broad Street Sixth District."It is noted DELAWARE RIVER WATERFRONT CORPORATION Didn't commence with a probate matter with the Philadelphia Common Plea Court nor was there an compelling interest to bulldoze and Confiscate Moorish Property???

6.That Affiant delivered his declaration of Homestead to all parties known and unknown given them a lawful opportunity
To take this matter before a judge and jury with lawful authority. Affiant declared and claimed said premises as lawful homestead,with premises as a homestead tax exempted and no former declaration of homestead quit title etc. were ever taken and made as land being abandoned.

7. That on October 20th 2025 Defendant Delaware River Waterfront Corporation submitted and second Posting at $15,000 x 4 each =$60,000 + $60,000= $120,000 for exhibit A Posting "see Exhibit B"

8.That Affiant compile and interlocked his complaints against the City Commissioners,City Council ,PDP,& DRWC attached to His Uniform Commercial Code (UCC) form 1 took the bus to the State Capital and filed with the Secretary of State his financing Statement .see ECF 2-1 pg17of 66pages)Exhibit "H" date OCTOBER 29,2025 which reads:""ATTENTION' The residents must move by the predetermined date

below:OCTOBER 29,2025' All ,The Office of Homeless Services will be on scene to offer assistance to those who may need housing or shelter along with the requested assistance of the Philadelphia Police Department on the date of the clean-up.The office of Homeless Service will not participate in the actual clean up itself..."" here it is [Noted] that Defendant DELAWARE RIVER WATERFRONT CORPORATION ( *DRWC* ) *here did not have a compelling interest to bulldoze & confiscate Moorish Property nor commence a probate claim in the PHILADELPHIA COMMON PLEA COURT FOR THE COURTS AUTHORITY TO CONDUCT AN BULLDOZING AND CONFISCATE AFFIANT PROPERTY ?*

9.That On October 8th,2026 Affiant received Defendant DELAWARE RIVER WATERFRONT CORPORATION ,(1)Proposed order(2)Motion (3) Memorandum of Law in support of Defendants Motion to Dismiss Plaintiff Complaint Defendants states;
" (i) the structure and format of Plaintiff Complaint is convoluted,making it difficult to parse out the specific legal claims being asserted and against which named

Defendant they are being asserted,and what factual allegations support said claims.
(ii) the factual allegations asserted throughout the complaint are repeatedly unclear and ambiguous, making it impossible for moving Defendant to ascertain the basis of Plaintiff's claims to sufficiently prepare its defense,which is prejudicial to moving Defendant.
(iii) nonetheless the Plaintiff filed said disjointed,confusing Complaint alleging collectively that Defendants including DRWC- a private Pennsylvania nonprofit corporation,conducted a"coordinated campaign of voter suppression, first Amendment retaliation,and unconstitutional taking by destruction of Plaintiff's aboriginal homestead on April 22,2026 (ECF No.2at p.1) (iv) moreover Plaintiff Complaint pled without a scintilla of facts, that "defendant DRWC is a City related corporation acting under color of state law" (ECF No.2 at p.2) Notwithstanding the lack of merit of all Plaintiffs claims,and the convoluted,disorienting nature the complaint as written,(v)the complaint is procedurally and substantively deficient and should be dismissed for the reasons set forth herein. (vi) Plaintiff complaint and allegations therein (A) fail to state

claims on which relief can be granted,and (B) fail to provide a short and plain statement of claim showing that the pleader is entitled to relief against DRWC. Accordingly ,the Court should dismiss all of the Plaintiff claims including his claims for punitive damages,compensatory damages, attorneys fees,restraining order,declaratory judgement,and injunctive relief against DRWC with prejudge, or in the alternative ( C ) grant DRWC'S MOTION FOR MORE DEFINITE STATEMENT FROM PLAINTIFF under Rule 12(b)(e)

10. That I NOBLE DREW ALI IP,REALTOR LANDOWNER OF THE County ,CITY OF PHILADELPHIA ,OF PENNSYLVANIA etc. United States of America Republic Affiant De jure, is the Plaintiff in the above captioned matter to Defendants DRWC Motion and Memorandum of laws dated September 21,2026 by and thru Esquire DREW L. MALLICK motion to dismiss Plaintiff complaint against them. Plaintiff is without information, or knowledge [to the seven paragraph of defendant DRWC,]sufficient to form an opinion as to the truth;that Plaintiff

incumbent an convoluted complaint on April 27,2026, that alleges made it difficult to parge out the specific legal claims being asserted,and on that basis deny these allegations.

11.That on April 27,2026 ,Affiant complaint was sabotaged by intake clerks, on May 1,2026 is when Plaintiff found out what the intake clerk did when requesting a certified copy from the clerks office ( see show cause motion ECF No. 11) intake clerks watch dog for Defendants who form discretionary duties to sabotage Plaintiff complaint in favor of defendants,deprive Plaintiff of his unalienable rights First Amendment Retaliation under color of clerk Office COUNT 1 .[18USC Section 2,3,242,241]? As to intake Clerk Affiant object.

12. NOTICE OF FELONY

| | |
|---|---|
| COUNT I: | Willful Deprivation of Rights: Unlawful Posting |

| | |
|---|---|
| | Under Color Of DRWC August 17,2025 , At 603 N Delaware Avenue Philadelphia PA 19123 in violation Of 18 U.S.C. Section 242<br><br>As To Defendant DRWC |
| | |
| COUNT II: | Willful,Wantonly,Knowingly, and Intentional Deprivation of Rights under Color Of DRWC unlawful Posting at 603 N Delaware Avenue Philadelphia PA 19123,In violation of 18 U.S.C. Section 242 |
| | As to DRWC |
| | |
| COUNT III: | Conspiracy To Deprive Rights Under Color Of PPD,PH Out Reach,And DRWC Collectively |

| | |
|---|---|
| | Unlawful Searching,At 603 N Delaware Avenue Philadelphia PA 19123,April 13,2026 Time:8:30AM in violation of 18 U.S.C. Section 241 |
| | |
| | As To PDP Officer Gillespie ,Officer John Doe,Project Homes Out Reach Agent John Doe,DRWC interlocking |
| | |
| COUNT IV: | Accessory [Aiding & Abetting Before and After the Facts] and Conspiracy to Deprive: Ethnic Intimidation,Threatening And Attempt Murder,and Unlawful Posting April 16,2026, At 603 N Delaware AvenuePhiladelphia Pa,19123. Time: 8:30 AM and 4:30PM. In Violation of 18 U.S.C. Sections |

| | |
|---|---|
| | 2,3,242,241,113,<br><br>As To DRWC,Duty Mexican Employees & Supervisor John Doe,PPD Officer Powell & Officer John Doe Driver PHOut Reach Employees |
| COUNT V: | Conspiracy to Deprive First,Fourth,Fifth,Ninth,Tenth,interlocking Amendments & Article I.Section 10. Violations on April 13th,16th,<br><br>As To Defendants PPD,Officers Gillipies,&Partner John Doe,DRWC.PHOut ReachAgents /PHA,City Commissioners<br><br>Intentional Deprivation Of |

| | |
|---|---|
| COUNT VI: | Rights and Ethnic Intimidation,Unlawful Posting: At 603 N Delaware Avenue Philadelphia ,PA 19123 April 21,2026 In Violation Of 18 U.S.C. Sections 242,1363,1863,(18 PA 3503<br><br>As to DRWC,PPD PHOR |
| COUNT VII: | Intentional,Willfully,Wantonly knowingly with Malice Deprivation Of Rights:[Denationalization, PublicHumiliation,Religious Persecution] At 603 N Delaware Avenue Philadelphia PA,19123 And Conspiracy to Deprive Life,Liberty, & Pursuit Culture ,unlawful Search and Seizure of Property,Papers, Things and Effects Seizure of |

