2026 JUN 29 AM 11:45 USDC-EDPA RECEIVED CLERK

RECEIVED 4-16-2026

# NOTICE

You are not authorized to use the location of Delaware & Spring garden to erect a tent or other structure, or to otherwise encamp or stay, at this location. The conditions violate Philadelphia Code Titles:
(Check all that apply)

☐ Title 4: Building Construction and Occupancy Code
☐ Title 6: Health Code
☐ Title 10-611: Individual Conduct and Activity
☐ Title 14: Zoning and Planning

Accepted For Value

**You must remove your property and leave this location by no later than 4.22 2026. Occupying this space after 4.22-2026 is not permitted.**

If you would like to seek assistance from the City of Philadelphia in finding alternative shelter, medical assistance, or other treatment, please call: Homeless Outreach anytime at 215-232-1984 or the Department of Behavioral Health and Intellectual disAbility Services member hotline at 888-545-2600. If you do not have access to a telephone, you may reach the City by going to 1430 Cherry Street or 804 North Broad Street, Monday-Friday, 7AM -5PM.

2026 NOV 16 PM 1:58 USDC-EDPA RECEIVED CLERK

This encampment and the conditions in and around the encampment violate the Philadelphia Code, create a public nuisance, and otherwise endangers the life, health, safety, and welfare of the encampment residents, the surrounding community, and the general public for the following reasons:

| CODE SECTION, REGULATION, OR PUBLIC NUISANCE CONDITIONS | CONDITIONS OBSERVED (check all relevant) | SHORT DESCRIPTION OF CONDITIONS OBSERVED AND DATE |
|---|---|---|
| Title 4: Building Construction and Occupancy Code | ☐ Did not obtain building permits for tent/structure<br>☐ Did not obtain zoning permits for tent/structure<br>☐ Did not obtain certificate of occupancy for tent/structure<br>☐ Other | |

1/3

[signature]

AFFIDAVIT EXHIBIT DRWC (1)

| | | |
|---|---|---|
| | ☐ Improperly discarded needles<br>☐ Rats/rodents present<br>☒ Trash/debris<br>☒ Air quality issues due to smoking indoors<br>☒ Lack of handwashing facility<br>☐ Other | |
| Title 10-611: Individual Conduct and Activity | ☒ Unreasonable obstruction of sidewalk access<br>☐ Preventing navigation of sidewalk by foot or wheelchair<br>☐ Members of the public are prevented from navigating sidewalk and are pushed into street for passage<br>☐ Other | |
| Title 14: Zoning and Planning | ☐ Area is not zoned for outdoor living accommodations.<br>☒ Area is not zoned for residential uses<br>☐ Other | |
| Public Nuisance Activity | ☒ Human Waste<br>☒ Public Drug Use or public intoxication<br>☐ Improperly discarded needles<br>☐ Obstruction of a community amenity<br>☒ Area is not zoned for outdoor living accommodations.<br>☐ Public nudity<br>☐ Public performance of sexual acts<br>☐ Other | |

The conditions pose an immediate hazard and danger to the life, health, safety, and welfare of the individuals in the tents, the nearby residents, local businesses, first responders, and the public at large. Immediate compliance is necessary to protect the public health, safety, and welfare.

AFFIDAVIT EXHIBIT DRUG

2/3 APPendix B 4

The conditions pose an immediate hazard and danger to the life, health, safety, and welfare of the individuals in the tents, the nearby residents, local businesses, first responders, and the public at large. Immediate compliance is necessary to protect the public health, safety, and welfare.

You must remove your property and personal belongings and leave this location as soon as possible but by no later than 4-22-2026 at 9 a.m./p.m. Abandoned property, property deemed hazardous, and debris remaining at this location will be removed by the City of Philadelphia on 4-22-2026 at 9 a.m./p.m.

Non-hazardous personal belongings and personal property, as designated by the City of Philadelphia in accordance with the chart below, will be stored by the City for no more than 30 days. All stored personal belongings and personal property not retrieved within 30 days will be considered abandoned and will be disposed of permanently. Debris and property deemed a hazard to the public health, safety, or welfare will be destroyed immediately. Examples of personal belongings and personal property versus examples of debris and hazardous property are as follows:

| PERSONAL BELONGINGS/PROPERTY | DEBRIS AND HAZARDOUS PROPERTY |
|---|---|
| • Tents | • Unsanitary or infested clothing, bedding, or tents and other items determined by the City to be a threat to public and/or municipal workers' health, safety, or welfare |
| • Stoves and grills | • Newspapers and cardboard |
| • Pots, pans, and cooking utensils | • Loose paper and plastic debris |
| • Medicine | • Food or other perishable items |
| • Sleeping bags and blankets (must be sanitary and not infested) | • Garbage |
| • Clothing (must be sanitary and not infested) | • Empty cans, bottles, and scrap metal |
| • Backpacks | • Combustibles |
| • Hand-held tools | • Drug paraphernalia |
| • Personal transport device | • Shopping Carts |
| • Vital documents, files, and folders | |

APPENDIX
B1

3/3

AFFIDAVIT
EXHIBIT
[illegible]
DRWC

1

Accepted For Value




AFFIDAVIT
EXHIBIT
1

14




Accepted For Value

AFFIDAVIT EXHIBIT 10

[redacted]

**From:** Noble Drew Ali Ip <alinobledrew184@gmail.com>
**Sent:** Monday, April 20, 2026 2:18 PM
**To:** Eref, SSH
**Subject:** Fwd: Voter Registration Application Status 42450736

---------- Forwarded message ---------
From: <STSVCOMP001@pa.gov>
Date: Fri, Apr 17, 2026, 11:15 AM
Subject: Voter Registration Application Status 42450736
To: <ALINOBLEDREW184@gmail.com>

**To: ALINOBLEDREW184@GMAIL.COM**

**From: STSVCOMP001@pa.gov**

**Reply-To: DO-NOT-REPLY.**

USDC-EDPA REC'D CLERK
2026 NOV 16 PM4:58

Dear NOBLE DREW ALI IP,

The PHILADELPHIA County Voter Registration Office received your voter registration application on 02/17/2026. Your application was approved and you will be receiving a new voter ID card containing your polling place information.

If you have any questions regarding your application, please contact the PHILADELPHIA County Voter Registration Office at (215) 686-VOTE.

Thank you.

Accepted For Value

AFFIDAVIT
EXHIBIT
2

VIA CERTIFIED MAIL-RETURN AND ONLINE AT USPIS.GOV/REORT

NOBLE DREW ALI IP
925 Dickinson Street Unit 2434
Philadelphia,Pa 19147
267 768 0130
alinobledrew184@gmail.com

To: Postal Inspector In Charge
U.S. Postal InspectionServilce
Philadelphia, Division
P.O.Box 3003
Philadelphia,PA 19104-3003

USDC-EDPA REC'D CLERK
2026 OCT 23 PM5:05

AND
USPS Consumer Affairs
Philadelphia District
3190 S. 70th Street
Philadelphia,PA 19153

Accepted For Value

RE:FORMAL COMPLAINT- MAILBOX SEIZURE /OBSTRUCTION/
WILLFUL DEPRIVATION OF MAIL RIGHTS UNDER COLOR OF CITY LAW
VICTIM: NOBLE DREW ALI IP
ADDRESS: 603 N. Delaware Avenue, Philadelphia ,PA 19123
FEDERAL CASE: 2:26-CV-02764-KBH(e.d.pa) 7 THIRD CIRCUIT 26-2894

USDC-EDPA REC'D CLERK
2026 NOV 16 PM4:58

Dear Postal Inspector:

I,NOBLE DREW ALI IP,file this formal criminal complaint for Obstruction,seizurew, and theft of U.S.Mail/Possession of stolen mail under

-18 U.S.C.:Sections 242 +39 USC 101- willful Deprivation of Mail rights under color of City Law
-18 U.S.C.1701-obstruction of mail
-18 USC section 1708-Thief of Mail/Possession of stolen mail

USPS 1/3

AFFIDAVIT
EXHIBIT
2(a)

-18 U.S.C. Section 401-Obstruction of postal service
-18 U.S.C. Section 1962 RICO Conspiracy to deprive Mail Rights

FACTS:

1 DOMICLE: My lawful domicile is 603 N. Delaware Avenue,Philadelphia,PA [near] 19147 375 feet of median land,I have established domicile by physical presence,intent to remain, and voter registration at said address WARD FIVE ECF 2-1 In 2:26-cv-02764 describes my land interest as land owner to same.See Flash Drive Exhibits held in Judges Chambers.see attach 603 U.S. MAIL BOX posted on my land.

2. VOTER REGISTRATION CARE- MISSING MAIL: I applied for and am awaiting my update Voter Registration care from PhiladelphiaCity Commissioners,to be delivered via US Postal Services to 603 N Delaware Avenue,Philadelphia PA near 19147.Said care has not been received via USPS.?

3. MAILBOX SEIZURE WITHOUT COURT ORDER: The mailbox /mail receptacle at 603 N. Delaware Avenue has been seized,removed,blocked,or madeInaccessible by unknown persons,/property management/ city agents. This seizure prevents USPS delivery of my mail,including my Voter Regitration Card and court notice for2:26-cv-02764-KBH,

4 DATE OS SEIZURE; ON WEDNESDAY APRIL 22,2026 @*8:30. -10AM

5.PREVENTION OF DOMICULE: The seizure prevents me from establishing and maintaining domicile and receiving federal and State mails at 603 N Delaware Avenue.For Cause

EVIDENCE-FLASH DRIVE EXHIBIT HELD IN JUDGES CHAMBERS

Exhibit 1. Photo of 603 N. Delaware Avenue showing address and domicile

Exhibit 2 Voter Registration Application/Receipt for 603 N Delaware Ave

Exhibit 3. USPS Informed Delivery screenshot showing expected Voter Card

Exhibit 4. Photo of Seizure/blocked/missing mailbox at 603 N Delaware Ave

Exhibit 5- ECF 2-1 land description - Moor's / Noble Drew Ali Ip LandlordsEstate.

Accepted For Value

USDC-EDPA REC'D CLERK
2026 NOV 16 PM4:59

USPS 2/3

AFFIDAVIT
EXHIBIT
2 CD

REQUESTED RELIEF:

a) Open Criminal investigaton for mailbox seizure at 603 N Delaware Avenue 19123
b) Order immediate restoration of mail deliver andmailbox access
c) Locate and deliver my updated voter Registration Card
d) Issue Incident/ Investigation Report with Court order authorizing seizure of U.S.Mailbox that I can file as Exhibit
e) Refer to U.S.Attorney for prosecution under 18U.S.C. Sections 242,241,1701,1708,1962,if warranted

I declare under penalty of perjury under 28 USC Section 1746 that the foregoing is true and correct submitted with the necessary corrections need there be any Executed on

USDC-EDPA REC'D CLERK
2026 OCT 23 PM5:05

Respectfully,

[signature]

Without Prejudice

Accepted For Value

NOBLE DREW ALI IP,SUI JURIS
Domicile:603 N.Delaware Avenue
Philadelphia,PA near 19123
Mailing:925 Dickinson Streetunit 2434
Philadelphia Pa 19147
267 7687 0130alinobledrew184@gmai.com

Cc;
1.hon kelly b.hodge,U.S. District Court,E.D.Pa.
2. Philadelphia cITY cOMMISSIONERS-VOTER rEGISTRATION 520 N. Spring Gardem 5th Floor Philadelphia PA 19123
3.U>S>Attorney,Eastern District of Pennsylvania

USDC-EDPA REC'D CLERK
2026 NOV 16 PM4:59

Encl:Photos =

US PS 3/3

AFFIDAVIT
EXHIBIT
2(a)

UNITED STATES EASTERN DISTRICT
COURT 2:26-CV-02764
Philadelphia PA 19107

Accepted for Value

PHILADELPHIA PA

NOBLE DREW ALI IP
603 N. DELAWARE AVENUE
Philadelphia PA 19123

AFFIDAVIT
EXHIBIT
3




U.S.
MAIL BOX

Accepted For Value

USDC-EDPA REC'D CLERK
2026 NOV 16 PM4:59

AFFIDAVIT
EXHIBIT
B




Moorish American Vessel Flying Flags Seized on 4/22/2026

Accepted For Value

AFFIDAVIT EXHIBIT 5


AFFIDAVIT
EXHIBIT
5(a)



FRONT ENTRANCE TO Plaintiff Domicile

Accepted For Value

2026 NOV 16 PM4:59
USDC-EDPA REC'D CLERK

AFFIDAVIT EXHIBIT 6



Accepted For Value

FRONT

Seized on
4/22/2026
By D RWC

USDC-EDPA REC'D CL
2026 NOV 16 PM4:5

AFFIDAVIT
EXHIBIT
6(B)




USDC-EDPA REC'D
2026 NOV 16 PM4

INSIDE
Domiche

Accepted For Value

AFFIDAVIT
EXHIBIT
7



Accepted For Value

LIVING IN SIDE Plaintiff Domicile

USDC-EDPA REC'D CL
2026 NOV 16 PM5:0

AFFIDAVIT EXHIBIT

8



Accepted For Value

First Crop

USDC-EDPA REC'D CLERK
2026 NOV 16 PM5:00

AFFIDAVIT
EXHIBIT
9



Cheer Tree

Accepted For Value

USDC-EDPA RECD CLERK

Exhibit

10



AUCTION OFF
at $22,000,000
each x 9 =
$198,000,000

Accepted For Value

RECD CLERK
NOV 16 PM5:00

2026 NOV 16 PM5:00
USDC-EDPA REC'D CLERK

Noble Drew Ali ip
925 Dickinson Street unit 2434
Philadelphia, PA [19147]
267-324-1254
alinobledrew185@gmail.com

Accepted For Value

July 9,2024

TO: the Honorable Mayor Cherelle Parker Bey and City of Philadelphia Officials,

Commissioner Omar Sobir, Commissioner Lisa M Deeley, Commissioner Seth Bluestein, City Council President Kennyatta Johnson, and City Council Members Mark Squilla(D1),Jamie Gauthier (D3),Curtis Jones JR.(D4),Jeffery Young Jr. (D5),Michael Drisoll (D6),Quetcy Lozada (D7),Cindy Bass (D8),Anthony Phillips (D9),Brian J. O'Neill (D10), Kendra Brooks, Rue Landau, Niña Ahmad, Jim Harrity, Isaiah Thomas, Nicolás O'Rourke, Katherine Gilmore; Director Of Finance: Rob Dubow, County Clerk: Idee Fox, City Commissioner Deeds of Records: James Leonard; Jacqueline Dunn Treasurer, District Attorney ;Larry Krasner.

1400 John F. Kennedy Road Philadelphia, Pennsylvania, [ 19107 ]

Pursuant to Article I Section 4-106 Information & Complaint Section 9-102 Notice to Incumbent, And Chapter 9.-3508 Private Rights of Action. Enclosed. Please find the following documents...........

AFFIDAVIT
EXHIBIT
12




AFFIDAVIT EXHIBIT 13

AFFIDAVIT EXHIBIT 13

Accepted For Value

## ARTICLE IV - DIRECTORS

Powers. The Directors shall manage the affairs of the Corporation and have the power and duty to set policies, to make rules and regulations for its governance and for the governance of committees, and to make rules and regulations for the conduct of the business of the Corporation. In addition to the powers and authorities expressly conferred by these By-Laws, the Directors may exercise all such powers of the Corporation and do all such lawful acts and things not prohibited by statue or by the Articles of Incorporation or these By-Laws.

Composition of Board of Directors. The Board of Directors shall consist of six (6) Class A Directors and ten (10) Class B Directors.

Class A Directors. The six (6) Class A Directors of the Corporation shall be Directors of the Corporation by reason of the office which they hold. The Class A Directors shall consist of:

1) the Mayor of the City of Philadelphia;

2026 JUN 29 AM11:47 USDC EDPA CLERK

2) the Commerce Director of the City of Philadelphia;

3) the Executive Director of the Philadelphia City Planning Commission;

4) the CEO of the Greater Philadelphia Chamber of Commerce;

5) the President of the Philadelphia Industrial Development Corporation;

6) a representative of the Central Delaware Advocacy Group

Accepted For Value

The following Class A Directors, by notice in writing to the Corporation, may designate an alternate who can act in his/her place and stead as a Class A Director, as a member of the Executive Committee or any other committee of the Board of Directors: The Mayor of the City of Philadelphia, the CEO of the Greater Philadelphia Chamber of Commerce, and the President of the Philadelphia Industrial Development Corporation. In the absence of these Class A Directors from a meeting of the Board of Directors, his/her designated alternate may attend such meeting and exercise at the meeting the powers of the absent Class A Director.

