*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

*NOBLE DREW ALI,*
Plaintiff,
v.
*CITY OF PHILADELPHIA,*
Defendant.

02764-KBJ
*Case No. 2:26-cv-02864-KBJ*

USDC-EDPA REC'D CLERK
2026 NOV 19 PM3:02

---____________________________________/

CERTIFICATE OF SERVICE:

I, *NOBLE DREW ALI*, Plaintiff, hereby certify that on *November 19, 2026*, I served the following documents:

1. Plaintiff's Response to Defendant's Proposed Order
2. Plaintiff's Response to Defendant's Motion to Dismiss
3. Plaintiff's Response to Defendant's Motion for More Definite Statement
4. Memorandum of Law in Support Thereof
5. Affidavit with Exhibits B, 1, 2, 3, and 4

*Service was made as follows:*

*A. TO DEFENDANT — VIA EMAIL:*
Defendant, City of Philadelphia, was served via email on November 19, 2026, with the

Response, Memorandum of Law, and Affidavit Exhibits B, 1, 2, 3, and 4 attached.

*B. TO THE CLERK OF COURT — VIA FLASH DRIVE AND HAND DELIVERY:*
On *November 18, 2026*, I appeared in person at the Clerk's Office, U.S. District Court, Eastern District of Pennsylvania, and attempted to file the Affidavit Exhibits B, 1, 2, 3, and 4 by email.

The Clerk's Office did *not* accept the exhibits by email and instructed that the exhibits must be submitted on disc / flash drive and placed on the desk / in an envelope for filing.

Pursuant to that instruction, on *November 19, 2026*, I am resubmitting the Affidavit Exhibits B, 1, 2, 3, and 4 to the Clerk of Court by:

- *Hand-delivery on flash drive*, and
- *Paper copy in a sealed envelope* addressed to the Clerk of Court

containing the full Response, Memorandum of Law, and Affidavit Exhibits B, 1, 2, 3, and 4.

*C. DECLARATION:*
I declare under penalty of perjury that the foregoing is true and correct, and that all parties have been served as stated above.Submitted with the necessary corrections need there be any Executed on: November 17,2026 and

Respectfully submitted,

Without Prejudice

______________________________
*NOBLE DREW ALI, Plaintiff*

603 N Delaware Avenue
Philadelphia, PA 19123
(267) 768 0130
alinobledrew184@gmail.com

Date: *November 19, 2026*

**Pennsylvania Department of State**
Bureau of Corporations and Charitable Organizations
PO Box 8722 | Harrisburg, PA 17105-8722
T: 717.787.1057
E: RA-CORPS@pa.gov
dos.pa.gov/BusinessCharities

---

**NOBLE DREW ALI IP**
925 DICKINSON STREET
PHILADELPHIA, PA 19147

## *REJECTED*

November 18, 2026

USDC-EDPA REC'D CLERK
2026 NOV 19 PM3:02

**Document No.:** 0016078943
**Submission Date:** 11/17/2026
**Submission Time:** 10:33 AM

Your Uniform Commercial Code submission has been reviewed and cannot be filed for the following reason(s):

- Failure to provide a mailing address for the debtor. 9-516(b)(5)(i)
- The collateral describes real property and/or the recording of a mortgage. This does not appear to be the correct filing office. 13 Pa.C.S. § 9501.
- The department may reject a document for filing if the department reasonably believes the document: (1) is being filed fraudulently; or (2) may be used to accomplish a fraudulent, criminal or unlawful purpose. 13 Pa.C.S. § 136(f).

  Any questions concerning this rejection should be directed to The Office of Chief Counsel @ 717-787-6802.
- Filing office is unable to read or decipher the information. 13 Pa.C.S. §9516(c)(1)
- The description of collateral is insufficient and does not reasonably identify the asset or what is described. 13 Pa.C.S. § 9108.

If you wish to proceed, for fastest service, you may initiate a new submission by logging into your online account and complete the appropriate online filing submission and pay a new processing fee.

