**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NOBLE DREW ALI,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO. 26-2764** |
| | : | |
| **CITY OF PHILADELPHIA, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**[1]

**AND NOW**, upon consideration of *pro se* Plaintiff's Motion For Leave To Exceed Word Count And Page Limit Under EDPA Local Rule 7.1 and 7.8(b)(3) And Judge's Policy Page Limits (ECF No. 93 ("Motion")), it is hereby **ORDERED** that the Motion is **DENIED**.[2]

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**

[1] The Court adopts the pagination supplied by the CM/ECF docketing system.
[2] The Plaintiff is directed to the Federal Rules of Civil Procedure, local rules, and Judge Hodge's Policies and Procedures for instruction on what is expected in all filings and the page limitation on any specific filing.