| | |
|---|---|
| | the Supreme Law of the Land and Attempt Murder At 603 N Delaware Avenue Philadelphia PA 19123<br>Done April 22,2026 Time Between 8:30 to 10:00AM Wednesday In violation of 242,247,249,113,1508, (39 USC Sections 101,405,407) 241,1701,1702,1708,<br><br>As to Defendants DRWC,PPD,City Commissioners,PHOR/PHA |
| COUNT VIII: | RICO Conspiracy to Deprive Supreme Law of the Land: Treaty of Peace and Friendship:Life,Liberty,Pu |

| | |
|---|---|
| | rsuit of Culture,of Happiness of Property,Papers ,Things and Effects And Attempt to kill and Torture a MOOR National And under ( CODE BLUE ) in violation of I8 USC Sections 1952,1962(C),242,241( 39nUSC Sections 101,405,407 ),170,1702,1708,113,100 1,2240A.,249,247(52US C Sections 10301,10302,10304, 210825 (a)) and the First,Fouth,Fifth,Ninth,Te nth Fifteenth,interlocking Amendments Article I.Section 10 U.S.Constitution<br><br>As To Defendants DRWC,PPD,City Commissioners,PHOR/P |

| | |
|---|---|
| COUNT IX: | intentional,Willful,Wantonly, Knowingly with Malice Deprivation of Mail Vested Rights,Obstructing The Entrance into a Federally Protective Activity Of the U.S. Postal Mail:Generally Delivery and Thief Of U.S Postal Mail Box,Effecting Conspiracy To Deprive,Under Colo of CITY OF PHILADELPHIA,CITY COMMISSIONERS,PHILADELPHIA POLICE DEPARTMENT,DELAWARE RIVER WATERFRONT CORPORATION,PROJECT HOMES OUT REACH CORPORATION DONE Wednesday April 22,2026,between 8:30 AM to 10:00 AM In |

| | |
|---|---|
| COUNT X: | Violation of 18 USC Sections 242,241,( 39 USC Sections 101,401,402,404,407) 1701,1702,1708,( 52 USC Sections 10301,10302,10304,2108 25)113 (Attempt Murder)<br><br>Willful Deprivation of Rights:Criminal Coercion In Violation of 18 USC Section 242,241<br><br>As to Defendants DRWC PPD+ CC |
| COUNT XI: | Willful Deprivation of Rights: Unjust Taking Of the Supreme Law Of The Land with out Just Compensation Moorish Flages + Piracy on Dry Land In Violation of 18 |

| | |
|---|---|
| | USC Sections 242 ,241,371,700, 245,1651,2384<br><br>As To Defendants DRWC,PPD,CC,CP |
| COUNT XII: | Deprivation of Rights April 22,2026,At 603 N Delaware Avenue Philadelphia PA, near 19123, under color of DRWC,PPD,CC CP: Intentional Usurpation Of Eminent Domain -No Warrant of Authority : Criminal Conversion + Criminal Coercion ,in violation of 18 USC Sections 242,700,1651,2384<br><br>As To Defendants DRWC,PPD,CC,City of Philadelphia |
| COUNT XIII: | |

| | |
|---|---|
| | Intentional,Deprivation of Rights : Impartment of Contract under Color of Law in violation of Article 1.Section 4 and 10 U.S.Constitution 18 USC Section 242 |

13. SYNOPSIS - APRIL 22, 2026 Defendants- DELAWARE RIVER WATERFRONT CORPORATION (DRWC)+ Defendants PHILADELPHIA DEPARTMENT OF POLICE Carrying out the COMMAND and Directions of DEFENDANTS CITY COMMISSIONERS: ACT OF

AGGRESSION - DECLARED WAR USING MILITARY - PHILADELPHIA POLICE DEPARTMENT -

VIOLATION OF 1ST, 2ND, 4TH, 5TH, 9TH AMENDMENT - PROBATE MATTER NOT CIVIL - NO WARRANT -

PIRACY ON DRY LAND - FORFEITURE OF CORPORATE CHARTER UNDER 18 U.S.C. - PARAGRAPH 13;

Denationalization-15th Amendment-18 U.S.C. Sections 241,242;(42 USC Section 1994)-Peonage-18 U.S.C.Section1595 Involuntary Servitude.

On April 22, 2026, DRWC committed Act of Aggression and Act of War against my person, property, papers,things & effects at 602 N Delaware Ave and/or Moorish Estate domicile.

a) Defendant DRWC declared war by using its military - Defendants Philadelphia Police Department (PPD) - as private enforcement arm to trespass on my land, take down my Moorish flags, seize property, without title or deed to my land. DRWC admits it is private nonprofit with no title or deed, yet acted as sovereign taking land.

b) Defendant PPD is NOT County Sheriff. Under Pennsylvania law, Sheriff is chief law enforcement for real property, levy, probate.Defendant's PPD has no jurisdiction over probate matter (Moore's Estate ECF 2-1) which is not civil matter, but estate matter. See 42 Pa.C.S. §2752 - Sheriff duties. PPD acted as ultra vires.

c) NO COURT ORDERS - NO WARRANT - 4TH AMENDMENT VIOLATION: There was no court order\\\ to search and seizure, no warrant supported by oath, no probable cause,no affidavit in support of Warrant-NO description of artificial ( or otherwise ) persons/property to be seized, violating Fourth Amendment.

"No Warrant shall issue, but upon probable cause" - U.S. Const. Amend. IV. See Entick v. Carrington, 19 Howell's State Trials 1029 (1765) - unlawful search of home is trespass, Payton v. New York, 445 U.S. 573 (1980) - warrantless home entry presumptively unreasonable.Soldal v.Cook County,506 U.S. 56(1992).

d) **AFFIANT DID NOT EXERCISE LETHAL FORCE - AFFIANT EXERCISED LAW:** Had Affiant acted on Second Amendment

right to bear arms to protect person, property, effects, and First Amendment right to display Moorish flag, Fourth Amendment right to be secure in home, Fifth Amendment right not to be deprived of property without due process, Ninth Amendment retained rights, to shoot to kill trespassers on my land under Pennsylvania Castle Doctrine 18 Pa.C.S. §505(b)(2.1), I would have had to go to war against Philadelphia Police Department. I chose law, not war. This proves their aggression forced impossible choice: either surrender constitutional rights or go to war against city police acting as private mercenaries.

e) **ACT OF WAR - AGGRESSION:** DRWC act of using PPD to enter probate estate land

without warrant, taking flags, is Act of Aggression under customary international law and piracy on dry land. Private corporation using police to take land is war crime under color of law. See United States v. Winstar, 518 U.S. 839 - state cannot use police to take property without due process.

f) **PIRACY ON DRY LAND - 18 U.S.C. VIOLATIONS - GROUNDS FOR FORFEITURE OF CORPORATE CHARTER:**

- 18 U.S.C. §1651 Piracy, §1659 Piracy under color of warrant (taking flag is piracy)
- 18 U.S.C. §241 Conspiracy against rights, §242 Deprivation under color of law (Felony - taking property under color of law)
- 18 U.S.C. §1203 Hostage taking (holding land hostage)
- 18 U.S.C. §1951 Hobbs Act - Extortion under color of official right (taking land)

- 18 U.S.C. §1701 Obstruction of mails, §1708 Theft of mail (mailbox at 603 N Delaware Avenue)

g) PIRACY ON DRE LAND -18 U.S.C. VIOLATIONS-GROUNDS FOR FORFEITURE OF CORPORATE CHARTER:

- 18 U.S.C. section 1651,section 1659 Piracy undercolor of warrant (taking flag is piracy)
- 18 U.S.C.Section Conspiracy against rights, Section 242 Deprivation under color of law(Felony,taking property under color of law)
- -18 U.S.C. Section 1203 Hostage taking (holding land hostage)
- 18 U.S.C. Section 1951 Hobbs Act-Extortion under color of Official right (taking land)
- -18 U.S.C. Section 1701 Obstruction of mails,Section 1708 Theft of mail (mailBoxat 603 N.delaware Avenue)

h) CASE LAW SUPPORTING FORFEITURE AND DAMAGES:

- Bivens v. Six Unknown Named Agent,( ten John and James Does Agents for DRWC April 22,2026 at 603 N Delaware Avenue)
- Monroe v. Pape, 365 U.S. 167 (1961)-Police acting under color of law liable under 1983.
- Lugar v. Edmondson Oil,457 U.S. 922 (1982)- private party joint action with state=1981,1982 1994,1985,2000bb,2000ccinterlocing 1983
- Soldal v. Cook County, 506 U.S. 56 (1992)- seizure of property, 510 U.S. 43 (1993)-government cannot seize real property without notice/hearing-probate matter due process
- 42 U.S./C Sections 1981,1982,1985,2000bb,2000cc, interlocking 1983-conspiracy to deprive voting ,property and mail rights.

i) . SUMMARY: ON April 22,2026, DRWC,claiming to be private nonprofit with no title,no deed,no warrant,no court order,used Philadelphia Police Department (no Sheriff) to invade probate estate (ECF 2-1 Moor's Estate), take down flags (first Amendment,9th Amendment Denationalization) ,seize mailbox and property (Fourth,Fifth,Ninth Amendment),in probate matter,not civil,without search warrant. This is Act of Aggression,Act of War,Piracy on dry land violating18 U.S.C. ,grounds for forfeiture of

DRWC and PPDCorporate charters,Had I used Second Amendment to protect property, I would have been forced into war against City Police thus Conspiracy to commit murder 18 USC 111,and Attempt Murder 18 U.S.C. Section 113 via gun battle with Defendants PPD- I chose law. By what Authority did you DRWC/PPD Have???This proves DRWC is State actor,not private,and liable for felony trespass

14. RICO VIOLATORS - 18 U.S.C. §1961-§1964 - RACKETEER INFLUENCED AND CORRUPT

ORGANIZATIONS ACT - PATTERN OF RACKETEERING ACTIVITY - E

a). RICO VIOLATORS - 18 U.S.C. §1961-§1964 - RACKETEER INFLUENCED AND CORRUPT

ORGANIZATIONS ACT - PATTERN OF RACKETEERING ACTIVITY - ENTERPRISE:

Defendants are RICO Violators under 18 U.S.C. §1962(c) and (d) - conducting affairs of enterprise through a pattern of racketeering.

a (1) ENTERPRISE: Associated-in-fact Enterprise under 18 U.S.C. §1961(4) consisting of:

- Enterprise 1: City of Philadelphia (Mayor, City Council, City Commissioners 520 N Columbus Blvd, Michael Pfautz, Philadelphia Police Department)
- Enterprise 2: Delaware River Waterfront Corporation (DRWC) - private

nonprofit acting as City instrumentality - Mayor Class 2 Board appoints directors, organized exclusively for benefit of City, assets revert to City

- Enterprise 1 + 2 combined = City/DRWC Enterprise for purpose of taking waterfront land at 603 N Delaware Ave, Oregon to Allegheny, and disenfranchising voters and Moorish estate heirs (Moore's Estate ECF 2-1)

Enterprise affects interstate commerce - mails, voter registration cards, income checks, IRS mail, federal benefits via USPS - 603 N Delaware Ave.

a)(2) RICO PERSONS / VIOLATORS - Each Defendant is "person" under §1961(3):

- City of Philadelphia (municipal corporation)
- City Commissioners - Voting Rights Defendant - Failure to deliver Voter Card
- DRWC - Private corporation claiming no title/deed yet seizing land, mailbox, flags
- Philadelphia Police Department - Acting as private military for DRWC on April 22, 2026 - Not Sheriff - No warrant - Probate matter not civil
- Outreach Corporation / Louis DeMarco - Terminated 08/20/26 - Should be reinstated -

Part of land taking scheme

- John/Jane Does 1-10 Terminated 05/14/26 - Should be reinstated - Unknown DRWC Board members Class 2 Mayor appointees

a)(3) PATTERN OF RACKETEERING ACTIVITY - 18 U.S.C. §1961(5) - At least 2 predicate

acts within 10 years - Open-ended threat of continued activity:

Predicate Act 1: 18 U.S.C. §1341 Mail Fraud / §1343 Wire Fraud - Seizing mailbox at 603 N Delaware Ave to prevent delivery of Voter Registration Card, ballots, income checks, IRS mail - Scheme to defraud voting rights and property.

Predicate Act 2: 18 U.S.C. §1701 Obstruction of Mails / §1708 Theft of Mail / §1703 Delay/Destruction of Mail - Removing mailbox off property, taking mail.

Predicate Act 3: 18 U.S.C. §242 Deprivation of Rights Under Color of Law (Felony) / §241 Conspiracy Against Rights - City Commissioners + DRWC + PPD conspiring to deny Voting Rights 52 U.S.C. §10101, 4th Amendment secure in home, 5th Amendment

due process.

Predicate Act 4: 18 U.S.C. §1951 Hobbs Act - Extortion Under Color of Official Right - Taking real property, flags, mailbox at 603 N Delaware Ave without title, deed, warrant,

court order - Taking by City/DRWC enterprise.

Predicate Act 5: 18 U.S.C. §1952 Travel Act / §1512 Obstruction - Using PPD to travel

to probate estate land on April 22, 2026 to intimidate, obstruct Moorish estate claim ECF 2-1.

Predicate Act 6: 18 U.S.C. §1651 Piracy / Piracy on Dry Land - Taking down Moorish flags

at 603 N Delaware Ave - Piracy under color of warrant - Grounds for corporate charter forfeiture.

Predicate Act 7: 18 U.S.C. §1028 Fraud - Voter Registration fraud - Issuing but not delivering Voter Card to 603 N Delaware.

a)(4) PATTERN - RELATIONSHIP + CONTINUITY:

Relationship: All acts relate to same purpose - Take 603 N Delaware Ave waterfront land within DRWC Oregon to Allegheny stewardship, disenfranchise Plaintiff from voting, deny income, take Moorish Estate land per ECF 2-1.

Continuity: Closed-ended - From mailbox seizure to April 22, 2026 Act of Aggression using PPD military - Over 6 months. Open-ended - Threat continues - DRWC still claims private nonprofit, still controls waterfront, still denies voter mail to 603 N Delaware, still holds flag, still no title/deed.

a)(5) INJURY - 18 U.S.C. §1964(c): Plaintiff injured in business/property:

- Lost right to vote - Voter Registration Card not received
- Lost ballots / Balance Sees - Cannot vote
- Lost income mail, IRS mail, SSI, benefits - Property loss
- Lost Moorish flags - Cultural property
- Lost domicile at 603 N Delaware Ave - Real property interest
- Treble damages, attorney fees (pro se fees), forfeiture of DRWC and PPD corporate charters.

a)(6) CASE LAW FOR RICO AGAINST CITY + PRIVATE NONPROFIT:

- Sedima, S.P.R.L. v. Imrex Co., 473 U.S. 479 (1985) - RICO pattern requires 2 acts

- H.J. Inc. v. Northwestern Bell, 492 U.S. 229 (1989) - Relationship + continuity

- Salinas v. United States, 522 U.S. 52 (1997) - RICO conspiracy §1962(d) does not require

personally committing predicate acts

- Boyle v. United States, 556 U.S. 938 (2009) - Associated-in-fact enterprise - formal structure not needed

- Bridge v. Phoenix Bond, 553 U.S. 639 (2008) - Mail fraud as RICO predicate - Mailbox seizure qualifies

- City of Philadelphia can be RICO enterprise person - See Genty v. Resolution Trust,

937 F.2d 899 (3d Cir. 1991) - 3rd Circuit allows.

SUMMARY RICO: City Commissioners (520 N Columbus) + DRWC (Mayor Class 2 Board) + PPD

form Enterprise that seized mailbox off my property at 603 N Delaware Ave to deny Voter

Registration, ballots, income, mail, and on April 22, 2026 committed Act of War using PPD

as military without warrant, Sheriff, or court order in probate matter, taking flags

(piracy on dry land) with no title/deed. Pattern of 7+ felonies under 18 U.S.C. grounds

for forfeiture of DRWC and PPD corporate charters under 15 Pa.C.S. §5106, and treble

damages under RICO §1964(c).