Class B Directors. Class B Directors should possess expertise in e specialized areas, including but not limited to: Planning; Architecture/ Architecture; Design; Engineering; Banking/Finance; Law; Real Estate I Estate Management; Programming/Arts/Entertainment; Community/Sr

AFFIDAVIT EXHIBIT ARTICLE XIV 14

2026 NOV 16 PM 2:00 USDC-EDPA REC'D CLERK

# BOARD OF DIRECTORS

## Delaware River Waterfront Corporation Board of Directors

**Jay R. Goldstein, Board Chairman**

**President of Spring Garden Lending; Chair and CEO, Spring Garden Capital Group**

Jay Goldstein is the Chief Executive Officer and Chairman of Philadelphia-based Spring Garden Capital Group, which offers an array of financial products and advisory services designed to support real estate entrepreneurs in Baltimore, Washington, DC, Pittsburgh, and their surrounding markets.

In 2005, Goldstein founded Valley Green Bank. Before merging with Univest Bank and Trust Co. in 2015, Valley Green Bank had $425 million in assets and three branches in Philadelphia. Before Valley Green Bank, Goldstein was a partner at the law firm Kleinbard where he served as Chairman of the Emerging Business Practice Group. Currently, Goldstein is of Counsel at Kleinbard. As a graduate of the American University, Washington College of Law, he began his legal career as an associate with the Philadelphia law firm of Wolf, Block, Schorr & Solis-Cohen in the Corporate Department.

Goldstein also serves on the board and is the Chair of the Loan Committee of the Philadelphia Industrial Development Corporation (PIDC) and is on the board of the Committee of Seventy.

**Karen Fegely**

**Acting Commerce Director, City of Philadelphia**

Karen Fegely is Acting Commerce Director for the City of Philadelphia. In addition, she continues to lead the Commerce Office of Policy and Strategic Initiatives which involves engaging the business community, economic development partners, and elected officials to put forth policy, legislation, and communications that support inclusive growth. Karen's team is on point for Mayor Parker's new PHL Open for Business initiative. Previously, Karen led Commerce's Office of Neighborhood Economic Development and Business

Affidavit Exhibit 14

2026 NOV 16 PM5:00
USDC-EDPA RECD CLERK









# BYLAWS

**DELAWARE RIVER WATERFRONT CORPORATION**

**A Pennsylvania Nonprofit Corporation**

Accepted For Value

**By-laws**

**Amended and Restated and Adopted October 31, 2014**

**ARTICLE I - PURPOSES**

Purpose. The Corporation is hereby organized, and shall at all times be operated exclusively for the benefit of the City of Philadelphia for the express purpose of lessening the burdens of the City of Philadelphia. The Corporation shall only take such actions, and engage in such activities, as would be appropriate and proper for the City to take or engage in as part of its stewardship of the waterfront for exclusively public purposes, and the Corporation will work to provide a benefit to all of the citizens of the City regardless of race or economic status. To this end, the Corporation will only engage in private commercial activities when doing so will help the City as a whole. This is not meant to limit the Corporation from engaging in any particular action, but rather to require the Corporation to articulate how its actions will benefit the City, and to allow input from State and City officials.

AFFIDAVIT EXHIBIT 14

**ARTICLE II - OFFICES**

Registered Office. The registered office of the Corporation shall be 121 N. Columbus Boulevard, Philadelphia, PA 19106-1403.

Services, implementing community development and wealth-building programs and direct assistance to small businesses, as well as capital improvements to commercial corridor streetscapes around the city. She has over 20 years of experience working in the public and private sectors to strengthen businesses and communities. Prior to joining the City, Karen's early career included retaining and growing manufacturing in Philadelphia, Black family farms in Arkansas, and affordable housing in the Bronx.

**Obra S. Kernodle IV, Board Vice Chairman**

**Commissioner, Pennsylvania Gaming Control Board**

Born and raised in Philadelphia, Obra S. Kernodle IV is a graduate of Roman Catholic High School. He obtained his Bachelor of Arts in Education from Florida Agricultural & Mechanical University in 2002.

Kernodle played a key role in the Wolf campaign as both deputy Campaign Manager and Political Director. Before he was appointed a member of Governor Wolf's senior staff, he was a senior advisor for Governor-elect Tom Wolf's transition team.

Before joining the Wolf for Governor campaign, Kernodle worked in Philadelphia Mayor Michael Nutter's Administration as Deputy of Legislative Affairs, helping to coordinate the city's Actual Value Initiative. In 2012, he was part of President Obama's reelection effort as the Pennsylvania Southeast Political Director. He previously served as the Political Director for both Mayor Nutter's 2011 reelection bid and District Attorney Seth Williams' race in 2009.

Kernodle is currently serving a three-year term as Commissioner of the Gaming Control Board and sits on the boards of Southern Pennsylvania Transportation Authority (SEPTA), African American Museum, Visit Philadelphia, and Welcome America.

**Michael DiBerardinis**

**Former Managing Director for the City of Philadelphia**

Michael DiBerardinis is the former Managing Director for the City of Philadelphia. In this role, he reported directly to the Mayor and oversaw and coordinated activity across most major operating departments of city government.

Before becoming Managing Director, DiBerardinis served as Deputy Mayor for Environmental and Community Resources. In that role, he provided leadership for departments that managed more than 10,000 acres of land, 150 recreation centers and playgrounds, 150 neighborhood and regional parks, 54 library branches, and thousands of programs and events throughout Philadelphia.

AFFIDAVIT
EXHIBIT
14

As Commissioner of the Department of Parks and Recreation, he raised over $34 million in government grants, philanthropic funding, and private partnerships; oversaw the merger of the Fairmount Park Commission and the Department of Recreation; renovated City-owned ice skating rinks; restored summer swimming season at all public pools and expanded outdoor recreation offerings.

At his core, DiBerardinis remains the community organizer he was in the 1970s, deeply committed to connecting with citizens—understanding their expectations, considering their solutions, negotiating their contributions—and providing the good government that all Philadelphia neighborhoods deserve.

**Avi D. Eden**

**Consultant with a background in finance and law**

Avi Eden is currently the Director of Bel Fuse, Inc., a manufacturer of electronic components for the computer, networking, and telecommunication industries, and an Investor with the Mid-Atlantic Angel Group. From 1996 to November 2003, he served as Executive Vice President and Vice Chairman of the Board of Vishay Intertechnology with headquarters in Malvern, PA, operations in 17 countries, and 20,000 employees. Formerly, Eden worked in private legal practice, as a small business management advisor, as an attorney for Montgomery, McCracken, Walker & Rhoads, and as legal counsel to Vishay. A graduate of Harvard Law School, he is also on the Board of Directors for the AIDS Law Project of Pennsylvania, a Democratic Committee Person for the 8th Ward, a member of the United Way Tocqueville Society, and a member of the Center City Residents Association.

**John Mondlak**

**Interim Director of Planning & Development, City of Philadelphia**

John Mondlak is the Interim Director of the City of Philadelphia's Department of Planning and Development (DPD). Previously, he served eight years as a Deputy Director for Development Services in the Department of Planning and Development. Before that, he led the Division of Development Services within the Department of Commerce from 2011 through 2015. Mondlak began his career with the City in 2000 as an attorney in the Law Department, where he later served as Divisional Deputy City Solicitor for Real Estate & Economic Development. Before joining the City, he practiced civil litigation in Philadelphia and held positions in private industry. Over the years, Mondlak has taught courses in real estate, intellectual property, and, legal research and writing. He is the father of three teenagers and a founding member of the Philadelphia Ukulele Orchestra.

AFFIDAVIT EXHIBIT 14

**William (Bill) P. Hankowsky, Secretary**

**Former Chairman, President, and Chief Executive Officer of Liberty Property Trust**

William (Bill) P. Hankowsky was Chairman, President, and Chief Executive Officer of Liberty Property Trust, until February 2020. Hankowsky joined Liberty in 2001 as Chief Investment Officer, in 2002 was named President and in 2003 appointed Chief Executive Officer and elected Chairman of Liberty's Board of Trustees.

He grew Liberty to be one of the nation's leading REITs with a 112 million square feet logistic portfolio across 24 US markets and the United Kingdom. Liberty was acquired by Prologis in February 2020 for $13B.

Before joining Liberty, he served for 11 years as president of the Philadelphia Industrial Development Corporation (PIDC) and before that served as the City of Philadelphia's Commerce Director. During that time, Hankowsky worked on several noteworthy transactions including the Pennsylvania Convention Center, the Wells Fargo Center, the Navy Base, and new stadiums for the Philadelphia Phillies and Eagles. Before PIDC, Bill worked for the Reading Company, Amtrak, and the City of Camden, N.J.

Hankowsky currently serves on the boards of Citizens Financial Group Inc. (NYSE: CFG), the Greater Philadelphia Chamber of Commerce, the Philadelphia Convention and Visitors Bureau, Philadelphia Shipyard Development Corporation, the Pennsylvania Academy of Fine Arts, the Philadelphia Foundation, and is Senior Advisor to the Alterra Property Group.

He received a Bachelor of Arts degree in economics from Brown University.

**Michael I. Hauptman, AIA**

**AIA Founder, Brawer Hauptman + Larkin Architects**

Michael I. Hauptman was a founding partner of Brawer Hauptman + Larkin Architects. Since 1986, the firm has specialized in the design of healthcare, religious, educational, and community facilities. Healthcare clients include Jefferson, Mercy, Main Line, Delaware Valley Community, Grandview Healthcare Networks, Children's Hospital, and Penn Medicine. BH+L completed Project HOME's first comprehensive wellness center. The firm also specializes in designing churches and synagogues and has numerous projects from New England to New Orleans. Hauptman is a past president of Congregation Rodeph Shalom. He was chair of the Master Planning Task Force, overseeing the design and construction of a major addition to the historic Broad Street building. He currently co-chairs the Facilities Development Task Force, the Art Acquisition Task Force and co-chairs the Capital Projects Task Force. He is an Emeritus Director of the Queen Village Neighbors Association, where he chaired the Zoning Committee for over a decade. Hauptman was

AFFIDAVIT
EXHIBIT
14

2026 NOV 16 PM5:01
USDC-EDPA RECD CLERK

# ATTENTION

## All residents MUST LEAVE this property by:

# August 21, 2025

Accepted For Value

All, **The Office of Homeless Services** will be on scene to offer assistance to those who may need housing or shelter along with the requested assistance of The Philadelphia Police Department on the date of the clean-up. The Office of Homeless Service will not participate in the actual clean up itself.

AFFIDAVIT
EXHIBIT
15

EXHIBIT B #10 (a)

2026 NOV 16 PM5:01 USDC-EDPA REC'D CLERK

Noble Drew Ali,ip
925 Dickinson Street unit 2434
Philadelphia, PA 19147
alinobledrew184@gmail.com
267-338-7606

Accepted For Value

# OUR AUTHORITY

InRe: ADBORIGINAL MOORISH NATIONAL FARM LAND OCCUPING MEDIAN STRIP ON MOORISH SOIL DOMCILIE [NEAR] ZIP ZONE 19123 APPX 375 ft. LONG POINT OF ORIGIN SOUTH DELAWARE BOUNDARY LINE (600) DELAWARE AT THE CORNER OF SPRING GARDEN APPX 17ft IN WIDTH LAND SURVERYOR MARK [245] WEST SIDE OF DELAWARE AVENUE SOUTH BOUND TRAIFIC TO POINT OF DESTITION BOUNDRY LINE AT PENN STREET ONTO EAST DELAWARE AVENUE 11ft IN WIDTH TO EASE DELAWARE NORTH BOUND TRAIFIC DOMCILIE OCCUPIED OVER FOUR YEARS PHIADELPHIAIAN WITH POSTED SIGNS READS PRIVATE PROPERTY NO TREASPASS, KEEP OFF DANAGER NO TREAPASS POSTING VESSEL FLAG MOORISH AND AMERICAN FLAGS OVER MOORISH SOIL MEDIAN STRIP OF MOORISH FARM LAND REPUBLIC UNITED STATE OF AMERICA KINGDOM OF MOROCCO COMMONWEALTH WITHOUT INCIDENT UP TO FRIDAY AUGUST 15,2025 UNLAWFUL TRESPASS, UNLAWFUL POSTING ON MOORISH SOIL AT $15,000 EACH SIGN IN ATTEMPT TO OVER THROW INTERNATIONAL, NATIONAL AND LAND LAWS INTERLOCKING MOORISH PROPERTY VESTED BIRTH RIGHTS, PRILIVIEGES AND IMMUNITIEY RIGHTS AS THE SUPREME LAW OF THE LAND : FOR CAUSE

---

TO ALL WHOM OUR AUTHORITYY OVER MOORISH LAND RIGHTS MAY COME CONCERN.
NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT



AFFIDAVIT EXHIBIT 1B

EXHIBIT B #10(a)

AND ALL UNKNOWN OWNERS,STOCK HHOLDERS AND PARTIES OF INTEREST.

1. The Honorable Cherelle L. Parker,
MAYOR Executive Office RM 215
CITY HALL
1401 John F. Kennedy Blvd
Philadelphia, PA 19107
FAX: 215-686-2180

2. Mr. Mark Squilla Council
CITY HALL :District 1. Rm 332
140 1 John F.Kennedy Blvd
Philadelphia, PA 19107
Fax :215 686-1931

USDC-EDPA REC'D CLERK
2026 NOV 16 PM5:01

3. Mr. Kenyatta Johnson
COUNCIL PRESIDENT
CITY HALL: District 2.RM
Philadelphia, PA 19107
FAX: 215-

4. Mr. Jamie Gauthier , Council
CITY HALL: District 3.
1401 John F Kennedy
Philadelphia, PA 19107
FAX : 215-686-1929

Accepted For Value

5. Mr. Curtis Jones Jr. , Council
CITY HALL : Dist.4 RM 404
1401 John F. Kennedy Blvd
Philadelphia, PA 19107
FAX: 215 -686-

AFFIDAVIT EXHIBIT 16

EXHIBIT B #10(a)

(6) Mr. Jeffery Young, Council
CITY HALL: Dist. 5 RM 586
1401 John F. Kennedy Blvd
Philadelphia, PA 19107
FAX: 215 686-

7. Mr. Mike Driscoll, Council
CITY HALL: Dist.6. Rm 313
1401 John F. Kennedy Blvd
Philadelphia, PA 19107
FAX: 215-686-1934

8. Mr. Quetcy Lozada, Council
CITY HALL Dist. 7 . RM 484
1401 John F. Kennedy Blvd
Philadelphia, PA 19107
FAX: 215-686-1936

9. Ms. Cindy Bass. Council
CITY HALL Dist 8. RM 508
1401 John F. Kennedy Blvd
Philadelphia, PA 19107
FAX: 215-686-1937

USDC-EDPA REC'D CLERK
2026 NOV 16 PM5:01

Accepted For Value

10. Mr. Anthony Phillips, Council
CITY HALL Dist. 9.RM 594
1401 John F. Kennedy Blvd
Philadelphia, PA 19107
FAX: 215 -686-1938

11. Mr. Brian J. O'Neill, Council
CITY HALL: Dist.10. RM 562
1401 John F>Kennedy Blvd
Philadelphia, PA 19107
FAX: 215 -686-1939

AFFIDAVIT EXHIBIT 16

12. MS. Katherine Gilmore Richardson,
CITY HALL: Council At-Large RM 581



83

EXHIBIT B# 10(a)

1401 John F. Kennedy Blvd.
Philadelphia, PA 19107
FAX: 215-686-1926

13. Mr. Rue Landau,
CITY HALL: Council At-Large Rm592
1401 John F. Kennedy Blvd
Philadelphia, PA 19107
FAX:215- 686-3421

14. Mr. Nicolas O'Rourke
CITY HALL: Council At-Large RM319A
1401 John F. Kennedy Blvd
Philadelphia, PA 19107
FAX: 215-686-