For further assistance, contact us at the phone number above or visit corporations.pa.gov

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
NOBLE DREW ALI IP( Noble Drew Ali Ip)

B. E-MAIL CONTACT AT FILER (optional)
alinobledrew184@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Noble Drew Ali Ip
925 Dickinson Street unit 2434
Philadelphia,PA 19147
(267)-768-0130

Pennsylvania
NOV 17 2026
Department of State

2026 NOV 18 PM 4:54
B1141-8837 11/19/2026 10:33 AM Receiv...

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: CITY MAYOR :PHILADELPHIA POLICE DEPARMENT

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| 400 N. Broad Street | | | | |
| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| | Philadelphia | PA | 19130 | usa |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debto' name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME: PENNSYLVANIA GOVERNOR STATE DEPARTMENT POLICE

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 1600 Elmerton Avenue | Harrisburg | PA | 17110 | usa |

. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: NOBLE DREW ALI IP (Noble Drew Ali Ip )

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| '3 N Delaware Avenue | Philadelphia | PA | 19123 | usa |

)LLATERAL: This financing statement covers the following collateral:
L UNION STATES-All Union States including Pennsylvania,Governors,Commanders in
efs,Generals,Colonels,Captains,Lieutenants, Sergeantsmand Subordinates,Rank and File,All Cities, incuding Philadelphi
'ors,Commissioners,Chief of PolicesCommand Post,National Guards Men and Women,Department of Corrections Prison
rds,Correctional Officers, Private nonprofit Police Force arms of the States,Counties,and Cities all Armory ,Guns,and
;es,assumed Authority to operate. On Moorish Soil As Defined in (ECF 2-1) Proclamation Of Independence of NOBLE D
c) and the Government of the Moorish Science Temple Of America Republic,United States Of America Republic Execut
lent Joe Biden/President Donald John Trump November 26,A.D.2024

;s of Incorporation,Corporate charters,Certificates,,Appointments, Licenses,Badges & Guns, bond or otherwise Accour
;tc. State,County,and Citys,Treasurys, therein (ECF2-1)

' applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

If applicable and check only one box: 'inance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

: DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

ILER REFERENCE DATA:
'64-KBH/26-3002,ECF2-1 0-10105905

REC'D NOV 1 8 2026

2026 NOV 18 PM4:56
USDC-EDPA REC'D CLERK

PROPOSED ORDER DENYING DEFENDANT DRWC MOTION
AND MEMORANDUM OF LAW IN SUPPORT OF DENIAL
AND DENYING MOTION TO DISMISS PLAINTIFF CLAIMS
AND/OR MOTION TO MAKE A MORE DEFINITE STATEMENT
NOBLE DREW ALI v. CITY & COUNTY OF PHILADELPHIA, et al.
No. 26-3002, 3rd Cir. / No. 2:26-cv-02764-KBH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NOBLE DREW ALI,Landowner Moorish American National,
In Propria Persona, Sui Juris, Pro Se,
Plaintiff / Petitioner,
v.
CITY & COUNTY OF PHILADELPHIA, DELAWARE RIVER WATERFRONT CORPORATION (DRWC), PHILADELPHIA POLICE DEPARTMENT, et al.,
Defendants.

---

USDC-EDPA REC'D CLERK
2026 NOV 19 PM3:02

PROPOSED ORDER DENYING DEFENDANT DRWC MOTION TO DISMISS
AND MOTION FOR MORE DEFINITE STATEMENT PLAINTIFF AFFIDAVIT IN SUPPORT

AND NOW, this 14th day of November, 2026, upon consideration of Defendant DRWC Motion to Dismiss Plaintiff Claims and/or Motion to Make a More Definite Statement, Plaintiff's Response, Plaintiff's Affidavit in Response to Defendant DRWC Claim to be Private Nonprofit Corporation, ECF 2-1, Lawful Constructive Notice Warning, Supreme Law of the Land, and the full record, it is hereby ORDERED as follows:

- Defendant DRWC Motion to Dismiss Plaintiff Claims is DENIED.
- Defendant DRWC Motion to Make a More Definite Statement is DENIED.
- Defendant DRWC shall file an Answer to Plaintiff's Complaint within 14 days of this Order, admitting or denying each allegation point-by-point.
- Defendant DRWC shall produce within 14 days:

a) Its charter and proof of its status;
b) Its contract, lease, deed, or title to 603 North Delaware Avenue Median, Philadelphia, PA;
c) The Court Order authorizing seizure on 4/22/2026;
d) The Lawful Search Warrant authorizing seizure on 4/22/2026;
e) The Sheriff's return of service, if any;
f) The names of the 10 Unknown DRWC Agents present on 4/22/2026.

- Failure to produce is an admission of lack of authority, Quo Warranto.
- Plaintiff's Emergency Hearing is GRANTED, to be scheduled within 14 days.

THURSDAY
NOV 19 2026
CLERK OFFICE

ALI V. CITY OF PHILADELPHIA

CASE NO. 2:26-CV-02764-KBH

EVIDENCE

X-RAY
USMS