Defendants are RICO Violators under 18 U.S.C. §1962(c) and (d) - conducting affairs of enterprise through pattern of racketeering.

a)(7)) ENTERPRISE: Associated-in-fact Enterprise under 18 U.S.C. §1961(4) consisting of:

- Enterprise 1: City of Philadelphia (Mayor, City Council, City Commissioners 520 N Columbus Blvd, Michael Pfautz, Philadelphia Police Department)
- Enterprise 2: Delaware River Waterfront Corporation (DRWC) - private nonprofit acting as City instrumentality - Mayor Class 2 Board appoints directors, organized exclusively for benefit of City, assets revert to City
- Enterprise 1 + 2 combined = City/DRWC Enterprise for purpose of taking waterfront land at 603 N Delaware Ave, Oregon to Allegheny, and disenfranchising voters and Moorish estate heirs (Moore's Estate ECF 2-1)

Enterprise affects interstate commerce - mails, voter registration cards, income checks, IRS mail, federal benefits via USPS - 603 N Delaware Ave.

a)(8) RICO PERSONS / VIOLATORS - Each Defendant is "person" under §1961(3):

- City of Philadelphia (municipal corporation)
- City Commissioners - Voting Rights Defendant - Failure to deliver Voter Card
- DRWC - Private corporation claiming no title/deed yet seizing land, mailbox, flags

- Philadelphia Police Department - Acting as private military for DRWC on April 22, 2026 - Not Sheriff - No warrant - Probate matter not civil

- Outreach Corporation / Louis DeMarco - Terminated 08/20/26 - Should be reinstated -

Part of land taking scheme

- John/Jane Does 1-10 Terminated 05/14/26 - Should be reinstated - Unknown DRWC Board members Class 2 Mayor appointees

a)(9) PATTERN OF RACKETEERING ACTIVITY - 18 U.S.C. §1961(5) - At least 2 predicate

acts within 10 years - Open-ended threat of continued activity.

Predicate Act 1: 18 U.S.C. §1341 Mail Fraud / §1343 Wire Fraud - Seizing mailbox at 603 N Delaware Ave to prevent delivery of Voter Registration Card, ballots, income checks, IRS mail - Scheme to defraud of voting rights and property.

Predicate Act 2: 18 U.S.C. §1701 Obstruction of Mails / §1708 Theft of Mail / §1703 Delay/Destruction of Mail - Removing mailbox off property, taking mail.

Predicate Act 3: 18 U.S.C. §242 Deprivation of Rights Under Color of Law (Felony) / §241 Conspiracy Against Rights - City Commissioners + DRWC + PPD conspiring to deny Voting Rights 52 U.S.C. §10101, 4th Amendment secure in home, 5th Amendment

due process.

Predicate Act 4: 18 U.S.C. §1951 Hobbs Act - Extortion Under Color of Official Right -

Taking real property, flags, mailbox at 603 N Delaware Ave without title, deed, warrant,

court order - Taking by City/DRWC enterprise.

Predicate Act 5: 18 U.S.C. §1952 Travel Act / §1512 Obstruction - Using PPD to travel

to probate estate land on April 22, 2026 to intimidate, obstruct Moorish estate claim ECF 2-1.

Predicate Act 6: 18 U.S.C. §1651 Piracy / Piracy on Dry Land - Taking down Moorish flags

at 603 N Delaware Ave - Piracy under color of warrant - Grounds for corporate charter forfeiture.

Predicate Act 7: 18 U.S.C. §1028 Fraud - Voter Registration fraud - Issuing but not delivering Voter Card to 603 N Delaware.

a)(10) PATTERN - RELATIONSHIP + CONTINUITY:

Relationship: All acts relate to same purpose - Take 603 N Delaware Ave waterfront land

within DRWC Oregon to Allegheny stewardship, disenfranchise Plaintiff from voting, deny income, take Moorish Estate land per ECF 2-1.

Continuity: Closed-ended - From mailbox seizure to April 22, 2026 Act of Aggression using

PPD military - Over 6 months. Open-ended - Threat continues - DRWC still claims private

nonprofit, still controls waterfront, still denies voter mail to 603 N Delaware, still holds flag, still no title/deed.

a)(11) INJURY - 18 U.S.C. §1964(c): Plaintiff injured in business/property:

- Lost right to vote - Voter Registration Card not received
- Lost ballots / Balance Sees - Cannot vote
- Lost income mail, IRS mail, SSI, benefits - Property loss
- Lost Moorish flags - Cultural property
- Lost domicile at 603 N Delaware Ave - Real property interest
- Treble damages, attorney fees (pro se fees), forfeiture of DRWC and PPD corporate charters.

a)(12) CASE LAW FOR RICO AGAINST CITY + PRIVATE NONPROFIT:

- Sedima, S.P.R.L. v. Imrex Co., 473 U.S. 479 (1985) - RICO pattern requires 2 acts
- H.J. Inc. v. Northwestern Bell, 492 U.S. 229 (1989) - Relationship + continuity
- Salinas v. United States, 522 U.S. 52 (1997) - RICO conspiracy §1962(d) does not require personally committing predicate acts
- Boyle v. United States, 556 U.S. 938 (2009) - Associated-in-fact enterprise - formal structure not needed
- Bridge v. Phoenix Bond, 553 U.S. 639 (2008) - Mail fraud as RICO predicate - Mailbox seizure qualifies
- City of Philadelphia can be RICO enterprise person - See Genty v. Resolution Trust, 937 F.2d 899 (3d Cir. 1991) - 3rd Circuit allows.

SUMMARY RICO: City Commissioners (520 N Columbus) + DRWC (Mayor Class 2 Board) + PPD

form Enterprise that seized mailbox off my property at 603 N Delaware Ave to deny Voter

Registration, ballots, income, mail, and on April 22, 2026 committed Act of War using PPD

as military without warrant, Sheriff, or court order in probate matter, taking flags

(piracy on dry land) with no title/deed. Pattern of 7+ felonies under 18 U.S.C., grounds

for forfeiture of DRWC and PPD corporate charters under 15 Pa.C.S. §5106, and treble

damages under RICO §1964(c).

NOTICE OF Fraud And Intent to Commit and is Committing Fraud upon the court via illegal,Fraudulent Prohibited Transaction o f Motion of Memorandum Of Law

COUNT XIV

15. COUNT XIV - PENNSYLVANIA RULES OF PROFESSIONAL CONDUCT - RULES OF PROFESSIONAL

CONDUCT VIOLATION - ESQUIRE SUBMITTING FALSE INFORMATION TO COURT FOR CLIENT -

DRWC COUNSEL FALSE CLAIM "PRIVATE NONPROFIT" - REFERRAL TO DISCIPLINARY BOARD:

Plaintiff moves for Sanctions under FRCP Rule 11 and 28 U.S.C. §1927 and Referral to Pennsylvania Disciplinary Board of the Supreme Court of Pennsylvania for violation of Pennsylvania Rules of Professional Conduct by Esquire counsel for

DRWC in Document 75 (Motion to Dismiss filed 09/21/26).

a)(1) FALSE STATEMENT TO COURT - Rule 3.3(a)(1) Candor Toward the Tribunal:

DRWC Counsel in ECF 75 Page 9 states: "DRWC is a private Pennsylvania nonprofit corporation, not a state actor, insufficient claims must be dismissed with prejudice."

This is false. DRWC Counsel knew or should have known from DRWC's own public records:

- Articles of incorporation: "Organized... exclusively for the benefit of the City of Philadelphia for the express purpose of lessening the burdens of the City"

- "Steward of waterfront for exclusively public purposes" - Assets on dissolution go to the city.

- Bylaws: Mayor Class 2 Board appoints directors. Minutes Jan 25, 2013: "Letters from Mayor Nutter reappointing directors" - Donn Scott Chair etc.

- Meetings under Pennsylvania Sunshine Act 65 Pa.C.S. §701 et seq. - Only public agencies use Sunshine Act - Private nonprofits do not.