USDC-EDPA RECD CLERK
2026 NOV 16 PM5:01

15. Mr. Kendra Brooks
CITY HALL Council At-Large
1401 John F. Kennedy Blvd
Philadelphia, PA 19107
FAX: 215-686-1933

Accepted For Value

16. Mr. Nikki Walton, Clerk
CITY HALL RM154
1401 John F. Kennedy Blvd
Philadelphia , PA 19107
FAX:215-686-1776

17. Mr. John Sabatina, Clerk
CITY HALL :Register of Wills
1401 John F. Kennedy Blvd
Philadelphia , PA 19107
FAX: 215-686-6268

18. Mr. Christy Brady
CITY HALL Controller RM
1401 John F. Kennedy Blvd
Philadelphia, PA 19107

AFFIDAVIT EXHIBIT 16

Case 2:26-cv-02764-KBH Document 2-1 Filed 04/27/26 Page 23 of 66

EXHIBIT B #10(a)

19. Ms. Rochelle Bilal, SHERIFF
Philadelphia County
100 S. Broad Street 5th fl
Philadelphia, PA 19110
215-686-3565

20. Mr. Kevin J. Bethel, CHIEF
CITY HALL: POLICE COMMISSIONER
400 N. Broad Street
Philadelphia, PA 19130
Police.commissioner@phila.gov

21. Ms. Idee Fox ,Clerk
CITY HALL: COUNTY CLERK RM 385
1401 John F. Kennedy Blvd
Philadelphia , Pa 19107
215-686-6250

22. Mr. Omar Sabir,Chairmen
CITY HALL City Commissioner(s) RM
1401 John F. Kennedy Blvd
Philadelphia, Pa ,19107
215-587-9107

USDC-EDPA RECD CLERK 2026 NOV 16 PM5:01

23. Ms. Lisa M. Deeley, Vice Chair
CITY HALL City Commissioner(s) Rm
1401 John F. Kennedy Blvd
Philadelphial PA,19107
215-686 3947

Accepted For Value

24. Mr. Seth Bluestein
CITY HALL Commissioner
1401 John F. Kennedy Blvd
Philadelphia ,PA 19107
215-686-3473

AFFIDAVIT EXHIBIT 16

25. Mr. Lawrence Krasner
District Attorney

Case 2:26-cv-02764-KBH Document 2-1 Filed 04/27/26 Page 24 of 66

EXHIBIT B #10 (a)

3.South Penn Square
Philadelphia, PA 19107
215-686-8000

26. Law Enforcement Agencies
Philadelphia Police Department
750 Race Street
Philadelphia , Pa 19106
215-

27. Director
Office of Homeless Services (OHS)
1401 John F. Kennedy Blvd 10th ft.
Philadelphia PA 19107

28. JOHN DOES
Other Relevant Parties;Posters of "Attentioi"
Unknown Owners in Djuspute
Any parties claming ownership or interest in the
Median Strip of Moorish Farm Land should be
Notified address phone numbers unknown

USDC-EDPA REC'D CLERK
2026 NOV 16 PM5:02

29. The Honorable Nikil Saval, Senator
District One
1434 Germantown Avenue
Philadelphia, Pa 19122
215 952- 3119 Fax TBD

Accepted For Value

30. DIRECTOR
HOMELAND SECURITY Philadelphia Field Office
U.S. Immigration and Customs Enforcement (ICE)50
114 North 8th Street
Philadelphia , PA 19107
215 656-7164

AFFIDAVIT EXHIBIT 16

31. Court Of Common Pleas Landlord /Tenant
1339 Chestnut Street 10th Fl
Philadelphia, Pa 19107



6

Case 2:26-cv-02764-KBH Document 2-1 Filed 04/27/26 Page 25 of 66

EXHIBIT B # 10(2)

215 686-7987-215 686-2910

PENNSYLVANIA EXECUTIVE OFFICE OF GOVERNOR DEPARTMENT

32. The Honorable Josh Shapiro, Governor
    501 North 3rd Street
    508 Main Capital Bldg
    Harrisburg, PA 17120
    717-787-2500

33. Mr. Al Schmidt Secretary of State
    DEPARTMENT OF STATE
    206 North Office Building
    Harrisburg, PA 17120
    Fax: 717 783 2244

34. Ms. Janelle Hawthorne,
    RIGHT TO KNOW
    Office of Open Records Officer
    401 North Street RM 306
    Harrisburg, PA 17120
    Fax 717 317 5340

USDC-EDPA REC'D CLERK
2026 NOV 16 PM5:02

35. Mr. Randle Yeager, Director
    Office Of Human Resources and Finance
    2 South Second Street 5th ft.
    Harrisburg, PA 17120
    717 257 6230

Accepted For Value

36. Colonel Christopher Paris, Director
    Pennsylvania Department of Police
    1800 Elmerton Avenue
    Harrisburg, PA 17110
    717 783 5600

37. Clerk Office of Legislative Affairs
    401 North Street, Rm 302
    Harrisburg, Pa 17120

AFFIDAVIT EXHIBIT 16



12/

Case 2:26-cv-02764-KBH Document 2-1 Filed 04/27/26 Page 26 of 66

EXHIBIT B #16(a)

717 787 6458

38. Donald John Trump,
WHITE HOUSE OFFICE OF PRESIDENT
1600 Pennsylvania Avenue
Washington District of Columbia 20500
202456 2461

39. Mr. Antony Blinken Secretary of State
U.S. DEPARTMENT OF STATE
2201 C Street NW
Washington DC 20520
202 647 4000

40. Mr. Merrick Garland
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania avenue NW
Washington DC 20530
2024 2000

USDC-EDPA REC'D CLERK
2026 NOV 16 PM3:02

Accepted For Value

41. Office Of Homeless Services (OHS)
CITY HALL MAIN OFFICE
1401 John F.Kennedy Blvd,10th ft.
Philadelphia, PA 19107.

AFFIDAVIT EXHIBIT 16





131

Case 2:26-cv-02764-KBH Document 2-1 Filed 04/27/26 Page 27 of 66

EXHIBIT B #10(2)

SUBJECT: PRIVATE ADMINISTRATIVE REMEDY/REDRESS GRIVANCE ON MOTION TO INFORM INTERLOCKING REQUEST FOR ATTORNEY GENERAL/DISTRICT ATTORNEY ADVERSE OPINIONS TO ABORIGINAL MOORS VESTED RIGHTS IN THE COMMONWEALTH OF PENNSYLVANIA AS PHILADELPHIAN ETC. FOR CAUSE:

Islam Tuebor:

Here Ye!

USDC-EDPA REC'D CLERK 2026 NOV 13 ...

Yo Honorable PhiladelphiCity Officials Executive Office of MAYOR Parker Bey City Council Members, City Commissionsers Police Commissioner,City Clerk,County Clerk,County Sheriff ,County Executive, City and Tres,urers, Office of the Homeless Pennsylvania Executive Office of Governor,Secretary of State,State Treasurer, State Legislature Representatives and Senitors Executive White House De Facto President DONALD JOHN TRUMP ,UNITED STATES CORPORATION AND CABNETS HEADS,SECRETARY OF STATAE,TRE ASURER, ATTORNEY GENERAL CONGRESS U.S. REPRESENTATIVES AND SENITORS. AND ALL UNKNOWN OWNERS FORIGN AND DOMESTIC INTRUDERS. JUSTICES APPEAL JUDGES,DISTRICT JUDGES,MAGISTRATES JUDGES,COURT ,CLERKS ETC.

Accepted For Value

This Lawful Redress Grievance Private Administrative Remedy Complaint hereby inmbumbent In response to the illegal, fraudent prohibited posting[ Friday august 15,2025] of the attached "Attention" Notice to the Aboriginal Moors Inhabitant Land Owner Occupant trustee to the land to vacate the Premise property on false pretext of Office of homelessness subjugated on aboriginal Moorish Land now in question for Cause, (See attached NOTICE NO TREASPASS ,and PROCLAMATION OF MOORISH INDENPENCE served of the WHITE HOUSE President Joe Biden United States Corporation and the

AFFIDAVIT EXHIBIT 6

EXHIBIT
B # 10(c)

Secretary of State Department of State Record and Proof of Services ). The Moorish Domicle in question is not an Blight scene.four years Upkeep and improvement to its farmland.Delaware Avenue .

NOTICE OF ABORIGINAL MOORISH NATIONALAMERICAN PHILADELPHIAIAN OCCUPANT CLAIM AND DEMAND FOR EMERGENCE RECOGNITION AND REPARATION IN THE AMOUNT OF $ 100 MILLION DOLLARS IN THE NAME OF NOBLE DREW ALI IP NO.10105905 TAX EXAMPT ARTICLE 1, SECTION 2,CLAUSE3, SECTION 10.(CONTRACT ) ARTICLE 4, FULL FAILTH AND CREDIT UNITED STATES CONSTITIUTION AND THE FIRST,FOURTH,FIFTH SIXTH,EIGHTH,NINTH AND TENTH INTERLOCCKING AMENDMENTS U.S. CONSTITUTION. INVOKED.

I Noble Drew Ali ip,Executor/Trustee A boriginal Moorish National American Philadelphiaian Occupant to said land Median Stript hereby assert Moorish vested right claim under the Divine Constitution and By-Laws Governorment of the Moorish Science Temple of America Kingdom of Morocco America.

USDC-EDPA REC'D CLERK
2026 NOV 16 PM3:02

Hereby, assert Moorish Birth and vested Rights,Privileges,and Immunities from the defacto United States Corportion, White House President,Governor City Mayor to the Median Strip of Land located on the South to North Delaware Avenue begieanning at Spring Garden with [ Surveyor mark 245west side of the median strip of land on Delaware Avenue] near 600N Delaware 17ft wide at the Head of Delaware Avenue and Spring Garden down appx 375 ft to Penn Street with 11th wide 375 ft back up ti spring Garden east side of Deleware Avenue Median Strip of Moorish Landdescription point of organ to point of destitation circle Philadelphia near zip 19123 .

This Moorish land is rightfully owned by with us Aboriginal Moorish National American domicidals inhabitants and I the PROPHET NOBLE DREW ALI FOUNDER OF MOORISH HOLDER -IN -DUE COURSE The MANDATE OF THE LAND onshore offshore the Property of the Moorish Science Temple of America Kingdom of Morrocco AMERICA Property Estate. The Beys and Els and Alis of the Royal Moorish Family Trustees are the beneficiaries to same.And I am exercising my Moorish inherent and vested Rights,Privileges,and Immunities; diplomatic or otherwise Free from interference which is the Supreme Law of the Land.

IT IS NOTED: the Attention Notice first used the term (RESIDENTS) as to demish Moorish Status with us Moors are not the residents or resident agents to the city,county union state or U.S.Corporation.

AFFIDAVIT
EXHIBIT
16

EXHIBIT
B # 10(a)

Secretary of State Department of State Record and Proof of Services ). The Moorish Domicle in question is not an Blight scene.four years Upkeep and improvement to its farmland.Delaware Avenue .

NOTICE OF ABORIGINAL MOORISH NATIONAL AMERICAN PHILADELPHIAIAN OCCUPANT CLAIM AND DEMAND FOR EMERGENCE RECOGNITION AND REPARATION IN THE AMOUNT OF $ 100 MILLION DOLLARS IN THE NAME OF NOBLE DREW ALI IP NO.10105905 TAX EXAMPT ARTICLE 1. SECTION 2.CLAUSE3. SECTION 10.(CONTRACT ) ARTICLE 4. FULL FAILTH AND CREDIT UNITED STATES CONSTITIUTION AND THE FIRST,FOURTH,FIFTH SIXTH,EIGHTH,NINTH AND TENTH INTERLOCCKING AMENDMENTS U.S. CONSTITUTION INVOKED.

USDC-EDPA RECD CL ERK
2026 NOV 16 PM5:02

I Noble Drew Ali ip,Executor/Trustee A boriginal Moorish National American Philadelphiaian Occupant to said land Median Stript hereby assert Moorish vested right claim under the Divine Constitution and By-Laws Governorment of the Moorish Science Temple of America Kingdom of Morocco America.

Hereby, assert Moorish Birth and vested Rights,Privileges,and Immunities from the de facto United States Corportion, White House President,Governor City Mayor to the Median Strip of Land located on the South to North Delaware Avenue begieanning at Spring Garden with [ Surveyor mark 245west side of the median strip of land on Delaware Avenue] near 600N Delaware 17ft wide at the Head of Delaware Avenue and Spring Garden down appx 375 ft to Penn Street with 11th wide 375 ft back up ti spring Garden east side of Deleware Avenue Median Strip of Moorish Landdescription point of organ to point of destitation circle Philadelphia near zip 19123 .

This Moorish land is rightfully owned by with us Aboriginal Moorish National American domicidals inhabitants and I the PROPHET NOBLE DREW ALI FOUNDER OF MOORISH HOLDER -IN -DUE COURSE The MANDATE OF THE LAND onshore offshore the Property of the Moorish Science Temple of America Kingdom of Morrocco AMERICA Property Estate. The Beys and Els and Alis of the Royal Moorish Family Trustees are the beneficiaries to same.And I am exercing my Moorish inherent and vested Rights,Privileges,and Immunities; diplomatic or otherwise Free from interference which is the Supreme Law of the Land.

IT IS NOTED: the Attention Notice first used the term (RESIDENTS) as to demish Moorish Status with us Moors are not the residents or resident agents to the city,county union state or U.S.Corporation.

AFFIDAVIT EXHIBIT 16

Accepted For Value



15/

EXHIBIT
B #10(a)

ATTENTION

" ALL RESIDENTS MUST LEAVE THIS PROPERTY" BY AUGUST 21,2025'"

IT FURTHER PRESUMED: All ,The Office of Home;ess Services will be on scence to offer assistance to those who may need housing or shelter along with the requested assistance of The Philadelphia Police Department on the date od the clean up. The Office of Homeless S ervice will not participate in the actual clean up itself."""'

It is Presumed the term Clean up. With the Police Department means unlawful search and Seizure of Moorish Property and displacement enforcement of this "Attention" The term "Clean Up" means TRUE BILL OF SALE as follows.........

TRUE BILL OF SALE

PARTIES INVOLVED:BETWEEN:

USDC-EDPA RECD CLERK
2026 NOV 16 PM5:03

NOBLE DREW ALI IP EXECUTOR/TRUSTEE SELLER, AND MARK SQUILLA,CHERELLE PARKER BEY,KENYATTA JOHNSON,JAMIE GAUTHIER,CURTIS JONES JR.JEFFERY YOUNG,MIKE DRISCOLL,QUETCY LOZADA,CINDY BASS,ANTHONY PHILLIPS,BRIAN J. O'NELL,KATHERINE GILMORE RICHARDSON,NICOLAS O'ROURKE,KENDRA BROOKS,NIKKI WALTON,JOHN SABATINA, CHRISTY BRADY,ROCHELLE BILAL,KEVIN J.

BETHEL, IDEE FOX,OMAR SABIR,LISA M. DEELEY,SETH BLUESTEN, LAWRENCE KRASNER,JOHN DOE,JAMES DOE,JIM DOE,JEFF DOE,JOSH SHAPIRO, AL SCHMIDT,JANELLE HAWTHORNE,RANDLE YEAGER,CHRISTOPHER PAIRS, JANE DIE,JACKI DOE,ANTONY BLINKEN, DONALD JOHN TRUMP,MERRICK GARLAND,JULIE DOE.........

INTERLOCKING BUYERS Addresses of BUYERS set forth above on page 2 to page 8

Terms and conditions

Accepted For Value

AFFIDAVIT
EXHIBIT
16

EXHIBIT 13 # 10(a)

Clean up seizure of Moorish religious, personal equipment's fruit trees, plants etc. property and effects at face value in the amount of $ Sixth ($60,000,000.00 ) Million dollars as is final sale.

*Warranties of guarantees specify in the Attention Notice to purchase on August 21,2025,or any time thereafter taking possession of Moorish property {Sold as is} no return no refund.

*Liability: ALL Liabilities to this Sale is borne to the BUYERS as set forth above.

- Acceptance. Buyers Holders in due course accept the purchase in the amount of ($60,000,000.00) each in the clean up-due course taking possession of property at face value. Seller accept the attention trespass upon Moorish soil in the amount ($60,000,000.)each as is at face value. Buyers accepts the Attention notice as authorizing their signatures to this purchasing contract.