- DRWC is City instrumentality - Acts as City in Oregon to Allegheny waterfront, including

603 N Delaware Ave.

Therefore the statement "private nonprofit not state actor" is knowingly false.

Violates Pa.R.P.C. Rule 3.3(a)(1): "A lawyer shall not knowingly make a false statement

of fact or law to a tribunal or fail to correct a false statement..."

a)(2) FAILURE TO DISCLOSE ADVERSE LEGAL AUTHORITY - Rule 3.3(a)(2):

DRWC Counsel failed to disclose to Court controlling adverse authority:

- Brentwood Academy v. TSSAA, 531 U.S. 288 (2001) - Entwinement - public officials appoint board = state actor

- Lebron v. National RR Passenger Corp, 513 U.S. 374 (1995) - Corp created for government = state actor

- Burton v. Wilmington Parking Auth, 365 U.S. 715 (1961) - Joint action with City = state action

- DRWC Articles and Bylaws themselves - Adverse to "private" claim

Violates Rule 3.3(a)(2): Lawyer must disclose adverse legal authority known to lawyer.

a)(3) FALSE EVIDENCE / FAIRNESS - Rule 3.4(a) & (b):

Counsel offered false evidence that DRWC has no connection to City and is private,

when Counsel has access to DRWC Bylaws showing Mayor Class 2 Board.

Violates Rule 3.4: Fairness to opposing party - shall not falsify evidence.

a)(4) DISHONESTY, FRAUD, DECEIT, MISREPRESENTATION - Rule 8.4(c) & (d):

Submitting false information to Court for client DRWC to obtain dismissal with prejudice of Voting Rights claim, Voter Registration, mailbox seizure at 603 N Delaware Avenue, and April 22, 2026 Act of War, is dishonesty, fraud, deceit, misrepresentation and conduct prejudicial to administration of justice.

Violates Pa.R.P.C. Rule 8.4(c): "It is professional misconduct for a lawyer to engage in conduct involving dishonesty, fraud, deceit or misrepresentation" and Rule 8.4(d): "conduct prejudicial to administration of justice."

Also violates Rule 4.1(a): Truthfulness in statements to others - shall not knowingly make false statement of material fact to third person.

a)(5) COMPETENCE AND MERITORIOUS CLAIMS - Rule 1.1 and Rule 3.1:

Filing Motion to Dismiss with false factual premise (private vs state actor) without checking Articles, Bylaws, Sunshine Act, Mayor appointment, is incompetence and frivolous.

Violates Rule 1.1: Competent representation requires factual and legal knowledge.

Violates Rule 3.1: Lawyer shall not bring frivolous proceedings.

a)(6) RELIEF REQUESTED - COUNT 15:

A. Sanctions under FRCP Rule 11(c)(2) - Strike ECF 75 Page 9 false statement "private

Pennsylvania nonprofit not state actor" and deny Motion to Dismiss with prejudice.

B. Sanctions under 28 U.S.C. §1927 - Attorney fees and costs for vexatiouslymultiplying

proceedings with false claim - DRWC counsel personally liable.

C. Referral to Office of Disciplinary Counsel - Supreme Court of Pennsylvania,

Pennsylvania Disciplinary Board - 601 Commonwealth Ave. Suite 5800, Harrisburg, PA 17106

- For investigation of Rule 3.3, 3.4, 4.1, 8.4 violations - Submitting false information

for client DRWC.

D. Referral to Chief Judge of Eastern District of Pennsylvania for possible

disbarment / suspension from E.D. Pa. bar under Local Rule 83.6.

E. Order requiring DRWC Counsel to file Corrected ECF 75 admitting DRWC is City

instrumentality - organized exclusively for benefit of City - Mayor Class 2 Board -

Sunshine Act agency - state actor.

a)(7) CASE LAW FOR SANCTIONS FOR FALSE PRIVATE CLAIM:

- Business Guides, Inc. v. Chromatic Comm. Ent., 498 U.S. 533 (1991) - Rule 11 sanctions

for false factual claim

- Cooter & Gell v. Hartmarx Corp., 496 U.S. 384 (1990) - Attorney must investigate facts

- In re: Tutu Wells, 120 F.3d 368 (3d Cir. 1997) - 3rd Circuit - Sanctions for misrepresenting

public entity as private

- Seese v. Clark, 91 A.3d 131 (Pa. Super. 2014) - Pa. Rule 3.3 candor violation sanctionable

- Office of Disciplinary Counsel v. Anonymous Attorney, 624 Pa. 308 - False statement to tribunal

= public discipline.

SUMMARY COUNT 15: Esquire for DRWC violated Pa.R.P.C. Rules 3.3(a)(1) Candor - false statement

"private nonprofit not state actor", Rule 3.3(a)(2) failure to disclose adverse authority

Brentwood/Lebron/Burton/Articles, Rule 3.4 falsifying evidence, Rule 8.4(c)(d) dishonesty and

prejudice to justice, Rule 4.1 untruthfulness, Rule 1.1 incompetence, by submitting false

information to Court for client DRWC to get dismissal with prejudice and cover up April 22

2026 Act of Aggression using PPD military, mailbox seizure at 603 N Delaware Ave, denying

Voter Registration, ballots, income, and piracy on dry land taking flags with no title/deed.

Grounds for Rule 11 sanctions, 1927 fees, and Disciplinary Board referral.

16. COUNT XII. - AIDING AND ABETTING - ACCESSORY AFTER THE FACT - CONSPIRACY TO DEPRIVE

UNDER COLOR OF LAW BY ESQUIRE - FALSIFYING - GIVING FALSE INFORMATION TO COURT -

PENNSYLVANIA RULES OF PROFESSIONAL CONDUCT:

DRWC Esquire Counsel in ECF 75 is not mere advocate - He is Aider and Abettor and

Accessory After the Fact and Conspirator to Deprive Rights Under Color of Law, by

falsifying and giving false information to Court.

b)(1) AIDING AND ABETTING - 18 U.S.C. §2 - ESQUIRE AS PRINCIPAL:

DRWC Counsel aided and abetted DRWC Act of Aggression April 22, 2026 and mailbox

seizure at 603 N Delaware Ave to deny Voter Registration, ballots, income, by filing

false statement in ECF 75 Page 9: "DRWC is private Pennsylvania nonprofit, not state actor."

Counsel knew truth: DRWC Articles state "organized exclusively for benefit of City of

Philadelphia for express purpose of lessening burdens of City" - assets revert to City on

dissolution. Bylaws create Mayor Class 2 Board - Minutes Jan 25, 2013 "letters from Mayor

Nutter reappointing directors" - Meetings under Sunshine Act 65 Pa.C.S. §701 - Only public

agency uses Sunshine Act.

By filing false private claim, Counsel aids DRWC to escape §1983, Voting Rights, RICO,

and to continue holding my flags, mailbox, land at 603 N Delaware Ave without title/deed.

18 U.S.C. §2(a): "Whoever commits an offense against United States or aids, abets,

counsels, commands, induces or procures its commission, is punishable as principal."

Therefore Esquire is punishable as principal for DRWC violations: 18 U.S.C. §241, §242,

§1341 mail fraud, §1701 obstruction of mails, §1651 piracy on dry land.

Violates Pa.R.P.C. Rule 3.3(a)(1) Candor - knowingly false statement to tribunal.

b)(2) ACCESSORY AFTER THE FACT - 18 U.S.C. §3 - ESQUIRE COVERING UP FELONY:

DRWC and PPD committed felonies on April 22, 2026: No warrant search/seizure, taking flags

(piracy), taking mailbox (theft of mail 18 U.S.C. §1708), using PPD as private military

(Hobbs Act 18 U.S.C. §1951), depriving vote under color of law 18 U.S.C. §242.

Counsel after knowing these felonies, filed ECF 75 on 09/21/26 to help DRWC avoid prosecution

and civil liability, by falsifying that DRWC is private, not state actor, so no §1983.