- Additional Requirements to this contract purchase Record Keeping: All Buyers and Seller shall keep a copy of this True Bill Of Sale for their records and for judicial review, determination and appropriate action to the necessary corrections need there be any.

Notarization:

Accepted For Value

STATE OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

USDC-EDPA REC'D CLERK
2026 NOV 16 PM5:03

Sworn and Subscribed to before me, A Notary Public ,and done in my presence,

On this__________ ________day of __________,2025

Signature of Notary Public

AFFIDAVIT EXHIBIT 16

Printed Name of Notary Public

Notary Commission Expires:__________ ____________________

Case 2:26-cv-02764-KBH Document 2-1 Filed 04/27/26 Page 31 of 66

EXHIBIT B # 10(a)

Signature of Seller ; [wop]

SELLER'S SIGNATURE:

Noble Drew Ali ip

BUYERS SIGNATURES IS THE POSTING OF ATTENTION

Buyers signatures is borne to the posting and servicing their "Attention" Notice to vacate the premise with out positive Identifications of the unknown owners depriving Seller to confront the claim of ownership over aboriginal Moorish National domicile Median farm land bearing fruits trees etc. Olive trees Soursop trees, Banana Tree, water melon vines, etc. .......

Buyers signature s is the "Attention: sign posted for the purchase via John Doe Issuer Resident agents for DONALD JOHN TRUMP entered in action Friday August 15,2025. For Cause.

APPROVED

USDC-EDPA REC'D CLERK 2026 NOV 16 PM5:03

NOTICE OF LANDOWNER CLAIM OF VESTED RIGHTS,PRIVILEGES,AND IMMUNITIES FROM THE DE FACTO UNITED STATES CORPORATION DONALD JOHN TRUMP EXECUTIVE ORDER WAR ON THE ABORIGINALS ON THE POOR AND NEEDY AND HOMELESS INHABITANTS IN NORTH AMERICA, CLAIM OF OWNERSHIP OVER VESTED RIGHTS,PRIVILEGES AND IMMUNITIES INCLUDING MOORISH VESTED RIGHTS TO A SPECIFIC MEDIAN STRIP OF LAND LAWFULLY OCCUPIED FOR THE LAST PASS FOUR OR MORE YEARS; [near] ZIP CODE 19123 AREA BY 600 N. DELAWARE AVENUE PARTICULARY ON THE SOUTH DELWARE AVENUE BEGINNING AT AND BETWEEN SPRING GARDEN STREET AND DOWN TO PENN STREET.RANGE THE PROCLAMATION DOCUMENT REFERENCE AN 8 PAGE ATTACHED SERVED ON PRESIDENT JOE BIDEN AND HIS SECRETARY OF STATE FILED WITH THE DEPARTMENT OF STATE 2201 C STREET WASHINGTON DISTRICT OF COLUMBIA AND A NOTICE OF PRIVIATE LAND PROPERTY ESTATE HAD STANDING NO TREAPASSING SIGNS POSTED FOR THE PASS FOUR YEARS WITH AND FLYING VESSEL FLAGS OF NATIONS THE MOORISH AND AMERICAN FLAGS AFFIXED TO THE TREES THEREUPON POSTED WHEN ATTENTION" SIGN TREAPASSED TO UNLAWFULLY DISPLACE MOORISH ABORIGINAL NATIVE TO THE LAND TO AGENT IS NOTICE TO PRINCIPAL. NOTICE TO PRINCIPAL OF LANDOWNRER CLAIM OF VESTED RIGHTS,PRIVILEGES AND IMMUNITIES FROM THE DE FACTO UNITED STATES CORPORATION DONALD JOHN TRUMP EXECUTIVE ORDER WAR ON THE

Accepted For Value

AFFIDAVIT EXHIBIT 16

EXHIBIT B #10

2026 NOV 16 PM5:02 USDC-EDPA REC'D CLERK

ABORIGINALS ON THE PPOOR AND NEEDY AND HOMELESS INHABITANTS INNORTH AMERICA,CLAIM OF OWNERSHIP VESTED RIGHTS TO A SPECIFIC MEDIAN STRIP OF LAND LAWFULLY OCCUPIED FOR THE LAST PASSS FOUR OR MORE YEARS; [NEAR] ZIP CODE 19123 AREA BY 600 N. DELAWARE AVENUS PARTICULARY ON THE SOUTH DELWARE AVENUE BEGINNING AT AND BETWEEN SPRING GARDEN STREET AND DOWN TO PENN STREET RANGE THE PROCLAMATION DOCUMENT REFERENCE AN 8 PAGE ATTACHED SERVED ON PRESIDENT JOE BIDEN AND HIS SECRETARY OF STATEFILED WITH DEPARTMENT OF STATE2201 C. STREET WASHINTON DISTRICT OF COLUMBIA AND NOTICE OF PRIVATE LAND PROPERTY ESTATE HAD STANDING NO TREAPASSING SIGNE POSTED FOR THE PASS FOUR YEARS WITH FLYING VESSEL FLAGS FO NATIONS THE MOORISH AND AMERICAN FLAGS AFFIXED TO THE TREES THEREUPON POSTED WHEN " ATTENTION '" SIGNS TREAPASSSED TO UNLAWFULLY DISPLACE MOORISH ABORIGNAL NATIVE TO THE LAND TO PRINCIPAL IS NOTICE TO AGENTS, AND ALL UNKNOWNOWNERS,STOCKHOLDERS,ATTORNEYS,BAILIFF,PRESIDENTS,GOVERNORS, MAYORS, REPRESENTATIVE,SENITORS,CLERKS, JUSTICES,JUDGES,MAGISTRATES, SHERIFFS,SECRETARIES,ASSIGNS,CONTRACTORS, PUBLIC AND PRIVATE SERVANTS,EMPLOYERS ,EMPLOYEES,COUNTY EXECUTIVES, AND ALL PARTIES OF IINTEREST FOR CAUSE..

Accepted For Value

KEY Aspect to this True Bill Of Sellon Notice includes:

- The Specific location and the land in dispute ( median strip on south Delaware Avenue at Spring Garden appx.375 long to Penn Street ,17ft wide ,11ft.wide.
- The involvement of U.S. Corporation and the Commonwealth union State of Pennsylvania ,County and City of Philadelphia various de facto city laws enforcement ( Ethnic Intimidation a deprivation.of rights under color of law 18 usc section 242; 42 PA 242).agencies.
- The failure to identify the unknown owners un identified posters threats, unidentified posters threats , in dispute suggesting that there may be multiple parties with potential claims to Moorish Land and Soil.

AFFIDAVIT EXHIBIT 16

- The reference to the8 pages proclamation an notice no trespass indicating a formal and potentially legal process.



#17

Case 2:26-cv-02764-KBH Document 2-1 Filed 04/27/26 Page 33 of 66

EXHIBIT B #10(a)

2026 NOV 16 PM 2:03 USDC-EDPA RECD CLERK

UNLAWFUL POSTING AND THREATS AND ETHNIC INTMIDATION

I Noble Drew Ali ip, have been subjected to an unlawful posting of a vacate off Moorish property sign on a accompanied by threats to force displacement and removal of property under the false pretext of homelessness drive including my person property and effects in the amount of $60Million dollars plus, at face value,

I Noble Drew Ali ip, demand that these actions cease immediately as they constitute an impairment of contract and a violation of international laws, securing my Birth, and vested rights, privileges and immunities from you unlawful occupant s intruder s immigrates from Europe, onto Moorish Soil and an affront to the private sovereignty of the Moorish Government over North America ,etc. being the holder-in-due course with the Mandate to said continent issued to I the PROPHET NOBLE DREW ALI A.D. 1928 at the Pan American Conference Held in Havanna Cuba. For Cause.

DEMAND FOR RECOGNITION AND RESPECT WITH REPARATION IN THE AMOUNT OF $100 TRILLION DOLLARS EACH.

I Noble Drew Ali ip. Executor/Trustee, demand that the City and County of Philadelphia CITY HALL : Council Members ,Mayor ,the Philadelphia Police Commissioners Department, City Commissioners, County Sheriff Department, City and County Clerks, Treasurers, Commonwealth Governor, Secretary of State, Col, State Police, Department, State Treasurer, Representative, and Senators, U.S. Corporation President ,U.S. Secretary of State, Treasurer, Attorneys, Assigns, Contractors, both public and private foreign and domestic, Homeland Security, Representatives and Senators and all other relevant de facto authorities interlocking on "ATTENTION" recognize and respect Moorish Birth and vested rights, privileges, and immunities as secured under the Divine Constitution and By-Laws of the Moorish Science Temple Of America vested rights to occupy and protect said Moorish Land Free of interference from any one or entity.

AFFIDAVIT EXHIBIT 16

BENEFICIARY INTEREST IN LAND F ee Simple Absoute Trust No. 10105905

Accepted For Value



207

EXHIBIT B #10 #1

# ATTENTION

## The residents must move by the predetermined date below:

## October 29, 2025

---

All, **The Office of Homeless Services** will be on scene to offer assistance to those who may need housing or shelter along with the requested assistance of The Philadelphia Police Department on the date of the clean-up. The Office of Homeless Service will not participate in the actual clean up itself.

AFFIDAVIT EXHIBIT 17 41



Evidence of unlawful Posting By DRWC

Accepted For Value

AFFIDAVIT EXHIBIT DRWC 17




2026 NOV 16 PM5:04
USDC-EDPA REC'D CLERK

# "LAWFUL CONSTRUCTIVE NOTICE WARNING"

City Commissioner Office Delegated of their own free will choice to breach Oath and Scope of Office, or Violate the Constitution and Laws of the Republic United States of America to TRESPASS and cause a TORT and/or not to TRESPASS ,to INJURE ME MY Constitutional Property Rights ME A Proper Republican Secured Party, hereinto are Held Responible for Conduct unbecoming in the City Commissioner Office that cause an Property Injure to I NOBLE DREW ALI ip hereby waived the TORT and accepting settlement of the terms and conditions of the "IMPLIED CONTRACT' mutually agreed upon by all parties public and private. For Cause.

Accepted For Value

Whether or not the Provisional Ballot Sheet Write-in omitted the Honorable Name NOBLE DREW ALI IP, Noble Drew Ali Ip Nominated himself as CANDIDATE for the November 2024 Election running for (1) President for the United States (2) U.S.SENATOR (3) U.S. ATTORNEY GENERAL (4)U.S. AUDITOR GENERAL,(5)STATE TREASURER, (5) U.S. REPRESENTATIVE IN CONGRESS 3RD DISTRICT (6) U.S.SENATOR IN THE GENERAL (7) REPRESENTATIVE IN THE GENERAL ASSEMBLY DELEGATES TO THE REPUBLICICAN NATIONAL CONVENTION 3RD DISTRICT (8)ATTERNATIVE DELEGATE etc.,

Notice IS HEREBY GIVENBINDING NOTICE OF DEFICIFIENCY:

" CLAIM FOR POSSIBLE MONETARY DAMAGES"

"A T R U E B I L L "

Scheme or artifice to defraud.................................................USC Title 18 Section 242

Unlawful search and seizure of Property........................$750,000.00.4th Amendment

Deprived of property without due process of law.................$750,000.00. 5th Amendment

AFFIDAVIT
EXHIBIT
18

EXHIBIT C#10(i)



2026 NOV 16 PM5:04 USDC-EDPA RECD CLERK

Violation of due process......................................................$750,000.00.5thAmendment

·Excessive **force**: Cruel &unusual Powers of the City Commissioner People..............................................................................$750,000.00.8th Amendment

Violatiof Enumerated Property rights....................................$750,000.00.9th Amendment

Violation of the Voting Rights................................................$750,000.00.15th Amendment

Violation of Freedom of Press................................................$750,000.001st. Amendment

Falsification and Altering Republican Voters Public Record.......$750,000.00.4thAmendment

Violation of Deprivation of Rights under color of City Commissioner Office..............................................................................$750,000.00.1st,4th,5th,9th,15th Amendment

Deprivation of Rights under color of law ..........................................exceeding $10,000.00.

Conspiracy s ( both Civil $ Criminal in application) .............exceeding $1,510,000.00 Article I. Section 10 U.C.Const.42USC Sections 1981,1982,1988,2000bb,2000cc,&1st.4th, ,5th,8th,9th,10th ,15th Amendmens.................................................................................

Wire Fraud.............................................................................$1,500,000.00Title 18 USC 242 ,1343,1346,1001,372.............................................................................................

Criminal Coercion ..............................................................$250,000.00 Title 18 USC 242

Deprivation against Civil Rights.........................$250,000.00 42 USC 1983,1981,1982 ,1985

Breach Of Oath and Scope of Office.................$1,250,000.00 Title 18 USC 242,371;42 USC

1981,1982,1985,1983,Article I. Section 10,US Constitution, and 1st,4th,5th,8th,9th,10th,15th Amendments ...............................................................................................................

Accepted For Value

Fraudulent Statements and representation..................................$1,010,000.00 Title 18 USC 242,371,1001,and 42 USC 1981,1982,1985 and 4th 5th 8th 9th 10th 15th Amendments

Torturous Interference with Prospective Contractual Relationship.... $1,750,000.00.42 USC 1981,1982,1985,2000bb,2000cc, 1983,and 1st 4th 5th 8th 9th 10th 15th Amendments..............

PUNTIVE DAMAGES.................................................................................$1,535,000.00

GRAND TOTAL.........................................................................................$22,318,000.00

THE CITY OF PHILADELPHIA

PAY TO THE ORDER OF NOBLE DREW ALI IP TWENTY TWO MILLION THREE HUNDRED EIGHTEEN THOUSAND DOLLARS, 925 Dickinson Street Unit 2434 Philadelphia, Pennsylvania 19147 For Cause

AFFIDAVIT EXHIBIT 18

EXHIBIT C #10(h) Primo Facie



2026 NOV 16 PM5:04
USDC-EDPA RECD CLERK




TO: City Mayor Office, City of Commissioner, City of Philadelphian Director of Finance

1501 John F. Kennedy St

Philadelphia, PA, 19135

CONTRACT INVOICE #131-

000057589

DATE: April 23, 2024

Description:

Amount $ 22,318,000.00.

# NOTICE OF DEFICENCY

Accepted For Value

Notice of Deficiency, is hereby given, For Services rendered [default judgment\ in the amount of $ 10,850,000,00. Down that this invoice is Your Notice of deficiency on **TRUE BILL,** required by law. This Article ,will serves as an invoice and/or voucher {BILL] for Payment .

You have 21 days in which you retain the rights to challenge, Object, deny, defend the allegations taken and made against the City Commissioner Office, of this Notice in light of day;the lawful time frame to respond. As a Private Administrative Remedy.. A wire transfer of Funds from the City Of Philadelphia Treasury from the City Commissioners account therein. the amount receivable to NOBLE DREW ALI IP,

AFFIDAVIT EXHIBIT

193

EXHIBIT C # 10(b)



Please PAY TO THE ORDER OF : NOBLE DREW ALI IP $10,318,000.00. 925 Dickinson Street Unit 2434 Philadelphia Pa 19147

NOTICE OF DEFICIENCY CONTINTUES:

If You have any question or concerns, please contact Your City Civil Attorneys ;Please be advise and informed . You are given 21 Bushiness days ,upon the date receive of this Notice.one way or the other ,No executes to this notice are excepted. Failure to do so will be of server Consequences .

Notice

Notice to the Agent is Notice to the Principle, Notice tho the Principles is Notice to the Agent, and all Parties (third, fourth et al., etc) of Interest ,affiliates and the Like manner.