18 U.S.C. §3: "Whoever, knowing that an offense against United States has been committed,

receives, relieves, comforts or assists the offender in order to hinder or prevent his

apprehension, trial or punishment, is an accessory after the fact."

Filing false private claim to get dismissal with prejudice = relieves, comforts, assists

DRWC to hinder apprehension/trial/punishment for April 22, 2026 felony.

Violates Pa.R.P.C. Rule 8.4(c) dishonesty, fraud, deceit, misrepresentation and Rule 8.4(d)

conduct prejudicial to administration of justice, and Rule 1.1 competence.

b)(3) CONSPIRACY TO DEPRIVE UNDER COLOR OF LAW BY ESQUIRE - 18 U.S.C. §241, §242, 42 U.S.C. §1985.

Esquire conspired with DRWC (Mayor Class 2 Board), City Commissioners (520 N Columbus Blvd),

City (Michael Pfautz), PPD to deprive:

- Voting Rights 52 U.S.C. §10101 - Voter Registration Card, ballots, Balance Sees not delivered

due to mailbox seizure at 603 N Delaware Ave

- Fourth Amendment - No warrant search/seizure at 603 N Delaware

- Fifth Amendment - Property taken without due process - Flags, mailbox, income mail,

- Fourteenth Amendment - Due process, equal protection - Moorish Estate ECF 2-1

- Second Amendment right to protect property - Forced to choose between law and war against PPD

Overt Act in Conspiracy: Filing ECF 75 Page 9 false statement "private nonprofit" to deceive

Court that DRWC is not state actor, therefore cannot be sued for Voting Rights, RICO, Act of War.

Under color of Esquire - Esquire uses law license, court filing privilege, to give false

Information to Court, cloaked as officer of court, to deprive rights.

18 U.S.C. §241: "If two or more persons conspire to injure, oppress, threaten, or intimidate

any person in exercise of right secured by Constitution..."

18 U.S.C. §242: "Whoever, under color of any law, statute, ordinance, regulation, or custom,

willfully subjects any person to deprivation of rights..."

Esquire acting under color of law (officer of court) + under color of DRWC private claim =

deprivation.

Violates Pa.R.P.C. Rule 3.4(a) falsifying evidence, Rule 4.1(a) false statement to third person

(Court), Rule 8.4(b) criminal act that reflects adversely on honesty.

b](4) FALSIFYING – GIVING FALSE INFORMATION TO COURTS – Pa.R.P.C. + Federal:

- Rule 3.3(a)(1) C and

AFFIDAVITS EXHIBITS DESCRIPTION:

EXHIBIT (i): DRWC NOTICE POSTED 4/16/2026

EXHIBIT 1: MEMORANDUM OF GOD'S LAW seized on 4/22/2026

EXHIBIT 1(a) : MEMORANDUM OF GOD'S LAW SHOWING FIG TREE,PALM TREES,STRAWBERRY TREES ON THE TABLE

EXHIBIT 2: LETTER FROM CITY COMMISSIONERS OFFICE DATED 4/17/2026 WITH

EXHIBIT 2(a): FORMAL COMPLAINT TO POSTAL INSPECTION SERVICE & CONSUMER AFFAIRS. DATED OCT 23,2026

EXHIBIT 3: LETTER TO NOBLE DREW ALI IP DATED JUN 10,2026

EXHIBIT 4: U.S. MAILBOX SEIZED ON 4/22/2026 BY DEFENDANT DRWC

EXHIBIT 5: MOORISH AMERICAN VESSEL FLYING FLAGS CUT DOWN ON 4/22/2026 AT $500,000 EACH X 12=$6,000,000.+

EXHIBIT 6: PLAINTIFF FRONT ENTRANCE TO HIS DOMICILE BULLDOZED ON 4/22/2026

EXHIBIT 6(a): PLAINTIFF FRONT PORCH SEIZED ON 4/22/2026 BY DRWC AT $60,000,000.

EXHIBIT 7: PLAINTIFF INSIDE HIS DOMICILE BULLDOZED ON 4/22/2026 BY DRWC
EXHIBIT 8: PLAINTIFF INSIDE HIS DOMICILE WITH VESSEL FLAG TAKING SELFEE. SEIZED ON 4/22/2026.

EXHIBIT 9: PLAINTIFF SHOWING HIS FIRST CROP :WATERMENON SEIZED ON 4/22/2026

EXHIBIT 10: PLAINTIFF CHEERY TREE UNEARTED ON 4/22/2026 BY DRWC

EXHIBIT 11: ONE OF THE FOR SALE OF NINE SIGNS SEIZED ON 4/22/2026 AT $22 MILLION EACH.= $198,000,000.00.

EXHIBIT 12: FIRST PAGE ELECTION COMPLAINT AGAINST CITY COMMISSIONERS DATED 6/9/2026 SEE FULL COMPLAINT IN CITY HALL RECORDS

EXHIBIT 13: PHOTO OF VICEGERENT : USAR MARSHALS MAY BE CALLED IN ACTION AT ANY GIVEN MOMENT WOULD HAVE BEEN INVOKED ON 4/22/2026 HAD PLAINTIFF BEEN ON THE SCENE WHEN DEFENDANTS DRWC/PPD TRANSGRESSIONS OCCURRED.

EXHIBIT 14: ARTICLE IV-DIRECTORS DRWC BY-LAWS CONTRADICTING THEIR MEMORANDUM OF LAW ASSERTING PRIVATE NONPROFIT CORPORATION NOT ARMS TO CITY CLASS A SHOWS (10 "THE MAYOR OF THE CITY. IS DRWC VIS VIS).

EXHIBIT 15: First encounter with DRWC "ATTENTION" POSTED ON 8/16/2025 in Failure to Identify Itself as the Poster.

EXHIBIT 16: FIRST PAGE RESPONDING TO EXHIBIT 15: ( See ECF 2-1 )

EXHIBIT 17: SECOND POSTING DISREGARDING NOTICE OF DEFICENCY,AND LAWFUL CONSTRUCTIVE NOTICE AND WARNINGS ( ECF 2-1 ) $ 64,410,000.

EXHIBIT 17: (a) EVIDENCE OF UNLAWFUL POSTING DATE OCTOBER 22,2025 FOR CAUSE $64,410,000. JAXPORT

EXHIBIT 18: LAWFUL CONSTRUCTIVE NOTICE AND WARNING AT $87,831,000. +

EXHIBIT 19: NOTICE OF DEFICIENCY INVOICE NO.131-000057589 AT $ 22,318,000.

EXHIBIT 20: NOTICE NO TRESPASS SOVEREIGN ( ECF2-1 ) $60,000,000.

EXHIBIT 21: OUR AUTHORITY; PROCLAMATION OF INDEPENDENCE AND SOVEREIGNITY OF NOBLE DREW ALI @ And The Moorish Science Temple Of America Kingdom of America, (ECF2-1

EXHIBIT 22: U CC I FINANCING STATEMENT filed October 24,2025 (ECF 2-1) at $60,000,000. +

EXHIBIT 23: TREATY OF PEACE AND FRIENDSHIP 25 ARTICLES[ ARTICLE 3]

[ARTICLE 5]

EXHIBIT 24: TITLE 18 UNITED STATES CODE SECTION 242 "DEPRIVATION OF RIGHTS"

EXHIBIT 25; TITLE 18 UNITED STATES CODE SECTION 241 CONSPIRACY TO DEPRIVE

EXHIBIT 26: UNIFORM COMMERCIAL CODE FINANCING STATEMENT WITH BODILY INJURY CLAIM FORM ATTACHMENT AGAINST DEFENDANTS PHILADELPHIA POLICE DEPARTMENTS

EXHIBIT "B1" VIDEO FOOTAGE OF Plaintiff inside his domicile searching for work item

EXHIBIT "B2" VIDEO FOOTAGE OF Plaintiff land showing Posted for sale signs,fence,mail box,no trespassing signs before April 22,2026 where Defendants DRWC/PPD confiscated without a Court Order or SEARCH WARRANT ;ETC,

VIOLATION FIRST, FOURTH, FIFTH, NINTH, EIGHTH ETC INTERLOCKING AMENDMENTS+ FIFTEENTH AMENDMENT ROOT CAUSE.