Accepted For Value

USDC-EDPA REC'D CLERK
2026 NOV 16 PM5:04

AFFIDAVIT EXHIBIT

10

2026 NOV 16 PM5:04
USDC-EDPA REC'D CLERK




Accepted For Value

AFFIDAVIT
EXHIBIT
2

2026 NOV 16 PM5:04
USDC-EDPA REC'D CLERK

Noble Drew Ali,ip
925 Dickinson Street unit 2434
Philadelphia, PA 19147
alinobledrew184@gmail.com

Accepted For Value

# OUR AUTHORITY

PROCLAMATION OF INDEPENDENCE AND SOVEREIGNTY OF NOBLE DREW ALI© AND THE GOVERNORMENT OF THE MOORISH SCIENCE TEMPLE OF AMERICA KINGDOM OF AMERICA

To: President Joe Biden
WHITE HOUSE EXECUTIVE OFFICE
1600 Pennsylvania Ave NW
Washington,DC,20500

With us, I Noble Drew Ali ,ip , "We the Moorish Science Temple of America, by the authority vested in us by I the Prophet NOBLE DREW ALI, do hereby proclaim and declare the Independence of the Moorish Science Temple Of America Nation established in A.D. 1928-1913

This Proclamation is incumbent in accordance with the principles of International law, particularly the Moorish birth rights as indigenous Royal People to Self-determination an independence as recognized by the Pan American Conference held at Havanna Cuba

Considering the Moorish Science Temple of America has been ,since the Treaty of Fez of 1912, and under the Grand Father Clause of the1787 Treaty of Peace and Friendship under the Protectorate of all Europe unified Nations dividing Moorish Land upon



AFFIDAVIT
EXHIBIT
21

themselves following their overthrowing of the Moorish Empire, now known as North, South, Canada, Mexico, Canada America. That the regime has been the cause of numerous suffering of genocide, torture, disenfranchise, denationalization, mass killing ,murders, abortions of the unborn, the not yet born Moorish Children killed while alive in their Mothers womb, the mental destruction of Moors Minds, souls physical bodies, false Imprisonment, unlawful taxation, the destroying the Moorish Royal Family for over four Hundred Years etc. and the ongoing injustice, incur upon Moors Bey, El and Ali royal people, violating the divine principles of Love, Truth, Peace , and Freedom .Justice Must Now take its course in this Proclamation. and that I Noble Drew Ali ip ,under the Divine Constitution and By-Laws of the Moorish Science Temple of America righting for it's independence and Sovereignty. of North, South, Central, Mexico Canada Moorish Science Temple of America.

Considering that the Anglo Saxion European America de facto government has come to recognized and publicly declare the Independence and Sovereignty of PROPHETY NOBLE DREW ALI and the MOORISH SCIENCE TEMPLE OF AMERICA Supreme Executive Rulership over the territory as set forth above. And agree to peacefully withdraw its troops and Administration of all Cabinets Department of Defense, et al Secretaries, all union States Governors, National Guards Union, Department of Justice, FBI,U.S. Marshals, Homeland security ,Board of Parole, ICE, State Department of Police, Counties Sheriff Departments ,Bureau of Prisons, States Departments of Correctional Guard men, Department of Treasure CIA,IRS etc. from our territory returning back to Europe all Pale Skin European people who is unlawfully occupying on Moorish sole.

Considering that With Us, Moorish People kingdom of the Beys, Els and Ali Royal family have by their Struggles and sacrifices earned the rights to independence and self-determination and Not be classified as Black People, Color Fokes, Negros, or Jesse Jackson African Americans, in you Public & Private Records Contract Business Application records, or any other degrading Marks and names having no standing in Law and Constitution.

With us, We the Moorish Science Temple of America, Executive Rulers, by the authority vested in us by Our Holy and Divine Prophet NOBLE DREW ALI 1913 A.D., do hereby proclaim and declare the independence of the MOORISH SCIENCE TEMPLE OF AMERICA, our Sovereign Rule and the independence of Moorish Royal Family Nations established and recognized at the PAN AMERICAN CONFERENCE A.D. 1928 .held in Havanna Cuba.

With us, We respectfully request the United States Corporation de facto government who is unlawful operating on Moorish Sole under the color of CONGRESS ,Supreme Court, Executive Branches. To acknowledge our independence and Sovereignty and

Accepted For Value



AFFIDAVIT EXHIBIT 21

2026 NOV 16 PM 2:04 USDC-EDPA CLERK

that we be recognized as a Nation in Rulership over the territory of North American ,etc . in the process of surrendering, withdrawing and relinquishing the Control, supervision, Jurisdiction, and policing the same, while returning back to Europe vacating the premise, with out any incident. maintaining and peaceful transition.

With us, We the Moorish American Moslem royal people, the Bey, El House of ALI Ip Citizens under the Divine Constitution and By-Laws of the Moorish Science Temple of America Moorish Empire, are the descendant's of Moroccans 'of the ancient Moabite ,from the land of Moab, Born in America. The rightful heirs to same. And thus ,are Moorish by Nationality is Moorish American royal Family and Islamism the First and Old Time Religion which is over 10,000 years old, and our divine and national principles are Love, Truth, Peace, Freedom and Justice.

I, Noble Drew Ali ip.do hereby proclaim and declare Moorish Sovereign authority over the territory of north America ,as established by the PROPHET NOBLE DREW ALI Founder of MOORISH A.D. 1916 under color of the government Moorish Science Temple of America.

Cite the 1787 Treaty of Peace and Friendship between us MOORS and the United States ,which was not, ever honored by the iron hand oppression of Pale Skin People of Europe, who governing a portion of America, in their operation of Genocide of the Royal Moorish Family. now force to recognize the sovereignty of the empire of the Moorish Science Temple of America. three Branches of Government the New World Order. CONGRESS transition over ~~the~~ to GRAND BODY OF SHEIKS AND SHEIKESS THE LAW MAKING BODY, the SUPREME COURT OF THE UNITED STATES transition over to the MUFTI CORP Court of Sheiks and Sheikess, Judicial Branch of Moorish Government. The WHITE HOUSE EXECUTIVE OFFICE OF PRESIDENT transition over to I NOBLE DREW ALI ip ,the Supreme Grand Executive Ruler Sultan. over the Territory.

Accepted For Value

Commencing at the point where the thirty-sixth degree of north latitude intersects, the one hundredth degree of west longitude, thence due south to the point where the thirty-sixth degree of north latitude; thence due north to the point where the twenty-sixth degree of north latitude intersects the one hundredth degree of west longitude; thence due ease to the point of commencement.

This territory includes all lands and territory north of the thirty- sixth degree of north latitude west of the one hundredth degree of west longitude, south at the twenty -sixth degree of north latitude, and east of the thirty -first degree of west longitude and or to that effect.

I Cite the 1787 Treaty which recognized Us Moorish Americans having Standing in Constitutions and Laws being the Supreme Law of the Land.as set forth above,



AFFIDAVIT
EXHIBIT
21

USDC-EDPA SECD CLERK 2026 NOV 16 PM5:05

recognizing US Moors; Sovereignty by the MOORISH EMPIRE, and its territory North America after the European nations took unlawful control of same.

I also invoke the PAN AMERICAN CONFERENCE Treaty which establishes the principles of non- intervention and self- determination for all nations in the Americas who also surrendered over to Prophet NOBLE DREW ALI ,the MANDATE of the LAND as described above, being the land owner-holder-in due -course . and we Holy and Divine Moors Clean and pure Nations do not desire to mix or amalgamate into the Families of the Pale Skin Nations of Europe nether serve their gods, and the European Men who have offsprings must take their Seeds back to Europe, setting up an cast system. And the European Woman who have unlawfully gave birth from the Asiatic men must leave them and a cast system will be set in place. and terminate the breading of Eurasian tribe. Among us Moors.

Article 1.,the Moorish Science Temple of America government is an independent and sovereign State.

Article 2.,The United States Corporation protectorate over North American et al.,etc is abolished.

Article 3. The Moorish Science Temple of America Government Shall exercise full authority over the entire territory of the Moorish Science Temple of North etc. America

Article 4. The United States Corporation government shall withdraw its troop and administration as set forth above, from the Moorish Science Temple Of America Union States within a period of six months from the date of this proclamation.

Accepted For Value

Article 5.The Moorish Science Temple of America Government shall take over the administration of the Country and shall exercise its authority in accordance with the divine Principles of Love, Truth, Peace, Freedom and Justice. Of Moorish democracy and social justice of the Moorish Holy Temple Of Science Third Heaven For Cause.

Article 6. NOTICE OF RIGHTS OVER EXCLUSIVE ECONOMIC ZONE RIGHTS AND PROHIBITIONS

To All Nations and Countries whom this Proclamation May Concern

Take notice with this Proclamation, That I NOBLE DREW ALI ip the sole and rightful Owner of the Atlantic and Pacific Ocean including all islands, seabed, and airspace above so below The United States of America, a Federal republic comprising the Union States of

Alabama,Alaska,Arizona,Arkansas,California,Colordo,Connecticut,Delaware,Florida,Georgia,Hawaii, Idaho,Illinois,Indiana,Iowa,Kansas,Kentucky,Louisiana,Maine,Maryland,



AFFIDAVIT EXHIBIT 21

Massachusetts, Michigan ,Minesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey ,New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania ,Rhode Island, South Caroline, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming [ 4 USC sections 1,2; 22 USC Section 2651] desirous of making the end of the Protectorate and the beginning of New Era, of cooperation between the two governments. And hereby assert and reserves all rights, titles, and interest in and to this Territory as well as the following territories: North America: Canadian Islands, Vancouver Islands (British Columbia), New Found land, and Labrado, Prince Edwards Islands, Cape Breton Island, Nova Scotia,: U.S Island, Hawaii, Puerto Rico, U.S. Virgin Island, Guam, American Samoa, Northern Mariana Island: Mexico Islands: Isla Mujeres, Quintana Roo, Isla Holbox, Quintana Roo, :Central America: Belizean Islands, Amberis Caye, Caye Caulker, Costa Rican Islands Isia del coco, Isia Tortuga, Nicaraguan island, Isla de Ometepe, Islas Solen : Panamanian Island, Isla Tabogo, Isla Contadora, South America; Caribbean Island, Aruba, Bonaire, Cumcao, Trinidad, and Tobas. Venezuelan Island, Isla marsarita, Isla de Cubagua,Ecuador Island, Galapago Island, Belizean Islands ,Ambersts Caye, Caye Caulker, Costa Rican Island, Isla de Ometepe, Isla Solen tinamid , Panamarion Island Isla Tabogz,Isla Contadora...

Accepted For Value

Article 7. PROHIBITION NOTICE

To All Real Estate Companies, Agents, Banks, and other Entities,and Counties Sheriffs

You are hereby Prohibited from:

1. Selling ,transferring ,or Conveying any interest in the Stolen Lands and Properties, And all illegal, Fraudulent and prohibited Transactions of fake deeds, titles being in possession of stolen Property, in due course is hereby invalid and void having no standings in law and the occupants must vacate the premise/land forthwith,
2. Issuing fake deeds, titles or other documents purporting to convey ownership or interest in said stolen land and properties, held in abeyance in said Union States, Countries and Cities thereof:
3. Engaging in any fraudulent business practices related to the SALESOR'S transfer of stolen Lands and Properties
   Take notice of this Proclamation, that you are hereby properties ,in question are stolen and do not belong to you ( BUYERS/SELLERS) or any other entity prohibited from claiming any rights, or interest to sell, transfer or convey any interest in Moorish Land as describe above, within the boundaries of the Atlantic and Pacific Ocean including all islands sea beds, subsoils and underground cities.

AFFIDAVIS EXHIBIT 211

USDC-EDPA CLERK
2026 NOV 16 PM 3:05

You are further given Notice ,that the lands and properties Rightful Owner is NOBLE DREW ALI and the MOORISH SCIENCE TEMPLE OF AMERICA TRUST, and His Hires Moorish Beys and Els Royal Family are the Trustees to same, With Us We, asserts and reserves all rights ,titles and interests, in and to the lands situated in these territories, as set forth above.

SPECIFICALLY, YOU ARE HEREBY FURTHER NOTIFIED THAT THE FOLLOWING COUNTIES AND LAND OFFICES ARE ALL IN VIOLATION OF THIS NOTICE;

You are Hereby Directed to take the Following Actions:

1. Immediate Cease and Desist from all activities related to the sale or transfer of stolen Moorish Land.

2.Return all stolen Lands ,deeds, titles, and other documents to the rightful owner ( NOBLE DREW ALI and the MOORISH SCIENCE TEMPLE OF AMERICA )lands.

3. Pay restitution for all damages .Is including but not limited to losses and expense incurred as a result of your unlawful activities.

a. Fines: a minimum of $10 Million increasing to $100 Million for repeat Public Trust offenders.

b. imprisonment: 10 years increasing 50 years for repeat

c. FORTEITURE: Forfeiture of all assets, bonds not limited to real property, financial assets, and other interests,

Accepted For Value

Article 8. NOTICE OF CEASE AND DESIST:

To All County Sheriffs Departments and Land Offices Agents of the Fifth union States, .

Take notice that you are hereby directed to immediate Cease and Desist from selling ;transferring or conveying any interest in stolen Moorish Land as it have been the consistent practice Selling Moorish land,( as set forth in this Proclamation) with your respective Counties and union States a Breach of Oath and Scope of Office ,**Breach of Public Trust,**

AFFIDAVIT
EXHIBIT
21

USDC-EDPA REC'D CLERK 2026 NOV 16 PM5:05

**Take notice** that Noble Drew Ali the Trust, is the Sole and rightful Owner of the Atlantic and Pacific ocean, including all islands ,seabed, air spaces hereby assert and reserves all rights to same under your watch.

Article 9. PRINCIPLES OF SOVEREIGNTY AND TERRITORIAL INTERIRTY

TO ALL UNLAWFUL OCCUPIERS THIS IS YOUR NOTICE TO VACATE
TO take notice that your are hereby demanded to immediately cease and desist from all unlawful occupation, and possession ,while conducting commerce business use and exploitation of Moorish Lands, waters Oceans ,airspace and underground cities territories within the boundaries of the Atlantic and Pacific ocean including all islands, seabed and subsoils.

You are hereby notified that your presence and activites within territory are unlawful and constitute a violation of international Law and Supreme Law of the Land boundaries. Vacate

1. Immediate vacate the premise and remove all persons vessels, aircrafts and equipment.
2. Cease and desist from all unlawful activities, including but not limited to exploitation of natural resources, construction of unauthorized structures, and disruption of the environment.
3. Return all stolen or unlawful ly obtained lands ,properties, including but not limited to minerals ,resources, and cultural artifacts.

Failure to comply will result in serve consequences.
This Notice is Issued with this Proclamation Pursuant to the authority vested in the sole rightful owner Holder of- the – MANDATE In – Due Course of this Proclamation for Cause.

*Accepted For Value*

This Proclamation marks the end of the United States Corporation over the Moorish Science Temple of America Territory as set forth above. And mark the beginning of the Moorish Science Temple of America Independence.

In Testimony whereof I ip have hereunto subscribed my name and affixed the Seal of the said government Moorish Science Temple of America, LOVE,TRUTH,PEACE, FREEDOM and JUSTICE. Done at the Independent Hall. This Twenty Six Day, of



AFFIDAVIT EXHIBIT 21

2026 NOV 16 PM5:05
USDC-EDPA RECD CLERK

November Two Thousand Twenty Four, before Our Holy and Divine Lord and Prophet NOBLE DREW ALI.

Noble Drew Ali,ip




Accepted For Value




AFFIDAVIT
EXHIBIT
21

EXHIBIT PF
B #10

[redacted]

2025 NOV 19 PM 5:08
USDC-EDPA REC'D CLERK

Accepted For Value

PA DEPT OF STATE

OCT 24 2025

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
NOBLE DREW ALI IP TAXSTNO.10105905

B. E-MAIL CONTACT AT FILER (optional)
alinobledrew184@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
925 Dickinson Street Unit 2434
Philadelphia, PA near [19147]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: CITY OF PHILADELPHIA, COUNTY PHIADELPHIA MAYOR OFFICE ETC.

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 1k | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1400 John F. Kenndy Road RM 215 | Philadelphia | PA | 19107 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME: EXECUTIVE OFFICE OF GOVERNOR JOSH SH SHAPIRO DEPARTMENTS

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 580 Main Capitol Building | Harrisburg | PA | 17120 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME:

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| NOBLE DREW ALI IP | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

4. COLLATERAL: This financing statement covers the following collateral:
SEE: ATTACHMENTS

ADDITIONAL DEBTOR'S NAMES: E PLURIBUS UNUM - REPUBLIC - UNITED STATES OF AMERICA E PLURIBUS UNUM - REPUBLIC - COMMONWEALTH OF PENNSYLVANIA E PLURIBUS UNUM - CITY AND COUNTY - REPUBLIC OF PHILADELPHIA CP 23-1352016M, MAYOR 23-1352016. ON TAX EXEMPT NO. 0-10105905 = $ 2,706,000,006.