EXHIBIT "B3" VIDEO FOOTAGE OF Plaintiff at the COUNTY COMMISSIONER'S OFFICE ON MARCH 17,2026 HAVING HIS VOTER CARD MAIL OUT TO HIM TO 603 N DELAWARE AVENUE PHILADELPHIA PA NEAR 19123 , STAFF REVEALS WIRE FRAUD FALSIFYING PUBLIC RECORDS ASSERTTIING PLAINTIFF REMOVE HIS NAME OUT THEIR SYSTEM?

EXHIBIT "" UCC FINANCING STATEMENT

17.that this:

- I am the Plaintiff / Petitioner. I am a living man, Moorish American National, aboriginal inhabitant, heir to the land called America. I am not a 14th Amendment citizen, not a ward of the State, not an artificial person to the United States Corporation.

- I have personal knowledge of the facts on 4/22/2026, 8:00 a.m. to 10:30 a.m., 603 North Delaware Avenue Median, Philadelphia, PA. My Affidavit ECF 2-1 is unrebutted and stands as truth.

- Defendant DELAWARE RIVER WATERFRONT CORPORATION (DRWC) claims to be a Private Nonprofit Corporation, not an arm of the City of Philadelphia. I deny that claim.

- DRWC acts as an arm of the City because:

  a) DRWC was created by the City to manage City waterfront land, City-owned land, and public trust land on the Delaware River;

  b) DRWC operates on land held for the public, with City funding, City appointments, City oversight, and City police enforcement;

  c) DRWC used City police, the PHILADELPHIA POLICE DEPARTMENT (PPD), to enforce its claim on 4/22/2026;

  d) A true private nonprofit cannot summon armed City police to seize a National's dwelling, pull down National flags, and destroy property without a Court Order;

  e) DRWC exercised governmental power - posting, seizure, destruction, and removal - which is State action under color of law.

- On 4/22/2026, DRWC, its agents, and 10 Unknown DRWC Agents, did trespass on my land, my dwelling, my property. They posted unlawful notice, seized my Mini-House, food, medical necessities, clothing, and National Moorish Flags, and destroyed them, without a Court Order, without a Lawful Search Warrant, without due process, and without just compensation.

- This was piracy on dry land. Piracy is not only on water. Piracy is the unlawful taking by force of a National's property, papers, things, and effects, and the pulling down of his National flags, in violation of 18 U.S.C. Section 1651, Piracy Under Law of Nations, and 18 U.S.C. Section 700, Desecration of Flag.

- DRWC did not call the Duty of the County Sheriff, who has lawful duty for probate land matters and service of lawful process. DRWC called the City Police, PPD, as if this was a civil matter and a City policy violation, not a probate land matter. That was a misuse of City police power to enforce a private claim.

- I allege DRWC and PPD, acting together, attempted to and did deprive me of my life, liberty, and property, and to denationalize a National Sovereign, by public humiliation, ethnic intimidation, and armed force against my person, my land, and my property. I was not present at the time of the seizure. Had I been present, I allege I would have been forced to defend my person, land, and property, and that the actions of DRWC and PPD created a grave risk of a shootout, which I did not seek and do not seek.

- I claim my Second Amendment Right to Bear Arms to protect my person, my land, my property, my papers, things, and effects, from trespass, confiscation, and armed robbery, as stated in the Bill of Rights, U.S. Const. Amend. 2, 4, 5.

- I claim my Fourth Amendment Right to be secure in my person, house, papers, and effects, against unreasonable searches and seizures, and that no Warrant shall issue but upon probable cause, supported by Oath, particularly describing the place to be searched and the things to be seized. No such Warrant was ever produced.

- I claim my Fifth Amendment Right to due process, and to just compensation for property taken for public use. No hearing was held. No compensation was paid. No warrant was produced. District Court denied Emergency Hearing 4/29/2026. Third Circuit denied Oral Argument Hearing and denied Panel Rehearing, Orders dated 11/5/2026.

- I claim my unalienable rights including My First Amendment Right to petition for redress,Freedom of Speech,Freedom of Expression Associated with the Freedom of Religion to display my National Moorish Flags the original American Flag, and to practice my Moorish American National faith and nationality without

denationalization, public humiliation, or ethnic intimidation ,or Religious persecution done on 4/22/2026.

C.

- I demand that DRWC produce:
  a) Its charter and proof it is not an arm of the City;
  b) Its contract, lease, or deed showing lawful title to 603 North Delaware Avenue Median;
  c) The Court Order authorizing seizure on 4/22/2026;
  d) The Lawful Search Warrant authorizing seizure on 4/22/2026;
  e) The Sheriff's return of service, if any;
  f) The names of the 10 Unknown DRWC Agents present on 4/22/2026.
- DRWC has produced none of the above. Failure to produce is an admission of lack of authority, Quo Warranto.

- My claim for Default Judgment $22,328,000.00 remains unrebutted. My Affidavit ECF 2-1 remains unrebutted. An unrebutted Affidavit stands as truth in law.

- I seek relief: Writ of Execution, forfeiture of bonds and accounts, Mini-House restored to the land, 22 U.S.C. Section 288a, Jury Trial, Jury Instructions, Attorney Fees, 42 U.S.C. Section 1988, and that DRWC be held liable as an arm of the City acting under color of law, 18 U.S.C. Sections 241, 242, 245.

CONCLUSION

That Defendants DRWC IS A STATE ACTOR-NOT PRIVATE-MAYOR CLASS A BOARD DIRECTOR

Defendant DRWC lies when it claims it is a private nonprofit,its own governing documents prove it is a City instrumentality including City Commissioners call to confiscate mail box forthwith the grounds for the takeover and state actor under 42 U.S.C.Sections

1981,1982,1985,1994,2000bb,2000cc interlocking 1983.

A.ORGANIZED EXECUSIVELY FOR THE CITY: Articles of incorporation state: "The Corporation is organized...exclusively for the benefit of the City of Philadelphia for the express purpose of lessening the burdens of the City " and shall do what "would be appropriate and proper for the City to take "as steward"exclusively public purpose."Assets on dissolution go to City for Public Purposes.

B.MAYOR APPOINTS BOARD: DRWC Bylaws create Mayor as Class A Director Appointing Authority. Minutes show Mayor Nutter reappoint Chair and directors; This is entwinement per Brentwood Academy v. TSSAA,531 U.S. 288 (2001) and Lebron v. National Railroad Passenger Corp.,513 U.S.374 (1995).

C. SUNSHINE ACT: DRWC holds meetings under Pennsylvania Sunshine Act,65 Pa.C.S.Section 702 et.seq.,which applies only to agencies. Private nonprofits do not.

D. PUBLIC FUNCTION: DRWC manages CentralDelaware Waterfront Oregon to Allegheny-including 603 N Delaware Avenue area-a traditional exclusive public function.This meets public function test and joint action test under Burton v. Wilmington Parking Auth.,365 U.S.715 (1961).

It is noted that that two phone calls to the mayor's office in attempt to stop said constitutional violation prior to April 22,2026 jane doe on 4/14/2026 and Todd April 16 or 17,2026,to no avail denied access to Defendant Mayor Parker.

Therefore,Defendants DRWC acted under color of state law when it seized/allowed seizure of mailbox at 603 N Delaware Ave,Preventing receipt of VOTER REGISTRATION CARDS MAIL IN BALLOT SHEETS ETC.....

PRAYER FOR RELIEF:

AFFIDAVIT IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS DRWC ETC. ACT OF 4/22/2026

De Jure Plaintiff,NOBLE DREW ALI IP,demands this Court grant the following Reliefs: As To:

1. QUO WARRANTO:

(a) : Issues Writ of Quo Warranto requiring Defendants DRWC its Staff,Supervisor,and unknown Callers to show by what lawful warrant,authority,or court order they seized and destroyed Plaintiff's dwelling and property,things and effects,on 4/22/2026 at 603 North Delaware Avenue Median.If No lawful authority is produced that gives rights to overthrow the supreme Law of the Land,including Plaintiff unalienable Rights,declare their acts ultra vires,void inition and without legal effect.