AFFIDAVIT
EXHIBIT
22 (d)

5. Check only if applicable and check only one box: Collateral is ☒ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by

6a. Check only if applicable and check only one box:
☒ Public-Finance Transaction ☐ Manufactured-Home Transaction ☒ A Debtor is a Transmitting Utility

6b. Check only if appl
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☒ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
see attachment

1/3

[redacted]

2026 NOV 16 PM5:05
USDC-EDPA RECD CLERK

PA DEPT OF STATE
OCT 24 2025

Accepted For Value

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
NOBLE DREW ALI IP

B. E-MAIL CONTACT AT FILER (optional)
alinobledrew184@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
925 Dickinson Street unit 2434
Philadelphia, PA near [19147]
(267)-338-7606
page 2 of 3pages

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

3 DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: UNITED STATES CORPORATION WHITE HOUSE PRESIDENT DONALD JOHN TRUMP CAB

OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1600 Pennsylvania Avenue NW | Washington | DC | 20205 | usa |

1 DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME: CITY HALL COUNCIL PRESIDENT KENNYATTA JOHNSON DEPARMENT OF CILY COUNC

OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1401 John F.Kennedy | Philadelphia | PA | 19107 | usa |

2 SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: FEDERAL EXECUTIVE BRANCH OF JUSTICE NO 43,MOORISH SCIENCE TEMPLE OF AME

OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 925 Dickinson Street unit 2434 | Philadelphia | PA | near[19147] | usa |

4. COLLATERAL: This financing statement covers the following collateral:

Attachment listing continues: Make America Moorish Again (MAMA),WARRANT OF AUTHORITY : Federal Excecutive Branch Of Justice No. 43 Moorish Science Temple Of America,Kingdom of Morocco entered in action A.D. 1985 MARCH 31st, ten pages of Certified Return Receipt Mails:CITY COMMESSIONERS DEPARTMENT:Notice of Deficiency $10,318,000.00. PAY TO THE ORDER OF NOBLE DREW ALI IP 925 Dickinson Street unit 2434 Philadelphia PA,near [19147]

$60,000,000.00. U.S. DEPARTMENT OF THE TREASURE/MINT #0630276991;$60,000,000.00. COMMONWEALTH OF PENNSYLVANIA DEPARMTNE OF TREASURY/CFINANCE # 063027691;$ 60,000,000.00. each PHILADELPHIA CITY AND COUNTY TREASUR#23-6297472
$100,000,000.00. #377525234-H63741552
PAY TO THE ORDER OF NOBLE DREW ALI IP 925 Dickinson Street unit 2434 Phioladelphia PA near[19147].
" ALL ASSETS,NOTES,TENDERS,BONDS,GOLD,SILVER,PROPERTIES,STOCKS,CRYPTO CURRENCY,ETC.HELD IN CESTUI QUE TRUST OR OTHERWISE,FINANCIAL INSTITUTIONS,BANKS,CREDIT
UNIONS CITY COUNTY UNION STATES FEDERAL ETC. INTERLOCKING FOREIN OR DOMESTIC INCLUDING

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☑ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☑ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☑ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
#0630276981,#024600737,#0231552685,#9589071052701543480530,#H63741552,C#00087087135,-31-9066918230



AFFIDAVIT EXHIBIT 22

[redacted]

2026 NOV 16 PM5:05
USDC-EDPA RECD CLERK

Accepted For Value

PA DEPT OF STATE
OCT 24 2025

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
NOBLE DREW ALI IP

B. E-MAIL CONTACT AT FILER (optional)
alinobledrew184@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
925 Dickinson Street unit 2434
Philadelphia,PA,near [19147]
(267)338-7606
Page 1 of 3

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here [✓] and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
CITY & COUNTYOF PHILADELPHIA MAYOR CHRELLE L. PARKER BEY DEPARTMENTS

OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1400 John F.Kenndy Road RM 215 | Philadelphia | PA | 19107 | usa |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here [ ] and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME
EXECUTIVE OFFICE OF GOVERNOR JOSHSH SHAPIRO DEPARMENTS

OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 580 MainCapitol Building | Harrisburg | PA | 17120 | usa |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| ALI IP | NOBLE DREW | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 925 Dickinson Street unit 2434 | Philadelphia | PA | near[19147] | usa |

4. COLLATERAL: This financing statement covers the following collateral:
See 1996 form 58 Page Attachment as follows:filing receipt dated10/24/2025 UCC Finaciang Statement Form 1 UCC FS ADENDUMpages 1 to 3page ATTENTION REceived 10/23/2025 ID#112979524-51,TRUST ASSIGNMENT BILL OF SALL Deed of TransferAssignment of Note,Leases,Rentas Deposit& Security Eexecuted on 10/24/2025,Notice of Complaint underUnfair Insurance Practice Act PI1-4,PRESS document 2nd Notice Of Delay injury by Failure of an insureeTo Serve Notice to an insure of a Claimagainst the insurer,Invewtigation Of Libability & Coverage "A sheet PA.Code Rule 513,Rule 3143 page 110-111 Defense against the Holder, In gorenal,Resolution No. 75 General Assembly,Notice for Investigation by Grabd Jury under Constitution,Judicial Notice,OrderCivil Action Case No. 14-4587,Proof of service case no. 14-CV04687,Judicial Notice Bonded Debt.,Deed Trtust Title,CRS Report,Assignment of Priyat secured Promissory Note,Petitioner Motion for return of Property Rights Rule 588 et al.,Trust Deed made,BUYER & SELLER AGREEMENT/BILL OFSALE/CONTRACT,CERTIFICATION OF TENDERBY NOTE/BOND COLLATER BALLOON PAYMENT SECURITY AND DISCHARGE,AFFIDAVIT OF IRREVOCABLE TRYSTS,ACLU Pennsylvania Menu Commonwealth v. Irland,Seller & Buyer's Bill of Sale of use (EARTH) Real Estate -AffidavoitAffecting Title,Notice to State County and City Taxing Municipalities,First ATTENTION received date 08/15/2025. OUR AUTHORITY 21 Pages,Notice

5. Check only if applicable and check only one box: Collateral is [✓] held in a Trust (see UCC1Ad, item 17 and Instructions) [ ] being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: [✓] Public-Finance Transaction [ ] Manufactured-Home Transaction [ ] A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: [✓] Agricultural Lien [ ] Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): [ ] Lessee/Lessor [ ] Consignee/Consignor [✓] Seller/Buyer [ ] Bailee/Bailor [ ] Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
#0630267981,#024600737,#02315268,#95890710527105270154348 0530,#0-1015905,,H62741552





AFFIDAVIT EXHIBIT 22 (b)

[redacted]

2026 NOV 16 PM5:05 USDC-EDPA RECD CLERK

PA DEPT OF STATE
Oct 24 2025

Accepted For Value

NOBLE DREW ALI IP
925 Dickinson Street unit 2434
Philadelphia, PA near[19147]
(267)338.7606
Page 3 0f 3Pages

Space for Filing:

page 1 of 3pages Box 4 COLLATERAL continuance: "OUR AUTHORITY21 Pages, Notice No Trespass; OUR AUTHORITY:PROCLAMATION,NOTICE AFFIDAVIT UNDER Nureberg Code , MAKE AMERICA MOORISH AGAIN.

Page 2 of 3 pages Box 4. COLLATERL CONTINUANCE: " ALL ASSETS, NOTES, TENDERS, BONDS, GOLD, SILVER, PROPERTIES, LAND, EASEMENT, STOCKS,, CRYPTO CURRENCY, HELD IN CESTUI QUE TRUST OR OTHERWISE, FINANCIAL INSTITUTIONS, BANKS, CREDIT UNIONS, CITIES, COUNTIES, UNION STATES, FEDERAL INTERLOCKING FEDERAL TREASURIES, FOREIN AND DOMESTIC, PUBLIC AND PRIVATE;INCLUDING BUT NOT LIMINTED TO $60,000,000.00 X 41=$2,460.000.000.00. PLUS $100,000,000,00. TRUST ASSIGNMENT/BILL OF SALE ETC. ENTERED IN PURCHASE OCTOBER 23,2025 ETC. PAYABLE TO NOBLE DREW ALI IP 925 Dickinson Street unit 2434 Philadelphia PA near [19147]

3.DEBTOR'S NAME; E PLURIBUS UNUM- REPUBLIC-UNITED STATES OF AMERICA ; E PLURIBUS UNUM -REPUBLIC- COMMONWEALTH OF PENNSYLVANIA ; E PLURIBUS UNUM- CITY AND COUNTY -REPUBLIC OF PHILADELPHIA ,CP 23-1352016m,Mayor 23-1352016,City Commissioners 23-1352016,CWPA 23-1365098,PJB 53--0196546 ,15 USCV 44 (FTC)

5. MICHIGAN EXECUTIVE BRANCH OF GOVERNOR GRETCHEN WHTMER AND HER PREDECESSORS AND SUCCESSORS, DEPARTMENTS

8.additonal Options:
Voter Registration Agreement Card Contact Number #510772680, tax exampt no.0-10105905

AFFIDAVIT
EXHIBIT
22 (C)

2026 NOV 16 PM5:06
USDC-EDPA REC'D CLERK

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☑

18a. ORGANIZATION'S NAME
PRESIDENT OF THE UNITED STATES OF AMERICA
DONALD JOHN TRUMP

OR

18b. INDIVIDUAL'S SURNAME
TRUMP

FIRST PERSONAL NAME
DONALD

ADDITIONAL NAME(S)/INITIAL(S)
JOHN

SUFFIX
SR

Accepted For Value

USDC-EDPA REC'D CLERK
2026 JUN 17 PM4:22

Reset

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

19a. ORGANIZATION'S NAME: SECRETARTY OF THE TREASURY OF THE UNITED STATES OF AMERICA

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| COLLINS | PATRICIA | | | |
| **19c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 1500 PENNSYLVAINA AVE NW | WASINGTON, D.C. | | 20500 | |

20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

20a. ORGANIZATION'S NAME: DIRECTOR OF THE UNITED STATES MINT

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| GIBSON | VENTRIS | C | | |
| **20c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 801 9TH ST NW | WEASINGTON D.C | | 200220 | |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

21a. ORGANIZATION'S NAME: SECRETARY OF THE UNITED STATES OF AMERICA

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| RUBIO | MARK | | | |
| **21c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 2201 C ST NW | WASHINGTON D.C. | | 20520 | |

22. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

22a. ORGANIZATION'S NAME: GOVERNOR OF PENNSYLVINA

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| SHAPIRO | JOSH | | | |
| **22c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 2035 N FRONT ST | HARRISBURG | PA | 17102 | |

23. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

23a. ORGANIZATION'S NAME: FORMER COMMANDER OF CHIEF, AND PRESIDENT OF THE UNITED STATES OF AMERICA

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| BIDDEN | JOSEPH | R | | JR |
| **23c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 1209 BARLEY MILL RD | WILLINGTON | DE | 19807 | |

24. MISCELLANEOUS:

SEE PAGE ONE, BOX 4 = COLLATERAL-STATEMENT.

AFFIDAVIT EXHIBIT 22 (e)

[redacted]

2026 NOV 16 PM5:06 USDC-EDPA RECD CLERK

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
NOBLE DREW ALI IP

B. E-MAIL CONTACT AT FILER (optional)
alinobledrew184@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
925 Dickinson Street unit 2434
Philadelphia, PA near [19147]
(267)-338-7606
page 2 of 3pages

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: UNITED STATES CORPORATION WHITE HOUSE PRESIDENT DONALD JOHN TRUMP CAB | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS: 1600 Pennsylvania Avenue NW | CITY: Washington | STATE: DC | POSTAL CODE: 20205 | | COUNTRY: usa |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME: CITY HALL COUNCIL PRESIDENT KENNYATTA JOHNSON DEPARMENT OF CILY COUNC | | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS: 1401 John F,Kennedy | CITY: Philadelphia | STATE: PA | POSTAL CODE: 19107 | | COUNTRY: usa |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: FEDERAL EXECUTIVE BRANCH OF JUSTICE NO 43,MOORISH SCIENCE TEMPLE OF AME | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS: 925 Dickinson Street unit 2434 | CITY: Philadelphia | STATE: PA | POSTAL CODE: near[19147] | | COUNTRY: usa |

4. COLLATERAL: This financing statement covers the following collateral:
Attachment listing continues: Make America Moorish Again (MAMA),WARRANT OF AUTHORITY : Federal Excecuritive Branch Of Justice No. 43 Moorish Science Temple Of America,Kingdom of Morocco entered in action A.D. 1985 MARCH 31st. ten pages of Certified Return Receipt Mails:Notice of Deficiency $10,318,000.00. PAY TO THE ORDER OF NOBLE DREW ALI IP 925 Dickinson Street unit 2434 Philadelphia PA,near [19147]

$60,000,000.00. U.S. DEPARTMENT OF THE TREASURE/MINT #0630276991;$60,000,000.00. COMMONWEALTH OF PENNSYLVANIA DEPARMTNE OF TREASURY/CFINANCE # 063027691;$ 60,000,000.00. each PHILADELPHIA CITY AND COUNTY TREASUR#23-6297472
$100,000,000.00. #377525234-H63741552
PAY TO THE ORDER OF NOBLE DREW ALI IP 925 Dickinson Street unit 2434 Phioladelphia PA near[19147].
ALL ASSETS, NOTES, TENDERS, BONDS, GOLD SILVER. PROPERTIES, STOCKS, CRYPTO CURRENCY ETC. HELD IN CESTUI QUE TRUST OR OTHERWISE, FINANCIAL INSTITUTIONS, BANKS CREDIT UNIONS CITY, COUNTY UNION STATES, FEDERAL ETC, TREASURIES INTERLOCKING FOREIN AND DOMESTIC, INCLUDING BUT NOT LIMITED TO $60,000,000 $60,000,000 $60,000,000, $100,000,000. TRUST ASSIGNMENT / BILL OF SALE entered in purchase 10/23/25.

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☑ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only: ☑ Agricultural Lien ☐ Non-UCC

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☑ Seller/Buyer ☐ Bailee/Bailor ☐ Lice

8. OPTIONAL FILER REFERENCE DATA:
#0630276981,#024600737,#0231352685,#9589071052701543480530,#H63741552,C#00087087135,-31-9066918230

AFFIDAVIT EXHIBIT 22 (B)

 International Association of Commercial Admini

Case 2:26-cv-02764-KBH Document 2-1 Filed 04/27/26 Page 50 of 66

EXHIBIT B #10(7)

Founders Online [Back to normal view]

2026 NOV 16 PM5:06 USDC-EDPA CLERK
Accepted For Value

# The Moroccan-American Treaty of Peace and Friendship, [28 June 1786]

## The Moroccan-American Treaty of Peace and Friendship

God.

*[28 June 1786]*[1]

This is a Treaty of Peace & Friendship, established between Us and the United States of America, which is confirmed & which we have ordered to be written in this Book & sealed with our Royal Seal at our Court of Morocco, on the twenty fifth day of the blessed Month of Shaban in the Year one thousand two Hundred,[2] trusting in God it will remain Permanent.

.1.

We declare that both Parties have agreed that this Treaty consisting of twenty five Articles, shall be inserted in this Book, & delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation it has been made & who is duly authorized on their Part, to treat with us concerning all the Matters contained therein.—

.2.

If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy, nor fight under their Colors.

.3.

If either of the Parties shall be at War with any Nation whatever, & take a Prize belonging to that Nation, & there shall be found on board Subjects or Effects belonging to either of the Parties, the Subjects shall be set at Liberty & the Effects returned to the Owners; & if any goods belonging to any Nation with whom either of the Parties shall be at war, shall be loaded on Vessels belonging to the other Party, they shall pass free & unmolested without any Attempt being made to take or detain them.—

.4.

A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known when they meet at Sea, & if the Commander of a Ship of War of either Party, shall have other Ships under his Convoy, the Declaration of the Commander shall alone be sufficient to exempt any of them from examination—[3]

5

If either of the Parties shall be at War & shall meet a Vessel at Sea belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a Boat with two or three Men only, & if any Gun shall be fired and any injury done without Reason, the offending Party shall make good all Damages—

.6.