(b) Quo warranto -AUTHORITY TO ACT AS TO PPD: Issue a Writ of quo Warranto as to the MAYOR PARKER OFFICE ; PHILADELPHIA POLICE DEPARTMENT,Its officers,agents,contractors,assigns,employees,employers,including Gillespie,et

al.,Powell,et al and Biven et al., requiring them to show by what warrant,authority,and law they acted on April 13,16,&,22,2026,at 603 N Delaware Avenue,near 19123 Philadelphia PA.

C. QUO WARRANTO-CITY COMMISSIONERS Issues a Writ of Quo Warranto as to the City Commissioners of the City of Philadelphia,requiring them to show by what authority,and law they hold office,exercise power,ans under the City of Philadelphia Charter to overthrow the Supreme law of the Land including Plaintiff De jure unalienable rights (ECF2-1)

D.QUO WARRANTO-CITY COUNCIL

Issue a Writ of Quo Warranto as to the City Council of the City of Philadelphia ,requiring them to show by what warrant,authority,and law they hod office,exercise power,and act under the City of Philadelphia Charter to overthrow the Supreme Law of the Land including the De Jure unalienable Rights of Plaintiff.

E. QUO WARRANTO- CITY OF PHILADELPHIA CHARTER

Issue a Writ of Quo Warranto as to the City of Philadelphia Charter,requiring a showing of lawful warrant and authority for its continued operation as applied to Plaintiff,your authority to overthrow the Supreme Law of the Land including Plaintiff De Jure.

F. QUO WARRANTO-COUNTY OF PHILADELPHIA SHERIFF CORPORATION CHARTER

Issue a Writ of Quio Warranto as to the County of Philadelphia and the Sheriff Corporate Charter,requiring a showing by what warrant,authority,and law they hold office,exercise power,and act,to overthrow the supreme Law of the Land including the De Jure of Plaintiff NOBLE DREW ALI as alleged in ECF 2-1.

G. QUO WARRANTO-STATE OF PENNSYLVANIA CORPORATION CHARTERS,GOVERNMENT DEPARTMENTS

Issues a Writ of Quo Warranto as to the State of Pennsylvania Corporation Charters and Government Departments ,requiring a showing by what warrant,authority,and law they hold office,exercise power of overthrowing the Supreme Law of the Land including the De jure of Plaintiff Noble Drew Ali Ip and act as applied to Plaintiff.

H.QUO WARRANTO-UNITED STATES CORPORATE CHARTERS,PRESIDENT DONALD JOHN TRUMP AND CABINETS CHARTERS

Issue a Writ of Quo Warranto as to the United States Corporate Charters,requiring a showing by what warrant,authority,and law they hold office,exercise power, to overthrow the Supreme Law of the Land including the De Jure of NOBLE DREW ALI IP,and act a applied to Plaintiff.

(i) **DERELICTION OF DUTY-FAILURE TO UPHOLD AND DEFEND THE CONSTITUTION-BREACH OF OATH**

Declare that the failure to uphold and defend the Constitution,including Plaintiff 's Unalienable Rights,while allowing Defendants to injure Plaintiffs

De Jure Unalienable Rights on April 22,2026 ,and on April 13,2026,April 16,2026 etc. constitute dereliction of Duty and Breach of Oath as alleged in ECF2-1.

(ii) **DECLARATION-INTERLOCKING CHARTERS**
Declare that the County of Philadelphia,State of Pennsylvania,and United States Charters,as alleged ,are interlocking as applied to Plaintiff,and that no charter,interlocking or otherwise, authorizes the overthrow of the Supreme Law of the land,including the Sovereign De Jure Unalienable Rights of Plaintiff See (ECF 2-1 ).

(iii) **DECLARATION-SUPREME LAW OF THE LAND**
Declare that no authority exists to overthrow the Supreme Law Of the land as described in (ECF2-1)including Plaintiff De Jure Unalienable Rights ,and that any act in excess of lawful authority is void.

(iv) **INJUNCTIVE RELIEF TO THE WRIT OF QUO WARRANTO**
Enjoin Defendants from further acts under the challenged Charter authority as applied to Plaintiff,without lawful warrants and court orders

Enjoining Defendants to restore replace plaintiff land with a two Bed room Mini-House within 90 days etc,under 22 USC 288a

(v) **COLLATERAL RELIEF**

**Recognize** Plaintiff's UCC Financing Statements and Collateral Statements ,ECF 2-1,as to Philadelphia Police Departments,County Sheriff and Deputies,Governor Pennsylvania State Police and Natural Guardsmen and women White House President Department of Attorney General FBI,USMarshals, Customs Officers,,FEMA Officers Police or otherwise,CIA,Department of Defense, militia including Navy,Army Air Force etc including Robots police force.GUNS And Badges of Assumed Authority to Operate on Moorish land and waters,as filed.

I.**DEFAULT JUDGEMENT:**

**Enter** Default Judgment in favor of Plaintiff per Notice of Deficiency,Lawful Constructive Notice Warning:ECF 2-1.,Pages 10-11 +14-15of 21, UCC Financing Statement unrebutted.

- Default Account on face: $10,850,00 +10,318,000 as to each individual defendants
- Grand Total: $22,328,000.00
- Said amount x100=$2,232,800.00 + to be given Plaintiff at First Hearing,with 736 days for Defendant to respond as of April 27,2026,before mootness for failure to rebut.
- UCC Financing Statement dated OCT 24,2025 $60,000,000.00+ $2,706.000.00

**J. WRIT OF EXECUTION:**

Issue Writ of Execution Immediately upon Default Judgment,authorizing U.S.Marshal to levy,seize,and Satisfy Judgment from Defendants. assets,accounts,and property including Gold in the amount as set in Paragraph (I) and to deposit into Plaintiff Account.

**K. BONDS/ACCOUNT/SURTY:**

Order forfeiture and transfer of all public officer bonds,clerk bonds,judicial bond,and Surety and issuance Accounts of Defendants who breached ministerial duties under L.Civ.R.40.1(B) and 28 USC

Sections 453,per Fidelity & Deposit Co. of Maryland v. Texas,829 S.W.2d923.Transfer bonds proceed to Plaintiff,Capital One Checking Account ending xxxx-xxxx-7606,to satisfy judgment in whole or in part.

**L. REPLACEMENT WITH MINI-HOUSE RESTORED TO THE LAND-22 USC SECTION 288a:**

Order Defendants to replace,at their expense,Plaintiff's destroyed dwelling with a Mini-House/replacement dwelling of equal or greater value,fully equipped with a stove,pots,pans,food storage,medical storage,clothing storage,Mail Box,and necessities,and restore Plaintiff to the land at 603 North Delaware Avenue Median running water,lights Wi fi sewage system and bunker room or to a suitable location of Plaintiff's choice,with full rights of occupancy,Cite 22 USC Section 288a-International Organizations Immunities/Treaty rights,Full Faith and Credit,Art.IV Sec.1,De Jure Moorish American National Status,Sui Juris.

M. Jury Instructions

N Attorney Fees

O. Grant such other and further relief as this Court deems just ,including trial by jury and judge,and preservation of the flash drive in Chambers.

That I Noble Drew Ali Ip,Sur juris, Affirm that the above 61 pages statements are true and correct,and complete to the best of my knowledge,under the Supreme Law Of the Land,ECF 2-1,Submitted under the Penalty of Perjury(28 USC 1749 ) With the Necessary Corrections need there be any, Executed on Friday November 13, 2026 Peace.

Noble Drew Ali ip

Without Prejudice

Affiant NOBLE DREW ALI IP
603 N Delawara Ave
Philadel[hia, PA near 19123
267-768-0130
alinobledrew184@gmail.com



USDC-EDPA REC'D CLERK
2026 NOV 16 PM4:58