If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty & the Effects restored & in like Manner, if any Moor not a Subject of these Dominions, shall make Prize of any of the Citizens of America or their Effects, & bring them into any of the Ports of His Majesty, they shall be immediately released as they will then be considered as under His Majesty's Protection.—

.7.

EXHIBIT 15 #10 (C)

USDC-EDPA REC'D CLERK 2026 NOV 16 8:45:05
Accepted For Value

If any Vessel of either Party shall put into a Port of the other & have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation—

.8.

If any Vessels of the United States shall meet with a Disaster at Sea & put into one of our Ports to repair, she shall be at Liberty to land & reload her Cargo without paying any Duty whatever.—

.9.

If any Vessel of the United States shall be cast on shore on any Part of our Coasts, she shall remain at the Disposition of the owners, & no one shall attempt going near her without their Approbation, as she is then considered particularly under our protection; & if any Vessel of the United States shall be forced to put into our Ports by Stress of Weather or otherwise, she shall not be compelled to land her Cargo, but shall remain in tranquillity untill the Commander shall think proper to proceed on his Voyage—

.10.

If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers, within Gunshot of the Ports of the other, the Vessel so engaged shall be defended & protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon[4] or any Coast thereabout, the people belonging to her shall be protected and Assisted untill, by the help of God, they shall be sent to their Country.

.11.

If we shall be at War with any Christian Power & any of our Vessels sail from the Ports of the United States, no Vessel belonging to the Enemy shall follow untill twenty four hours after the departure of our Vessels, & the same Regulation shall be observed, towards the American Vessels sailing from our Ports. be their Enemies Moors or Christians

.12.

If any ship of War belonging to the United States shall put into any of our Ports, she shall not be examined on any Pretence whatever, even though she should have fugitive Slaves on Board, nor shall the Governor or Commander of the Place, compel them to be brought on shore, under any Pretext, nor require any payment for them.

.13.

If a Ship of War of either Party shall put into a Port of the other & salute, it shall be returned from the Fort, with an equal Number of Guns, not with more or less.—

.14.

* The Commerce with the United States shall be on the same footing as is the Commerce with Spain, or as that with the most favored Nation for the time being; & their Citizens shall be respected & esteemed & have full Liberty to pass & repass our Country & Sea Ports, whenever they please without interruption.

.15.

Merchants of both Countrys shall employ only such interpreters & such other Persons to Assist them in their Business as they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall not be detained in Port, longer than he may think proper; and all Persons employed in loading or unloading Goods, or in any other Labor whatever, shall be paid at the customary Rates, not more & not Less.

.16.

EXHIBIT B #1(C)

In Case of a War between the Parties, the Prisoners are not to be made Slaves, but to be exchanged one for another, Captain for Captain, Officer for Officer and one private Man for another; & if there shall prove a difficiency on either side it shall be made up by the Payment of one hundred Mexican Dollars for each Person wanting. And it is agreed that all Prisoners shall be exchanged in twelve Months from the time of their being taken, & that this Exchange may be effected by a Merchant, or any other Person authorized by either of the Parties.

USDC 2026 ... PM5:06 FILED CLERK

.17.

Merchants shall not be compelled to buy or sell any kind of Goods, but such as they shall think proper, & may buy & Sell all sorts of Merchandise, but such as are prohibited to the other Christian Nations—

.18.

Accepted For Value

All Goods shall be weigh'd & examined, before they are sent on board; & to avoid all detention of Vessels no examination shall afterwards be made, unless it shall be first proved, that contraband Goods have been sent on board; in which Case the Persons who took the contraband Goods on board shall be punished according to the Usage & Custom of the Country & no other Person whatever shall be injured, nor shall the Ship or Cargo incur any Penalty or damage whatever.—

.19.

No Vessel shall be detained in Port on any pretence whatever, nor be obliged to take on board any Article without the Consent of the Commander, who shall be at full Liberty to agree for the freight of any Goods he takes on board—

.20.

If any of the Citizens of the United States or any Persons under their Protection, shall have any Disputes with each other, the Consul shall decide between the Parties, & whenever the Consul shall require any aid or Assistance from our Government to enforce his Decisions, it shall be immediately granted to him.—

.21.

If a Citizen of the United States shall kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place & equal Justice Shall be rendered the Consul assisting at the Tryal; & if any Delinquent shall make his escape, the Consul shall not be answerable for him in any Manner whatever—

.22.

If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take Possession of his Effects, & if there shall be no Consul, the Effects shall be deposited in the hands of some Person worthy of Trust, untill the Party shall appear who has a right to demand them; But if the Heir to the Person deceased be present, the property shall be delivered to him without interruption, & if a Will shall appear, the Property shall descend agreable to that Will, as soon as the Consul shall declare the validity thereof.

.23.

The Consuls of the United States of America, shall reside in any sea Port of our Dominions that they shall think proper; & they shall be respected & enjoy all the Privileges which the Consuls of any other Nation enjoy; & if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in writing no application to him for any redress shall be made.—

.24.

Case 2:26-cv-02764-KBH Document 2-1 Filed 04/27/26 Page 53 of 66
EXHIBIT B #10 (c)

If any differences shall arrise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, & untill that Application shall be rejected, no Appeal shall be made to Arms; & if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties to dispose of their Effects & retire with their Property; And it is further declared, that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them.

USDC ... PM5:06 RCVD CLERK

·25·

This Treaty shall continue in full force with the Help of God, for fifty Years— 5

We have delivered this Book into the Hands of the beforementioned Thomas Barclay, on the first day of the blessed Month of Ramadan in the Year One thousand two hundred.—

I Certify that the annexed is a true copy of the Translation made by Isaac Cardoza Nuñez, Interpreter at Morocco, of the Treaty between the Emperor of Morocco and the United States of America.—

Accepted For Value

Thos Barclay 6

## Translation of the additional Article

Grace to the only God.

I the underwritten, the Servant of God, Taher Ben Abdelkack Fennish, do certify that His Imperial Majesty my Master (whom God preserve) having concluded a Treaty of Peace and Commerce with the United States of America has ordered me the better to compleat it and in addition of the tenth Article of said Treaty to declare, "that if any Vessel belonging to the United States shall be in any of the Ports of His Majesty's Dominions or within Gunshot of his Forts, she shall be protected as much as possible and no Vessel whatever, belong either to Moorish or Christian Powers with whom the United States may be at War, shall be permitted to follow or engage her, as we deem the Citizens of America our good Friends.["]

And in obedience to his Majesty's Commands I certify this Declaration by putting my hand and Seal to it, on the Eighteenth Day of Ramadan in the Year One thousand two hundred— 7

(signed)
The Servant of the King my Master whom God preserve
Taher Ben Abdelhack Fennish. 8

I Certify that the Above is a True Copy of the Translation Made at Morocco by Isaac Cardoza Nunes Interpreter of a Declaration Made and signed by Sidi Hage Tahar Fennish in Addition to the Treaty between the Emperor of Morocco and the United States of America which Declaration the said Tahar Fennish Made by the Express Directions of His Majesty—

Thos Barclay

Note, The Ramadan of the Year of Hegira 1200 Commenced on the 28th. of June in the Year of our Lord 1786— 9

---

MS (Adams Papers); endorsed by JA: "Treaty with Morocco." Filmed at [*15 July 1786*]. This copy, signed by Thomas Barclay and containing text in his hand (see notes 6 and 9), is likely one of the three translations that Barclay enclosed with his 2 Oct. letter to the commissioners, below. For a facsimile of the Arabic text, see Miller, *Treaties*, 2:186–211.

1. This date is derived from that on which Thomas Barclay signed the main body of the treaty on the first day of Ramadan in the year 1200.

The Moroccan-American treaty was negotiated very expeditiously. In part this was because the commissioners' agent, Thomas Barclay, wasted no time in opening the negotiations, but it also reflected the desire of the Moroccan emperor, Mohammad III, for an agreement with the United States. The emperor had opened Moroccan ports to American ships in 1777 and since 1778 had been seeking a treaty. His frustration at failing to receive any response from the United States to his overtures led him to seize the brig *Betsy* in Oct. 1784, and it is from that capture, and others by Algiers, that Congress' decision to negotiate with

# Deprivation Of Rights Under Color Of Law

Accepted For Value

## Summary:

- Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.
  For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim.

  The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

USDC-EDPA RECD CLERK
2026 NOV 16 PM5:06

**TITLE 18, U.S.C., SECTION 242**

***Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.***

AFFIDAVIT EXHIBIT 23

Accepted For Value

LII > U.S. Code > Title 18 > PART I > CHAPTER 13 > **§ 241**

Quick search by citation:

**Title** enter title **Section** section Go!

# 18 U.S. Code § 241 - Conspiracy against rights

U.S. Code Notes Authorities (CFR)

USDC-EDPA REC'D CLERK
2026 NOV 16 PM5:06

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

AFFIDAVIT EXHIBIT

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt

[redacted]

2026 NOV 16 PM5:07
USDC-EDPA REC'D CLERK

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
NOBLE DREW ALI IP( Noble Drew Ali Ip)

B. E-MAIL CONTACT AT FILER (optional)
alinobledrew184@gmail.com

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)
Noble Drew Ali Ip
925 Dickinson Street unit 2434
Philadelphia,PA 19147
(267)-768-0130

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: CITY MAYOR :PHILADELPHIA POLICE DEPARMENT

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 400 N. Broad Street | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | Philadelphia | PA | 19130 | usa |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME: PENNSYLVANIA GOVERNOR STATE DEPARTMENT POLICE

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1600 Elmerton Avenue | Harrisburg | PA | 17110 | usa |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: NOBLE DREW ALI IP (Noble Drew Ali Ip )

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 603 N Delaware Avenue | Philadelphia | PA | 19123 | usa |

4. COLLATERAL: This financing statement covers the following collateral:

ALL UNION STATES-All Union States including Pennsylvania,Governors,Commanders in Chiefs,Generals,Colonels,Captains,Lieutenants, Sergeantsmand Subordinates,Rank and File,All Cities, incuding Philadelphia Mayors,Commissioners,Chief of PolicesCommand Post,National Guards Men and Women,Department of Corrections Prison Guards,Correctional Officers, Private nonprofit Police Force arms of the States,Counties,and Cities all Armory ,Guns,and Badges,assumed Authority to operate. On Moorish Soil As Defined in (ECF 2-1) Proclamation Of Independence of NOBLE D ALI(c) and the Government of the Moorish Science Temple Of America Republic,United States Of America Republic Executi President Joe Biden/President Donald John Trump November 26,A.D.2024

Articles of Incorporation,Corporate charters,Certificates,,Appointments, Licenses,Badges & Guns, bond or otherwise Accour assets etc. State,County,and Citys,Treasurys, therein (ECF2-1)

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
2:26-cv-02764-KBH/26-3002,ECF2-1 0-10105905

AFFIDAVIT EXHIBIT

2026 NOV 16 PM 3:07
USDC-EDPA RECEIVED CLERK

CITY OF PHILADELPHIA 1515 Arch Street, 14th Floor OFFICE OF THE DIRECTOR OF FINANCE One Parkway Building Risk Management Division
Philadelphia, PA. 19102 –1579 Claims Unit Phone: (215)-683-1713

Dear Claimant:

Enclosed please find a claim form for you to complete and return to us. Please note this is a General Claim Form for Bodily Injury, Auto and Property. Please complete those sections that apply to your claim and disregard anything that does not apply. **Date of Birth and Social Security Number** must be completed for all claims.

If you are making a claim for property damage and you are covered under a homeowners' liability insurance policy or automobile liability insurance policy, you must notify your primary insurance company of an occurrence. According to the Governmental Immunity Tort Act, recovery on a claim against the City of Philadelphia is limited to the amount of an uninsured loss where The City of Philadelphia holds liability. The Governmental Immunity Tort Act does not permit an insurance company to bring a subrogation action against The City of Philadelphia.

Please make sure you advise us of the city department you are making the claim against (Police, Fire, Prisons, Streets, Water, License and Inspection etc). This information can be placed in the Name of City Department Involved section of the form.

If you are making a bodily injury claim and are receiving Medicare or Medicaid, please state your benefit number under your signature.

Be advised that under the Governmental Immunity Tort Act, the City of Philadelphia must have written notice of your claim within six months of the date of loss. Further, the statute of limitation in the state of Pennsylvania is two years from the date of loss, which means your claim must be filed within two years or you are barred from recovery. Please note that the statute of limitation in the state of Pennsylvania for minors is two years from the date of their eighteenth birthday. To extend the statute you must file a Cause of Action within the two-year period.

Once we receive your General Claim Information Form, your case will be assigned to an adjuster who will contact you by mail. The turnaround time depends on our volume. All documents requested on the form must be sent to us with your completed claims form.

Sincerely,

City of Philadelphia/Risk Management Division/Claims Unit

**FRAUD WARNING**

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY, MUNICIPALITY OR ANY OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS SUCH PERSON TO CRIMINAL AND CIVIL PENALITIES.

Rev 092018

AFFIDAVIT EXHIBIT

# Instructions for UCC Financing Statement (Form UCC1)

Please type or laser-print this form. Be sure it is completely legible. Read and follow all Instructions, especially Instruction 1; use of the correct name for the Debtor is crucial.

Fill in form very carefully; mistakes may have important legal consequences. If you have questions, consult your attorney. The filing office cannot give legal advice.

Send completed form and any attachments to the filing office, with the required fee.

**ITEM INSTRUCTIONS**

A and B. To assist filing offices that might wish to communicate with filer, filer may provide information in item A and item B. These items are optional.

C. Complete item C if filer desires an acknowledgment sent to them. If filing in a filing office that returns an acknowledgment copy furnished by filer, present simultaneously with this form the Acknowledgment Copy or a carbon or other copy of this form for use as an acknowledgment copy.

1. **Debtor's name.** Carefully review applicable statutory guidance about providing the debtor's name. Enter only one Debtor name in item 1 -- either an organization's name (1a) or an individual's name (1b). If any part of the Individual Debtor's name will not fit in line 1b, check the box in item 1, leave all of item 1 blank, check the box in item 9 of the Financing Statement Addendum (Form UCC1Ad) and enter the Individual Debtor name in item 10 of the Financing Statement Addendum (Form UCC1Ad). Enter Debtor's correct name. Do not abbreviate words that are not already abbreviated in the Debtor's name. If a portion of the Debtor's name consists of only an initial or an abbreviation rather than a full word, enter only the abbreviation or the initial. If the collateral is held in a trust and the Debtor name is the name of the trust, enter trust name in the Organization's Name box in item 1a.

1a. Organization Debtor Name. "Organization Name" means the name of an entity that is not a natural person. A sole proprietorship is not an organization, even if the individual proprietor does business under a trade name. If Debtor is a registered organization (e.g., corporation, limited partnership, limited liability company), it is advisable to examine Debtor's current filed public organic records to determine Debtor's correct name. Trade name is insufficient. If a corporate ending (e.g., corporation, limited partnership, limited liability company) is part of the Debtor's name, it must be included. Do not use words that are not part of the Debtor's name.

1b. Individual Debtor Name. "Individual Name" means the name of a natural person; this includes the name of an individual doing business as a sole proprietorship, whether or not operating under a trade name. The term includes the name of a decedent where collateral is being administered by a personal representative of the decedent. The term does not include the name of an entity, even if it contains, as part of the entity's name, the name of an individual. Prefixes (e.g., Mr., Mrs., Ms.) and titles (e.g., M.D.) are generally not part of an individual name. Indications of lineage (e.g., Jr., Sr., III) generally are not part of the individual's name, but may be entered in the Suffix box. Enter individual Debtor's surname (family name) in Individual's Surname box, first personal name in First Personal Name box, and all additional names in Additional Name(s)/Initial(s) box.

If a Debtor's name consists of only a single word, enter that word in Individual's Surname box and leave other boxes blank.

For both organization and individual Debtors. Do not use Debtor's trade name, DBA, AKA, FKA, division name, etc. in place of or combined with Debtor's correct name; filer may add such other names as additional Debtors if desired (but this is neither required nor recommended).

1c. Enter a mailing address for the Debtor named in item 1a or 1b.

2. **Additional Debtor's name.** If an additional Debtor is included, complete item 2, determined and formatted per Instruction 1. For additional Debtors, attach either Addendum (Form UCC1Ad) or Additional Party (Form UCC1AP) and follow Instruction 1 for determining and formatting additional names.

3. **Secured Party's name.** Enter name and mailing address for Secured Party or Assignee who will be the Secured Party of record. For additional Secured Parties, attach either Addendum (Form UCC1Ad) or Additional Party (Form UCC1AP). If there has been a full assignment of the initial Secured Party's right to be Secured Party of record before filing this form, either (1) enter Assignor Secured Party's name and mailing address in item 3 of this form and file an Amendment (Form UCC3) [see item 5 of that form]; or (2) enter Assignee's name and mailing address in item 3 of this form and, if desired, also attach Addendum (Form UCC1Ad) giving Assignor Secured Party's name and mailing address in item 11.

4. **Collateral.** Use item 4 to indicate the collateral covered by this financing statement. If space in item 4 is insufficient, continue the collateral description in item 12 of the Addendum (Form UCC1Ad) or attach additional page(s) and incorporate by reference in item 12 (e.g., See Exhibit A). Do not include social security numbers or other personally identifiable information.

*Note*: If this financing statement covers timber to be cut, covers as-extracted collateral, and/or is filed as a fixture filing, attach Addendum (Form UCC1Ad) and complete the required information in items 13, 14, 15, and 16.

5. If collateral is held in a trust or being administered by a decedent's personal representative, check the appropriate box in item 5. If more than one Debtor has an interest in the described collateral and the check box does not apply to the interest of all Debtors, the filer should consider filing a separate Financing Statement (Form UCC1) for each Debtor.

6a. If this financing statement relates to a Public-Finance Transaction, Manufactured-Home Transaction, or a Debtor is a Transmitting Utility, check the appropriate box in item 6a. If a Debtor is a Transmitting Utility and the initial financing statement is filed in connection with a Public-Finance Transaction or Manufactured-Home Transaction, check only that a Debtor is a Transmitting Utility.

6b. If this is an Agricultural Lien (as defined in applicable state's enactment of the Uniform Commercial Code) or if this is not a UCC security interest filing (e.g., a tax lien, judgment lien, etc.), check the appropriate box in item 6b and attach any other items required under other law.

7. **Alternative Designation.** If filer desires (at filer's option) to use the designations lessee and lessor, consignee and consignor, seller and buyer (such as in the case of the sale of a payment intangible, promissory note, account or chattel paper), bailee and bailor, or licensee and licensor instead of Debtor and Secured Party, check the appropriate box in item 7.

8. **Optional Filer Reference Data.** This item is optional and is for filer's use only. For filer's convenience of reference, filer may enter in item 8 any identifying information that filer may find useful. Do not include social security numbers or other personally identifiable information.

AFFIDAVIT EXHIBIT

RISK MANAGEMENT DIVISION - CLAIMS UNIT
1515 ARCH STREET – 14th FLOOR
PHILADELPHIA, PA 19102-1595
(215) 683-1713

2026 NOV 16 PM5:07 USDC-EDPA REC'D CLERK

# GENERAL CLAIM INFORMATION FORM

NAME: NOBLE DREW ALI IP DATE:November 11,2026

ADDRESS: 603 N Delaware Avenue HOME PHONE NUMBER:_CELL PHONE NUMBER:267 -768 -0130_CITY Philadelphia/STATE PA/ZIP:19123 WORK PHONE NUMBER:

DATE OF BIRTH: 09/10/1952 Time 2PM SOCIAL SECURITY NUMBER: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

**(Must provide date of birth and social security number in order for claim to be processed)**

DATE AND TIME OF THE ACCIDENT/INCIDENT: April 13,Monday 8:30 AM, April 16 Thursday,4:30PM ,April 22,2026 Wednesday 8;30 to 10 AM

SPECIFIC LOSS LOCATION: 603 N Delaware Avenue on the Corner of SpringGarden,& Fairmount Median

DESCRIPTION OF THE ACCIDENT/INCIDENT: On April 13,at 8:30 AM Unlawful Search by Officer Gillespie et al [Partner John Doe Driver],at ^603 N Delaware Avenue Philadeplhia PA near 19123.April 16,2026 on or about 4:34PM,Officer Powell declared I had no earthly rights,right to request his suppervisoer that I had 5mintue to vacate the premise without a court order for Delawre River Waterfront Corporation to Seized my Person Property Cultures and effects ->,Denationalization."(See Flash Drive held in the Judges Chamers KBH casino.2:26-cv-02764 USEDCourt.) Attempt Robbery Arm,Attempt Murder conspiracy to Deprive Rights.Ethnic Intimidation,April 22,2026 Claimant alleges injury and loss involving Philadelphia Police Department employees, Gileslie et al., Powel et al., and Biven et al. called Mayor office twice before 4/22/2026 to no avail.

Claimant alleges the acts deprived a vested right and caused injury,as described in ECF etc. and the attached UCC Collateral Statement,Claiming Philadelphia Police Department Guns and Badges of Assumed Authority to Operate as collateral.

Claim is filed for judiciary review and final determination is reserved to the judges and jury of ther Court in D.C. No. 2:26;-cv-02764-KBH/3rd Cir.No.26-3002,26-2894.

See Attachmenrt A-UCC Financing Statement and ECF 2-1 for Full description, Affidavit in support in responded to Defendants Delware River Waterfront Corporatin Arms to the City Motion and Memorandum of Law

WERE THE POLICE NOTIFIED OF THE LOSS? YES [NO] "Yes By DRWC to Protect them while engaged in Piracy on dry land Denationalization of Moorish National acts of aggression for the Police to engage in gun battle.
PLEASE PROVIDE THE POLICE REPORT DISTRICT CONTROL NUMBER:
NAME OF THE CITY DEPARTMENT INVOLVED: CITY COMMISSIONERS,CITY COUNCILMEMBERS,MAYOR PARKER,PROJECT HOME OUT REACH CORPORTATION/PHA?
NAME OF THE CITY EMPLOYEE INVOLVED:BIVIN CLAIM UNKNOWN AGENTS,_CITY VEHICLE PROPERTY NUMBER bIVEN CLAIM [UNKNOWN WASN'T] PRESENT OR TAG NUMBER: UNKNOWN
NAME(S), ADDRESS(ES) AND/OR PHONE NUMBER(S) OF ANY KNOWN WITNESSr (ALL RIGHTS RESERVED ) ((ES):

AFFIDAVIT EXHIBIT

USDC EDPA FILED CLERK 2026 NOV 16 PM5:07

**IN ADDITION TO COMPLETING THIS FORM, PLEASE PROVIDE THIS OFFICE WITH THE FOLLOWING DOCUMENTATION:**

- A COPY OF YOUR VEHICLE REGISTRATION **COVERING THE DATE OF THE ACCIDENT/INCIDENT.** • A COPY OF YOUR INSURANCE DECLARATION SHEET **COVERING THE DATE OF THE ACCIDENT/INCIDENT.** • TWO WRITTEN ESTIMATES ITEMIZING PART(S), PRICE, AND LABOR.
- PHOTOGRAPHS OF YOUR DAMAGED PROPERTY.
- PHOTOGRAPHS OF THE DEFECTIVE CONDITION THAT CAUSED THE LOSS (I.E., POTHOLE, TREE, ETC.).

**NOTE: ALL DOCUMENTATION SUBMITTED WITH THIS FORM BECOMES PROPERTY OF THE CITY OF PHILADELPHIA AND ARE NON-RETURNABLE.**

**FRAUD WARNING**

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY, MUNICIPALITY OR ANY OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS SUCH PERSON TO CRIMINAL AND CIVIL PENALITIES.

SIGNATURE:

E-MAIL:

70-338 (Rev 10/2018)

## BODILY INJURY CLAIM FORM ATTACHMENT

CLAIMANT INFORMATION

DID YOU RECEIVE EMERGENCY MEDICAL TREATMENT? YES[ NO] IF YES, WHERE WERE YOUR TREATED?
WERE YOU PROVIDED MEDICAL TRANSPORT? YES [NO] WERE YOU HOSPITALIZED AS A RESULT OF THIS LOSS? YES[ NO ]IF YES, WHERE WERE YOU HOSPITALIZED?
HOW LONG WERE YOU HOSPITALIZED?

PLEASE PROVIDE THE NAME AND ADDRESS OF YOUR TREATING PHYSICIAN(S):

N/A

PLEASE DESCRIBE THE INJURY (IES) FOR WHICH YOU WERE TREATED:

N/A

WAS FOLLOW UP TREATMENT RECOMMENDED? N/A
IF YES, PLEASE DESCRIBE:

PLEASE PROVIDE THE TOTAL DURATION OF YOUR TREATMENT N/A
START DATE:

AFFIDAVIT EXHIBIT

DISCHARGE DATE: N/A

2026 NOV 16 PM5:07
USDC-EDPA REC'D CLERK

**IN ADDITION TO COMPLETING THIS FORM, PLEASE PROVIDE THIS OFFICE WITH THE FOLLOWING DOCUMENTATION:**

- INFORMATION REGARDING YOUR INSURANCE COVERAGE (AUTOMOBILE, HEALTH, OR ANY OTHER N/A AVAILABLE COVERAGE) **COVERING THE DATE OF THE ACCIDENT/INCIDENT.** N/A
- PLEASE PROVIDE YOUR MEDICAID/MEDICARE MEMBER ID NUMBER: N/A
- COPIES OF ALL MEDICAL RECORDS AND MEDICAL BILLS. N/A

**NOTE: ALL DOCUMENTATION SUBMITTED WITH THIS FORM BECOMES PROPERTY OF THE CITY OF PHILADELPHIA AND ARE NON-RETURNABLE.**

## FRAUD WARNING

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY, MUNICIPALITY OR ANY OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.

SIGNATURE: DATE: November 11,2026

[signature]

Without Prejudice

70-338 (Rev 10/2018)

AFFIDAVIT EXHIBITS

# LEADERSHIP

Home » About » Leadership

2026 NOV 16 PM5:07
USDC-EDPA RECD CLERK

With a focus on professionalism, integrity, and service, the PPD's leadership is committed to guiding the department in its mission to protect and serve all Philadelphia residents



**Kevin J. Bethel**

*Police Commissioner*

View Bio | X

4/13/2026
OFFICER
GILLESPIE
&
PARTNER/DRIVER

OFFICER
POWELL & PARTNER/
DRIVER 4/16/2026

Biven claim
OFFICERS JOHN, JAMES
JIM DOES
4/22/2026



**John M. Stanford Jr.**



**Francis Healy**

*Deputy Commissioner, Chief*

AFFIDAVIT
EXHIBIT

2026 NOV 16 PM5:07
USDC-EDPA REC'D CLERK

*First Deputy Commissioner, Field Operations*

View Bio

*of Staff and Legal Affairs*

View Bio



**Michael Cram**

*Deputy Commissioner, Patrol Operations*

View Bio



**Frank Vanore**

*Deputy Commissioner, Investigations*

View Bio



**Krista Dahl-Campbell**

*Deputy Commissioner, Organizational Services*

View Bio



**Joel Dales**

*Deputy Commissioner, Office of Professional Responsibility*

View Bio



**Pedro Rosario**



**Myesha Massey**

*Deputy Commissioner, Kensington Initiative*

View Bio

*Deputy Commissioner, Community Partnerships*

View Bio

2026 NOV 16 PM5:07
USDC-EDPA REC'D CLERK



**Carla Showell-Lee**

*Executive Director of Organizational Communications*

View Bio



**Mike Garvey**

*Executive Director of the Office of Forensic Science*

View Bio



**Ayanna Greene-Davis**

*Executive Director of the Office of Community Advocacy and Engagement*

View Bio



**David Zega**

*Executive Director of Strategic Planning*

View Bio

2026 NOV 16 PM5:08
USDC-EDPA REC'D CLERK



**Pamela Murray**

*Executive Director of Training, Curriculum, and Professional Development*

View Bio



**George Kikuchi**

*Interim Executive Director of Data, Analytics, and Technology*

View Bio

You have 21 days in which you retain the rights to challenge, Object, deny, defend the allegations taken and made against the City Commissioner Office, of this Notice in light of day;the lawful time frame to respond. As a Private Administrative Remedy.. A wire transfer of Funds from the City Of Philadelphia Treasury from the City Commissioners account therein. the amount receivable to NOBLE DREW ALI IP,



Please PAYTO THE ORDER OF : NOBLE DREW ALI IP 10.318.000.00.925 Dickinson Street Unit 2434 Philadelphia Pa 19147

NOTICE OF DEFICIENCY CONTINTUES:

If You have any question or concerns, please contact Your City Civil Attorneys ;Please be advise and informed . You are given 21 Bushiness days ,upon the date receive of this Notice.one way or the other ,No executes to this notice are excepted. Failure to do so will be of server Consequences .

Notice

Notice to the Agent is Notice to the Principle, Notice tho the Principles is Notice to the Agent, and all Parties (third, fourth et al., etc) of Interest ,affiliates and the Like manner.

2026 NOV 16 PM5:08
USDC-EDPA REC'D CLERK

[redacted]

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**NOBLE DREW ALI IP( Noble Drew Ali Ip)**

B. E-MAIL CONTACT AT FILER (optional)
**alinobledrew184@gmail.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

**Noble Drew Ali Ip**
**925 Dickinson Street unit 2434**
**Philadelphia,PA 19147**
**(267)-768-0130**

Pennsylvania

NOV 1 7 2026

USDC-EDPA RE
2026 NOV 16 PM4:54

Department of State

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME<br>**CITY MAYOR :PHILADELPHIA POLICE DEPARMENT** | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME<br>**400 N. Broad Street** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 1c. MAILING ADDRESS | CITY<br>**Philadelphia** | STATE<br>**PA** | POSTAL CODE<br>**19130** | | COUNTRY<br>**usa** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME<br>**PENNSYLVANIA GOVERNOR STATE DEPARTMENT POLICE** | | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 2c. MAILING ADDRESS<br>**1600 Elmerton Avenue** | CITY<br>**Harrisburg** | STATE<br>**PA** | POSTAL CODE<br>**17110** | | COUNTRY<br>**usa** |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME<br>**NOBLE DREW ALI IP (Noble Drew Ali Ip )** | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 3c. MAILING ADDRESS<br>**603 N Delaware Avenue** | CITY<br>**Philadelphia** | STATE<br>**PA** | POSTAL CODE<br>**19123** | | COUNTRY<br>**usa** |

4. COLLATERAL: This financing statement covers the following collateral:
**ALL UNION STATES-All Union States including Pennsylvania,Governors,Commanders in Chiefs,Generals,Colonels,Captains,Lieutenants, Sergeantsmand Subordinates,Rank and File,All Cities, incuding Philadelphia Mayors,Commissioners,Chief of PolicesCommand Post,National Guards Men and Women,Department of Corrections Prison Guards,Correctional Officers, Private nonprofit Police Force arms of the States,Counties,and Cities all Armory ,Guns,and Badges,assumed Authority to operate. On Moorish Soil As Defined in (ECF 2-1) Proclamation Of Independence of NOBLE D ALI(c) and the Government of the Moorish Science Temple Of America Republic,United States Of America Republic Executi ... Donald John Trump November 26,A.D.2024**

**...Guns, bond or otherwise Accour**

POSTAL MONEY ORDER

UNITED STATES POSTAL SERVICE

Serial Number 55417800119

Year, Month, Day 2026-11-16 Post Office 191471

U.S. Dollars and Cents $84.00

SEE REVERSE WARNING NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

Amount Eighty-Four Dollars and 00/100 ****************

Pay to: PENNSYLVANIA SECRETARY OF STATE

Address

Clerk 08

From: NOBLE DREW ALI IP

Address: 603 N Delaware Ave Philadelphia PA 19123 alinobledrew184@gmail.com

USEDC NDAI v. City of Philly

Memo: Case No 2:26-cv-02764 UCC 2 NOV 17 2026

© United States Postal Service All Rights Reserved

⑆000001193⑆ 55417800119⑈

...stered by a Decedent's Personal Representative

...ly if applicable and check only one box:

...cultural Lien ☐ Non-UCC Filing

... Bailee/Bailor ☐ Licensee/Licensor

...on of Commercial Administrators (IACA)